1  MORGAN, LEWIS & BOCKIUS LLP
   BRENDAN DOLAN, State Bar No. 126732
2  STEVEN J. GARRETT, State Bar. No. 221021
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: bdolan@morganlewis.com
5
   Attorneys for Plaintiff
6  POSDATA CO., LTD.

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | POSDATA CO., LTD., a South Korean  | Case No. C 07 2504 PVT
   | corporation,
13 |                                     | **DECLINATION TO PROCEED BEFORE A**
   |              Plaintiff,             | **MAGISTRATE JUDGE**
14 |                                     | **AND**
   |       vs.                           | **REQUEST FOR REASSIGNMENT TO A**
15 |                                     | **UNITED STATES DISTRICT JUDGE**
   | SEYOUNG KIM, an individual, and
16 | INQUADRON, INC., a California
   | corporation,
17 |
   |              Defendants.

*Filed MAY 11 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

BY FAX

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7548245.1

Case No. C 07 2504 PVT
**DECLINATION TO PROCEED**

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Judge.

5  Dated: May 10, 2007

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN DOLAN
STEVEN J. GARRETT

By _____
Steven J. Garrett
Attorneys for Plaintiff
POSDATA CO., LTD.

1-SF/7548245.1

Case No. C 07 2504 PVT
**DECLINATION TO PROCEED**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO