| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | David S. Elkins (State Bar # 148077) |
| 2 | delkins@ssd.com |
| | Allison E. Pitigoi (State Bar # 242211) |
| 3 | apitigoi@ssd.com |
| | 600 Hansen Way |
| 4 | Palo Alto, CA  94304-1043 |
| | Telephone:     +1.650.856.6500 |
| 5 | Facsimile:      +1.650.843.8777 |
| 6 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Nathan Lane III (State Bar # 50961) |
| 7 | nlane@ssd.com |
| | One Maritime Plaza, Third Floor |
| 8 | San Francisco, CA  94111 |
| | Telephone:     +1.415.954.0200 |
| 9 | Facsimile:      +1.415.393.9887 |
| 10 | Attorneys for Defendants |
| | SEYOUNG KIM and INQUADRON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation, | Case No. C 07 2504 RMW (PVT) |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SEYOUNG KIM AND INQUADRON, INC.** |
| vs. | |
| SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that David S. Elkins, Nathan Lane III and Allison E. Pitigoi of
2  the law firm of Squire Sanders & Dempsey L.L.P. hereby enter their appearance as counsel of
3  record for defendants SEYOUNG KIM and INQUADRON, INC. in this action. For purposes of
4  receipt of Notices of Electronic Filing, their e-mail address are as follows:

5      David Elkins:    delkins@ssd.com
6      Nathan Lane III:    nlane@ssd.com
7      Allison E. Pitigoi:    apitigoi@ssd.com

9  Dated:  June 21, 2007    SQUIRE, SANDERS & DEMPSEY L.L.P.

11  By:  /s/ David S. Elkins
12      David S. Elkins
    Nathan Lane III
13      Allison E. Pitigoi

14      Attorneys for Defendants
    SEYOUNG KIM and INQUADRON, INC.