BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>             Defendants. | Case No. C 07 2504 RMW<br><br>**DECLARATION OF SEOKHWAN CHOI IN SUPPORT OF POSDATA'S *EX PARTE* APPLICATION FOR**<br><br>**(1)   TEMPORARY RESTRAINING ORDER;**<br><br>**(2)   ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND**<br><br>**(3)   ORDER PERMITTING EXPEDITED DISCOVERY.** |

I, Seokhwan Choi, declare:

1.   I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.   I was educated at Dankook University and graduated in February 2006 with a masters degree in electronics and computer engineering. I also have expertise in RF (radio frequency) theory, baseband theory, WCDMA theory and RF and optic repeater. I worked in RF-related companies such as GT&T, Youngwoo Telecom and Ino Systems for five and half years.

3.   I am currently a Senior Engineer for Posdata Co., Ltd. ("Posdata" or "Plaintiff"), a

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF/7557705.1

C 07 2504 RMW
CHOI DECLARATION ISO POSDARTA'S
EX PARTE APPLICATION

corporation with its principal place of business in the Republic of Korea. I was hired by Posdata on April 25, 2006 and worked on the R&D Lab 1 team. I have also worked as a hardware engineer at Posdata's FLYVO Research and Development Center in Sungnam-city, Korea. In my position as a hardware engineer, I was responsible for designing hardware specifications (board layout, device type, etc.) for channel cards, assembling component devices onto the printed circuit board ("PCB") which were made by outside contractors according to our board layout specifications, and testing the function of channel card boards. Posdata's channel card, called DCCU (digital channel card unit), is the core of FLYVO system, and is developed based on mobile WiMAX (Worldwide Interoperability for Microwave Access) technology. Mobile WiMAX is a wireless telecommunications technology which allows users to have broadband wireless Internet access while moving.

4. While at Posdata, I have worked closely with Choon Shin, a Principle Engineer. Choon Shin and I were originally both assigned to the R&D Lab 1, until the end of June 2006. Following the reorganization in July of 2006, Mr. Shin became the Supervisor of Base Station Modem Group, which designed and developed channel card hardware for base stations. I became a direct report to Mr. Shin within the group. This relationship continued until Mr. Shin and I were both transferred to the Hardware Engineering Group, in April of 2007.

5. Although Mr. Shin worked in San Jose, California offices while I worked in Korea, he and I were in constant contact with regard to channel card hardware development projects, with Shin continuing to supervise me. On several occasions, we would both be required to travel to each others office to work together, face to face. Through my work with Mr. Shin, I became familiar with the development of Posdata's channel card board, requiring me to design hardware specifications and testing the function of the board. I am also part of the team charged with the PCB layout of the FLYVO systems' channel card. The PCB layout is critical because the design can influence the performance of the channel card, which is the core of the FLYVO system. It has taken considerable time, effort and expense to develop an optimal PCB layout, which can only be achieved through a timely and tedious process of trial and error. In fact, it took us more than three years to develop FLYVO's PCB layout.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7557705.1

2

C 07 2504 RMW
CHOI DECLARATION ISO POSDATA'S
EX PARTE APPLICATION

6.     I am aware that while employed by Posdata and while on company time and through utilizing company resources, Mr. Shin and Dr. Seyoung Kim worked to develop a Modular Channel Card Assembly ("MCCA), channel card for smaller base station, which they called the "Turtle Card" for their own benefit. I examined the March 2, 2007 email from Mr. Shin to Dr. Seyoung Kim with an attached file named "MCCA REV.C GERBER DATA" (MCCA-C-3-GBR-NOP.zip). I was unable to open the attachment. However, on May 31, 2007, the Computer Investigation Department of the Seoul Central Prosecutor's Office requested that I review documents that were seized from Axstone Technology Co., Ltd., InQuadron's PCB manufacturer. Among the files in the possession of the Prosecutor from Axstone was the MCCA REV.C GERBER DATA" (MCCA-C-3-GBR-NOP.zip) attachment. The file contained Posdata's proprietary information regarding the PCB design and layout. A review of the file showed that the MCCA was an acronym for a new version of a channel card, which they had named the "Turtle Card." The MCCA /Turtle Card's PCB had a very similar design and layout to Posdata's DCCU. The MCCA/Turtle Card also used the same make and specifications of processors and components as used in Posdata's DCCU.

7.     Posdata also recovered from an external storage device of Choon Shin's, which Shin turned in to Posdata, along with his computer, on May 14, 2007. When I examined the storage device, it contained a file named "RAS-portable-111306-12.doc." Attached as Exhibit 12 is a true and correct copy of this file. This file contained a document entitled the "Modular RAS Implementation" showing Posdata's proprietary PCB design. The MCCA/Turtle Card's hardware architecture was identical to the DCCU's core technology hardware architecture. InQuadron's MCCA/Turtle card contained three FPGA processors, all carrying the same nicknames as the Posdata DCCU: MAC; BE and FE. In addition, InQuadron's hardware also contained two DSP processors and six SRAMs, all with the same specifications, make and models as those used by Posdata's DCCU. Id. at pg 8. The information contained in these files was confidential and proprietary because it was developed solely for use with Posdata's WiMAX technology and only shared with contracted artwork designers, contracted PCB manufacturers and Posdata engineers in connection with our research and development of the WiMAX technology.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7557705.1

3

C 07 2504 RMW
CHOI DECLARATION ISO POSDATA'S
EX PARTE APPLICATION

8. As a Posdata employee, I use Posdata's secure network by entering a password to login into my work station. To access the documents, reports, and materials I need to work on Posdata's DCCU and mobile WiMAX technology, I use Posdata's Electronic Data Management System ("EDMS"). Since I am a Posdata engineer, I can only view this information on the EDMS by entering my secret authorization code. I know other Posdata employees, such as members of Posdata's other business units including the FLVYO Business Department, do not have authorization codes to access proprietary documents related to the development of Posdata's DCCU and mobile WiMAX technology.

9. I am also familiar with Posdata's policies forbidding me from sharing Posdata technology, confidential information or trade secrets with anyone outside of Posdata. When I work with customers, vendors, or other companies, I do not share Posdata's proprietary or confidential technology with them and never allow them to inspect Posdata's DCCU.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 13, 2007.

_____
SEOKHWAN CHOI

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7557705.1
4
C 07 2504 RMW
CHOI DECLARATION ISO POSDATA'S
EX PARTE APPLICATION

# EXHIBIT 12

# EXHIBIT 12

# DOCUMENT SUBMITTED UNDER SEAL