1  MORGAN, LEWIS & BOCKIUS LLP
   BRENDAN DOLAN, State Bar No. 126732
2  L. JULIUS M. TURMAN, State Bar No. 226126
   STEVEN J. GARRETT, State Bar No. 221021
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  bdolan@morganlewis.com

6  Attorneys for Plaintiff
   POSDATA CO., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  POSDATA CO., LTD., a South Korean         Case No. C 07 2504 RMW
    corporation,
13                                            **DECLARATION OF RENEE YOON IN
                                              SUPPORT OF POSDATA'S *EX PARTE***
                      Plaintiff,              **APPLICATION FOR**
14
15         vs.                                **(1)  TEMPORARY RESTRAINING
                                              ORDER;**
16  SEYOUNG KIM, an individual and
    INQUADRON, INC., a California             **(2)  ORDER TO SHOW CAUSE WHY A
17  corporation,                              PRELIMINARY INJUNCTION SHOULD
                                              NOT ISSUE; AND**
                      Defendants.
18                                            **(3)  ORDER PERMITTING EXPEDITED
                                              DISCOVERY.**
19

20

21         I, Renee Yoon, declare:

22         1.    I have personal knowledge of the facts recited in this Declaration and, if called and

23  sworn as a witness, could and would competently testify to them.

24         2.    I am employed in Seoul, Korea by Kroll International, Inc. as the Country

25  Manager (Korea) and Managing Director of Kroll's Consulting Services Group.  I joined Kroll in

26  May 2001 and have been responsible for all investigative projects of the Korea Branch.  For the

27  past 6 years, I have participated in several electronic discovery and data recovery projects and

28  investigations both in Korea and the United States.  A true and correct copy of my resume is

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1-SF/7553832.3

1   attached hereto as Exhibit A.

2   3.   Kroll is a premiere corporate investigation service that helps companies, law firms

3   and government agencies collect, organize and analyze electronic documents for use in legal

4   proceedings, regulatory matters and investigations amongst other things. Kroll recovers, restores

5   and documents electronic data that has been erased, reformatted, lost, altered, or tampered with

6   by utilizing a variety of computer forensic investigation techniques. Kroll has many qualified

7   forensic investigators that are trained and skilled with the primary computer forensic analysis

8   tools used in the computer forensics industry, including data acquisition tools such as Image

9   MASSter Solo-III and computer forensics software such as Encase®, Forensic Toolkit (FTK), and

10  Registry Viewer and other computer forensic utilities developed by Kroll.

11  4.   In early 2007, Ho Tae Han, a Senior Manager at Posdata Co., Ltd. ("Posdata"),

12  retained Kroll to investigate Posdata employee Dr. Seyoung Kim and his associates due to their

13  suspicious activities, including the possibilities that they were establishing a new business venture

14  to compete against Posdata, misappropriating or stealing Posdata's trade secrets, soliciting current

15  and former Posdata business partners, and soliciting current and former Posdata employees to join

16  their new business venture. As part of my job responsibilities, I supervised and participated in the

17  investigation. Under my guidance, a team of Kroll forensic investigators conducted a forensic

18  examination of several computers of current and former Posdata employees, and reviewed

19  archived data such as backups of sent email messages.

20  5.   Kroll's forensic investigation includes analyses of operating systems, the number

21  and type of partitions, file systems, directory listings, installed applications, unused and

22  unallocated space on each volume, application created files and user created files. Keyword

23  searches are also conducted to identify files or areas of the drive that might contain evidentiary

24  data and to narrow the analysis scope.

25  6.   At Mr. Han's request, we conducted a forensic examination of Dr. Seyoung Kim,

26  Jong Kwan "Jeffrey" Choi, Hwayong Joung, Seongdong Park, Jinyoung Park, Yongkeun Pang,

27  and Kangmin Lee's company issued computers. Within the time period of approximately March

28  through April 2007, we performed a forensic analysis of the hard drives of computers used by

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7553832.3

2

C 07 2504 RMW
YOON DECLARATION ISO
POSDATA'S *EX PARTE* APPLICATION

1    these Posdata employees.  We were advised by Posdata that: (1) Dr. Seyoung Kim used an IBM

2    laptop computer bearing serial number 99-CFKNB 04/02 with the hard drive disk ("HDD")

3    HTS726060M9AT00 model bearing serial number 11S13N6799Z1Z97B103252; (2) Jeffrey Choi

4    used an IBM laptop computer bearing serial number L3-AK715 06/06 with the HDD

5    HTS721010G9SA00 model bearing serial number 11S39T2614Z1ZAV6820VN4; (3) Hwayong

6    Joung used a Dell Latitude D610 laptop computer bearing serial number 6507090352 with the

7    HDD HTS541080G9AT00 model bearing serial number MPB4PAX6JKNV0M and a Samsung

8    SENS P30 laptop computer bearing serial number Z35491BX900003A with the HDD

9    MHV2060AT model bearing serial number NS12T5525P3A; (4) Seongdong Park used a Dell

10   Latitude M70 laptop computer bearing serial number 5629397680 with the HDD

11   HTS721080G9AT00 model bearing serial number MPC4B2Y4GDU1UE; (5) Jinyoung Park used

12   a Samsung SENS X11 laptop computer bearing serial number 055K93FLC000302 with the HDD

13   MHV2100BH  model bearing serial number NW65T6A25LJL; (6) Yongkeun Pang used a Dell

14   Latitude D620 laptop computer bearing serial number 28658147392 with the HDD

15   HTS721080G9SA00 model bearing serial number MPCD12Y4GG676E and a Samsung SENS

16   P30 laptop computer bearing serial number Z35491BX900005D with the HDD MK6021GAS

17   model bearing serial number 847S1421T; and (7) Kangmin Lee used a Dell Latitude D620 laptop

18   computer bearing serial number 18197498944 with the HDD HTS721080G9SA00 model bearing

19   serial number MPCD12Y4GG5J1E.  These computers were provided by Posdata to us for

20   computer forensics investigation.

21        7.        During the forensic examination, we examined the computers to determine if there

22   had been any copying and/or transferring of data or information to external storage devices by

23   any of the aforementioned individuals.  To determine whether data or information had been

24   copied or transferred, we analyzed the hard drives of Kim's and Choi's computers examining

25   their Windows registries, link files, and event logs. We also reviewed Posdata's backup email log

26   of sent messages for Seyoung Kim, Jeffrey Choi, Hwayong Joung, Seongdong Park, Jinyoung

27   Park, Yongkeun Pang, and Kangmin Lee.

28        8.        In reviewing  Kim's back-up sent e-mail messages, we discovered an e-mail file

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7553832.3                                    3                            C 07 2504 RMW
                                                                  YOON DECLARATION ISO
                                                         POSDATA'S *EX PARTE* APPLICATION

1   entitled "M5_LOG_20060412_000000/{4AEC5431-706F-4918-AD77-D5D36336A319}" with

2   the subject line, "RE: Test vector with interference," addressed from Kim to Brian Kim and dated

3   April 12, 2006.  A true and correct copy of this e-mail file from Posdata's backup email log of

4   sent messages for Kim is attached as Exhibit 1 to this Declaration.  Also attached to Exhibit 1 is

5   an English translation of the email.

