식별정보       M5_LOG_20061211_000000/{3457E6EE-E04C-42A7-9BA8-08532C67D2EE}

프로토콜      SMTP

크기          826KB

파일개수      2 개

보낸 IP       203.238.200.27

받는 IP       203.246.184.99

저장시각      2006-12-11 12:49:19

보낸사람      Jinyoung Park <susia@posdata.co.kr>

받는사람      'Jeffrey Choi' <jchoi@posdata-usa.com>

참조인        susia@posdata.co.kr

실수취인      jchoi@posdata-usa.com,susia@posdata.co.kr

제목          [Fwd: GCT vs TM1]

첨부이름      PKG R1 0 Release Note_20061121_DCM.xls,SO-061201-GCT IOT-1.doc

-------- Forwarded Message --------
From: Sukchan Lee <acetcom@posdata.co.kr>
Reply-To: acetcom@posdata.co.kr
To: Heyoung Kim <hykim@posdata.co.kr>, Gwang-seok Kim
<anoveth@posdata.co.kr>, Sangroc Hwang <srhwang@posdata.co.kr>, Jinyoung
Park <susia@posdata.co.kr>, Woody Jeon <woody@posdata.co.kr>, 'Kangmin
Lee' <kmlee@posdata.co.kr>
Cc: acetcom@posdata.co.kr
Subject: GCT vs TM1
Date: Mon, 04 Dec 2006 13:41:31 +0900

혹시 궁금한 사람들이 많을까봐,...ㅋㅋㅋ

시험팀에서 시험한 결과를 첨부합니다. 혹시 설명 필요하신 분은 저에게 물어
보세요.

그럼. 이석한 드림.

Best Regards

-Jinyoung Park ( susia@posdata.co.kr )

PGP Key ID : 686DE4E3

**ENGLISH
Translation**

| Identifiable Information | M5_LOG_20061211_000000/{3457E6EE-E04C-42A7-9BA8-08532C67D2EE} |
|---|---|
| Protocol | SMTP |
| Size | 826KB |
| File Count | 2 개 |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 203.246.184.99 |
| Date | 2006-12-11 12:49:19 |
| Sender | Jinyoung Park <susia@posdata.co.kr> |
| Recipient | 'Jeffrey Choi' <jchoi@posdata-usa.com> |
| Cc | susia@posdata.co.kr |
| Actual Recipient | jchoi@posdata-usa.com,susia@posdata.co.kr |
| Subject | [Fwd: GCT vs TM1] |
| Attach | PKG R1 0 Release Note_20061121_DCM.xls,SO-061201-GCT IOT-1.doc |

-------- Forwarded Message --------
From: Sukchan Lee <acetcom@posdata.co.kr>
Reply-To: acetcom@posdata.co.kr
To: Heyoung Kim <hykim@posdata.co.kr>, Gwang-seok Kim
<anoveth@posdata.co.kr>, Sangroc Hwang <srhwang@posdata.co.kr>, Jinyoung
Park <susia@posdata.co.kr>, Woody Jeon <woody@posdata.co.kr>, 'Kangmin
Lee' <kmlee@posdata.co.kr>
Cc: acetcom@posdata.co.kr
Subject: GCT vs TM1
Date: Mon, 04 Dec 2006 13:41:31 +0900

Just in case that many people are wondering, …. hehehe

Attached is the result of test from the test team.  If anyone needs explanation, please ask me.

Best Regards

-Jinyoung Park ( susia@posdata.co.kr )

PGP Key ID : 686DE4E3

EXHIBIT 11

,["110d7dded4eab47a",0,0,"Feb                                                                    18","<span
id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon</span>,                    <span
id\u003d\"_upro_mountainrun@gmail.com\">me</span> (2)","<b>&raquo;</b> ","Plugfest
2/17 last day","메일 감사합니다. 결국 다른 회사들은 HO 와 Security 가 제대로 구현되··
&hellip;",[]
,"Mobile 3 Plugfest Interim Report-Feb17-2007.doc,Mobile 3 Plugfest Interim Report-Feb17-
2007.doc"

--------------------------------------------------------------------------------

,"Feb 20, 2007 10:25 PM","MCCA PCB fab. Gerber data ready.","",[]
,1,,,"Tue Feb 20 2007_10:25 PM","On 2/20/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On          2/20/07,          <b          class\u003dgmail_sendername>Choon          Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:,,"sbcglobal.net",,"","",0,,"<45DBE5C8.8010201@sbcglobal.net>",1172039112000,,0,"In
reply to \"MCCA PCB fab. Gerber data ready.\"",0]
,["mb","<div style\u003d\"direction:ltr\">안녕하세요,<br /><br />전화로 이야기 한 내용을 보내
드립니다.<br /><br />MCCA (Turtle Channel Card) PCB 제작용 Gerber Data 가 준비
되었습니다.<br /><br />지금까지 시험한 내용을 정리하여 적용 하였습니다. CPU, Flash,
SDRAM,<br />Ethernet Switch 등에 대하여 시험을 마쳤으며, 최종적으로 external
machine<br />(PC 등)와 CPU 가 ping 이 되는 것을 확인 하였습니다. 현재 제작되어
있는<br />board 에서 시험 할 수 있는 부분은 가능한 시험을 모두 마쳤습니다.<br /><br
/>또한, 현재 제작되어 있는 board 는 비록 FPGA 부분이 동작하지 않지만 CPU<br />및
network 이 동작 하므로 software 동작 및 검증용으로 어느 정도 사용 가<br />능합니다.<br
/><br />이제 FPGA 및 DSP code 등을 모두 올려서 시험 할 수 있는 board 를 만들려고<br
/>하오니, 제작 가능 여부를 알려 주시면 Gerber Data 및 Part List 를 보내 드<br
/>리겠습니다.<br /><br />회신 기다리겠습니다.<br /><br />감사합니다.<br />신춘

--------------------------------------------------------------------------------

,["111110910fe49f9c",0,0,"Mar 1","<span id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon
Shin</span>","<b>&rsquo;</b> ","mcca rev.c gerber data","안녕하세요, 첨부와 같이
MCCA REV.C GERBER DATA 를 보내 드리오니 업무에 참고 &hellip;",[]
,"MCCA-C-3-GBR-NOP.zip","111110910fe49f9c",0,"Thu Mar 1 2007_10:04 PM",0,"","",0,0,1]

"Mar 2, 2007 12:03 AM","mcca rev.c gerber data","",["0.1","MCCA-C-3-GBR-
NOP.zip","application/zip",5622678,-1,"0.1"]
,1,,,"Fri Mar 2 2007_12:03 AM","On 3/2/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On          3/2/07,          <b          class\u003dgmail_sendername>Choon          Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:,,"sbcglobal.net",,"","",0,,"<45E7B01C.5040306@sbcglobal.net>",1172811804000,,0,"In
reply to \"mcca rev.c gerber data\"",0]
,["mb","<div style\u003d\"direction:ltr\">안녕하세요,<br /><br />첨부와 같이 MCCA REV.C
GERBER DATA 를 보내 드리오니 업무에 참고 바라며,<br />PCB 제작 진행 부탁
드립니다.<br />질문이 있으시면 언제 든지 연락 바랍니다.<br /><br />감사합니다.<br
/>신춘,<br /><br /></div>",0]
,["ma",[1,"<table          class\u003datt          cellspacing\u003d0          cellpadding\u003d5

border\u003d0><tr><td><table    cellspacing\u003d0    cellpadding\u003d0><tr><td><img width\u003d16    height\u003d16    src\u003d\"/mail/images/zip.gif\"><td width\u003d7><td><b>MCCA-C-3-GBR-NOP.zip</b><br>5491K    Scanning    for viruses...</table></table>","111110910fe49f9c"]

**ENGLISH**
**Translation**

,["110d7dded4eab47a",0,0,"Feb                                               18,""<span

id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon</span>,                    <span

id\u003d\"_upro_mountainrun@gmail.com\">me</span> (2)","<b>&raquo;</b> ","Plugfest

2/17 last day"," Thank you for your email.    In the end, other companies... properly implemented

HO and Security

&hellip;",[]

,"Mobile 3 Plugfest Interim Report-Feb17-2007.doc,Mobile 3 Plugfest Interim Report-Feb17-

2007.doc"

----------------------------------------------------------------------------------------------------