6          9.     In reviewing Kim's back-up sent e-mail messages, we discovered an e-mail file

7   entitled "M5_LOG_20060507_000000/{C9C3A22C-932D-464F-90F5-EE91DE03ABFF}" with

8   the subject line, "RE: NextWave MoU," addressed from Kim to Michael Schy and dated May 7,

9   2006.  A true and correct copy of this e-mail file from Posdata's backup e-mail log of sent

10  messages for Kim is attached as Exhibit 2 to this Declaration.   Also attached to Exhibit 2 is an

11  English translation of the email.

12         10.    In reviewing Jeffrey Choi's back-up sent e-mail messages, we discovered an e-

13  mail with the subject line, "RE: Hello from Jeff ...," addressed from Choi to William Li and

14  dated June 27, 2006.  A true and correct copy of this e-mail file from Posdata's backup e-mail log

15  of sent messages for Choi is attached as Exhibit 3 to this Declaration.

16         11.    In reviewing Kim's back-up sent e-mail messages, we discovered an e-mail file

17  entitled "M5_LOG_20060728_000000/{8B1224F6-DFD4-4BAD-891A-FBDA5BAF64B4}"

18  with the subject line, "RE: Malaysia," addressed from Kim to Michael Schy and dated July 28,

19  2006.  A true and correct copy of this e-mail file from Posdata's backup e-mail log of sent

20  messages for Kim is attached as Exhibit 4 to this Declaration.  Also attached to Exhibit 4 is an

21  English translation of the email.

22         12.    In reviewing Jinyoung Park's back-up sent e-mail messages, we discovered an e-

23  mail addressed from Kim to several Posdata employees dated June 29, 2006 and en email

24  addressed from Park to Kim dated June 30, 2006.  A true and correct copy of this e-mail file from

25  Posdata's backup e-mail log of sent messages for Jinyoung Park is attached as Exhibit 5 to this

26  Declaration.  Also attached to Exhibit 5 is an English translation of the email.

27         13.    During a forensic examination of the hard drive of the computer used by Hwayong

28  Joung and subsequently by Kangmin Lee, an email chain was extracted from the html file named

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    "simplehtmlbd95a76a[1].htm" found on the hard drive. The first e-mail was dated December 11,

2    2006 from Choi to Kim with the subject line, "GCT mobile Station chip IOT reports." That email

3    was then forwarded that same day by Kim to Kangmin Lee with the message "Please keep strictly

4    confidential!!" A true and correct copy of this e-mail file found on the computer's hard drive is

5    attached as Exhibit 9 to this Declaration. Also attached to Exhibit 9 is an English translation of

6    the email.

7        14.    In reviewing Jinyoung Park's back-up sent e-mail messages, we discovered an e-

8    mail file entitled "M5_LOG_20061211_000000/{3457E6EE-E04C-42A7-9BA8-

9    08532C67D2EE}" with the subject line "[Fwd: GCT vs TM1]" addressed from Park to Choi and

10    dated December 11, 2006. A true and correct copy of the December 11, 2006 e-mail file from

11    Posdata's backup e-mail log of sent messages for Jinyoung Park is attached as Exhibit 10 to this

12    Declaration. Also attached to Exhibit 10 is an English translation of the email.

13        15.    In reviewing the files found on Kim's hard drive, we discovered logs of

14    correspondence between Kim and Choon Shin, including: (1) on February 18, 2007, Kim and

15    Shin communicated via email entitled "Plugfest 2/17 last day;" (2) on February 20, 2007, Shin

16    sent an email with the subject line "MCCA PCB Fab. Gerber data ready" to Kim; and (3) on

17    March 2, 2007, Shin emailed "MCCA REV.C GERBER DATA" (MCCA-C-3-GBR-NOP.zip)

18    data to Kim. A true and correct copy of the logs of correspondence between Kim and Shin found

19    on Kim's computer is attached as Exhibit 11. Also attached to Exhibit 11 is an English

20    translation of these emails.

21        16.    In reviewing the contents of Kim's hard drive, we discovered a file named "2007

22    Expense[1].xls" containing InQuadron's 2007 Expense Plan. A true and correct copy of this file

23    is attached as Exhibit 13 to this Declaration.

24        17.    In reviewing the contents of Kim's hard drive, we discovered a file name

25    "Dc38.doc" containing an InQuadron Organization Chart. A true and correct copy of this file is

26    attached as Exhibit 14 to this Declaration.

27        18.    In reviewing Jinyoung Park's back-up sent e-mail messages, we discovered an e-

28    mail file entitled "M5_LOG_20070209_000000/{DC41A92D-19D2-4261-B2E0-

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7553832.3

5

C 07 2504 RMW
YOON DECLARATION ISO
POSDATA'S *EX PARTE* APPLICATION

1    294287490CE0}" addressed from Kim to Jinyoung Park and dated February 8, 2007 and an email

2    addressed from Park to Kim dated February 9, 2007. A true and correct copy of this e-mail file

3    from Posdata's backup e-mail log of sent messages for Park is attached as Exhibit 15 to this

4    Declaration. Also attached to Exhibit 15 is an English translation of the email.

5         19.    In reviewing the contents of Kim's hard drive, we discovered logs of

6    correspondence with the subject line, "Operation Update," addressed from Kim to Kenneth Lee

7    and dated February 14, 2007. A true and correct copy of the February 14, 2007 correspondence

8    between Kim and Lee found on Kim's computer is attached as Exhibit 16.

9         20.    In reviewing the contents of Kim's hard drive, we discovered logs of

10   correspondence between Kim and Yongkeun Pang dated February 27, 2007. A true and correct

11   copy of the February 27, 2007 correspondence between Kim and Pang found on Kim's computer

12   is attached as Exhibit 17. Also attached to Exhibit 17 is an English translation of the email.

13        21.    In reviewing the contents of Kim's hard drive, we discovered a chain of e-mails

14   between Kim and Lee dated February 27, 2007 discussing informal job offers made to four

15   engineers through Hwayong Joung in the prior week. A true and correct copy of the February 27,

16   2007 correspondence between Kim and Lee found on Kim's computer is attached as Exhibit 18.