,"Feb 20, 2007 10:25 PM","MCCA PCB fab. Gerber data ready.","",[]
,1,,,"Tue Feb 20 2007_10:25 PM","On 2/20/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On        2/20/07,      <b      class\u003dgmail_sendername>Choon        Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","","",0,,"<45DBE5C8.8010201@sbcglobal.net>",1172039112000,,0,"In
reply to \"MCCA PCB fab. Gerber data ready.\"",0]
,["mb","<div style\u003d\"direction:ltr\">Hi,<br /><br />I am sending you the contents of our
phone conversation.<br /><br />Gerber Data for MCCA (Turtle Channel Card) for the production
of PCB, Gerber Data is prepared.<br /><br />We have summarized testing records that we have
conducted.   And We have applied these records..  CPU, Flash, SDRAM,<br />Ethernet Switch
has been done tested.   Lastly, external machine<br />(PC ...etc...)and CPU has been
confirmed ping.   All possible testing that could be done on currently developed<br />board has
been done.<br /><br />Furthermore, even though currently developing board's FPGA part does
not operate, CPU<br />and network is working fine.   Therefore, it is somewhat possible to use
it as a tester, and/or for software operation.<br />< br />Now, we are about to make a board that
can be tested with FPGA and DSP code on it.<br /><br />So if you'd tell me about development
possibility, I will send you Gerber Data and Part List.<br /><br /><br />I will wait for your
reply.<br /><br />Thank you.<br />Choon Shin
----------------------------------------------------------------------------------------------------

,["111110910fe49f9c",0,0,"Mar 1","<span id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon
Shin</span>","<b>&raquo;</b> ","mcca rev.c gerber data","Hi, I am attaching MCCA
REV.C GERBER DATA.   Please use it as a reference to your work. &hellip;",[]
,"MCCA-C-3-GBR-NOP.zip","111110910fe49f9c",0,"Thu Mar 1 2007_10:04 PM",0,"",0,0,1]

"Mar   2,   2007   12:03   AM","mcca   rev.c   gerber   data","",[["0.1","MCCA-C-3-GBR-
NOP.zip","application/zip",5622678,-1,"0.1"]
,1,,,"Fri Mar 2 2007_12:03 AM","On 3/2/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On        3/2/07,      <b      class\u003dgmail_sendername>Choon        Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","",,,0,,"<45E7B01C.5040306@sbcglobal.net>",1172811804000,,0,"In
reply to \"mcca rev.c gerber data\"",0]
,["mb","<div style\u003d\"direction:ltr\">Hi,<br /><br />Attaching MCCA REV.C GERBER DATA,
please use it as a reference,<br /><br />please proceed developing PCB.<br />Contact me any time if
you have questions.<br /><br />Thank you.<br />Choon Shin,<br /><br /></div>",0]
,["ma",[1,"<table        class\u003datt        cellspacing\u003d0        cellpadding\u003d5
border\u003d0><tr><td><table        cellspacing\u003d0       cellpadding\u003d0><tr><td><img
width\u003d16           height\u003d16          src\u003d\"/mail/images/zip.gif\"><td
width\u003d7><td><b>MCCA-C-3-GBR-NOP.zip</b><br>5491K          Scanning          for
viruses...</table></table>","111110910fe49f9c"]

EXHIBIT 13



## 2007 Expense

| Salary | Base Salary | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seyoung Kim | 185,000 | | 15,417 | 15,417 | 15,417 | 15,417 | 15,417 | 15,417 | 15,417 | 15,417 | 15,417 |
| Ken Lee | 125,000 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 |
| Joonsug Chung | 90,000 | | | | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Hwayong Joung | 93,000 | | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 |
| Seong Dong Park | 67,000 | | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 |
| Jong Wook Lee | 70,000 | | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 |
| Hojun Kim | 135,000 | | 11,250 | 11,250 | 11,250 | 11,250 | 11,250 | 11,250 | 11,250 | 11,250 | 11,250 |
| Jeff Choi | 130,000 | | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 |
| Ranny Hong | 105,000 | | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 |
| Choon Shin | 130,000 | | | | | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 |
| Woo Jin Jeon | 81,000 | | | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 |
| Se Jin Lim | 65,000 | | | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 |
| Hung Seung Oh | 65,000 | | | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 |
| Kang Min Lee | 70,000 | | | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 |
| Yerang Hur | 115,000 | | | | | | 9,583 | 9,583 | 9,583 | 9,583 | 9,583 |
| Jungnam Yoon | 105,000 | | | | | | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 |
| Kiyoung Kwak | 40,000 | | | | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 |
| Suck Chan Lee | 62,000 | | | | 5,167 | 5,167 | 5,167 | 5,167 | 5,167 | 5,167 | 5,167 |
| Jin Young Park | 65,000 | | | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 |
| Kwang Seok Kim | 62,000 | | | 5,167 | 5,167 | 5,167 | 5,167 | | 5,167 | 5,167 | 5,167 |
| Sang Geun Hwang | 90,000 | | | | | | | | 7,500 | 7,500 | 7,500 |
| Seung Man Lee | 95,000 | | | 7,917 | 7,917 | 7,917 | 7,917 | 7,917 | 7,917 | 7,917 | 7,917 |
| Ji-Myung Oh | | | | | | | | | | | |
| William Li | | | | | | | | | | | |
| | Monthly | 10,417 | 75,833 | 117,750 | 126,250 | 144,583 | 162,917 | 162,917 | 170,417 | 170,417 | 170,417 |
| | Cumulative | 10,417 | 86,250 | 204,000 | 330,250 | 474,833 | 637,750 | 800,667 | 971,083 | 1,141,500 | 1,311,917 |

| Office Rent/Utility | | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KR | | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| SV | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | Monthly | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| | Cumulative | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 | 67,500 | 75,000 |

| R/D Tools | | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KR | | | 276,500 | 46,000 | 4,000 | 4,500 | 4,500 | 3,000 | 3,000 | 3,000 | 3,000 |
| SV | | | 282,800 | 15,500 | 42,500 | 39,250 | 18,250 | 3,500 | 3,000 | 3,000 | 3,000 |
| | Monthly | | 559,300 | 61,500 | 46,500 | 43,750 | 22,750 | 6,500 | 6,000 | 6,000 | 6,000 |
| | Cumulative | | 559,300 | 620,800 | 667,300 | 711,050 | 733,800 | 740,300 | 746,300 | 752,300 | 758,300 |

| R/D Tools (Less SW) | | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KR | | | 64,000 | 6,000 | 4,000 | 4,500 | 4,500 | 3,000 | 3,000 | 3,000 | 3,000 |
| SV | | | 147,300 | 15,500 | 42,500 | 39,250 | 18,250 | 3,500 | 3,000 | 3,000 | 3,000 |
| | Monthly | | 211,300 | 21,500 | 46,500 | 43,750 | 22,750 | 6,500 | 6,000 | 6,000 | 6,000 |
| | Cumulative | | 211,300 | 232,800 | 279,300 | 323,050 | 345,800 | 352,300 | 358,300 | 364,300 | 370,300 |

| Expense Summary (Less SW) | | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly | 17,917 | 294,633 | 146,750 | 180,250 | 195,833 | 193,167 | 176,917 | 183,917 | 183,917 | 183,917 |
| | Cumulative | 17,917 | 312,550 | 459,300 | 639,550 | 835,383 | 1,028,550 | 1,205,467 | 1,389,383 | 1,573,300 | 1,757,217 |