17   We also discovered two emails dated February 28, 2007 and one email dated March 15, 2007

18   from Lee concerning job offers to ten individuals. A true and correct copy of the February 28 and

19   March 15, 2007 correspondence found on Kim's computer is attached as Exhibit 19.

20        22.    In reviewing the contents of Kim's hard drive, we discovered logs of

21   correspondence with the subject line, "From Seyoung Kim," addressed from Kim to Weiyi

22   "William" Li and dated March 12, 2007. A true and correct copy of the March 12, 2007

23   correspondence between Kim and Li found on Kim's computer is attached as Exhibit 20.

24        23.    In reviewing the contents of Kim's hard drive, we discovered logs of

25   correspondence with the subject line, "Re: Operation Update," addressed from Lee to Kim and

26   dated March 14, 2007. A true and correct copy of the March 14, 2007 correspondence between

27   Lee and Kim found on Kim's computer is attached as Exhibit 21.

28        24.    In reviewing the files found on Kim's hard drive, we discovered logs of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7553832.3

6

1   correspondence between Kim and several other individuals concerning Kim and his associates'

2   contact with various companies including NextWave, KMW, NSC, and D&T.  A true and correct

3   copy of these emails to various companies between February 21 and March 14, 2007 found on

4   Kim's computer is attached as Exhibit 22.  Also attached to Exhibit 22 is an English translation of

5   the emails.

6        25.    In reviewing the contents of Kim's hard drive, we discovered logs of

7   correspondence between Kim and Hwayong Joung dated February 26, 2007 concerning

8   InQuadron's business relationship with Axstone Technology.  A true and correct copy of the

9   February 26, 2007 correspondence between Kim and Joung found on Kim's computer is attached

10  as Exhibit 23.  Also attached to Exhibit 23 is an English translation of the email.

11       26.    We discovered a log file named "F1986897-9640-469B-8803-

12  BED07E8814B1.tib.log" with the following path, "C:\Documents and Settings\All

13  Users\Application Data\Acronis\TrueImage\Logs\" on Choi's hard drive.  A true and correct copy

14  of the log file named "F1986897-9640-469B-8803-BED07E8814B1.tib.log" is attached as

15  Exhibit 31 to this Declaration.  Also attached to Exhibit 32 is a true and correct screen capture of

16  the Windows Explorer page, the Windows Notepad page, and the Acronis log viewer.  The log

17  file highlighted on page two of Exhibit 32 indicates that a backup operation was executed by

18  "Acronis True Image," with history "Create Full Backup Archive From:IBM_PRELOAD (C:)

19  To file:F:\T60_C_backup\T60_C_backup_.tib File Split:4.34 GB."  As illustrated on page three

20  of Exhibit 30, we then used a log viewer provided by Acronis True Image to view the contents of

21  the log file discovered on Choi's hard drive which revealed the backup operation started on

22  March 20, 2007 at 12:14 PM and the operation had been successfully completed on March 20,

23  2007 at 12:59 PM.   According to the official website of "Arconis" (http://www.arconis.com),

24  Acronis creates an exact copy of a hard disk and allows users to instantly restore the entire

25  machine including operating system, applications, and all the data.

26       27.    The recovered data from Kim and Choi's hard drives suggests that they either

27  destroyed company data or attempted to conceal their activities by utilizing software capable of

28  erasing partitions or wiping their hard drives.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO          1-SF/7553832.3                                  7                    C 07 2504 RMW
                                                                                            YOON DECLARATION ISO
                                                                                            POSDATA'S *EX PARTE* APPLICATION

28.     We discovered a file named "PQ_DEBUG.TXT" with the following path, "C:\WINDOWS\Temp\" on Kim's drive. A true and correct copy of the file named "PQ_DEBUG.TXT" is attached as Exhibit 33 to this Declaration. Also attached to Exhibit 34 is a true and correct screen capture of the Windows Explorer page and the Windows Notepad pages. The "PQ_DEBUG.TXT" file indicates that a program called "Partition Magic" was used to remove partition (F) (the assigned drive letter F:) as indicated on page two of exhibit 34 which suggests: (1) the PartitionMagic 8.0TM program was run as evidenced by the entry "Running Program - C:\Program Files\PowerQuest\PartitionMagic 8.0\PMagicnt.exe" and that the program was run on "03/23/2007 22:21:49" according to the "Date Generated" entry; and (2) partition (F) were erased as evidenced by "Secure Erase: F:DATA (NTFS, Primary volume, 34470.4 MB on Disk:1)." According to the official website of "Symantec" (http://www.symantec.com/), PartitionMagic 8.0TM enables users to divide a single hard drive into two or more partitions as well as copy, move, resize, split, or merge partitions as required. The use of PartitionMagic 8.0TM by Kim suggests he could have destroyed company data or attempted to conceal his activities.

29.     We also discovered link files which "point" to data in a partition (F) from Kim's hard drive. Those link files suggest that Kim stored some company data in the partition (F). Link files are shortcut files with extension ".lnk." Link files refer to or "point" to target files such as applications, directories, and data files. We used Encase®, computer forensics software, to produce a list of those link files including file name, symbolic link (target path), whether file has been deleted, created date and time, and path (file location). This list of link files which "point" to data in a partition (F) of Kim's hard drive is attached as Exhibit 35 to this Declaration. The names of link files discovered on Kim's include: "Plan\InQuadron Documents" and dozens of link files named "IQ\IQI" presumably referring to InQuadron, Inc.

30.     We discovered a log file named "SCCleaningLog.txt" with the path: "C:\Program Files\WhiteCanyon\SecureClean 4\" on Choi's hard drive. A true and correct copy of the file named "SCCleaningLog.txt" is attached as Exhibit 36 to this Declaration. Also attached as Exhibit 37 is a screen capture of the Windows Explorer page and the Windows Notepad page.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7553832.3

8

C 07 2504 RMW
YOON DECLARATION ISO
POSDATA'S *EX PARTE* APPLICATION

1    This log file indicates that a wiping software called "SecureClean 4" was executed on March 30,

2    2007 with a history of operations: (1) "Deep Clean" operation for drive C was started at 2:04 PM

3    and completed at 2:32 PM; (2) "Deep Clean" operation for drive E was started at 2:32 PM and

4    completed at 4:20 PM; (3) "Quick Clean" operation for drive C was started at 5:35 PM and

5    completed at 5:43 PM.  According to the official website of "WhiteCanyon"

6    (http://www.whitecanyon.com/), SecureClean scans a hard drive for deleted and hidden personal

7    information, and then completely cleans the hard drive.  The use of SecureClean by Choi suggests

8    he could have destroyed company data or attempted to conceal his activities.