## 2007 Expense

| no | Area | Item | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total | Remark |
|----|------|------|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-------|--------|
| 1 | Test / Equipment | Oscilloscope | 5,000 | | | | | | | | | | | | 5,000 | |
| 2 | | Logic Analyzer | | 15,000 | | | | | | | | | | | 15,000 | |
| 3 | | Specrum Analyzer | | | 15,000 | | | | | | | | | | 15,000 | |
| 4 | | VSA | | | | | | | | | | | | | 0 | Vector Signal Analyzer |
| 5 | | VSG | | | | | | | | | | | | | 0 | Vector Signal Generator |
| 6 | HW/TAG | Xilinx download cable | 1,000 | | | | | | | | | | | | 1,000 | Xilinx download cable |
| 7 | | PPC440 in-circuit emulator | 3,000 | | | | | | | | | | | | 3,000 | PPC440 in-circuit emulator |
| 8 | | XDS510 | 1,000 | | | | | | | | | | | | 1,000 | XDS510 |
| 9 | HW Tool License | RTL compiler/simulator | 100,000 | | | | | | | | | | | | 100,000 | Cadence Tool |
| 10 | | RTL Synthesizer | 30,000 | | | | | | | | | | | | 30,000 | Synplicity |
| 11 | | FPGA tools | 2,500 | | | | | | | | | | | | 2,500 | Xilinx s/w, h/w tool |
| 12 | | Schematic Capture | 3,000 | | | | | | | | | | | | 3,000 | OrCad schematic capture |
| 13 | SW Tool | PC | | | | | | | | | | | | | 0 | VxWorks |
| 14 | | PC | 4,000 | | | 4,000 | | | | | | | | | 8,000 | PC for Development |
| 15 | Outsourcing | PCB (BS) | | 15,000 | | | | | | | | | | | 15,000 | PCB layout outsourcing |
| 16 | | PCB (BS) | | | 8,000 | | | | | | | | | | 8,000 | PCB fabrication, 10 pcs |
| 17 | | PCB (BS) | | | 5,000 | | | | | | | | | | 5,000 | PCB assembly |
| 18 | | PCB (MS) | | | | | | 15,000 | | | | | | | 15,000 | PCB layout outsourcing |
| 19 | | PCB (MS) | | | | | | | 8,000 | | | | | | 8,000 | PCB fabrication, 10 pcs |
| 20 | | PCB (MS) | | | | | 5,000 | | | | | | | | 5,000 | PCB assembly |
| 21 | | Parts (BS) | | 32,000 | | | 8,000 | | | | | | | | 40,000 | Parts for Base Station Channel Card assembies |
| 22 | | Parts (MS) | | | | | | 24,000 | 8,000 | 8,000 | | | | | 40,000 | Parts for Mobile Station Base Band Board assembies |
| 23 | | Case (BS) | | | | | | | 750 | 750 | | | | | 1,500 | Case for BS |
| 24 | | RF board (BS) | | | | | | | 6,000 | 6,000 | | | | | 12,000 | RF board for BS |
| 25 | | GPSR (BS) | | | | | | | 6,000 | 6,000 | | | | | 12,000 | GPS Receiver |
| 26 | | AC/DC (BS) | | | | | | | 1,000 | 1,000 | | | | | 2,000 | Power Supply for BS |
| 27 | | Case (MS) | | | 350 | 350 | | | | | | | | | 700 | Case for MS |
| 28 | | RF board (MS) | | | 4,800 | 4,800 | | | | | | | | | 9,600 | RF board for MS |
| 29 | | AC/DC (MS) | | | 500 | 500 | 500 | | | | | | | | 1,500 | MS power supply |
| 30 | Supplies | Supplies | | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 500 | | | | 8,000 | Supplies |
| 31 | | Storage | 500 | 500 | 500 | 500 | 500 | 500 | 1,000 | 500 | | | | | 8,500 | Storage, Soldering, others |
| 32 | Operation | Office | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | Office Rental, Utility, etc |
| | | **TOTAL** | 159,500 | 67,000 | 46,150 | 10,150 | 15,500 | 42,500 | 39,250 | 18,250 | 3,500 | 3,000 | 3,000 | 3,000 | 410,600 | |

| no | Area | Item | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total | Remark |
|----|------|------|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-------|--------|
| 1 | Test / Equipment | Oscilloscope | | | 5,000 | | | | | | | | | | 5,000 | |
| 2 | | Logic Analyzer | | | 15,000 | | | | | | | | | | 15,000 | |
| 3 | | Specrum Analyzer | | | | 15,000 | | | | | | | | | 15,000 | |
| 4 | | VSA | | | | | | | | | | | | | 0 | Vector Signal Analyzer |
| 5 | | VSG | | | | | | | | | | | | | 0 | Vector Signal Generator |
| 6 | HW/TAG | FPGA download cable | 1,000 | | | | | | | | | | | | 1,000 | FPGA download cable |
| 7 | | PPC440 in-circuit emulator | 3,000 | | | | | | | | | | | | 3,000 | PPC440 in-circuit emulator |
| 8 | | XDS510 | | 1,000 | | | | | | | | | | | 1,000 | XDS510 |
| 9 | HW Tool License | RTL compiler/simulator | | | 100,000 | | | | | | | | | | 100,000 | Cadence Tool |
| 10 | | RTL Synthesizer | | | 30,000 | | | | | | | | | | 30,000 | Synplicity |
| 11 | | FPGA tools | | | 2,500 | | | | | | | | | | 2,500 | FPGA s/w, h/w tool |
| 12 | SW Tool | PC | | | | | | | | | | | | | 0 | VxWorks |
| 13 | PC | PC | 3,000 | | 40,000 | 40,000 | 40,000 | | | | | | | | 120,000 | PC for Development |
| 14 | | PC | | | 4,000 | 1,000 | 1,000 | | 500 | 500 | | | | | 7,000 | Supplies |
| 15 | Supplies | Supplies | | | 4,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | | | | 7,000 | Storage, Soldering, others |
| 16 | | Storage | | | 1,000 | 1,000 | 1,000 | | | | | | | | 5,000 | |
| 17 | Operation | Office | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | Office Rental, Utility, etc |
| | | **TOTAL** | 10,000 | 4,000 | 202,500 | 60,000 | 46,000 | 4,000 | 4,500 | 4,500 | 3,000 | 3,000 | 3,000 | 3,000 | 347,500 | |

758,300

EXHIBIT 14





**InQuadron Organization Chart**
(Projected by the End of 2007)

KR (18)

Board of Directors (5)

Business Development (1)

KR R/D Team Lead (1)

Sys Engr (3)
- HW Architecture
- WiMAX Compliance
- Algo Development

HW (4)
- MS HW/FW
- Sys Integration

SW (6)
- BS SW
- MS SW
- Sys Integration

Field Test (3)
- System Installation
- Field Test
- Data Collection
- Performance Analysis
- System Verification

Sys Engr (4)
- Marketing Support
- WiMAX Standard
- WiMAX Compliance
- SW Architecture
- Algo Development

- BS HW/FW
- Sys Integration

- BS SW
- Sys Integration

EXHIBIT 15

| 식별정보 | M5_LOG_20070209_000000/{DC41A92D-19D2-4261-B2E0-294287490CE0} |
|---|---|
| 프로토콜 | SMTP |
| 크기 | 4KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.200.27 |
| 받는 IP | 141.223.1.1 |
| 저장시각 | 2007-02-09 12:07:13 |
| 보낸사람 | Jinyoung Park <susia@postech.ac.kr> |
| 받는사람 | Seyoung Kim <mountainrun@gmail.com> |
| 참조인 | jyounggo@gmail.com |
| 실수취인 | mountainrun@gmail.com,jyounggo@gmail.com |
| 제목 | Re: 사업 _시작_신호탄!!! |

안녕하세요 ,

잘 지내셨는지요 ?
잘 진행되고 있다는 소식을 들으니 기분이 좋네요.
성동씨랑은 종종 만나서 소식은 듣고 있습니다.
저는 앞으로 2 주 동안 plugfest 관계로 spain 에 가 있을것 같습니다.

윌리엄과도 잘되어서 정말 !!! 같이 했으면 좋겠습니다.
아시다시피 윌리엄같은 좋은 enginneer 가 PSS SW 쪽을
lead 해 주는 것이 필요하다고 생각됩니다.

윌리엄만 같이 일한다면 여러가지 제가 두려워 하고 걱정했던 일들이
사라질것 같네요, 그리고 다른 사람들이 마음을 굳히는 데도 결정적인
역할을 할것 같구요.

그 외 다른 사업적인것들은 , 김박사님이나 정박사님께서 잘 해주실거라
믿습니다.

다음주에 만나실때 꼬욱,, 윌리엄을 잘 설득시켜주셔서 같이 일하게 해주십
요.!
항상 건강하시구요 , 한국에 오시면 한번 뵈었으면 합니다.

그럼.

- 진영 올림


PS. 제 email 을 앞으로 jyounggo@gmail.com 으로 연락주셨으면 합니다.