9         I declare under penalty of perjury of the laws of the United States and the State of

10    California that the foregoing is true and correct.

11    Executed on June 13, 2007.

12                                                      _____

13                                                              RENEE YOON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO          1-SF/7553832.3                              9                              C 07 2504 RMW
                                                                      YOON DECLARATION ISO
                                                                      POSDATA'S EX PARTE APPLICATION

# EXHIBIT A

# KROLL



# Renee Yoon

**Country Manager (Korea)**
**Managing Director**

Tel: +82 2 775 2290
Fax: +82 2 775-2273

ryoon@kroll.com

Seoul Finance Center
84 Taepyungro 1-ga
Jung-gu
Seoul 100-768
Korea

Renee Yoon is a Managing Director and current Country Manager of Kroll Korea specializing in risk and crisis consulting services for corporate clients and government agencies.

Renee Yoon's 6-year work at Kroll encompasses a variety of risk consulting areas ranging from corporate advisory & restructuring to technology sector due diligence. Her exemplary projects include: IP protection consulting & litigation support; information/physical security audit; corporate fraud investigation with computer forensics; internal control consulting; insurance/financial fraud examination; competitor business intelligence; complex M&A negotiation analysis and support; and business continuity management and crisis management consulting.

Prior to joining Kroll, Renee Yoon worked as Korea Representative of a US non-profit organization funded by the Defense Advanced Research Projects Agency (DARPA), leading science and technology (S&T) policy analysis programs covering a broad range of technology areas such as telecommunication, nanotechnology, MEMS and biotechnology. Her work has been published on Nature, Nature Biotechnology, and Genetic Engineering News and received a wide audience among US government research policy makers. She also represented a US technology consulting firm in Korea with a focus on high performance computing (HPC) applications for biotechnology. Before moving to Korea from the US, Renee Yoon had worked for a major multinational consulting firm conducting economic, strategic and policy studies for the energy industry.

Renee Yoon was born in Korea and was educated in the United States. Having studied at Massachusetts Institute of Technology (MIT) and Harvard, she presently holds a lecturing position at Younsei University's Engineering School. She speaks Korean and English and has working knowledge of Japanese and Mandarin.

# EXHIBIT 1

| | |
|---|---|
| 식별정보 | M5_LOG_20060412_000000/{4AEC5431-706F-4918-AD77-D5D36336A319} |
| 프로토콜 | SMTP |
| 크기 | 8KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.203.206 |
| 받는 IP | 203.246.184.101 |
| 저장시각 | 2006-04-12 01:15:48 |
| 보낸사람 | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| 받는사람 | "'Brian Kim'" <briankim@posdata-usa.com> |
| 참조인 | "'Hwayong Joung'" <hyjoung@posdata.co.kr> |
| 실수취인 | briankim@posdata-usa.com,hyjoung@posdata.co.kr |
| 제목 | RE: Test vector with interference |

김병철 박사님,

몇 시간 전에 메일을 보내드렸습니다마는 한 가지 더 부탁드리려고 합니다.
김병철 박사께서 개발 하시는 사실과 중간결과에 대해서는 당분간 팀
내에서만 국한되었으면 합니다. SV 내에서 Arraycomm과 접촉하는
엔지니어들이 우연치 않게 Arraycomm에게 그들의 test vector나 다른 개발
정보를 이용해 자체 개발 하고 있다는 사실을 알게 될 경우 곤란할 경우가
생기지 않을까 하는 우려가 있습니다.

그리고 사업부내 아무에게도 김박사님의 자체 개발 중간 과정에 대해서는
언급하지 않는 것이 좋겠습니다. 기술적인 내용 및 개발 process를 잘
모르는 사업부 사람들이 호들갑을 떨어 우리 기술로 Smart Antenna 제품
개발을 추진한다는 등의 어리석은 소동을 피하기 위함입니다. 불행하게도
사업부내에 이런 일을 제대로 계획하고 용의주도하게 추진할 인물이
없습니다. 우리 자체 기술에 대한 확신 및 본격적 개발 계획이 서기
전까지는 조용히 우리 내부적으로만 국한시켜 쓸데없고 소모적인 잡음을
피해야 하겠습니다.
감사합니다.

김세영

**ENGLISH**
**Translation**

| | |
|---|---|
| Identifiable Information | M5_LOG_20060412_000000/{4AEC5431-706F-4918-AD77-D5D36336A319} |
| Protocol | SMTP |
| Size | 8KB |
| File Count | None |
| Sender's IP | 203.238.203.206 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-04-12 01:15:48 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | "'Brian Kim'" <briankim@posdata-usa.com> |
| Cc | "'Hwayong Joung'" <hyjoung@posdata.co.kr> |
| Actual Recipient | briankim@posdata-usa.com,hyjoung@posdata.co.kr |
| Subject | RE: Test vector with interference |

Dear Dr. Byungchul Kim,

I have sent you an email few hours ago already, but let me ask you for just one more favor. I wish you, Dr. Byungchul Kim, to confine the facts and interim results of your development just to the team. I am afraid that it might cause troubles if the engineers who handles Arraycomm in the SV find out about the fact that we are developing it by ourselves using their test vector and other development information.

Moreover, it is better not to tell anyone in the business department about Dr. Kim's own interim of development stage. It is to avoid absurd agitation by the business department people who do not know the technical content and developmental process; they might shoot crap that we are promoting Smart Antenna product development with our own technical expertise. Unfortunately, there is no one inside the business department careful enough to plan out and promote such project. We should avoid unnecessary, self-defeating interferences by keeping it to ourselves until we have the conviction of our own technical side and until we are into the development process in full scale.
Thank you.

Seyoung Kim

EXHIBIT 2

| 식별정보 | M5_LOG_20060507_000000/{C9C3A22C-932D-464F-90F5-EE91DE03ABFF} |
|---|---|
| 프로토콜 | SMTP |
| 크기 | 35KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.195.88 |
| 받는 IP | 203.246.184.101 |
| 저장시각 | 2006-05-07 14:20:13 |
| 보낸사람 | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| 받는사람 | <mschy@posdata-usa.com> |
| 실수취인 | mschy@posdata-usa.com |
| 제목 | RE: NextWave MoU |

Hi Mike,

This guy is nuts. Joonil is surrounded by handpicked no-brainers and he
once yelled in his Business Team staff meeting that there is no one who
can help him to achieve what he wants or even the ones who can
persistently insist what is wrong with him. Poor souls..
Let's see what CEO would do for this case. I told him that I have to
consider leaving Posdata if this deal is intentionally aborted without
any reasonable consensus. My team is ready as always.


Regards,

Seyoung


-----Original Message-----
From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Saturday, May 06, 2006 10:48 AM
To: 'Seyoung Kim'
Subject: FW: NextWave MoU


FYI - more stupid stuff from DJ...