On Thu, 2007-02-08 at 08:18 -0800, Seyoung Kim wrote:
> 박진영씨,
>
> 안녕하셨지요?
> 그 동안 자세한 소식을 제대로 듣지 못해서 많이 궁금하셨으리라 생각합니
> 다. 마침내 개발을 시작할 수 있는 fund 가 마련되어 이제는 본격적으로
> 시작할 꿈에 부풀어 있습니다.
> 앞으로 Join하는 팀원들은 대부분이 Founding Member 와 다름없기 때문에
> Stock Option 이라던가 차후 Benefit Sharing 에 대해 가능한 한 최대의 헤
> 택을 줄 것입니다. 회사의 종업원이 아닌 우리 팀원 소유의 회사이기 때
> 문에 가능하겠지요.
>
> 아울러 현재 중요한 Customer 가 될 유명 회사와도 은밀히 협상을 진행중
> 인데 좋은 소식이 있을 것으로 기대합니다.
> 제가 한국에 가서 박진영씨를 직접 만나보고 자세한 이야기도 해주면 좋겠
> 는데 아마도 3월 8일 이후에나 가능하기 때문에 일단 한국에서는 박성동씨
> 와 정화용씨 두분을 통해 접촉을 할 예정입니다.
>
> 박진영씨께 곧 연락이 갈 것이며 Stock Option을 처우에 대해서도 이야기가
> 있을 것입니다. 이제는 시간이 급하기 때문에 신속히 결정하고 움직이도록
> 해야 할 것입니다.
>
> 아울러 이곳에서는 제가 William 을 만날 예정입니다. 전부터 저하고
> 같이 일하고 싶어는 했는데 지난 9월에 만났을 때 현재 회사에 약속한 것
> 이 있는지 당장 움직이기 어렵다고 했지만 이제는 사정이 달라지는 듯한 느
> 낌을 받아 돌아오는 월요일에 만나기로 했습니다.
>
> 혹시 궁금한 사항이 있으시면 박진영씨께서 편하신 시간에 Skype 로 직접
> 통화를 하는 것도 좋겠습니다. 미리 제게 메일을 주시면 그 시간에 접
> 선(?) 을 하지요.

> 한국과는 달리 미국에서는 WiMAX 에 대한 시장과 관심이 점점 커지고 있습

> 니다. 미국을 기점으로 사업을 시작하려는 우리 팀에게 좋은 소식이라고

> 믿습니다.

>

> 그럼 곧 만나뵙기를 기대하며 아무때나 제게 Skype 나 408-489-2987 로 연

> 락해 주시기 바랍니다. 감사합니다.

>

> 김세영

>

Regards

-Jinyoung Park( susia@postech.ac.kr )

PGP Key ID : 8C8D20AD

**ENGLISH
Translation**

| | |
|---|---|
| Identifiable Information | M5_LOG_20070209_000000/{DC41A92D-19D2-4261-B2E0-294287490CE0} |
| Protocol | SMTP |
| Size | 4KB |
| File Count | None |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 141.223.1.1 |
| Date | 2007-02-09 12:07:13 |
| Sender | Jinyoung Park <susia@postech.ac.kr> |
| Recipient | Seyoung Kim <mountainrun@gmail.com> |
| Cc | jyoungo@gmail.com |
| Actual Recipient | mountainrun@gmail.com,jyoungo@gmail.com |
| Subject | Re: Business _Start_Signal !!! |

Hi,

How have you been?
It's good to hear that things are going well.
I see Seongdong from time to time and hear about the news.
I will be in Spain for 2 weeks for plugfest related business.

I wish things would go well between William and.., so !!! wish to work together.
As you know, it's essential that a good engineer like William should lead the PSS SW side.

If I can get William to work with me, I feel like all that I've been afraid and worried about will banish, and it will definitely be the factor for others' to make up their mind.

For all the other business aspects, I believe Dr.Kim or Dr.Joung will do it fine.

When seeing next week, for sure,, convince William so that he will work with me.!
Wish you well, and I would like to meet you If you come to Korea

Bye now.

--from Jinyoung

PS. Please email me to jyounggo@gmail.com from now on.

On Thu, 2007-02-08 at 08:18 -0800, Seyoung Kim wrote:

>Dear Jinyoung Park,

>

>Have you been alight?

>I just figured that you might be so curious about things since you have not heard about detailed news for a while.

>finally, fund has been raised to start the development, and now I am inflated with hopes of  actual startup.

>Because most team members joining now, are almost the Founding Members, We will give the most stock option or future benefit Sharing as we can if possible.  It is made possible because it is our team members' company and, we are not just employees.

>

>In addition, currently we are making negotiations with a noble company, which might be our important customer, and I am expecting good news.

>I want to visit Korea and see Jinyoung Park in person, and tell you the detailed stories, but it will maybe be possible after March 8th, so for now, in Korea, My plan is that I will make contacts through Seongdong Park and Hwayong Joung, two of them.

>

>There will be soon a contact made to Jinyoung Park, How to treat stock Option will be discussed.   It's urgent time now, so you will make decisions fast, and move rapidly.

>

>Furthermore, from here, I made plans to meet with William.   From the past, he wished to work with me.   When we met in last September, he seemed to have commitments to his company at the time, and he told me he could not make a move right away.   Now, I had a feeling that the situation has changed, so in this coming Monday, we promised to see each other.

>

>If you have a question, why don't Jinyoung at your convenient time, use Skype so you can talk directly.   If you give me a prior notice, I will be online at the same time.

>Unlike in Korea, in the United States, interest in WiMAX market's getting bigger.

>I find it the good news for our team since we are about to start a business based in America.

>

>well, hope to see you soon.    Please feel free to contact me by Skype or call me at 408-489-2987.    Thank you.


>

> Seyoung Kim

>

Regards

-Jinyoung Park( susia@postech.ac.kr )

PGP Key ID : 8C8D20AD

EXHIBIT 16

----- Original Message ----- </div>        <div style\u003d\"background:#e4e4e4;font:10pt arial\"><b>From:</b>    <a    title\u003d\"mountainrun@gmail.com\" href\u003d\"mailto:mountainrun@gmail.com\"    target\u003d\"_blank\"   onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">Seyoung   Kim</a>   </div>        <div style\u003d\"font:10pt arial\"><b>To:</b> <a title\u003d\"jounghwayong@gmail.com\"

href\u003d\"mailto:jounghwayong@gmail.com\"   target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">Hwayong      Joung</a>   ;   <a title\u003d\"kdlee@leekimlaw.com\"       href\u003d\"mailto:kdlee@leekimlaw.com\" target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">Kenneth D.   Lee</a>  </div>        <div style\u003d\"font:10pt arial\"><b>Cc:</b>  <a title\u003d\"joonsug@gmail.com\"         href\u003d\"mailto:joonsug@gmail.com\" target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">Joonsug Chung</a>   ;    <a    title\u003d\"seongdong.park@gmail.com\" href\u003d\"mailto:seongdong.park@gmail.com\"  target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">Seongdong  Park</a>  </div>    <div style\u003d\"font:10pt arial\"><b>Sent:</b>  Wednesday, February 14, 2007    10:04 AM</div>      <div style\u003d\"font:10pt arial\"><b>Subject:</b> Operation Update</div>  <div><br>      <div>Hi Folks,</div>    <div> </div>    <div>As we reach the final end of opening business we need to prepare for     the following.</div>   <div> </div>     <div>Ken, </div>     <div>We need to prepare job offer letters for Hojun Kim, Jongkwan Choi and    Yoonki Hong in US. The job offers for US team should be immediate.</div>      <div>We also need to prepare job offers to other candidates in Korea who       would join us as an employee at IQI (except Hwayong and Seongdong who are currently with KTD).",1]

,["mb","</div>        <div>For both job offer letters, all the benefit terms would be included.  I wonder if there is any progress in meeting the insurance   brokers. I will find the phone numbers of Sequoia whom you may      contact.</div>    <div> </div>    <div>Hwayong,</div>       <div>For KR employees, I hope Hwayong would send us a sample job offer    form prevailing in Korean industry.</div>     <div>Let's discuss together who and when each candidate would    join the team so that we can prepare the job offer letters ahead of     time.  In Korea, the lead-time to finish the exit process is at least       one month and we should move very quickly from now on. </div>   <div> </div>   <div> </div>    <div>There is another very important process we have to start      immediately.</div>      <div>I am aware that the application deadline for  H1 visa  in 2007 is by the end of March with actual permit issue date      commecing October, 2007.</div>    <div>If our budget permits, I would like to proceed for H1 visa application for all key members from Korea. The extension to applying     green card would be a personal matter that should be discussed in the     future, but having H1 visa for selected candidates would be very      beneficial and convenient for our operation.</div>    <div> </div>     <div>I expect Hwayong and I should start to discuss immediately    to decide who would be the candidates by balancing  each one's preference and our budget to afford the legal expense.</div>     <div>Meanwhile, I would like have Ken's input on the expense needed for H1    visa application and ways to save the legal expense.  As I mentioned,     the deadline for H1 visa application is not remote and we should proceed     as soon as possible. </div>        <div> </div>    <div>Please let me know if there is any comments.</div>      <div> </div>    <div>Regards,</div>     <div><br>Seyoung</div>    <div> </div>",1]
,["mb","</blockquote></span></div></div></blockquote></div><br></span></div>",1]
,["mb","</blockquote></div> ",0]

,["ce"]],"0"] ..............................................................................................