Mike

-----Original Message-----

From: Michael Schy [mailto:mschy@posdata-usa.com]

Sent: Saturday, May 06, 2006 7:06 AM

To: dna@posdata.co.kr

Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';

hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'

Subject: RE: NextWave MoU

Dear DJ,

There is no difference from my response to your proposal back in March,
which I said during a weekly status meeting with the CEO -

1. It makes no sense and is completely ridiculous to have the
customer's evaluation system in Bundang, when they're based in another
country

2. No real Service Provider (KT, Sprint, etc.) pays for trials,
including equipment and support personnel - if you don't believe me, ask
your employee Inkyu Paek if Hanaro ever paid for trial equipment and
support

1. You may debate whether or not NextWave is a real Service
Provider, but there aren't too many Service Providers to choose from at
this point

2. The idea of leasing the equipment makes no sense

What other opportunities do we have that have a better Return on
Investment than this potential opportunity? If we fail during the
trial, we get all of our equipment back. The time and resources spent
are the cost of doing business.

I am just clarifying the situation as it was explained to me by the CEO.
I handle all interaction with NextWave but you are responsible for the
business. I want it very clear that I won't be following up with the
various teams in Bundang (Legal, Engineering, etc.) to get the MoU
signed. As you recall, the Nokia RFI was handled very poorly. The
Business Team took over responsibility and at the last minute wanted to
know what progress I made. I don't want any confusion in this case. I

don't think anything is changing with Account Management. If this
business is too tough for you now, what happens when we actually have
complicated business deals?

Best,

Mike

-----Original Message-----
From: DJNA [mailto:dna@posdata.co.kr]
Sent: Saturday, May 06, 2006 5:27 AM
To: mschy@posdata-usa.com
Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'
Subject: RE: NextWave MoU
Dear Mike,

I appreciate your efforts to follow up NextWave.
But the MOU seems to be far from our inputs or conditions suggested
by the related teams in business department in Mar.
Have you ever discussed with NextWave about the conditions to negotiate?

What will be Return On investment from NextWave while Supply Agreement
is separated from the MOU/Term sheet ?
I wish the supply agreement is not at NextWave's disposal after all the
investment
(8 BTS, 2 ACR, 100~150 CPE, 8 Full-time engineers etc.).

It is not reasonable for anyone to change the account management in
one's own way.
Give-up, Take-over, and hand-off ?
I have had a hard time enough because of the troubles.

Best Regards,
D.J. Na

From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Friday, May 05, 2006 12:32 PM
To: Byung-Chang Yoo; Joon-Il Shin; Dong-Ju Na
Subject: NextWave MoU

Gentlemen,

I received this Binding MoU draft from NextWave today, which has been
approved by Allen Salmasi. It is a fair representation of the items I
discussed with them many weeks ago and shared with all of you. The only
issues I see with the MoU are the first set of dates (June 1 may be too
soon for the co-development of schedules).

My biggest concerns about the NextWave trial are the same unanswered
ones that I personally asked the Business Team in Bundang and have
listed in every status report since March 28:
* Need realistic dates for NextWave's Evaluation System and 10 MHz
BW Technical Trial
* Need impact assessment on FCC's change to NextWave's frequency allocation
These issues will materially impact the dates of the Technical and
Market trials; thereby, affecting the dates in the MoU.

I'm sure you will also pick up on the fact that there is no mention of
purchasing the equipment. That is because this MoU only addresses the
Evaluation and Technical trial phases. Purchasing of the Market Trial
system is to be negotiated as part of the Supply Agreement. Again, none
of this is new information to any of you because I personally spoke to
each of you about this.

It is my understanding that I am to hand off all these business issues
to DJ Na. Unless I hear differently, I will wait for the Business
Team's response and only get involved when asked by the Business Team.
If you have any questions, please let me know.

Best Regards,
Mike

**ENGLISH**
**Translation**

| Identifiable Information | M5_LOG_20060507_000000/{C9C3A22C-932D-464F-90F5-EE91DE03ABFF} |
|---|---|
| Protocol | SMTP |
| Size | 35KB |
| File Count | File None |
| Sender's IP | 203.238.195.88 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-05-07 14:20:13 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | <mschy@posdata-usa.com> |
| Actual Recipient | mschy@posdata-usa.com |
| Subject | RE: NextWave MoU |

Hi, Mike,

This person is nuts. Joonil is surrounded by handpicked no-brainers and he once yelled in his Business Team staff meeting that there is no one who can help him to achieve what he wants or even the ones who can persistently insist what is wrong with him. Poor souls...
Let us see what CEO would do for this case. I told him that I have to consider leaving Posdata if this deal is intentionally aborted without any reasonable consensus. My team is ready as always.


Regards,

Seyoung

-----Original Message-----
From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Saturday, May 06, 2006 10:48 AM
To: 'Seyoung Kim'
Subject: FW: NextWave MoU


FYI - more stupid stuff from DJ...

Mike

-----Original Message-----

From: Michael Schy [mailto:mschy@posdata-usa.com]

Sent: Saturday, May 06, 2006 7:06 AM

To: dna@posdata.co.kr

Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'

Subject: RE: NextWave MoU

Dear DJ,

There is no difference from my response to your proposal back in March,
which I said during a weekly status meeting with the CEO -

1. It makes no sense and is completely ridiculous to have the
customer's evaluation system in Bundang, when they are based in another
country

2. No real Service Provider (KT, Sprint, etc.) pays for trials,
including equipment and support personnel - if you do not believe me, ask
your employee Inkyu Paek if Hanaro ever paid for trial equipment and
support

1. You may debate whether or not NextWave is a real Service
Provider, but there are not too many Service Providers to choose from at
this point

2. The idea of leasing the equipment makes no sense

What other opportunities do we have that have a better Return on
Investment than this potential opportunity? If we fail during the
trial, we get all of our equipment back. The time and resources spent
are the cost of doing business.

I am just clarifying the situation as it was explained to me by the CEO.
I handle all interaction with NextWave but you are responsible for the
business. I want it very clear that I will not be following up with the
various teams in Bundang (Legal, Engineering, etc.) to get the MoU
signed. As you recall, the Nokia RFI was handled very poorly. The
Business Team took over responsibility and at the last minute wanted to
know what progress I made. I don't want any confusion in this case. I

don't think anything is changing with Account Management. If this
business is too tough for you now, what happens when we actually have
complicated business deals?

Best,

Mike

-----Original Message-----
From: DJNA [mailto:dna@posdata.co.kr]
Sent: Saturday, May 06, 2006 5:27 AM
To: mschy@posdata-usa.com
Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'
Subject: RE: NextWave MoU
Dear Mike,

I appreciate your efforts to follow up NextWave.
But, the MOU seems to be far from our inputs or conditions suggested
by the related teams in business department in Mar.
Have you ever discussed with NextWave about the conditions to negotiate?