EXHIBIT 17

,"Feb 27",["김세영 ¥u003cmountainrun@gmail.com¥>"]

,["방용근. \u003cgenius0722@naver.com\>"]

,"Feb 27, 2007 9:19 AM","안녕하세요. 방용근입니다.","안녕하세요. 방용근입니다. 일전에 주신 메일은 잘 받았습니다. 요청에 응해 주신 점 감사드립니다. 다름이 아니라, 몇가지 더 궁금한 점이 ...",[]

,0,,,"Tue Feb 27 2007_9:19 AM","On 2/27/07, 방용근 ¥u003cgenius0722@naver.com¥> wrote:"

--------------------------------------------------------------------------------

,"Feb 27, 2007 10:48 AM","Re: 안녕하세요. 방용근입니다.","",[]
,1,,,"Tue Feb 27 2007_10:48 AM","On 2/27/07, Seyoung Kim ¥u003cmountainrun@gmail.com¥> wrote:","On 2/27/07, ¥u003cb class¥u003dgmail_sendername¥>Seyoung Kim¥u003c/b¥> &lt;mountainrun@gmail.com; wrote:","gmail.com",,,"","",0,,"¥u003c9d68294f0702270948k63314db6xa8a7d1bd5f97617b@mail.gmail.com¥>",1172598523000,,0,"In reply to ¥"안녕하세요. 방용근입니다.¥"","",0]

,["mb",¥u003c     방용근씨,¥u003c     ¥u003c     ¥u003c     메일 감사합니다.¥u003c ¥u003c ¥u003c ¥u003c 현재로서의 계획은 미국내 SV 와 분당 수내역근처의 사무실을 얻어 두 팀으로 운영을 할 예정입니다. 그래· 한국에서 합류하는 인원은 일단 한국에서 근무하는 것으로 하나 형편에 ·라 일시적으로 미국에서도 당분간 체류를 해야 할 경우도 있을 것입니다.     혹은  본인이  전적으로  미국에서  생활하는  것을  원할  경우는 따로 신중하게 이야기를 해야 할 것입니다.  미국정부에서 발행하는 H1 Visa 쿼타가 한정이 되어있어 장래에 영주권을 받을 생각을 하면 오히려 한국에서 1 년· 지내고· 주재원 자격으로 미국으로 오는 것이 더 빠릅니다. 한국에서 1 년 지내는 동안 물론 미국으로 출장와서 일할 수는 있습니다. 그러나 H1 Visa 를 받을 경우 제일 빨라야 이번 10 월이나 내년이고 H1 Visa 를 신청한 상황에· 미국 여행은 H1 Visa 를 받기 전까지는 미국 출장에 상당한 통제를 받는 것·로 알고 있습니다.    ¥u003c ¥u003c¥u003c ¥u003c 제 계획으로· 본인들이 원하는 곳에서 일하는 것을 원칙으로 하고 싶습니다마는 우리의 예산과 사업의 전개에 따라 탄력적으로 움직여야 할 것으로 생각됩니다.¥u003c ¥u003c¥u003c ¥u003c 우리의 예산이 충분하면 모두에게 좋· 연봉을 드리고 싶으나 신생 벤처 기업으로서의 한계가 있음을 잘 아시리· 믿습니다.  그래서 이번에 합류하는 팀원들에게 최소한 현재 연봉을 유지하거나 경우에 따라서는 어느정도의 Plus-Alpha 를 제공하며 좋은 @@ATL@@·@&·^··

# ENGLISH
## Translation

,"Feb 27",["Seyoung Kim ¥u003cmountainrun@gmail.com¥>"]
,["Yongkeun_Bang \u003cgenius0722@naver.com\>"]
,"Feb 27, 2007 9:19 AM","Hi,.  This is Yongkeun Bang."," I. This is Yongkeun Bang.  I have received your email while ago.  Thank you for accepting my request.  Well, I had few more questions…", []
,0,,,"Tue   Feb   27   2007_9:19   AM","On   2/27/07,   Yongkeun   Bang ¥u003cgenius0722@naver.com¥> wrote:"

----------------------------------------------------------------------------------------------------

,"Feb 27, 2007 10:48 AM","Re: Hi, this is Yongkeun Bang.","",[]
,1,,,"Tue   Feb   27   2007_10:48   AM","On   2/27/07,   Seyoung   Kim ¥u003cmountainrun@gmail.com¥>   wrote:","On   2/27/07,   ¥u003cb class¥u003dgmail_sendername¥>Seyoung   Kim¥u003c/b¥>   &lt;mountainrun@gmail.com; wrote:","gmail.com",,,"","",0,,"¥u003c9d68294f0702270948k63314db6xa8a7d1bd5f97617b@mail.gmail.com¥>",1172598523000,,0,"In reply to ¥" Hi, this is Yongkeun Bang.¥"",0]
,["mb","¥u003c Dear Youngkeun Bang,¥u003c ¥u003c ¥u003c ¥u003cThank you for your email.¥u003c ¥u003c ¥u003c ¥u003c Currently, the plan is to divide the team in two and run in two offices located in Korea, SV in America and nearby Soonae Station in Bundang, Korea.  So, members joining in Korea will be working in Korea for now, but depending on situations, some might need to stay in America.  Or, if the individual really wishes to live in America, then we might have to talk independently in serious terms.  H1 Visa that the United States government issues, have limited quota.  So, if the individual wants to get green card in the future, rather stay in Korea for a year, then later come to America as a resident member.  Of course, during the time one who works in Korea, one can make a business trip to America and work.  But, if you get the H1 visa, the earliest time will be this October or in the next year.  If you already applied for H1 visa, there will be considerable restrictions when visiting America until the one gets the H1 Visa.  ¥u003c ¥u003c ¥u003c ¥u003c I wish to set principles to let each individual choose their working place, however, we should move with flexibility to situations in our budget and our business development. ¥u003c ¥u003c ¥u003c ¥u003c I wish to compensate well to all of you if our budget allows, but you might already know that, as a startup venture company, that there' is a limit.  Therefore, we will be matching at least to the current salary for the newly joining members this time.  Depending on situations, we will provide certain Plus-Alpha and good @@ATL@@·@&·^··

EXHIBIT 18

----- Original Message -----
,["mb","From:   "mountainrun@gmail.com" href¥u003d¥"mailto:mountainrun@gmail.com"
"Seyoung Kim¥ title"kdlee@leekimlaw.com¥" href¥u003d¥"mailto:kdlee@leekimlaw.com¥"
Kenneth D. Lee   Tuesday, February 27, 2007   11:44 AM
Re: Offer Letters Hi Ken,     Although I have been thinking  on the job offer ¥n       letters for
each individual, I would like to hold them until we ¥n        secure the minimum required fund.
Under the current situation, the starting date of IQI is not clear ¥n        and I don&#39;t want
give them an impression that a part of our plan is drfting.  I would rather wait until we have a
clearer ¥n         sign.  Please let me know if you have any other thought.   Thanks,
Dr. Kim: Hope all is well with you
Do you have any further   thoughts on the offer letters?  Also, I need to the
Kenneth D. Lee, Esq.1871 The Alameda, Suite ¥n        331",1]
,["mb","¥u003cbr¥>San Jose, California 95126¥u003cbr¥>Tel: (408) 248-4488¥u003cbr¥>Fax:
(408) ¥n        248-8181¥ >kdlee@leekimlaw.com

---------------------------------------------------------------------------------------------

----- Original Message -----
From:"mountainrun@gmail.com¥" "mailto:mountainrun@gmail.com">Seyoung   Kim>
 >To:>"kdlee@leekimlaw.com" "mailto:kdlee@leekimlaw.com" >Kenneth D. Lee>
Show quoted text
Tuesday, February 27, 2007 2:19
I totally agree with your thoughts, but I intend to wait a couple of more days until we hear some
news from KTD.  Meanwhile, Joonsug is going to meet two persons, one on Wednesday and
the other one on Friday this week. In fact, I already sent informal and verbal job offers to four ¥n
engineers through Hwayong last week and I am going to check tonight with him on the status.  I
also mentioned already to my team in SV  while ago and only  the formal process is left.   The
correction of PCB  took more time than I expected and a partner who would help us in
PCB respin showed some concerns working with us.  Hwayong and me are in difficult
discussions with the company and we are trying hard ¥n   to make it on the right track.   There
are a couple of concurrent ¥n   difficult situations around me and I need to put priorities to
handle them in ¥n   order.
Regards,
---------------------------------------------------------------------------------------------