What will be Return On investment from NextWave while Supply Agreement
is separated from the MOU/Term sheet ?
I wish the supply agreement is not at NextWave's disposal after all the
investment
(8 BTS, 2 ACR, 100~150 CPE, 8 Full-time engineers etc.).

It is not reasonable for anyone to change the account management in
one's own way.
Give-up, Take-over, and hand-off ?
I have had a hard time enough because of the troubles.

Best Regards,
D.J. Na

From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Friday, May 05, 2006 12:32 PM
To: Byung-Chang Yoo; Joon-Il Shin; Dong-Ju Na
Subject: NextWave MoU

Gentlemen,

I received this Binding MoU draft from NextWave today, which has been
approved by Allen Salmasi. It is a fair representation of the items I
discussed with them many weeks ago and shared with all of you. The only
issues I see with the MoU are the first set of dates (June 1 may be too
soon for the co-development of schedules).

My biggest concerns about the NextWave trial are the same unanswered
ones that I personally asked the Business Team in Bundang and have
listed in every status report since March 28:
* Need realistic dates for NextWave's Evaluation System and 10 MHz
BW Technical Trial
* Need impact assessment on FCC's change to NextWave's frequency allocation
These issues will materially impact the dates of the Technical and
Market trials; thereby, affecting the dates in the MoU.

I'm sure you will also pick up on the fact that there is no mention of
purchasing the equipment. That is because this MoU only addresses the
Evaluation and Technical trial phases. Purchasing of the Market Trial
system is to be negotiated as part of the Supply Agreement. Again, none
of this is new information to any of you because I personally spoke to
each of you about this.

It is my understanding that I am to hand off all these business issues
to DJ Na. Unless I hear differently, I will wait for the Business
Team's response and only get involved when asked by the Business Team.
If you have any questions, please let me know.

Best Regards,
Mike

EXHIBIT 3

From: Jeffrey Choi [mailto:jchoi@posdata-usa.com]
Sent: Tuesday, June 27, 2006 3:49 PM
To: 'William Li'
Subject: RE: Hello from Jeff : Any chance of getting together?
It's even better with nice and quick reply!!

William,
Let's see on Wednesday. (I can't wait until Thursday ^^)
How about at the Fresh Choice in Great Mall where we met the last time?

I will talk to some of us and go there if anyone is available.

I know you have heard of what is happening in Posdata. I appreciate your
paying attention.
You seem to be still part of the team. Huh?
(You seat and desk is still looking forward to having you back, but I have
to say "be there!!," for the reasons that you going to tell you in the meeting.)

I think Anuj is participating Wimax meeting for Beceem. I hope he is happy there.
All of us are pretty good here if there is no intervention from Korea.
Still there are bunch of "SOB" in Korea.

In Korea, It's demn hot and humid in Seoul Korea. I have barely escaped the
hell of hot season.

Let's see on Wednesday at 12:00PM (noon) in front of Fresh Choice at Great Mall.


Jeff


-------------------------------------------------------------
POSDATA USA R&D Center
Senior Staff Hardware Engineer
Jeffrey J. K. Choi
-------------------------------------------------------------

EXHIBIT 4

| 식별정보 | M5_LOG_20060728_000000/{8B1224F6-DFD4-4BAD-891A-FBDA5BAF64B4} |
|---|---|
| 프로토콜 | SMTP |
| 크기 | 15KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.203.206 |
| 받는 IP | 203.246.184.101 |
| 저장시각 | 2006-07-28 07:06:01 |
| 보낸사람 | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| 받는사람 | <m.schy@comcast.net>,<bhkim@posdata-usa.com> |
| 실수취인 | bhkim@posdata-usa.com,m.schy@comcast.net |
| 제목 | RE: Malaysia |

Hi Mike,

Anyway, DJ and Joonil will start to write another story.
I was hinted that Joonil disintegrated Lab 1 because he was afraid of
Lab 1 becoming too strong for him to handle and the only group which
would be chosen for Posdata after all leaving business team evaporated.
He also thinks that Lab 1 has been so arrogant to other teams,
especially for his business team. He, as being appointed as FLYVO
leader, be just behaved as a head of the business team.

I asked Mr. Yoo that the only way to survive for Posdata is to look for
EUM and other niche market in North America and build a team in SV
dedicated to US market under his direct management. If not (most
likely), then people including myself have to find another job for our
own life. I asked him to give me an answer within one or at most two
months which I don't think probable. Then, I am out!!

Cheers,

Seyoung

-----Original Message-----

From: m.schy@comcast.net [mailto:m.schy@comcast.net]

Sent: Thursday, July 27, 2006 2:29 PM

To: seyoungkim@posdata-usa.com; bhkim@posdata-usa.com

Subject: Malaysia

Gentlemen,

Sorry to hear the Malaysia recalled the 2.3 GHz spectrum that was
allocated for WiMAX. I know the guys in BD have been working with DiGi
for quite a while.

Good Luck!

Mike

http://biz.thestar.com.my/news/story.asp?file=/2006/7/21/business/149075
32
532&sec=business> &sec=business

PS I hope Dr. Lim is working quickly on the SoC - Sequans just received
$24 M

**ENGLISH
Translation**

| Identifiable Information | M5_LOG_20060728_000000/{8B1224F6-DFD4-4BAD-891A-FBDA5BAF64B4} |
|---|---|
| Protocol | SMTP |
| Size | 15KB |
| File Count | None |
| Sender's IP | 203.238.203.206 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-07-28 07:06:01 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | <m.schy@comcast.net>,<bhkim@posdata-usa.com> |
| Actual Recipient | bhkim@posdata-usa.com,m.schy@comcast.net |
| Subject | RE: Malaysia |

Hi Mike,

Anyway, DJ and Joonil will start to write another story.
I was hinted that Joonil disintegrated Lab 1 because he was afraid of
Lab 1 becoming too strong for him to handle and the only group, which
would be chosen for Posdata after all leaving business team evaporated.
He also thinks that Lab 1 has been so arrogant to other teams,
especially for his business team. He, as being appointed as FLYVO
leader, is just behaved as a head of the business team.

I asked Mr. Yoo that the only way to survive for Posdata is to look for
EUM and other niche market in North America and build a team in SV
dedicated to US market under his direct management. If not (most
likely), then people including myself have to find another job for our
own life. I asked him to give me an answer within one or at most two
months, which I don't think probable. Then, I am out!!