On 2/27/07, >Kenneth D> "mailto:kdlee@leekimlaw.com" kdlee@leekimlaw.com¥u003c/a¥>&gt;
¥n   wrote:¥u003c/span¥>"gmail_quote¥"
I share your concerns, but have the following additional thoughts.  First, things look promising
with respect to KTD, even if it may not be in the form that we initially contemplated.  Although
that is not certain, I am heartened by what appears to be Mr. Chan Park&#39;s lack of undue
concern about the KTD situation.  So, hoping for the best, I would like to start moving forward
so we minimize the time lost.  Also, as Mr. Park will be coming to California on March 25, I
would like to be able to show him a working office with IQI&#39;s sign in front and happy,
hardworking engineers ¥n   inside.  That way, he will know his money is being put to good
use.  If we don&#39;t get offer letters out soon, and close on the office lease, it will be hard to
be ready for Mr. Park&#39;s visit.  If we have a viable plan to proceed based on initial funding
of $950k, let&#39;s get started while we continue fundraising.
It turns out that Joonsug knows my friend (formerly of LG and Mtekvision) who has done a lot of
investing.  Joonsug is prepared to meet with this person to broaden our fundraising efforts if
KTD should not come through for us.  ¥n       Fortunately, I think people in Korea understand
WiMax and its potential ¥n       better than the average person in the U.S., so I am hoping
raising funds from several individuals will be very much doable.
Waiting longer will also make it ¥n       harder to keep the team intact as they have been waiting
a long time for ¥n        something to happen.  Even if they do not join now, if they see that we ¥n
are moving forward, they may be able to hold on longer before joining us. I don&#39;t want to

unnecessarily rush things under the circumstances, but I also don&#39;t want to start from the beginning once the funding picture does become secure.  This is your ¥n     call, since you are the one that needs to decide if we have a viable option of moving forward with $950k vs. $2,150k.  That to me is the difference between starting now or later.  Of course, another consideration is the probability of doing a deal in the short term with N-sa.  Has there been any further communication with N-sa?

---------------------------------------------------------------------------------------------------------------------------

,"Feb 27, 2007 3:49 PM","Re: Offer Letters","",[]
,1,,,"Tue Feb 27 2007_3:49 PM","On 2/27/07, Kenneth D. Lee ¥u003ckdlee@leekimlaw.com¥> wrote:","On 2/27/07, ¥u003cb class¥u003dgmail_sendername¥>Kenneth D. Lee¥u003c/b¥> &lt;kdlee@leekimlaw.com
I understand and agree.  I am glad you have already spoken with   the team members who are due to join shortly.   Let&#39;s hope KTD comes through soon so we can really get started.   Let me know if I can help ¥nstructure a resolution with the PCB company.
BTW, the landlord came back and asked for $1.20 gross per square foot and a ¥ntwo year lease.  I have told Allison that the rent is o.k., but that we ¥cannot do a two year lease.  I am waiting for their further response.
Regards,
Kenneth D. Lee, Esq.   Lee &amp; Kim
1871 The Alameda, Suite 331¥u003cbr¥>San ¥nJose, California 95126¥u003cbr¥>Tel: (408) 248-4488¥u003cbr¥>Fax: (408) 248-8181
"mailto:kdlee@leekimlaw.com"

EXHIBIT 19

["1110bdcde125350c",0,0,"Feb 28","<span id\u003d\"_upro_kdlee@leekimlaw.com\">Kenneth D. Lee</span> (3)","<b>&rsaquo;</b> ","Offer Letter"," Dear Mr. Youn-Ki Hong: I am pleased to present you with the attached offer of employment with &hellip;",[]
,"Offer Letter - Employee - US - HojunKim.doc,Employee Proprietary Rights and Confidentiality Agreement.doc,Employee Proprietary Rights and Confidentiality Agreement.doc,Offer Letter - Employee - US - JongKwanChoi.doc,Offer Letter - Employee.doc,Offer Letter - Employee - US-H - YounkiHong.doc","1110bdcde125350c",0,"Wed Feb 28 2007_9:58 PM",0,"",0,0,1]

------------------------------------------------------------------------------------

,["1110be4b596c2ccb",0,0,"Feb  28","<span  id\u003d\"_upro_kdlee@leekimlaw.com\">Kenneth D. Lee</span> (4)","<b>&rsaquo;</b> ","Offer of Employment","Dear Mr. Ki Young Kwak: I am the Chief Operating Officer and General Counsel of InQuadron, Inc &hellip;",[]
,"Employee Proprietary Rights and Confidentiality Agreement.doc,Offer Letter - Employee - Korea - KangMinLee.doc,Employee Proprietary Rights and Confidentiality Agreement.doc,Offer Letter - Employee - Korea - JinYoungPark.doc,Employee Proprietary Rights and Confidentiality Agreement.doc,Offer Letter - Employee - Korea - Jong-WookLee.doc,Employee Proprietary Rights and Confidentiality Agreement.doc,Offer Letter - Employee - Korea - KiYoungKwak.doc","1110be4b596c2ccb",0,"Wed Feb 28 2007_10:06 PM",0,"",0,0,1]

------------------------------------------------------------------------------------

,["11156dc9beb4b305",0,0,"Mar                                                                    15","\u003cspan id\u003d\"_upro_kdlee@leekimlaw.com\"\>Kenneth                                                                    D. Lee\u003c/span\>","\u003cb\>&rsaquo;\u003c/b\> ","Three more offers","Dear Drs. Kim and Joung: Attached are three offer letters for Messrs. Woo-Jin Jeon, Se-Jin Lim &hellip;",[]
,"Offer Letter - Employee - Korea - Se-JinLim.doc,Offer Letter - Employee - Korea - Woo-JinJeon.doc,Offer Letter - Employee - Korea - Hun-SeungOh.doc","11156dc9beb4b305",0,"Thu Mar 15 2007_11:29 AM",0,"",0,0,1]

EXHIBIT 20

Sent: /b\> Monday, March 12, 2007 9:59 AM br\> b\>To: /b\> William   Li br\> b\>Subject: /b\> From Seyoung Kim br\> /font\> br\> ",1]

,["mb"," div class\u003dea\> span id\u003d_11151610a71bcf74_1\>- Show quoted text - span class\u003de id\u003dq_11151610a71bcf74_1\>     Hi William,          Now it is spring time in SV while there is snow in my town in  NJ.    I have been in NJ for two weeks and returned to CA last week and becoming   in love with SV weather slowly.

The plan is moving well and we are very near to open the office, probably   around March 18.  BD office is also contracted.     As we discussed a couple of weeks ago, I sincerely would like to invite you   to the team as one of the starting members to share the dream and career.

I wish to see you to chat for the challenging future if you don't mind.