Cheers,

Seyoung
-----Original Message-----

From: m.schy@comcast.net [mailto:m.schy@comcast.net]
Sent: Thursday, July 27, 2006 2:29 PM
To: seyoungkim@posdata-usa.com; bhkim@posdata-usa.com
Subject: Malaysia

Gentlemen,

Sorry to hear the Malaysia recalled the 2.3 GHz spectrum that was
allocated for WiMAX. I know the guys in BD have been working with DiGi
for quite a while.

Good Luck!

Mike

http://biz.thestar.com.my/news/story.asp?file=/2006/7/21/business/149075
32
532&sec=business> &sec=business

PS I hope Dr. Lim is working quickly on the SoC - Sequans just received
$24 M

# EXHIBIT 5

| | |
|---|---|
| 식별정보 | M5_LOG_20060630_000000/{91BD7101-B30E-426E-92D2-2752A3D839F9} |
| 프로토콜 | SMTP |
| 크기 | 10KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.200.27 |
| 받는 IP | 141.223.1.1 |
| 저장시각 | 2006-06-30 10:15:57 |
| 보낸사람 | Jinyoung Park <susia@postech.ac.kr> |
| 받는사람 | Seyoung Kim <mountainrun@gmail.com> |
| 참조인 | susia@postech.ac.kr |
| 실수취인 | mountainrun@gmail.com,susia@postech.ac.kr |
| 제목 | Re: 김세영 |

안녕하세요 , 김세영 실장님.

요 며칠 너무 황당한 기분,, 저도 난생 처음인것 같습니다.
Posdata 에서 좋은 동료,상사분들과 열심히 일하고 배울수 있어서 개인적으로
너무 좋았습니다.
그런분들이 있었기에 다들 미친듯이 열심히 일할 수 있었다고 생각되구요.

그런데 회사가 상식을 저버리고 행한 행동에 대해서 너무 어이가 없고 화가
나네요.


암튼 , 여기서 힘내고 ,,, 그리고 기다리겠습니다.
항상 건강하세요..
또 연락드리겠습니다.


- 진영 올림


On Thu, 2006-06-29 at 08:27 -0400, Seyoung Kim wrote:
> 이석찬, 박진영 그리고 김광석씨,

>
> 졸지에 인사이동 소식을 들어 많이 당황하실 것으로 알고 있습니다. 저도
> 여태까지 오랜 동안 직장생활 하다가 이렇게 황당무계한 경우는 처음 들어
> 보았습니다.
> 이렇게 유치하고 속이 빤히 들여다 보이는 플랜들이 성공하기에는 불가능하
> 리라는 것은 머지 않아 알게 될 것입니다.
> 저는 우리팀이 다시 함께 모여서 일 할 수 있는 기회를 찾으려고 합니다.
> 시간이 걸리기는 하겠지만 그다지 어렵지만은 않을 것입니다. 이러한 팀
> 구성과 그동안 해온 일들 보면 누구나 탐낼 개발 조직이 될 것입니다. 최
> 대한 노력을 해서 우리가 만들고 이끌어 가는 회사를 만들도록 하겠습니다.
>
> 그동안 인내심을 가지고 기다려 주시기 바랍니다. 그리고 신인철, 신준
> 일, 임용제, 김재형씨등 앞으로 Posdata 를 이끌어 갈 분들의 성공을 위해
> 서(?) 우리가 어떻게 하는 것이 최선인가 잘 아시리라 믿습니다.
> 이제부터는 소식을 전할 경우 절대적으로 개인 메일을 사용하여야 겠습니
> 다. 제 개인메일은 mountainrun@gmail.com 입니다. 그리고 개인 전화 번
> 호는 408-489-2987 입니다.
> 앞으로 계속 기회를 적극적으로 알아볼 터이니 그동안 개발은 계속해야 겠
> 습니다. 그런데 하나는 Posdata 의 장래를 위한 것, 다른 하나는 우리의 장
> 래를 위한 것 이렇게 두 branch 로 영특하게 진행하시리라 믿습니다. 힘을
> 내십시다. 위기는 항상 또다른 좋은 기회를 불러오게 됩니다.
>
> 김세영

Regards
-Jinyoung ( susia@postech.ac.kr )
PGP Key ID : 8C8D20AD

**ENGLISH
Translation**

| | |
|---|---|
| Identifiable Information | M5_LOG_20060630_000000/{91BD7101-B30E-426E-92D2-2752A3D839F9} |
| Protocol | SMTP |
| Size | 10KB |
| File Count | File None |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 141.223.1.1 |
| Date | 2006-06-30 10:15:57 |
| Sender | Jinyoung Park <susia@postech.ac.kr> |
| Recipient | Seyoung Kim <mountainrun@gmail.com> |
| Cc | susia@postech.ac.kr |
| Actual Recipient | mountainrun@gmail.com,susia@postech.ac.kr |
| Subject | Re: Seyoung Kim |

Hi, Chief , Seyoung Kim,

I've been feeling so absurdly for these couple of days,, It's like the first time for me, too. Personally, I had great time working with, and learning from good fellow members, and bosses at Posdata.   And because of those people, I believe everyone was working so insanely hard.   I am so angry and dumbfounded by company's action, discarding principles.

Anyways, cheers ,,, and I will wait.
Stay well..
I will contact you again.

-from Jinyoung

On Thu, 2006-06-29 at 08:27 -0400, Seyoung Kim wrote:
> Dear Sukchan Lee, Jinyoung Park, and Gwangseok Kim,
>

>I understand that you must be frustrated after hearing about personnel change.   I

>, also, never heard of such a case so absurd, and it is my first time hearing such during

>my long years of working at companies.

>They shall find out in no time that all these childish and plainly visible plans are

>impossible to succeed.

>I will be searching for opportunities for our team to gather up and work again.

>It will take time, but it won't be too difficult.   Looking at this team makeup and the

accomplishments made, we would make a development team that anyone would admire.

>I will put my best effort to make a company that we, ourselves make and lead.

>

>In the mean time, please wait with patience.   And I believe you all know what we should

>do it for (?) the success of, Inchul Shin, Joonil Shin, Yongje Imm, Jaehyung Kim and others who will lead

> Posdata in the ahead.

> From now on, when in making contacts, Absolutely, we must use personal email accounts.

>My personal email is mountainrun@gmail.com.   And my personal phone number is

>408-489-2987.

>I will actively look for opportunities continuously, meanwhile, we should keep doing development.   But, one thing is for the future of Posdata, and the other is for our future,

>in two different branches, I believe you will make a smart movement .

>cheers.   Crisis always calls for another good chance.

>

>Seyoung Kim


Regards

-Jinyoung ( susia@postech.ac.kr )

PGP Key ID : 8C8D20AD

EXHIBIT 9

제목:[RE]Fwd: GCT mobile Station chip IOT reports

보낸사람:ekangmin

김세영 박사님, 안녕하세요?