Thank you.

     br\>Best,      br\>Seyoung

EXHIBIT 21

,"Mar 14, 2007 5:09 PM","Re: Operation Update","Dr. Kim: I will prepare offer letters. The start date for the U.S. side team ...",[]
,1,,,"Wed Mar 14 2007_5:09 PM","On 3/14/07, Kenneth D. Lee <kdlee@leekimlaw.com> wrote:","On 3/14/07, <b class\u003dgmail_sendername>Kenneth D. Lee</b> &lt;kdlee@leekimlaw.com; wrote:"
On 3/14/07, <b class\u003d\"gmail_sendername\">Kenneth D. Lee</b> &lt;<a href\u003d\"mailto:kdlee@leekimlaw.com\" target\u003d\"_blank\" onclick\u003d\"return top.js.OpenExtLink(window,event,this)\">kdlee@leekimlaw.com</a>; wrote:</span>
<blockquote class\u003d\"gmail_quote\" style\u003d\"padding-left:1ex;margin:0px 0px 0px 0.8ex;border-left:#ccc 1px solid\">    <div bgcolor\u003d\"#ffffff\">    <div>Dr. Kim:</div>    <div> </div>    <div>    I will prepare offer    letters. The start date for the U.S. side team will be March 1.    Since we will not have office, space before then, that seems appropriate. If you need to accelerate this schedule, I will look into    earlier occupancy of the office space. I will also prepare offer    letters for the Korean side team members. If the employees and    their start dates differ from the information previously provided by you, please inform me of those changes. Also, unless instructed otherwise,    I will inform each employee of the stock options that we plan to grant to    them. I will follow up their acceptance of the employment offers with    stock option agreements and employee confidentiality agreements (this should    be signed by everyone). </div>    <div> </div>    <div>    In order for us to have health    insurance, we must first obtain workers' compensation insurance. I am    in the process of getting quotes for the various insurance coverage    that we will need. There will be a gap of some time (hopefully not    more than a few weeks) between the employees' start dates and the    effectiveness of insurance coverage. Please have the ",1]
,["mb","U.S. based    employees provide me with information about their current health insurance    coverage so that I can try to provide them with some comparable.</div>    <div> </div>    <div>    The employee related issues on    the Korea side are, from prior experience, quite different than in the    U.S. I hope that Joonsug may be able to confirm what employee related    legal requirements are so that we can incorporate those requirements when    determining the steps we need to take and the costs related to such employees. Also, since we are now setting up IQI-Korea ahead of our    original schedule, Dr. Joung and Mr. Seongdong Park should try to become    IQI-Korea employees as soon as possible. They can continue to consult    with/assist KTD, but they should be IQI-Korea employees.</div>    <div> </div>    <div>    As for the H visa, the following    are the costs for filing the petition:</div>    <div> </div>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\"    size\u003d\"2\"><span    style\u003d\"font-size:10pt;font-family:Arial\">Standard fee for the H-1B is    $1500 plus $500 for each derivative family member.</span></font></p>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\" size\u003d\"2\"><span style\u003d\"font-size:10pt;font-family:Arial\">Please note that the USCIS    filing fees will increase in the near future. The USCIS has proposed significant increases – for some petitions/applications there may be subject    to as much as an 96% increase. The following ix a list of current    fees with proposed increases in ( ).</span></font></p>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\" size\u003d\"2\"><span style\u003d\"font-size:10pt;font-family:Arial\">    H-1B Form I-129: $190    (320)</span></font></p>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\"    size\u003d\"2\"><span    style\u003d\"font-size:10pt;font-family:Arial\">    H-1B Supplement Fee: $750 for companies with    25 or less employees and $1500 with 26 or more (?)</span></font></p>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\" size\u003d\"2\"><span style\u003d\"font-size:10pt;font-family:Arial\">",1]
,["mb","    H-4 Form I-539:    $200 (300)</span></font></p>    <p><font face\u003d\"Arial\" color\u003d\"#0000ff\" size\u003d\"2\"><span style\u003d\"font-size:10pt;font-family:Arial\">Optional Premium    </span></font><font face\u003d\"Arial\" color\u003d\"#0000ff\"    size\u003d\"2\"><span style\u003d\"font-size:10pt;font-family:Arial\">Processing    Fee:    $1000</span></font></p>

<div>     The above fees     are very competitive.  A discount on attorney's fees, but not filing fees, is possible.  However, there is one other factor to     consider.  </div>
<div> </div>     <div>     In order to qualify for an H, the     employer must offer the prospective employee a &quot;Prevailing Wage&quot;.  The     prevailing wage is the range (high/low) of salary paid in a particular     geographic area for employees of various levels.  Such salary levels     for engineers in Silicon Valley are relatively high, and are significantly     more than the wages paid in Korea.  Therefore, if the work they need to do in the U.S. can be handled through short term visits, then that would be     much more cost-effective for us.</div>     <div>···</div>     <div>     Another factor is that if the employee has worked for IQI for one year in Korea, they will be eligible for     the L (intra-company transfer) visa.  Under an L, prevailing wage     need not be offered, and, for management level L visas (L-1A), the employee     may be entitled to seek green card status without having to first obtain a     labor certification.  Therefore, it may be possible to obtain a     green card in as much as half the time usually required.  </div>     <div> </div>
<div>     Because H visas are on a     quota, we will want to file for visas right away.  Once a petition is     approved, the employee need not come immediately to the U.S.</div>     <div> </div>     <div>Regards,</div>     <div> </div>
<div>Ken</div><span>     <div><br>Kenneth D. Lee, Esq.<br>Lee &amp; Kim<br>1871 The Alameda, Suite     331<br>San Jose, California 95126",1]

,["mb","<br>Tel:     (408)     248-4488<br>Fax:     (408)     248-8181<br><a

href\u003d\"mailto:kdlee@leekimlaw.com\"     target\u003d\"_blank\"     onclick\u003d\"return

top.js.OpenExtLink(window,event,this)\">kdlee@leekimlaw.com</a></div></span>

EXHIBIT 22

- ●

,["mi",10,1,"110e713ebfb3f284",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["정화용","jounghwayong@gmail.com","110e713ebfb3f284"]

,"Feb 21",["정화용  jounghwayong@gmail.com\>"]

,"Feb 21, 2007 6:32 PM","Compensation","정박사님, 안녕하세요. 어제 말씀하셨던 해당 팀원들의 연봉및 Stock Option 에 대한 의견입니다. 이강민 : $68,000, 150...",[]

From:   /font\>  /b\>  font face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:10pt;font-family:Tahoma\"\>         Seyoung  Kim  [mailto:  a href\u003d\"mailto:mountainrun@gmail.com\"  target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com  /a\>]      br\>  b\>  span style\u003d\"font-weight:bold\"\>Sent:  /b\> Thursday, February 22, 2007 10:32 AM  br\>  b\> span style\u003d\"font-weight:bold\"\>To:   /b\>  /font\>  font size\u003d\"2\"\>  span style\u003d\"font-size:10pt\"\>정화용  /font\>  font face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\"  style\u003d\"font-size:10pt;font-family:Tahoma\"\>       br\>  b\>  span style\u003d\"font-weight:bold\"\>Subject:  /b\> Compensation  /font\>  /p\>   ",1]

,["mb","  ",1]

,["mb","  span class\u003dq\>       p\> font face\u003d\"굴림\" size\u003d\"3\"\>  span lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>        /font\>  /p\>        p\>  font face\u003d\"굴림\"  size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>정박사님 ,    /font\>  /p\>        p\>  font face\u003d\"굴림\"  size\u003d\"3\"\>  span  lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>   /font\>  /p\>     p\>  font face\u003d\"굴림\"  size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>안녕하세요 .    /font\>  /p\>  font face\u003d\"굴림\" size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>어제 말씀하셨던 해당 팀원들의 연봉및 Stock  Option  에 대한 의견입니다 .     /font\>  /p\>        p\>  font face\u003d\"굴림\" size\u003d\"3\"\>  span  lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>      /font\>  /p\> p\>  font  face\u003d\"굴림\"   size\u003d\"3\"\>  span   style\u003d\"font-size:12pt\"\>이 /font\>·민 :  $68,000,  150,000 Shares  /p\>        p\>  font face\u003d\"굴림\" size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>박진영  /font\>   :  $55,000,  150,000 Shares  /p\>       p\>  font face\u003d\"굴·\" size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>곽기영   /font\>    :  $40,000,  120,000 Shares  /p\>       p\>  font face\u003d\"굴림\"   size\u003d\"3\"\>       span     style\u003d\"font-size:12pt\"\>이종옥 /font\>  :  $65,000,  150,000 Shares  /p\>     p\>  font face\u003d\"굴림\"  size\u003d\"3\"\> span  lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>       /font\>  /p\>        p\>  font face\u003d\"굴림\"  size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>회사의 운영이 제대로 돌아가기 시작하면  Market Value  를 넘어가는 충분한    보수를 지급해 주고 싶지만 당분간은  현  직장  연봉  기준해서       평행이동에  약간의 알파를  ·하는  것으로 정했습니다 .     개인에 ·라서는   흑죽하지    않을 수도 있으나 현재 회사 사정상 최대의 가능한 배려를 해 ··리려는 노력을 하고 있고      앞으로 크게 성장할 수 있는 가능성에 기대를     거는 것에 촛점이 맞추어져 있으면 하는 바램입니다 .      /font\>  /p\>        p\> font  face\u003d\"굴림\"   size\u003d\"3\"\>   span  lang\u003d\"EN-US\"   style\u003d\"font- size:12pt\"\>   /font\>",1]