이강민 입니다.

정수석 통해서 김박사님께서 많이 애쓰고 계신다는 말씀 전해듣고 있습니다.

이력서를 보내드려야 하는데 집에 있는 PC가 뻗어서 조금 지연되고 있습니다.

PC를 복구하는대로 이력서를 보내드리도록 하겠습니다.

(사실 지금도 지금도 실험실에서 회사 네트웍을 피해 메일을 쓰고 있는 중입니다)

그럼, 건강하십시오!!!

이강민 드림

--------[ 받은 메일 내용 ]--------

제목 : Fwd: GCT mobile Station chip IOT reports

날짜 : Mon, 11 Dec 2006 10:19:18 -0800

보낸이 : "Seyoung Kim" <mountainrun@gmail.com>

받는이 : mountainrun@gmail.com

FYI.

Please keep strictly confidential!!

---------- Forwarded message ----------

From: Jeffrey J.K. Choi

Date: Dec 11, 2006 7:39 AM

Subject: GCT mobile Station chip IOT reports

To: SeYoung Kim

안녕하십니까,

일단 GCT IOT 가 전체적으로 끝난 것은 아니지만, 많은 부분이 끝난 것 같습니다. 제가 분당 pss software 그룹에서 부터 얻은 부분을 보내드립니다.

두 엑셀파일에 각 각 담긴 GCT 측정 자료와 POSDATA 측정 자료를 각각 비교해야 되는 데, Throught 부터 나머지 부분까지 해당하는 부분을 같이 열고 비교를 하게 되어서 조금 불편하실 지 모르겠습니다. 비교를 쉽게 할 수 있는 통합 자료가 없는 것 같습니다.

덧붙여 이야기를 드리면, 그쪽 개발 담당자들이 우리의 RAS의 성능에 대해서 혀를 내둘 렀다고 합니다. GCT 단말과 붙어서 전체 핸드로버 딜레이가 50ms 좀 넘게 나온 것도 우

리 RAS가 최적의 성능을 보였기 때문이라고 .... 그것 외에도 RAS가 상당히 안정적으로 동작하면서 높은 성능을 보인 것에 대해서 상당히 놀랐다는 말과 함께 많은 부러움을 표시하였다고 합니다.

생각보다는 그쪽(GCT)에서 개발하는 환경이 좋지 않을 것으로 이야기를 했답니다. 그리고 우리쪽 PSS(TM1)을 ASIC화 하지 않은 것에 대해서 참으로 의아해 한다고 합니다. 그리고 그르것을 제껴두고 왜 전혀다른 기반에 단말 SOC를 하고 있는 지 이해하기 힘들다고요. 대부분 면에서 자기네 것보다 훨씬 낫다고 평가 하면서.... 그 부분은 개발을 같이 하는 저희들도 물론 의아해 하는 부분이지만요.

Word 문서에 나와있는 바와 같이 POSDATA TM1의 경우 16QAM 3/4 이상 부터 CTC를 켜면 단말이 불안정하다고 합니다. 이 부분은 프로세싱이 길어져서 UL-MAP을 원하는 제시간에 UMAC 얻을 수 없어서 생기는 것 같습니다. 사실 지금도 부분적으로 LMAC의 MAP parser를 조금 수정을 하여 빨리 올려줄 수 있도록 해서 해결할 수도 있으나 다들 무관심 한것 같습니다.
그런 이유로 성능 측정 부분에서는 CTC부분을 모두 뺀것으로 보입니다.

추후에 실시된 시험에 대한 추가된 자료가 있으면 더 얻도록 하겠습니다.

기타 여러가지 이쪽에서 들은 이야기 들이 있는 데 통화가 되면 전해드리겠습니다. 자질구레한  이야기들이 될 수가 있어서...

보낸 데이타를 김세영 박사님께서 필요하신 분들에게 배포하시길 부탁드립니다.

그럼,
Jeff

**ENGLISH**
**Translation**

Subject:[RE]Fwd: GCT mobile Station chip IOT reports

From:ekangmin

Hi, Dr.Seyoung Kim?

This is Kangmin Lee.

I heard from Suesuk Joung that Dr.Kim, you are putting a lot of efforts.

I should send you a resume, but PC at home crashed so it's taking a little while.

I will send you a resume soon as the PC is repaired.

(In fact, even now, even now, I am in the lab writing email to avoid company's network)

Well, stay good!!!

From Kangmin Lee


---------[ Received E-mail message]----------

Subject : Fwd: GCT mobile Station chip IOT reports

Date : Mon, 11 Dec 2006 10:19:18 -0800

From : "Seyoung Kim" <mountainrun@gmail.com>

To : mountainrun@gmail.com

FYI.

Please keep strictly confidential!!


---------- Forwarded message ----------

From: Jeffrey J.K. Choi

Date: Dec 11, 2006 7:39 AM

Subject: GCT mobile Station chip IOT reports

To: SeYoung Kim


Hi,

First of all, although GCT IOT isn't completed all the way, a big portion of it is done.  I am sending you the part I got from pss software group in Bundang.


GCT measure data and POSDATA measure data, each contained in two excel files, need to be compared each, it might be somewhat inconvenient for you having to open and compare the two from the part containing "Throught"  to the rest of the part.  There seems to be no integrated data, which allows you to compare it easy.


Additionally speaking, developmental people who are in charge of their side (GCT) were struck with wonder at our RAS's performance.  They told us that because our RAS is presenting the

optimum performance, when connected with GCT terminal, overall handle-over delay was merely just over 50ms... Moreover, they were amazed and expressed huge admiration for RAS's significantly stable operation and high performance.

They were saying that developing environment from their side(GCT) is not as good as they had envisioned. And they wondered why our side PSS(TM1) is not following ASIC. Furthermore, they could not comprehend why we are doing terminal SOC on a completely different platform. They were appraising ours superior to theirs in most areas,... even us involved in the development are wondering about that part, too.

As mentioned in the Word document, in the case of POSDATA TM1, terminal becomes unstable when turning on CTC above 16QAM ¾. I think, this comes from extended processing time so that UL-MAP cannot get UMAC on time. In fact, it is possible to give solution by making a bit of correction to the LMAC's MAP parser giving it a faster processing, but everyone seems to be unconcerned.
For such reasons, CTC part is all omitted in the Performance measure part.

I will try to obtain more data if there's an updated material, which was tested later.

I have more stories that I heard from this sides but I will tell you on the phone later, for it can be petty details. Let me ask Dr.., Seyoung Kim, would you please distribute enclosed data to people whom might need it.
Bye then,
Jeff

EXHIBIT 10