,["mb"," /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>위의 Stock Option 은 1 차에 해당되는 것이며 남겨놓은 Share 도 올해 안에 나누어져 개인당 평균 80,000 주의 Stock Option 을 추가로 지급할 계획입니. 모든 것이 뜻대로만 되면 위의 숫자들의 차이는 큰 의미는 없겠지요. 아울러 의의 금액은 편의상 미화로 나타나져 있는데 정식 Job Offer 에는 한국화로 표시·려고 합니다. 본인돌로 부터 다른 생각·· 있으시면 알려주시기 바랍니다. 그리·· Stock Option Price 는 여러가지 변수가 있··고 하는데 주당 15-20 센트 정도가 적당하다는 말을 지난 번에 들었던 것 같습니다. 이 차액은 차후 개인별로 충분히 보상 ··능한 것으로 알고 있습니다. /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font\> /p\> ",1]

,["mb","        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>현재로서 약간 중지상태에 있는 Funding 이 잘 풀렸으면 좋겠습니다. 저는 오늘 밤 뉴저지에 갔다가 3 월 7 일 돌아·니다. /font\> /p\> ",1]

,["mb"," span class\u003dq\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>오늘 오후 제가 잠시 산책나간 사이 N 사의 General Manager 겸 CTO 인 Mark Kelly 라는 분이 Salmasi 회장의 부탁을 ··아 통화를 하고 싶다는 메세지를 남겨 놓았더군요. Return Call 을 했으나 연결이 되지 않아 기다리고 있습니다. 아니면 오늘 밤에 떠나니까 New Jersey 에 가서 통화· 해도 되겠지요. /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>조금씩 이야기가 풀려가는 것 같은데 모든 일이 잘되어 갈 것으로 믿어집니다. 최근에 P 사가 N 사로 부터 당황스런 답을 받았다는 것과 연결이 되는 것 같습니다. 힘내시지요 ... 우선 저도 힘좀 내·겠습니다. /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font\> /p\>        p\> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>김세영

-----------------------------------------------------------------------------------------------------------------

,["mi",10,4,"11109d559b9f6ba2",0,"0","Kenneth D. Lee","Kenneth","kdlee@leekimlaw.com",[[]
,[["me","mountainrun@gmail.com","11109d559b9f6ba2"]
]
,[]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,[]
,[]
,[]
,"Feb 28, 2007 11:31 AM","Re: 투자 건","We should avoid any mention of Nextwave, especially to anyone in Korea, for t...",[]
,1,,,"Wed Feb 28 2007_11:31 AM","On 2/28/07, Kenneth D. Lee \u003ckdlee@leekimlaw.com\>

wrote:"

-------------------------------------------------------------------------------

,["mi",10,1,"1114dc41d2fac0c9",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","1114dc41d2fac0c9"]
,["Kenneth","kdlee@leekimlaw.com","1114dc41d2fac0c9"]
,["Hwayong","jounghwayong@gmail.com","1114dc41d2fac0c9"]

,["박성동","seongdong.park@gmail.com","1114dc41d2fac0c9"]

,["박성동","seongdong.park@inquadron.com","1114dc41d2fac0c9"]

]
,[]
]
,"Mar    13",["Seyoung    Kim        mountainrun@gmail.com\>","\"Kenneth    D.    Lee\"
kdlee@leekimlaw.com\>","Hwayong    Joung        jounghwayong@gmail.com\>","박성동

seongdong.park@gmail.com\>","박성동    seongdong.park@inquadron.com\>"]

,[]
,[]
,[]
,"Mar 13, 2007 5:06 PM","NextWave material","Dear all, One ex-Nokia person, now with the
NextWave        Broadband,        visited        Seoul...",[["0.1","NW_Overview_Feb
07.pdf","application/pdf",659801,-1,"f_ez90injd"]
]
,1,,,"Tue Mar 13 2007_5:06 PM","On 3/13/07, Joonsug Chung    joonsug@gmail.com\>
wrote:","On    3/13/07,        b    class\u003dgmail_sendername\>Joonsug    Chung    /b\>
&lt;joonsug@gmail.com; wrote:","gmail.com",,,"","",0,,"

-------------------------------------------------------------------------------

,["mi",10,2,"1114def812b2d48e",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1114def812b2d48e"]
,["Kenneth","kdlee@leekimlaw.com","1114def812b2d48e"]
,["Hwayong","jounghwayong@gmail.com","1114def812b2d48e"]

,["박성동","seongdong.park@gmail.com","1114def812b2d48e"]

,["박성동","seongdong.park@inquadron.com","1114def812b2d48e"]

]
,[]
]
,"Mar 13",["Joonsug Chung    joonsug@gmail.com\>"]
,["\"Kenneth    D.    Lee\"        kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>","·성동        seongdong.park@gmail.com\>","박성동
seongdong.park@inquadron.com\>"]

,[]
,[]
,"Mar 13, 2007 5:53 PM","Re: NextWave material","That is very a challenging plan with such a
newly organized team. I wonder wh...",[]
,1,,,"Tue Mar 13 2007_5:53 PM","On 3/13/07, Seyoung Kim    mountainrun@gmail.com\>
wrote:"

"gmail_sendername\"\>Seyoung Kim /b\> &lt; a href\u003d\"mailto:mountainrun@gmail.com\"
target\u003d\"_blank\"                                onclick\u003d\"return
top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com /a\>; wrote:    blockquote
class\u003d\"gmail_quote\" style\u003d\"padding-left:1ex;margin:0px 0px 0px 0.8ex;border-
left:#ccc 1px solid\"\>   That is very a challenging plan with such a newly organized team.    I
wonder who the audiences were for the presentation.  Is it for fund raising or introduction of

their future products to Korean WiMAX operators or manufacturers?  Thanks.          Seyoung

-------------------------------------------------------------------------------

,["mi",8,3,"11152a33759bee72",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11152a33759bee72"]
,["Kenneth","kdlee@leekimlaw.com","11152a33759bee72"]
,["Hwayong","jounghwayong@gmail.com","11152a33759bee72"]
,["박성동","seongdong.park@gmail.com","11152a33759bee72"]

,["박성동","seongdong.park@inquadron.com","11152a33759bee72"]
]
,[]
]
,"3:48 pm",["Seyoung Kim   mountainrun@gmail.com\>"]
,["\"Kenneth        D.        Lee\"          kdlee@leekimlaw.com\>","Hwayong        Joung
jounghwayong@gmail.com\>","··성동              seongdong.park@gmail.com\>","박성동
seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 14, 2007 3:48 PM","Re: NextWave material","",[]
,1,,,"Wed Mar 14 2007_3:48 PM","On 3/14/07, Joonsug Chung   joonsug@gmail.com\>
wrote:","On     3/14/07,       b   class\u003dgmail_sendername\>Joonsug       Chung      /b\>
&lt;joonsug@gmail.com;                                  wrote:","gmail.com",,,"","",0,,"
824bee920703141548l5fb4e5deme7cbf76c2ff4475c@mail.gmail.com\>",1173912500000,,0,"In
reply to \"NextWave material\"",0]
,["mb"," Dear Dr. Kim,       I did not ask them specifics since there were other people together
where I was cautious about showing too much interest in the presence of other people at my
current work.      I will try to find some information about what they have been up to in Korea last
February.     BR br\>",1]
,["mb"," span class\u003dsg\>Joonsug br\> br\>   ",1]

-------------------------------------------------------------------------------

,["mi",9,19,"110f4731c834d444",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["정화용","jounghwayong@gmail.com","110f4731c834d444"]
,["me","mountainrun@gmail.com","110f4731c834d444"]
,["Kenneth","kdlee@leekimlaw.com","110f4731c834d444"]
]
,[]
]
,"Feb          24",["정화용        \u003cjounghwayong@gmail.com\>","Seyoung        Kim
\u003cmountainrun@gmail.com\>","\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,[]
,[]
,[]
,"Feb 24, 2007 8:51 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment","Dear
gents, I talked with Duk-Yong Kim, President of KMW and my very close co...",[]
,1,,,"Sat Feb 24 2007_8:51 AM","On 2/24/07, Joonsug Chung \u003cjoonsug@gmail.com\>
wrote:"

-------------------------------------------------------------------------------

,["mi",10,24,"110fd6fa1dcae783",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Kenneth","kdlee@leekimlaw.com","110fd6fa1dcae783"]
,["정화용","jounghwayong@gmail.com","110fd6fa1dcae783"]
,["me","mountainrun@gmail.com","110fd6fa1dcae783"]
]