```
,[]
]
,"Feb 26",["\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,["정화용                    \u003cjounghwayong@gmail.com\>","Seyoung        Kim
\u003cmountainrun@gmail.com\>"]
,[]
,[]
,"Feb 26, 2007 2:44 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment","Dear
Dr. Kim, Ken, KMW meeting will happen only on 3/2 Fri due to no other av...",[]
,1,,,"Mon Feb 26 2007_2:44 AM","On 2/26/07, Joonsug Chung \u003cjoonsug@gmail.com\>
wrote:"
----------------------------------------------------------------------------------------------
```

```
,["mi",10,7,"1112c4b13540fa8a",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1112c4b13540fa8a"]
]
,[]
]
,"Mar 7",["Joonsug Chung \u003cjoonsug@gmail.com\>"]
,[]
,[]
,[]
,"Mar 7, 2007 4:06 AM","Re: 투자 건","정준석씨, 김덕용사장께서 관심을 가지시면 KMW 의
장래 새로운 사업분야를 개척하는 데 응용할 수 있을텐데 좋은 결과가 있기를 기대합니다.
김세영",[]
,1,,,"Wed Mar 7 2007_4:06 AM","On 3/7/07, Seyoung Kim \u003cmountainrun@gmail.com\>
wrote:"
----------------------------------------------------------------------------------------------
```

```
,["110fbd8aa55e8922",0,0,"Feb                                                   25","<span
id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span
id\u003d\"_upro_YC.Kim@nsc.com\">YC</span>          (3)","<b>&raquo;</b> ","김세영
입니다.","김용‥씨, 소식 감사합니다. 한국시간으로 화요일 아침 10 시에 전화
,"","110fbc8a2449197a",0,"Sun Feb 25 2007_6:02 PM",0,"",0,0,1]
```

```
,["1110318e11ceed28",0,0,"Feb                                                  26","<span
id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span
id\u003d\"_upro_joonsug@gmail.com\">Joonsug</span>   (3)","<b>&raquo;</b> ","김용춘
NS 지사장","방금 연락이 되었고요, 내일 점심때 DNT 라는 회사의 김광선사장 이라는
,"","11101a678369ee2b",0,"Mon Feb 26 2007_9:22 PM",0,"",0,0,1]
```

```
,["mi",10,2,"11108ab02dbe0e88",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11108ab02dbe0e88"]
,["kdlee","kdlee@leekimlaw.com","11108ab02dbe0e88"]
,["정화용","jounghwayong@gmail.com","11108ab02dbe0e88"]
,["seongdong.park","seongdong.park@gmail.com","11108ab02dbe0e88"]
]
,[]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
```

,["kdlee@leekimlaw.com","정화용
\u003cjounghwayong@gmail.com\>","seongdong.park@gmail.com"]
,[]
,[]
,"Feb 28, 2007 6:04 AM","Re: 투자 건","김박사님, 김훈선배는 내일이라도 바로 연·드리고
최대한 빨리 찾아뵙겠습니다. 말씀하신대로 김용춘사장님을 여의· 사무실로 오늘 점심때
찾아뵈...",[]
,1,,,"Wed Feb 28 2007_6:04 AM","On 2/28/07, Joonsug Chung \u003cjoonsug@gmail.com\>
wrote:"

# ENGLISH
# Translation

,["mi",10,1,"110e713ebfb3f284",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["Hwayong Joung","jounghwayong@gmail.com","110e713ebfb3f284"]
,"Feb 21",["Hwayong Joung  jounghwayong@gmail.com\>"]
,"Feb 21, 2007 6:32 PM","Compensation","Dear Dr. Joung, how are you.  Here's an opinion about aforementioned members' yearly salary and Stock Option you've told me yesterday. Kangmin Lee : $68,000, 150...",[]
From:  /font\>  /b\>  font face\u003d\"Tahoma\"  size\u003d\"2\"\>  span lang\u003d\"EN-US\" style\u003d\"font-size:10pt;font-family:Tahoma\"\>       Seyoung     Kim   [mailto:   a href\u003d\"mailto:mountainrun@gmail.com\"  target\u003d\"_blank\"   onclick\u003d\"return top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com  /a\>]   br\>  b\>  span style\u003d\"font-weight:bold\"\>Sent:  /b\> Thursday, February 22, 2007 10:32 AM  br\> b\> span  style\u003d\"font-weight:bold\"\>To:     /b\>     /font\>  font size\u003d\"2\"\>  span style\u003d\"font-size:10pt\"\>Hwayong   Joung      /font\>      font    face\u003d\"Tahoma\" size\u003d\"2\"\>  span lang\u003d\"EN-US\"  style\u003d\"font-size:10pt;font-family:Tahoma\"\> br\>  b\>  span style\u003d\"font-weight:bold\"\>Subject:  /b\>  Compensation  /font\>     /p\> ",1]
,["mb","    ",1]
,["mb","   span class\u003dq\>    p\>  font face\u003d\"Gulim\"  size\u003d\"3\"\>    span lang\u003d\"EN-US\"    style\u003d\"font-size:12pt\"\>      /font\>  /p\>       p\>   font face\u003d\"Gulim\"  size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>Dr.Joung ,   /font\>  /p\>        p\>  font  face\u003d\"Gulim\"  size\u003d\"3\"\>  span  lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>    /font\> /p\>     p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span  style\u003d\"font-size:12pt\"\>Hi  .    /font\>  /p\>    p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\> Here's an opinion about aforementioned members' salary and Stock Option you've told me yesterday.  /font\>  /p\>     p\> font face\u003d\"Gulim\"   size\u003d\"3\"\>    span   lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>    /font\> /p\>        p\> font  face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Lee  /font\> Min   :  $68,000,  150,000 Shares  /p\>    p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Jinyoung Park  /font\>   :   $55,000,  150,000 Shares  /p\>  p\> font face\u003d\"Gu-\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Kiyoung Kwak  /font\>   :  $40,000, 120,000 Shares  /p\>   p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Jongok Lee  /font\>  :  $65,000,  150,000 Shares  /p\>   p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span  lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>    /font\> /p\>        p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>.  If the company starts to run smoothly, we want to compensate well above the Market Value, but for now, we have determined to pay the same based on current company's yearly salary, and pay the same when you move plus some Alpha in parallel translation.  Depending on individuals, this might not be sufficient, but we're trying to do best according to company's situations.  I wish you would focus on our company future growth potential.   /font\>  /p\>        p\> font face\u003d\"Gulim\"   size\u003d\"3\"\>    span   lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>    /font\>",1]
,["mb","   /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\> above mentioned Stock Option applies to the first one.  Residual Shares will be distributed within this year, and there will be an average of additional 80,000 shares of Stock Option per person.  If everything follows according to plan, differences and above figures won't have much meaning.  Furthermore, above currency is in $ for the convenience, but in actual (proper) Job Offer, we will use □.  If you have different opinions, please let me know.  And.. Stock Option Price has many variables.  I heard last time that it's proper at 15-20 cents per share.  I believe, in my knowledge, that this difference in price possibly can be repaid individually to you later...</font\> /p\>      p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>    /font\> /p\>    ",1]
,["mb","     p\>   font  face\u003d\"Gulim\"  size\u003d\"3\"\>  span  style\u003d\"font-size:12pt\"\>hope a little problem with stopped Funding situation as of now gets resolved well. I will be leaving to New Jersey tonight and I will be back in March 7.    /font\> /p\> ",1]

,["mb"," span class\u003dq\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>      /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>  When I was out for a brief walk this afternoon, N company's General Manager and CTO, Mark Kelly left a message at the President, Salami's request, that he wants to have a talk with us.  I did give him a return call, but couldn't get hold of him, and still waiting for his call.  anyway, since I leave tonight, I'll call from New Jersey.   /font\> /p\>      p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>      /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Little by little, things are making sense, and I believe everything will be all right.  In my guess, these might have some connections to recent happening that P company received an upsetting answer from N company.   Cheers.   First of all, let me cheer up first,    /font\> /p\>        p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span   lang\u003d\"EN-US\"    style\u003d\"font-size:12pt\"\>      /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Seyoung Kim

---------------------------------------------------------------------------------------------

,["mi",10,4,"11109d559b9f6ba2",0,"0","Kenneth D. Lee","Kenneth","kdlee@leekimlaw.com",[[]
,[["me","mountainrun@gmail.com","11109d559b9f6ba2"]


]
,[]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,[]
,[]
,[]
,"Feb 28, 2007 11:31 AM","Re: Investment Case", "We should avoid any mention of Nextwave, especially to anyone in Korea, for t...",[]
,1,,,"Wed Feb 28 2007_11:31 AM","On 2/28/07, Kenneth D. Lee \u003ckdlee@leekimlaw.com\> wrote:"

---------------------------------------------------------------------------------------------

,["mi",10,1,"1114dc41d2fac0c9",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","1114dc41d2fac0c9"]
,["Kenneth","kdlee@leekimlaw.com","1114dc41d2fac0c9"]
,["Hwayong","jounghwayong@gmail.com","1114dc41d2fac0c9"]
,["Seongdong Park","seongdong.park@gmail.com","1114dc41d2fac0c9"]
,["Seongdong Park","seongdong.park@inquadron.com","1114dc41d2fac0c9"]
]
,[]

]
,"Mar   13",["Seyoung   Kim     mountainrun@gmail.com\>","\"Kenneth   D.   Lee\" kdlee@leekimlaw.com\>","Hwayong Joung  jounghwayong@gmail.com\>"," Seongdong Park seongdong.park@gmail.com\>"," Seongdong Park   seongdong.park@inquadron.com\>"]
,[]
,[]
,[]
,"Mar 13, 2007 5:06 PM","NextWave material","Dear all, One ex-Nokia person, now with the NextWave       Broadband,        visited        Seoul...","0.1","NW_Overview_Feb 07.pdf","application/pdf",659801,-1,"f_ez90injd"]

]
,1,,,"Tue Mar 13 2007_5:06 PM","On 3/13/07, Joonsug Chung   joonsug@gmail.com\>
wrote:","On   3/13/07,   b   class\u003dgmail_sendername\>Joonsug   Chung   /b\>
&lt;joonsug@gmail.com; wrote:","gmail.com",,,"","",0,,"

--------------------------------------------------------------------------------------------------------------------------------

,["mi",10,2,"1114def812b2d48e",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1114def812b2d48e"]
,["Kenneth","kdlee@leekimlaw.com","1114def812b2d48e"]
,["Hwayong","jounghwayong@gmail.com","1114def812b2d48e"]
,[" Seongdong Park ","seongdong.park@gmail.com","1114def812b2d48e"]
,[" Seongdong Park ","seongdong.park@inquadron.com","1114def812b2d48e"]
]
,[]
]
,"Mar 13",["Joonsug Chung   joonsug@gmail.com\>"]
,["\"Kenneth    D.    Lee\"         kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>",",·Seongdong    seongdong.park@gmail.com\>","    Seongdong
Park   seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 13, 2007 5:53 PM","Re: NextWave material","That is very a challenging plan with such a
newly organized team. I wonder wh...",""
,1,,,"Tue Mar 13 2007_5:53 PM","On 3/13/07, Seyoung Kim   mountainrun@gmail.com\>
wrote:"

"gmail_sendername\"\>Seyoung Kim /b\> &lt; a href\u003d\"mailto:mountainrun@gmail.com\"
target\u003d\"_blank\"                                       onclick\u003d\"return
top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com /a\>; wrote:    blockquote
class\u003d\"gmail_quote\" style\u003d\"padding-left:1ex;margin:0px 0px 0px 0.8ex;border-
left:#ccc 1px solid\"\>   That is very a challenging plan with such a newly organized team.    I
wonder who the audiences were for the presentation.  Is it for fund raising or introduction of
their future products to Korean WiMAX operators or manufacturers?  Thanks.       Seyoung

--------------------------------------------------------------------------------------------------------------------------------

,["mi",8,3,"11152a33759bee72",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11152a33759bee72"]
,["Kenneth","kdlee@leekimlaw.com","11152a33759bee72"]
,["Hwayong","jounghwayong@gmail.com","11152a33759bee72"]
,[" Seongdong Park ","seongdong.park@gmail.com","11152a33759bee72"]
,[" Seongdong Park ","seongdong.park@inquadron.com","11152a33759bee72"]
]
,[]
]
,"3:48 pm",["Seyoung Kim   mountainrun@gmail.com\>"]
,["\"Kenneth    D.    Lee\"         kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>",",·Seongdong    seongdong.park@gmail.com\>","    Seongdong
Park   seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 14, 2007 3:48 PM","Re: NextWave material","",[]
,1,,,"Wed Mar 14 2007_3:48 PM","On 3/14/07, Joonsug Chung   joonsug@gmail.com\>
wrote:","On   3/14/07,       b   class\u003dgmail_sendername\>Joonsug   Chung   /b\>
&lt;joonsug@gmail.com;                                 wrote:","gmail.com",,,"","",0,,"
824bee920703141548l5fb4e5deme7cbf76c2ff4475c@mail.gmail.com\>",1173912500000,,0,"In
reply to \"NextWave material\"",0]
,["mb"," Dear Dr. Kim,       I did not ask them specifics since there were other people together

where I was cautious about showing too much interest in the presence of other people at my current work.    I will try to find some information about what they have been up to in Korea last February.    BR br\>",1]
,["mb"," span class\u003dsg\>Joonsug br\> br\>   ",1]
-----------------------------------------------------------------------------------------------------

,["mi",9,19,"110f4731c834d444",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Hwayong Joung","jounghwayong@gmail.com","110f4731c834d444"]
,["me","mountainrun@gmail.com","110f4731c834d444"]
,["Kenneth","kdlee@leekimlaw.com","110f4731c834d444"]
]
,[]
]
,"Feb      24",["Hwayong      Joung\u003cjounghwayong@gmail.com\>","Seyoung      Kim \u003cmountainrun@gmail.com\>","\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,[]
,[]
,[]
,"Feb 24, 2007 8:51 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment", "Dear gents, I talked with Duk-Yong Kim, President of KMW and my very close co...",[]
,1,,,"Sat Feb 24 2007_8:51 AM","On 2/24/07, Joonsug Chung \u003cjoonsug@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------------


,["mi",10,24,"110fd6fa1dcae783",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Kenneth","kdlee@leekimlaw.com","110fd6fa1dcae783"]
,[" Hwayong Joung ","jounghwayong@gmail.com","110fd6fa1dcae783"]
,["me","mountainrun@gmail.com","110fd6fa1dcae783"]
]
,[]
]
,"Feb 26",["\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,["Hwayong      Joung      \u003cjounghwayong@gmail.com\>","Seyoung      Kim \u003cmountainrun@gmail.com\>"]
,[]
,[]
,"Feb 26, 2007 2:44 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment", "Dear Dr. Kim, Ken, KMW meeting will happen only on 3/2 Fri due to no other av...",[]
,1,,,"Mon Feb 26 2007_2:44 AM","On 2/26/07, Joonsug Chung \u003cjoonsug@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------------

,["mi",10,7,"1112c4b13540fa8a",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1112c4b13540fa8a"]
,[]]
,"Mar 7",["Joonsug Chung \u003cjoonsug@gmail.com\>"]
,[]
,[]
,"Mar 7, 2007 4:06 AM","Re: Investment Case", "Dear Joonsug Chung, if president Deukyong Kim becomes interested, it will open the door for us to develop the future business dealings with KMW.    Hope you get a good result.    Seyoung Kim ",[]
,1,,,"Wed Mar 7 2007_4:06 AM","On 3/7/07, Seyoung Kim \u003cmountainrun@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------------

,["110fbd8aa55e8922",0,0,"Feb                                                              25","<span id=\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span id=\u003d\"_upro_YC.Kim@nsc.com\">YC</span>          (3)","<b>&raquo;</b> ","This        is Seyoung Kim.","Yong.. Kim, thank you for your message.   Tuesday at 10 AM in Korean time, phone
,"","110fbc8a2449197a",0,"Sun Feb 25 2007_6:02 PM",0,"",0,0,1]
---------------------------------------------------------------------------------------------------------------------

,["1110318e11ceed28",0,0,"Feb                                                              26","<span id=\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span id=\u003d\"_upro_joonsug@gmail.com\">Joonsug</span>
(3)","<b>&raquo;</b> ","Yongchoon Kim, NS Resident Chief"," I just had reached him, tomorrow at lunch, the president, Kwangsun Kim for a company named DNT
,"","11101a678369ee2b",0,"Mon Feb 26 2007_9:22 PM",0,"",0,0,1]
---------------------------------------------------------------------------------------------------------------------

,["mi",10,2,"11108ab02dbe0e88",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11108ab02dbe0e88"]
,["kdlee","kdlee@leekimlaw.com","11108ab02dbe0e88"]
,["Hwayong Joung","jounghwayong@gmail.com","11108ab02dbe0e88"]
,["seongdong.park","seongdong.park@gmail.com","11108ab02dbe0e88"]
,]
,[]


]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,["kdlee@leekimlaw.com","HwayongJoung
\u003cjounghwayong@gmail.com\>","seongdong.park@gmail.com"]
,[]
,[]
,"Feb 28, 2007 6:04 AM", "Re: Investment case","Dear Dr.Kim, I will contact the elder, Hoon Kim right away fast as tomorrow and visit him as soon as I can.   As you have told me, going to visit the president, YongChoon Kim, at Yeoui office today at lunch time...",[]
,1,,,"Wed Feb 28 2007_6:04 AM","On 2/28/07, Joonsug Chung ¥u003cjoonsug@gmail.com¥>
wrote:"

EXHIBIT 23

,["mi",10,1,"110fe1197996b84c",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["정화용","jounghwayong@gmail.com","110fe1197996b84c"]
,["신춘","choonshin72@sbcglobal.net","110fe1197996b84c"]
,"Feb 26",["정화용  jounghwayong@gmail.com\>"]
,["신춘  choonshin72@sbcglobal.net\>"]
,"Feb 26, 2007 5:41 AM","PCB 제작","안녕하세요. 지난 토요일 A 사 방 사장님과 만난다고
돌었는데 어떻게 되었는지요? PCB Gerber File 이 준비되어 이제는 시간이 급...",[]
,1,,,"Mon Feb 26 2007_5:41 AM","On 2/26/07, Seyoung Kim  mountainrun@gmail.com\>
wrote:"
    Subject:     PCB                    font-size:10pt\ >제작  \      >     >  \  \  \  >
face\ "굴림\"         "  font-size:12pt\ >      \     >  face\ "·림\"         font-
size:12pt\ >안녕하세요\     >.      >  \   >  face\ "굴림\"          font-
size:12pt\ >지난 토요일\      > A  사  방 사장님과 만난다고 돌었는데 어떻게
되었는지요\      >?      >  \  >  face\ "굴림\"         "  font-size:12pt\ >PCB
Gerber File 이 준비되어 이제는 시간이 급합니다\      >. Update    부탁합니다\      >.
>  \  >  face\ "굴림\"       font-size:12pt\ >··  세영\    >      >         ",1]
    ,["mb",    br\ ",0]
    ,["ce"]],"0"·································

--------------------------------------------------------------------------------------------------------

["mi",10,2,"1110079bdc3cbaf3",0,"0","정화용","정화용","jounghwayong@gmail.com",[[]
,[["me","mountainrun@gmail.com","1110079bdc3cbaf3"]
,"Feb 26",["Seyoung Kim  mountainrun@gmail.com\>"]
,"Feb 26, 2007 4:54 PM","RE: PCB 제작","안녕하세요? 지난 토요일 방사장님과 만나 ··
2 시간 정도 이야기를 나누었습니다. 지금부터는 이전의 관계를 좀더 clear··게 가져가는
방향...",[]
,1,,,"Mon Feb 26 2007_4:54 PM","On 2/26/07, 정화용  jounghwayong@gmail.com\> wrote:"
    ,["mb",     class\u003dq\          class\ "gmail_quote\         >On    2/26/07,    b
class\ "  gmail_sendername\  >정화용         &lt; a  href\ "mailto:jounghwayong@gmail.com\"
target\         "_blank\"            onclick\            "return
top.js.OpenExtLink(window,event,this)\ >jounghwayong@gmail.com a\>&gt; wrote:   ",1]
    ,["mb", blockquote class\ "gmail_quote\"            1px solid\        vlink\ "purple\"
link\ "blue\    \>",1]
    ,["mb",   class\u003dq\               >
안녕하세요? 지난  토요  방사장님과 만나  약 2    시간 정도 이야기· 나누었습니다.
지금부터는 이전의 관계를 좀더 clear  하게 가져가는 방향으로 이야기 되었고 다음과 같은
사항을 계··관계로서 진행하자는데 합의를 하였습니다
4  가지 조건은 Axstone  에서 요구하는 사항이라 우리 쪽에서 수락하는지의 여부는 알려
주면  될 것 같습니다. 방사장의 말씀은 이 4   가지 조건을 계약서 작성하기 이전에
구두로라도 즉 이메일을 통해서라도 알려주면 거북선은 바로 진행 하겠다는 것입니다.
그리고 거··선에 대한 비용도 산출하여 알려 주겠다고 합니다. 계약서상에 명시되어야 하는

4 가지 큰 틀은 다음과 같습니다.

확실한 개발 범위

즉 Axstone 은 system   개발 업체로서 system 을 개발하고 IQI 는 baseband modem 개발 업체로서 Modem color 만을 개·· 하고 서로의 개발 범위를 넘지 않는다.

Business Model

예를 들면 Nextwave·같은 회사에 system 을 공급할 때 IQI (modem)  와 Axstone(system) 이 같이 개발하여 공급한다

Profit Sharing

IQI 가 타 system   업체에 modem chip 을 공급할 때, reference board, RF module  등을 여러 부분을 제공하게 되면 이때 Axstone  의 제품이나 know-how  가 들어 갔을 경우 Profit 을 share 한다.

IQI M&A

만약 추후에 IQI  가 타회사와 M&A 가 진행 될 경 Axstone  과의 관계를 어떻게 정리 할 것인··에 대한 고민이 필요 하고 이런 내용도 계약관계에 포함 시켰으면 함. 따라서 방사장은 아직도 염려하고 있는 것이 IQI  가 초··에 같이 개발을 진행하다 추후 system 개발 자체도 IQI 가 직접 개발을 하지 않을까에 대한 의문을 많이 가지고 있는 것 같··니다. 즉 자기들을 나중에 왕따시키지 ·겠냐는 것이지요.

그 외 현재 Axstone  이 진행하고 ··는 일들에 대해 이야기를 나누었습니다.   방사장이 회사를 유지 진행 시키기 위해 열심히 뛰어 다니는 것 같습니다.    이·· 저곳 많은 곳을 다니고 있고 system business   뿐만 아니라 PCMCIA, USB Type 의 단말 형태 제공을 위해 ODM    형태의 회사도 알아 놓고 있는 듯 합니다. 그리고 Sequance   와의 관계도 현행대로 유지 시키고 있으면 6  월~8  월 사이 In-Building solution   을 가지고 KT BMT 에 ··드시 참여 할 것이라고 합니다.

다른 이야기도 있지만 메일에 다 쓰기가 그래서 전화로 연락 드리겠습니다. 그·· 오늘도 좋은 하루 되세요 정화용

---------------------------------------------------------------------------------------

,["mi",8,3,"11101240df24b486",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["정화용","jounghwayong@gmail.com","11101240df24b486"]

,"Feb 26",["정화용  jounghwayong@gmail.com¥>"]

,"Feb 26, 2007 8:00 PM","Re: PCB 제작","",[]

,1,,,"Mon Feb 26 2007_8:00 PM","On 2/26/07, Seyoung Kim  mountainrun@gmail.com¥> wrote:","On   2/26/07,   b   class¥u003dgmail_sendername¥>Seyoung   Kim &lt;mountainrun@gmail.com&gt;                        wrote:","gmail.com",,,"","",0,, 9d68294f0702261900m666cf4bfwb244a4b71ff2a45f@mail.gmail.com¥>",1172545211000,,0,"In reply to ¥"PCB 제작¥"",0]

,["mb",   ¥> 정화용 박사님, 방사장님과 많은 이야기 하시느라 수고 하셨고 조금 전 전화 통화한 대로 원만하· 합의되어 거북선 PCB 조립이 시급히 진행되기를 기대합니다. 4-5 월 사이 N 사 혹은 다른 Potential Customer 에게 우리의 가능성을  보여주는 것이 아주 중··합니다 (물론 제한된 장소에서 보여주는 것이지만).  이를 성공시키면 A 사··게도 아주 좋은 기회가 될 것입니다. 현재로서는 방사장께서 우리를 이해하고 믿으시는데 쉽지는

않겠지만 시간이 해결해 주리라 믿습니다. 그리고 KTD 로 부터도 좋은 소식이 있기를 ·대합니다. 소식 나오는대로 연락 부탁드립니다. 김세영

# ENGLISH
# Translation

,["mi",10,1,"110fe1197996b84c",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Hwayong Joung","jounghwayong@gmail.com","110fe1197996b84c"]
,["choonshin" choonshin72@sbcglobal.net","110fe1197996b84c"]
"Feb 26", [ Hwayong Joung    jounghwyong@@gmail.com>"]
"Choonshin" choonshin 72@sbcglobal.net>"],
"Feb 26",[" 7 5:41 AM","PCB development","Hi. I thought I heard you're meeting A company's
president Mr. Bang.   How did it go?   PCB Gerber File is ready so now time's running out...",[]
,1,,,"Mon Feb 26 2007_5:41 AM","On 2/26/07, Seyoung Kim    mountainrun@gmail.com\>
wrote:"
   Subject:    PCB              font-size:10pt\ >Development    \    >    >  \  \  \  >
face\ "Gulim\"         "  font-size:12pt\ >      \    >    face\ ".lim\"         font-
size:12pt\ >Hi\      >.         >   \  \  >   face\ "Gulim\"        font-size:12pt\ >last
Saturday\     > I heard you were meeting with A company president Mr. Band.  How did it
go?\      >?      >  \  \  >  face\ "Gulim\"       "  font-size:12pt\ >PCB Gerber File
is ready.  And now we're in a hurry      >. Update    please\      >.      >  \  \  >
face\ "Gulim\"         font-size:12pt\ >··    Seyoung\      >      >      ",1]
   ,["mb",     br\ ",0]
,["ce"]],"0"]·······························

-----------------------------------------------------------------------------------------------------------

["mi",10,2,"1110079bdc3cbaf3",0,"0","     Hwayong     Joung.     ","     Hwayong
Joung","jounghwayong@gmail.com",[[]
,[["me","mountainrun@gmail.com","1110079bdc3cbaf3"]
,"Feb 26",["Seyoung Kim    mountainrun@gmail.com¥>"]
,"Feb 26, 2007 4:54 PM","RE: PCB Development","Hi? I met President Bang last Saturday ..
we talked for about 2 hours.   Now on, past relationship need more clear ...",[]
,1,,,"Mon Feb 26 2007_4:54 PM","On 2/26/07, Hwayong Joung    jounghwayong@gmail.com¥>
wrote:"
   ,["mb",     class\u003dq\    class\ "gmail_quote\ >On 2/26/07,   b class\ "gmail_sendername\ >
Hwayong     Joung       &lt; a href\ "mailto:jounghwayong@gmail.com\"  target\ "_blank\"
onclick\  "return  top.js.OpenExtLink(window,event,this)\   >jounghwayong@gmail.com  a\>&gt;
wrote:   ",1]
   ,["mb",  blockquote class\ "gmail_quote\"            1px solid\            vlink\ "purple\"
link\ "blue\     \>",1]
   ,["mb",     class\u003dq\                >
Hi? I met President Bang last Saturday ..  we talked for about 2 hours.  Now on, past
relationship need more clear direction, and we agree on following terms
4 conditions are Axstone's request.  We just need to give them answer whether or not we
would accept.   President Bang's saying, before we proceed with the contract with these 4
terms, by words, that is emailing, he will immediately start processing Geobuksun (Turtle Ship).
And he told me he would figure out the cost involved with Geobuksun.  4 big main points that
should be specified in the contract is as follows.
Specified Development Area
That is, Axstone is system development company and develops system.  IQI is baseband
modem development company and only does Modem color..  and they wouldn't go beyond
their own development area and would not invade another's developing area
Business Model
For instance, when providing system to a company like Nextwave, IQI (modem) and
Axstone(system) will develop and provide together.

Profit Sharing
When IQI provides modem chips to different system company, if they provide reference board,
RF module and many parts, if Axstone's product or know-how is included, share the profit.
IQI M&A
If in later day, IQI and other company proceeds M&A, how to end relationship with Axstone..
needs to be considered, and these matters to be included in the terms of agreement.   Hence, I
am guessing president Bang's concern is IQI's starting project together at the beginning and
later decides to develop system independently.   That is, he is wondering if they would later

make them loners.

Other than that, we've talked about Axstone's current projects.   President Bang seemed to be busy to keep company under control and going.   He's visiting many places.   Not only system business, but to provide PCMCIA, USB Types of terminal, he's making connections with ODM related businesses. And if he can maintain the relationship with Sequance as it is, he will surely participate in KT BMT by June to August with In-Building solution

I have other stories to tell, but little too much to write all in email.   So, I'll call you.   Well, have a nice day   Hwayong Joung

---------------------------------------------------------------------------------------------------------------------

,["mi",8,3,"11101240df24b486",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[[" Hwayong Joung ","jounghwayong@gmail.com","11101240df24b486"]

,"Feb 26",[" Hwayong Joung   jounghwayong@gmail.com¥>"]

,"Feb 26, 2007 8:00 PM","Re: PCB Development","",[]

,1,,,"Mon Feb 26 2007_8:00 PM","On 2/26/07, Seyoung Kim   mountainrun@gmail.com¥> wrote:","On    2/26/07,    b    class¥u003dgmail_sendername¥>Seyoung    Kim &lt;mountainrun@gmail.com&gt;    wrote:","gmail.com",,,"","",0,, 9d68294f0702261900m666cf4bfwb244a4b71ff2a45f@mail.gmail.com¥>",1172545211000,,0,"In reply to ¥"PCB Development¥"",0]

,["mb",   ¥> Dear Dr.Hwayong Joung, good job discussing many things with Mr..Bang.   As we have discussed over the phone about the agreements, I hope it goes well with contract, and I expect to see the immediate processing in assembly of Geobuksun PCB soon.   It is very important to show our potential to N company or other potential Customers between April and May.   (of course, the presentation will be conducted at a specified place).   If we make a success, it will be a good opportunity for A company, too.   For now, the president, Mr. Bang seems to understand and believe us, I believe it is not an easy job but, time will solve it all. And I also hope to hear good news from KTD.   Please do me a favor by giving contact as soon as you get the news.

Seyoung Kim

EXHIBIT 31



```
                F1986897-9640-469B-8803-BED07E8814B1.tib.log
<?xml version="1.0" encoding="UTF-8" ?>
<log uuid="8E22AB25-FFAF-4070-9746-62D64832064F" product="Acronis True Image"
version="9.0" build="2247">
        <event id="1" type="2" module="100" code="2" time="1174360454" message="The
&quot;Current backup operation&quot; operation started"/>
        <event id="2" type="2" module="1" code="503" time="1174360454"
message="Analyzing partition 0-0..."/>
        <event id="3" type="2" module="1" code="503" time="1174360455"
message="Analyzing partition C:..."/>
        <event id="4" type="2" module="1" code="503" time="1174360455"
message="Analyzing partition 1-2..."/>
        <event id="5" type="2" module="1" code="503" time="1174360455"
message="Analyzing partition 0-0..."/>
        <event id="6" type="2" module="1" code="503" time="1174360456"
message="Analyzing partition F:..."/>
        <event id="7" type="2" module="1" code="503" time="1174360456"
message="Analyzing partition 0-0..."/>
        <event id="8" type="2" module="1" code="503" time="1174360456"
message="Analyzing partition G:..."/>
        <event id="9" type="2" module="1" code="503" time="1174360456"
message="Analyzing partition C:..."/>
        <event id="10" type="2" module="1" code="1008" time="1174360457"
message="&lt;bold>Create Full Backup Archive&lt;/bold>&lt;endl/>&lt;tabpoint
value=30>&lt;indent value=4>From:&#9;&lt;indent value=10>IBM_PRELOAD
(C:)&lt;/indent>&lt;indent value=4>&lt;endl/>To file:&#9;&lt;indent
value=10>&quot;F:\T60_C_backup\T60_C_backup_.tib&quot;&lt;/indent>&lt;indent
value=4>&lt;endl/>Compression:&#9;&lt;indent value=10>Normal&lt;/indent>&lt;indent
value=4>&lt;endl/>File Split:&#9;&lt;indent value=10>4.34 GB&lt;/indent>&lt;indent
value=4>&lt;endl/>&lt;/indent>"/>
        <event id="11" type="2" module="1" code="504" time="1174360457"
message="Pending operation 115 started: &quot;Creating partition image&quot;"/>
        <event id="12" type="2" module="100" code="6" time="1174363147"
message="Operation has succeeded."/>
</log>
```

EXHIBIT 32

This exhibit shows where the log file named "F1986897-9640-469B-8803-BED07E88814B1.tib.log" is located in Choi's hard drive. (Path: C:\Documents and Settings\All Users\Application Data\Acronis\TrueImage\Logs)



The highlighted lines of this exhibit indicate that a backup operation was executed by "Acronis True Image."

F198G897-9640-469B-8803-BED07E8814B1.tib.log - Notepad

File  Edit  Format  View  Help

```
<?xml version="1.0" encoding="UTF-8" ?>
<log uuid="8E22AB25-FFAF-4070-9746-62D64832064F" product="Acronis True Image" version="9.0" build="2247">
  <event id="1" type="2" module="2" code="100" time="1174360454" message="The &quot;Current backup operation&quot; operation started"/>
  <event id="2" type="2" module="1" code="503" time="1174360454" message="Analyzing partition 0-0.../>
  <event id="3" type="2" module="1" code="503" time="1174360455" message="Analyzing partition C:.../>
  <event id="4" type="2" module="1" code="503" time="1174360455" message="Analyzing partition 1-2.../>
  <event id="5" type="2" module="1" code="503" time="1174360455" message="Analyzing partition 0-0.../>
  <event id="6" type="2" module="1" code="503" time="1174360456" message="Analyzing partition F:.../>
  <event id="7" type="2" module="1" code="503" time="1174360456" message="Analyzing partition 0-0.../>
  <event id="8" type="2" module="1" code="503" time="1174360456" message="Analyzing partition G:.../>
  <event id="9" type="2" module="1" code="503" time="1174360456" message="Analyzing partition C:.../>
  <event id="10" type="2" module="1" code="1008" time="1174360457" message=&lt;bold&gt;Create Full Backup Archive&lt;/bold&gt;&lt;endl/&gt;&lt;tab&gt;point value=3&gt;&lt;indent value=4&gt;From:&#9;&lt;endl/&gt;&lt;indent value=10&gt;IBM_PRELOAD (C:)&lt;/indent&gt;&lt;indent value=4&gt;To file:&#9;&lt;indent&gt;&lt;endl/&gt;&lt;indent value=10&gt;&quot;F:\TG0_C_backup_T\TG0_C_backup_T&quot;&lt;/indent&gt;&lt;indent value=4&gt;&lt;endl/&gt;Compression&#9;&lt;indent value=10&gt;Normal&lt;/indent&gt;&lt;indent value=4&gt;&lt;endl/&gt;File Split&#9;&lt;indent value=10&gt;4.34 GB&lt;/indent&gt;&lt;indent value=4&gt;&lt;endl/&gt;&lt;/indent&gt;/&gt;
  <event id="11" type="2" module="1" code="504" time="1174360457" message="pending operation 115 started: &quot;Creating partition image&quot;"/>
  <event id="12" type="2" module="100" code="6" time="1174363147" message="operation has succeeded."/>
</log>
```

This exhibit shows that the backup operation started on March 20, 2007 at 12:14 PM and the operation has succeeded on March 20, 2007 at 12:59 PM.



EXHIBIT 33



```
                              PQ_DEBUG.TXT
PowerQuest PartitionInfo -- Windows 2000 engine edition.
Date Generated: 03/23/2007 22:21:49

CPU Vendor: "GenuineIntel"
CPU Signature: 00000695    CPU Features a7e9f9bf


***************************  BOOT.INI  ****************************

[boot loader]
timeout=30
default=multi(0)disk(0)rdisk(0)partition(1)\WINDOWS
[operating systems]
multi(0)disk(0)rdisk(0)partition(1)\WINDOWS="Microsoft Windows XP Professional"
/fastdetect /NoExecute=OptIn

**************************  END PREPEND  **************************

Running Program - C:\Program Files\PowerQuest\PartitionMagic 8.0\PMagicnt.exe


=================================================================
Disk 0:  7287 Cylinders, 240 Heads, 63 Sectors/Track.
=========================== Partition Tables ====================
Partition        -----Begin----        ------End-----    Start     Num
Sector   # Boot  Cyl Head Sect  FS  Cyl  Head Sect       Sect      Sects
-------- - ----  ---- ---- ----  --  ---- ---- ----      --------  -------
       0 0 80      0    1    1  07 [1023  239   63]            63  39584097 [Large
Drive Placeholders]
                   0    1    1      2617  239   63                          Actual
Values
       0 1 00   [1023    0    1] 07 [1023  239   63]      39584160  70595280 [Large
Drive Placeholders]
                2618    0    1      7286  239   63                          Actual
Values


=================================================================
Disk 0:  53798.6 Megabytes
=========================== Partition Information ===============
Volume        Partition                        Partition           Start    Total
Letter:Label  Type            Status   Size MB  Sector     #       Sector   Sectors
------------  ---------       -------- -------  -------- - ------   -------  -------
C:IBM_PRELOAD NTFS            Pri,Boot 19328.2           0 0            63  39584097
F:DATA        NTFS            Pri      34470.4           0 1      39584160  70595280


=================================================================
Boot Sector for drive C: Drive 1, Starting Sector: 63, Type: NTFS
=================================================================
1. Jump:                    EB 52 90
2. OEM Name:                NTFS
3. Bytes Per Sector:        512
4. Sectors Per Cluster:     8
5. Reserved Sectors:        0
6. Number of FAT's:         0
7. Root Dir Entries:        0
8. Total Sectors:           0   (0x0)
9. Media Descriptor:        0xF8
10. Sectors Per FAT:        0
11. Sectors Per Track:      63   (0x3F)
12. Number of Heads:        240  (0xF0)
                        Page 1
```

```
                                        PQ_DEBUG.TXT
13. Hidden Sectors:           63   (0x3F)
14. Big Total Sectors:        0   (0x0)
15. Unused:                   0x80 00 80 00
16. Total NTFS Sectors:       39584096   (0x25C0160)
17. MFT Start Cluster:        805326   (0xC49CE)
18. MFT Mirror Start Clust:   2474006   (0x25C016)
19. Clusters per FRS:         246
20. Size per Index Buffer: 1
21. Serial Number:            0x165CC2195CC1F411
22. Checksum:                 0x00000000
23. Boot Signature:           0xAA55


==================================================================
Boot Sector for drive F: Drive 1, Starting Sector: 39584160, Type: NTFS
==================================================================
1. Jump:                      EB 52 90
2. OEM Name:                  NTFS
3. Bytes Per Sector:          512
4. Sectors Per Cluster:       8
5. Reserved Sectors:          0
6. Number of FAT's:           0
7. Root Dir Entries:          0
8. Total Sectors:             0   (0x0)
9. Media Descriptor:          0xF8
10. Sectors Per FAT:          0
11. Sectors Per Track:        63   (0x3F)
12. Number of Heads:          240   (0xF0)
13. Hidden Sectors:           39584160   (0x25C01A0)
14. Big Total Sectors:        0   (0x0)
15. Unused:                   0x80 00 80 00
16. Total NTFS Sectors:       70595279   (0x43532CF)
17. MFT Start Cluster:        786432   (0xC0000)
18. MFT Mirror Start Clust:   4412204   (0x43532C)
19. Clusters per FRS:         246
20. Size per Index Buffer: 1
21. Serial Number:            0xE0B8EB2FB8EB0340
22. Checksum:                 0x00000000
23. Boot Signature:           0xAA55


BootExecute key at start:
---------------------
autocheck autochk *
}
Exiting enStartEngine...  Return value: 0  Time = 0:02
CalcMinSotf: Minimum allowable resize = 30415384 sectors
CalcMinSotf: Number of sectors to relocate in a minimum resize = 2690336

enInfo (C:) ...
enInfo complete (pqRet == 0)CalcMinSotf: Minimum allowable resize = 35299904 sectors
CalcMinSotf: Number of sectors to relocate in a minimum resize = 248

enInfo (F:) ...
enInfo complete (pqRet == 0)pqLogLock (pqhandle == 0) ...

ntGetPartitionInfo ...
ntGetPartitionInfo ...ThreadedLock: success on try 0
 OS Lock handle == E0

ntInvalidatePartitionTable ...
ntInvalidatePartitionTable complete (pqRet == 0, 00000000)pqLogLock complete (pqRet
                                   Page 2
```

```
                          PQ_DEBUG.TXT
== 0)
pqLogUnlock (pqhandle == 0) ...
 OS Lock handle == E0
pqLogUnlock complete (pqRet == 0)
IsLockable(F:) - pqLogLock succeeded.

pqGetLaunchPath == C:\Program Files\PowerQuest\PartitionMagic
8.0\WIN32_FILE::GetAttributes::GetFileAttributes, File:
C:\WINDOWS\TEMP\PQ_BATCH.PQB, pqRet = 504
[Error]: errno = 0. Error 0

ntUncompressFile: Error opening C:\WINDOWS\TEMP\PQ_BATCH.PQB

ReadBatchList ... (filename = C:\WINDOWS\TEMP\PQ_BATCH.PQB)

Contents of Batch File:
PQBatch VerNo:8.0,    FileCreated: 03/23/07 22:23:00
PREFERENCES Version:2, GlobalPrefs:0x24, BadSectorChecking:0x0, ReadOnlyMode:0x0
DISK_CONFIG Drv:0, Cylinders:7287, Heads:240, SectsPerTrack:63
PARTITION_CONFIG Drv:0, OStrt:63, ONum:39584097, OParTyp:0x7, OFSTyp:0x4,
XDrvLetter:C
PARTITION_CONFIG Drv:0, OStrt:39584160, ONum:70595280, OParTyp:0x7, OFSTyp:0x4,
XDrvLetter:F
DELETE Drv:0, OParClas:1, OStrt:39584160, OEnd:110179440, OParTyp:0x7, OFSTyp:0x4,
ODrvLetter:F, OLabTyp:1, OLabSiz:4
, OLab:DATA, NShred:1
ADJUST Drv:0, OParClas:1, OStrt:63, OEnd:39584160, OParTyp:0x7, OFSTyp:0x4,
ODrvLetter:C, OLabTyp:1, OLabSiz:11, OLab
:IBM_PRELOAD, NStrt:63, NEnd:110179440, NClSiz:4096

-----------------------------------------------------------------
CheckDiskConfig: m_Mapper Table -- HighWaterMark: 0
CheckDiskConfig: m_Mapper Table -- Contents:
     CheckDiskConfig: m_Mapper[0]   = 0
-----------------------------------------------------------------




-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-

       Begin Batch Execution ...

-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-

-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
       Beginning Execution of batch operation 1 of 2 ...
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
Secure Erase: F:DATA
    (NTFS, Primary volume, 34470.4 MB on Disk:1)

enDelete (F) ...pqLogLock (pqhandle == 0) ...

ntGetPartitionInfo ...
ntGetPartitionInfo ...ThreadedLock: success on try 0
 OS Lock handle == E0
pqLogLock complete (pqRet == 0)

ntNotifyDismount started
ntNotifyDismount done, 0
pqLogUnlock (pqhandle == 0) ...
 OS Lock handle == E0
pqLogUnlock complete (pqRet == 0)
pqFileOpen - File: C:\BOOT.INI. Used OS I/O. Flags 0x1004. Open succeeded.
                          Page 3
```

```
                                    PQ_DEBUG.TXT
pqFileOpen - File: C:\BOOT.INI. Used OS I/O. Flags 0x1040. Open succeeded.
pqLogLock (pqhandle == 0) ...

ntQueryIsMounted: QueryDosDevice failed. Drive F: is not mounted Partition is
quarantined or dismounted.  Set logical lock only.
pqLogLock complete (pqRet == PQ_OK)
pqLogUnlock (pqhandle == 0) ...
pqLogUnlock complete (pqRet == 0)
pqLogLock (pqhandle == 0) ...

ntQueryIsMounted: QueryDosDevice failed. Drive F: is not mounted Partition is
quarantined or dismounted.  Set logical lock only.
pqLogLock complete (pqRet == PQ_OK)
pqLogUnlock (pqhandle == 0) ...
pqLogUnlock complete (pqRet == 0)
pqLogLock (pqhandle == 0) ...

ntQueryIsMounted: QueryDosDevice failed. Drive F: is not mounted Partition is
quarantined or dismounted.  Set logical lock only.
pqLogLock complete (pqRet == PQ_OK)
pqFileOpen - File: F:\BOOT.INI. Used PQ I/O. Flags 0x1004. Open failed.
pqFileOpen: Partition type: 0x7, FS type: 0x4, DriveLetter: F.
pqLogUnlock (pqhandle == 0) ...
pqLogUnlock complete (pqRet == 0)

ntInvalidatePartitionTable ...
ntInvalidatePartitionTable complete (pqRet == 0, 00000000)pqLogLock (pqhandle == 0)
...
 Partition is quarantined or dismounted.  Set logical lock only.
pqLogLock complete (pqRet == PQ_OK)
pqLogUnlock (pqhandle == 0) ...
pqLogUnlock complete (pqRet == 0)

ntGetSystemPartition complete (pqRet == 184)  *:
ntNotifyDeleted ...
ntNotifyDismount started
ntNotifyDismount: partition is already dismounted
ntNotifyDismount done, 0

ntGetDriveLayout ...
ntInvalidatePartitionTable ...
ntInvalidatePartitionTable complete (pqRet == 0, 00000000)

PartitionCount: 4
Signature:      CCCDCCCD

PartEntry#    StartingOffset    PartitionLength HidSects  PN  PT  BI Recgnz
----------  ----------------  ------------------ --------  --  --  -- ------
         0           32256        20267057664       3F  01  07  01    1
         1               0                  0        0  00  00  00    0
         2               0                  0        0  00  00  00    0
         3               0                  0        0  00  00  00    0

ntSetDriveLayout ...

PartitionCount: 4
Signature:      CCCDCCCD

PartEntry#    StartingOffset    PartitionLength HidSects  PN  PT  BI Recgnz
----------  ----------------  ------------------ --------  --  --  -- ------
         0           32256        20267057664       3F  01  07  01    1
         1               0                  0        0  00  00  00    0
                                    Page 4
```

```
                              PQ_DEBUG.TXT
         2              0              0       0  00  00  00     0
         3              0              0       0  00  00  00     0

ntSetDriveLayout complete (pqRet == 0)
ntNotifyDeleted complete: pqRet == 0
enDelete complete (pqRet == 0) (pqRet2 == 0)
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
        Ending Execution of batch operation 1 of 2 ...
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-


-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
        Beginning Execution of batch operation 2 of 2 ...
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
Resizing partition: C:IBM_PRELOAD
     (NTFS, Primary volume, 19328.2 MB on Disk:1)
     New size: 53798.5 MB

enResize (C:)...ntGrowVolume (C:) ...
Extending \\.\C: to 110179377 sectors
ntGrowVolume complete (pqRet == 0).

enResize hot complete (pqRet == PQ_OK)
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-
        Ending Execution of batch operation 2 of 2 ...
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-

TagBatchFileProcessed ...
pqFileOpen - File: C:\WINDOWS\TEMP\PQ_BATCH.PQB. Used OS I/O. Flags 0x1004. Open
succeeded.

TagBatchFileProcessed complete (pqRet == 0).
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-

        End Batch Execution (pqRet == 0)


-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-

enInfo (C:) ...
enInfo complete (pqRet == 46)Disks were updated successfully.

It is recommended that you create a new Emergency Repair Disk by running the Windows

2000/XP Backup utility.
Entering enStopEngine(...)  ID:193  File:Engine.cpp  Line:390
{

ntDiskInfoRebuild ...DbgMgr->Uninit
```

Page 5

EXHIBIT 34

This exhibit shows where a file named "PQ_DEBUG.TXT" is located in Kim's hard drive. (Path: C:\WINDOWS\Temp)

| Name | Size | Type | Date Created | Date Accessed | Date Modified | Comments |
|---|---|---|---|---|---|---|
| _j6F | | File Folder | 2006-08-02 오후 4:39 | 2007-03-24 오후 1:29 | 2006-08-02 오후 4:39 | |
| Cookies | | File Folder | 2006-07-31 오전 8:08 | 2007-03-24 오후 1:29 | 2006-07-31 오전 8:08 | |
| History | | File Folder | 2006-07-31 오전 8:08 | 2007-03-24 오후 1:29 | 2006-07-31 오전 8:08 | |
| Temporary Internet Files | | File Folder | 2006-07-31 오전 8:08 | 2007-03-24 오후 1:29 | 2006-07-31 오전 8:08 | |
| NAV.log | 1,8... | Text Document | 2006-07-30 오후 7:45 | 2006-07-30 오후 4:00 | 2006-07-31 오전 7:47 | |
| PQ_BATCH.001 | 1 KB | 알집 001 파일 | 2006-07-31 오전 8:38 | 2006-07-31 오전 8:39 | 2006-07-31 오전 8:38 | |
| PQ_DEBUG.001 | 19 KB | 알집 001 파일 | 2006-07-31 오전 8:38 | 2006-07-31 오전 8:39 | 2006-07-31 오전 8:38 | |
| ~0.tmp | 0 KB | TMP File | 2006-08-02 오후 4:39 | 2006-08-02 오후 4:39 | 2006-08-02 오후 4:39 | |
| netfxsl.log | 11 KB | Text Document | 2006-11-13 오후 1... | 2006-11-13 오후 10:32 | 2006-11-13 오후 1... | |
| netfxupdate.log | 7 KB | Text Document | 2006-11-13 오후 1... | 2006-11-13 오후 10:34 | 2006-11-13 오후 1... | |
| ASPNETSetup_00000.log | 5 KB | Text Document | 2006-11-13 오후 1... | 2006-11-13 오후 10:36 | 2006-11-13 오후 1... | |
| PQ_BATCH.PQB | 1 KB | PQB File | 2007-03-24 오후 2:23 | 2007-03-24 오후 2:46 | 2007-03-24 오후 2:46 | |
| PQ_DEBUG.TXT | 12 KB | Text Document | 2007-03-25 오전 5:03 | 2007-03-25 오전 5:03 | 2007-03-25 오전 5:03 | |
| WGANotify.settings | 1 KB | SETTINGS File | 2006-07-31 오전 8:47 | 2007-03-30 오전 10:17 | 2007-03-30 오전 1... | |
| WGAErrLog.txt | 1 KB | Text Document | 2006-07-31 오전 8:46 | 2007-03-30 오전 10:22 | 2007-03-30 오전 1... | |

Config
Connection Wizard
Cursors
Debug
Downloaded Program F
Driver Cache
Ehome
Fonts
Help
ime
inf
Installer
java
Media
Microsoft.NET
msagent
msapps
mui
Offline Web Pages
Options
PCHealth
peernet
Prefetch
Profiles
provisioning
RegisteredPackages
Registration
repair
Resources
security
ServicePackFiles
SHELLNEW
SoftwareDistribution
srchasst
system
system32
Tasks
Temp
_j6F
Cookies
History
Temporary Internet
twain_32
Web
WinSxS

The highlighted lines of this exhibit suggest that a program called "Partition Magic" was used to remove a partition (F) from Kim's hard drive.

**PQ_DEBUG.TXT - Notepad**
File  Edit  Format  View  Help

```
PowerQuest PartitionInfo -- Windows 2000 engine edition.
Date Generated: 03/23/2007 22:21:49
CPU Vendor: "GenuineIntel"
CPU Signature: 00000695   CPU Features a7e9f9bf
```

Exhibit 26-B (1)

**PQ_DEBUG.TXT - Notepad**
File  Edit  Format  View  Help

```
Running Program - C:\Program Files\PowerQuest\PartitionMagic 8.0\PMagicCmt.exe

Disk 0: 7287 Cylinders, 240 Heads, 63 Sectors/Track.
================== Partition Tables ==================
Partition        ----Begin---- FS  ---End---      Start      Num
Sector  # Boot  Cyl Head Sect     Cyl Head Sect   Sect       Sects
------ --- ----  ---- ---- ----    ---- ---- ----  --------   --------
    0 0 80     0    1   1  07  [1023  239   63]       63   39584097  [Large Drive
placeholders]
    0 1 00  [1023   0    1] 07  [1023  239   63]  39584160   70595280  [Large Drive
placeholders]  2618    0    1      7286  239   63                      Actual values
```

Exhibit 26-B (2)

**PQ_DEBUG.TXT - Notepad**
File  Edit  Format  View  Help

```
         Beginning Execution of batch operation 1 of 2 ...

Secure Erase: F:DATA
(NTFS, Primary volume, 34470.4 MB on Disk:1)

enDelete (F) ...pqLogLock (pqhandle == 0) ...
```

Exhibit 26-B (3)

EXHIBIT 35

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0023112.lnk | F:\POSDATA Files | • | 01/24/2007 02:36:06 오후 | C:\Lost Files\A0023112.lnk |
| A0023550.LNK | F:\POSDATA Files | | 02/08/2007 10:37:28 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP289\A0023550.LNK |
| A0023317.lnk | F:\POSDATA Files | | 07/31/2006 09:49:50 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP280\A0023317.lnk |
| A0025720.lnk | F:\POSDATA Files | | 02/08/2007 10:37:24 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025720.lnk |
| A0023345.LNK | F:\POSDATA Files\Seyu~1, 1½¢ ÀÌ¡¾±,ªÝ.xls | | 02/08/2007 10:37:28 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP281\A0023345.LNK |
| A0023731.lnk | F:\POSDATA Files\Seyu~1, 1½¢ ÀÌ¡¾±,ªÝ.xls | | 02/08/2007 10:37:24 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP273\A0023731.lnk |
| A0024244.lnk | F:\POSDATA Files\CEO Report | | 02/22/2007 03:24:54 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP280\A0024244.lnk |
| A0018952.LNK | F:\POSDATA Files\CEO Report | • | 11/10/2006 04:50:23 오전 | C:\Lost Files\A0018952.LNK |
| A0018928.lnk | F:\POSDATA Files\Expense Report | • | 10/11/2006 03:09:41 오전 | C:\Lost Files\A0018928.lnk |
| A0022576.LNK | F:\POSDATA Files\Expense Report | | 01/10/2007 03:54:38 오전 | C:\Lost Files\A0022576.LNK |
| A0022840.lnk | F:\POSDATA Files\Expense Report | | 01/10/2007 03:54:37 오전 | C:\Lost Files\A0022840.lnk |
| A0023728.LNK | F:\POSDATA Files\Performance Evaluation 2004 | | 02/08/2007 10:36:56 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP273\A0023728.LNK |
| A0025717.lnk | F:\POSDATA Files\Performance Evaluation 2004 | | 02/08/2007 10:36:50 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025717.lnk |
| A0019261.LNK | F:\POSDATA Files\Performance Evaluation 2004\Resume | | 12/08/2006 12:05:32 오후 | C:\Lost Files\A0019261.LNK |
| A0019259.lnk | F:\POSDATA Files\Performance Evaluation 2004\Resume | | 12/08/2006 12:05:28 오후 | C:\Lost Files\A0019259.lnk |
| A0022847.LNK | F:\POSDATA Files\Posdata Technical Documents | | 01/19/2007 12:08:18 오전 | C:\Lost Files\A0022847.LNK |
| A0022845.lnk | F:\POSDATA Files\Posdata Technical Documents | | 01/19/2007 12:08:16 오전 | C:\Lost Files\A0022845.lnk |
| A0022677.LNK | F:\POSDATA Files\Posdata Technical Documents\MiscellaneousÀÚ±æ | | 01/19/2007 12:11:34 오전 | C:\Lost Files\A0022677.LNK |
| A0022881.lnk | F:\POSDATA Files\Posdata Technical Documents\MiscellaneousÀÚ±æ | | 01/19/2007 12:11:32 오전 | C:\Lost Files\A0022881.lnk |
| A0022879.lnk | F:\POSDATA Files\Posdata Technical Documents\MiscellaneousÀÚ±æ | | 01/19/2007 12:07:04 오전 | C:\Lost Files\A0022879.lnk |
| A0022243.lnk | F:\POSDATA Files\Posdata Technical Documents\SV Ant_DSP Team | • | 10/02/2006 11:53:06 오후 | C:\Lost Files\A0022243.lnk |
| A0019009.LNK | F:\POSDATA Files\WiMAX Forum | | 11/09/2006 02:06:59 오전 | C:\Lost Files\A0019009.LNK |
| A0019007.lnk | F:\Seyoung | | 11/09/2006 02:06:49 오전 | C:\Lost Files\A0019007.lnk |
| A0022223.LNK | F:\Seyoung | | 12/17/2006 06:40:12 오후 | C:\Lost Files\A0022223.LNK |
| A0023776.LNK | F:\Seyoung | | 02/14/2007 12:04:38 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP273\A0023776.LNK |
| A0023400.lnk | F:\Seyoung | | 02/14/2007 12:04:38 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP280\A0023400.lnk |
| A0023934.lnk | F:\Seyoung | | 02/14/2007 12:04:29 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP280\A0023934.lnk |
| A0024039.LNK | F:\Seyoung | | 03/09/2007 04:13:03 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP282\A0024039.LNK |
| A0024037.lnk | F:\Seyoung | | 02/14/2007 12:04:29 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP282\A0024037.lnk |
| Seyoung.LNK | F:\Seyoung | | 03/09/2007 04:13:03 오전 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\Seyoung.LNK |
| A0025740.lnk | F:\Seyoung | | 02/14/2007 12:04:29 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025740.lnk |
| A0026600.lnk | F:\Seyoung | | 07/31/2006 09:50:12 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP299\A0026600.lnk |
| A0018975.LNK | F:\Seyoung\Codebook.xls | | 11/27/2006 10:52:01 오전 | C:\Lost Files\A0018975.LNK |
| A0019006.lnk | F:\Seyoung\Codebook.xls | • | 11/09/2006 04:00:08 오전 | C:\Lost Files\A0019006.lnk |
| A0023933.lnk | F:\Seyoung\Codebook.xls | | 02/17/2007 01:29:36 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP280\A0023933.lnk |
| A0024038.LNK | F:\Seyoung\Codebook.xls | | 03/09/2007 04:13:03 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP282\A0024038.LNK |
| A0024036.lnk | F:\Seyoung\Codebook.xls | | 02/17/2007 01:29:36 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP282\A0024036.lnk |
| A0024161.LNK | F:\Seyoung\Codebook.xls | | 03/09/2007 04:13:03 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP287\A0024161.LNK |
| A0025638.lnk | F:\Seyoung\Codebook.xls | | 02/17/2007 01:29:36 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025638.lnk |
| A0022740.lnk | F:\Seyoung\Douglas Taft.doc | • | 11/09/2006 02:48:47 오후 | C:\Lost Files\A0022740.lnk |
| A0023646.LNK | F:\Seyoung\Financial.xls | | 02/14/2007 12:17:47 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP272\A0023646.LNK |
| A0025651.lnk | F:\Seyoung\Financial.xls | | 02/14/2007 12:17:46 오전 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025651.lnk |
| A0023160.LNK | F:\Seyoung\Offer Letter | • | 07/28/2006 02:06:26 오후 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\Five0\A0023160.LNK |
| A0024080.lnk | F:\Seyoung\Offer Letter\Offer Letter.temp | • | 07/28/2006 02:05:24 오후 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP284\A0024080.lnk |
| A0024053.lnk | F:\Seyoung\Offer Letter\Offer Letter\Signature.doc | • | 07/28/2006 02:05:24 오후 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP283\A0024053.lnk |
| A0023113.LNK | | | 07/28/2006 02:09:49 오후 | C:\Lost Files\A0023113.LNK |

1

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0024077.lnk | F:\Seyoung\Offer Letter\Signature.doc | | 07/26/2006 02:13:20 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP284\A0024077.lnk |
| A0023679.lnk | F:\Seyoung\Perf Eval 06.doc | | 02/14/2007 12:04:38 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP272\A0023679.LNK |
| A0025716.lnk | F:\Seyoung\Perf Eval 06.doc | | 02/14/2007 12:04:28 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP292\A0025716.lnk |
| A0022648.lnk | F:\Seyoung\Resume\Seyoung Kim (Intel).doc | | 12/09/2006 10:49:04 오후 | C:\Lost Files\A0022648.lnk |
| A0022591.lnk | F:\Seyoung\Resume\Seyoung Kim (Korea).doc | | 12/09/2006 10:48:06 오후 | C:\Lost Files\A0022591.lnk |
| A0022589.lnk | F:\Seyoung\Resume\Seyoung Kim (T).doc | | 12/09/2006 10:47:48 오후 | C:\Lost Files\A0022589.lnk |
| A0022587.lnk | F:\Seyoung\Resume\Seyoung Kim(Posco).doc | | 12/09/2006 10:47:01 오후 | C:\Lost Files\A0022587.lnk |
| A0022668.LNK | F:\Lab 1 | | 01/14/2007 09:45:27 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP273\A0022668.LNK |
| A0022756.lnk | F:\Lab 1 | | 12/08/2006 01:29:54 오후 | C:\Lost Files\A0022756.lnk |
| A0023135.lnk | F:\Lab 1 | | 12/08/2006 01:29:54 오후 | C:\Lost Files\A0023135.lnk |
| A0023548.LNK | F:\Lab 1 | | 02/08/2007 10:36:12 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP280\A0023548.LNK |
| A0024240.lnk | F:\Lab 1 | | 02/22/2007 03:24:28 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP290\A0024240.lnk |
| A0024686.lnk | F:\Lab 1 | | 12/08/2006 01:29:54 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP292\A0024686.lnk |
| A0023306.LNK | F:\Lab 1\ㄴㅎㅎ, 1%¢.doc | | 02/08/2007 10:36:12 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP280\A0023306.LNK |
| A0023331.lnk | F:\Lab 1\ㄴㅎㅎ, 1%¢.doc | | 02/08/2007 10:36:09 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP280\A0023331.lnk |
| A0023725.lnk | F:\Lab 1\ㄴㅎㅎ, 1%¢ ㄷㅗ,ㅂ J'Û.xls | | 02/08/2007 10:36:15 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP273\A0023725.lnk |
| A0023343.LNK | F:\Lab 1\ㄴㅎㅎ, 1%¢ ÁfÁ•,,μ.xls | | 02/08/2007 10:36:22 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP280\A0023343.LNK |
| A0023851.lnk | F:\Lab 1\ㄴㅎㅎ, 1%¢ ÁfÁ•,,μ.xls | | 02/08/2007 10:36:21 오전 | C:\Lost Files\A0023851.lnk |
| A0022757.LNK | F:\Lab 1\SV Office.ppt | | 12/12/2006 09:30:26 오전 | C:\Lost Files\A0022757.LNK |
| A0023143.lnk | F:\Lab 1\SV Office.ppt | | 11/09/2006 03:40:28 오전 | C:\Lost Files\A0023143.lnk |
| A0018369.lnk | F:\Plan | | 10/28/2006 04:09:08 오전 | C:\Lost Files\A0018369.lnk |
| A0018367.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\Lost Files\A0018367.lnk |
| A0019035.LNK | F:\Plan | | 10/28/2006 04:09:09 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019035.LNK |
| A0019033.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019033.lnk |
| A0019111.LNK | F:\Plan | | 10/28/2006 04:09:09 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019111.LNK |
| A0019109.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019109.lnk |
| A0019162.LNK | F:\Plan | | 10/28/2006 04:09:08 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019162.LNK |
| A0019160.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\Floed\A0019160.lnk |
| A0022563.LNK | F:\Plan | | 10/28/2006 04:09:08 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP292\A0022563.LNK |
| A0022615.LNK | F:\Plan | | 10/28/2006 04:09:08 오전 | C:\Lost Files\A0022615.LNK |
| A0022613.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\Lost Files\A0022613.lnk |
| A0023099.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\Lost Files\A0023099.lnk |
| A0023224.LNK | F:\Plan | | 02/04/2007 10:45:51 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP277\A0023224.LNK |
| A0023222.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\Lost Files\A0023222.lnk |
| A0023271.LNK | F:\Plan | | 02/04/2007 10:45:51 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP277\A0023271.LNK |
| A0023069.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\Lost Files\A0023069.lnk |
| A0023747.LNK | F:\Plan | | 02/04/2007 10:45:51 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP273\A0023747.LNK |
| A0023358.lnk | F:\Plan | | 10/28/2006 04:09:19 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP280\A0023358.lnk |
| A0025718.lnk | F:\Plan | | 09/26/2006 12:47:42 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP292\A0025718.lnk |
| A0025509.LNK | F:\Plan=\$ddress.doc | | 01/13/2007 07:10:15 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP292\A0025509.LNK |
| A0022868.lnk | F:\Plan=\$ddress.doc | | 01/13/2007 07:10:13 오전 | C:\Lost Files\A0022868.lnk |
| A0023853.lnk | F:\Plan\ㄴㅎ, 1%¢ ÁÚ,ㅂ,Xª_V2.xls | | 02/04/2007 10:54:20 오전 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP277\A0023853.lnk |
| A0022499.lnk | F:\Plan\ㄴㅎ, 1%¢ ÁÚ,ㅂ,Xª_a.xls | | 12/02/2006 01:44:20 오후 | C:\Lost Files\A0022499.lnk |
| A0023633.LNK | F:\Plan\ㄴㅎ, 1%¢ ÁÚ,ㅂ,Xª_a.xls | | 02/12/2007 02:40:06 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP277\A0023633.LNK |
| A0023863.lnk | F:\Plan\ㄴㅎ, 1%¢ ÁÚ,ㅂ,Xª_a.xls | | 07/25/2006 11:09:27 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP277\A0023863.lnk |
| A0023629.LNK | F:\Plan\ㄴㅎ, 1%¢ ÁÚ,ㅂ,Xª_a.xls | | 02/12/2007 02:39:54 오후 | C:\System Volume Information\_restore{DAAD8284-5896-49d0-A753-8454BDC2E5A5}\RP272\A0023629.LNK |

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A022385.lnk | F:\Plan\ض_ش_1½_Ä¿ء_½²_B.xls | | 07/25/2006 11:09:48 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP27\A0023865.lnk |
| A023358.LNK | F:\Plan\2007 Business Roadmap.vsd | | 02/12/2007 01:47:10 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP282\A0023358.LNK |
| A022425.lnk | F:\Plan\2007 Business Roadmap.vsd | | 02/12/2007 01:47:08 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP264\A0023425.lnk |
| A022739.LNK | F:\Plan\2007 Plan.doc | | 01/20/2007 02:19:15 쒢 쒢 | C:\Lost Files\A0022739.LNK |
| A022746.lnk | F:\Plan\2007 Plan.doc | | 12/19/2006 12:12:20 쒢 쒢 | C:\Lost Files\A0022746.lnk |
| A019239.LNK | F:\Plan\ART-CORP.doc | | 12/04/2006 03:56:07 쒢 쒢 | C:\Lost Files\A0019239.LNK |
| A022508.lnk | F:\Plan\ART-CORP.doc | | 12/04/2006 03:55:05 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0022508.lnk |
| A022562.lnk | F:\Plan\Business Roadmap_Seq.vsd | | 10/15/2006 08:17:55 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0022562.lnk |
| A018368.LNK | F:\Plan\Business Roadmap.vsd | | 11/11/2006 12:34:19 쒢 ﾂ쒢 | C:\Lost Files\A0018368.LNK |
| A018368.lnk | F:\Plan\Business Roadmap.vsd | | 10/03/2006 12:01:33 쒢 쒢 | C:\Lost Files\A0018368.lnk |
| A019110.LNK | F:\Plan\Business Roadmap.vsd | | 12/06/2006 11:37:22 쒢 ﾂ쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019110.LNK |
| A019108.lnk | F:\Plan\Business Roadmap.vsd | | 10/03/2006 12:01:33 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019108.lnk |
| A019172.LNK | F:\Plan\Business Roadmap.vsd | | 12/06/2006 11:37:22 쒢 ﾂ쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019172.LNK |
| A019171.lnk | F:\Plan\Business Roadmap.vsd | | 10/03/2006 12:01:33 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019171.lnk |
| A019132.LNK | F:\Plan\Capital Structure | | 12/04/2006 11:16:35 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019132.LNK |
| A019130.lnk | F:\Plan\Capital Structure | | 12/04/2006 11:16:34 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019130.lnk |
| A019148.LNK | F:\Plan\Capital Structure | | 12/04/2006 11:16:35 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019148.LNK |
| A019146.lnk | F:\Plan\Capital Structure | | 12/04/2006 11:16:34 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0019146.lnk |
| A022381.LNK | F:\Plan\Capital Structure | | 01/10/2007 05:34:28 쒢 쒢 | C:\Lost Files\A0022381.LNK |
| A022379.lnk | F:\Plan\Capital Structure | | 01/10/2007 05:34:28 쒢 쒢 | C:\Lost Files\A0022379.lnk |
| A022567.LNK | F:\Plan\Capital Structure | | 12/04/2006 11:16:35 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0022567.LNK |
| A022565.lnk | F:\Plan\Capital Structure | | 01/10/2007 05:34:28 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0022565.lnk |
| A022777.LNK | F:\Plan\Capital Structure | | 01/10/2007 05:34:28 쒢 쒢 | C:\Lost Files\A0022777.LNK |
| A022669.lnk | F:\Plan\Capital Structure | | 01/10/2007 05:34:28 쒢 쒢 | C:\Lost Files\A0022669.lnk |
| A023239.LNK | F:\Plan\Capital Structure | | 07/30/2006 02:35:29 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023239.LNK |
| A023237.lnk | F:\Plan\Capital Structure | | 07/30/2006 02:35:20 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023237.lnk |
| A023558.LNK | F:\Plan\Capital Structure | | 07/30/2006 02:35:29 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP269\A0023558.LNK |
| A023555.lnk | F:\Plan\Capital Structure | | 07/30/2006 02:35:20 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP269\A0023555.lnk |
| A022380.LNK | F:\Plan\Capital Structure\Capital Structure 2007.xls | . | 12/08/2008 01:16:02 쒢 쒢 | C:\Lost Files\A0022380.LNK |
| A022566.LNK | F:\Plan\Capital Structure\Capital Structure 2007.xls | . | 12/08/2006 01:16:02 쒢 쒢 | C:\Lost Files\A0022566.LNK |
| A022843.LNK | F:\Plan\Capital Structure\Capital Structure 2007.xls | . | 12/08/2006 01:16:02 쒢 쒢 | C:\Lost Files\A0022843.LNK |
| A023238.LNK | F:\Plan\Capital Structure\Capital Structure 2007.xls | . | 07/30/2006 02:35:29 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023238.LNK |
| A023559.LNK | F:\Plan\Capital Structure\Capital Structure.xls | . | 07/30/2006 02:35:29 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP269\A0023559.LNK |
| A023159.LNK | F:\Plan\Capital Structure\Capital Structure.xls | . | 07/30/2006 03:04:11 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023159.LNK |
| A023664.lnk | F:\Plan\Development Schedule Dec 05 2006.vsd | | 02/04/2007 10:45:48 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP272\A0023664.lnk |
| A023215.LNK | F:\Plan\Development Schedule Dec 05 2006.vsd | | 02/04/2007 10:45:51 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023215.LNK |
| A023153.LNK | F:\Plan\Expense Plan | | 07/30/2006 09:05:13 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023153.LNK |
| A023151.lnk | F:\Plan\Expense Plan | | 07/30/2006 09:05:13 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023151.lnk |
| A023621.LNK | F:\Plan\Expense Plan | | 07/30/2006 09:05:13 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP272\A0023621.LNK |
| A023830.lnk | F:\Plan\Expense Plan | | 07/30/2006 09:05:13 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP272\A0023630.lnk |
| A023156.LNK | F:\Plan\Expense Plan\Development Tools.xls | | 01/25/2007 11:23:48 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023156.LNK |
| A023424.LNK | F:\Plan\Expense Plan\Development Tools.xls | | 01/25/2007 11:23:48 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP264\A0023424.LNK |
| A023152.LNK | F:\Plan\Expense Plan\expense-plan-120405.xls | | 01/25/2007 11:23:59 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\fixed\A0023152.LNK |
| A023415.LNK | F:\Plan\Expense Plan\expense-plan-120405.xls | | 01/25/2007 11:23:59 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP264\A0023415.LNK |
| A025653.lnk | F:\Plan\FS_100406.xls | | 10/15/2006 08:22:55 쒢 쒢 | C:\System Volume Information\_restore{DAAD8284-5898-48A0-A753-8454BDC2E5A5}\RP292\A0025653.lnk |
| A022580.LNK | F:\Plan\GCT Performance | . | 01/10/2007 04:10:25 쒢 쒢 | C:\Lost Files\A0022580.LNK |

3

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0022578.lnk | F:\Plan\GCT Performance | . | 01/10/2007 04:10:23 오후 | C:\Lost Files\A0022578.lnk |
| A0022503.lnk | F:\Plan\Hojun | . | 12/04/2006 11:18:46 오전 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0022503.lnk |
| A0022617.LNK | F:\Plan\Quadron Documents | . | 12/21/2006 09:17:08 오전 | C:\Lost Files\A0022617.LNK |
| A0022855.lnk | F:\Plan\Quadron Documents | . | 01/06/2007 12:07:45 오후 | C:\Lost Files\A0022855.lnk |
| A0023191.LNK | F:\Plan\Quadron Documents | . | 02/06/2007 03:22:05 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023191.LNK |
| A0023188.lnk | F:\Plan\Quadron Documents | . | 02/06/2007 03:22:02 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023188.lnk |
| A0023691.LNK | F:\Plan\Quadron Documents | . | 02/06/2007 03:22:05 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023691.LNK |
| A0025661.lnk | F:\Plan\Quadron Documents | . | 02/06/2007 03:22:02 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025661.lnk |
| A0022835.LNK | F:\Plan\Quadron Documents_Signed | . | 01/14/2007 11:15:43 오후 | C:\Lost Files\A0022835.LNK |
| A0022518.LNK | F:\Plan\Quadron Documents_Signed\StimOrg.doc | . | 01/14/2007 11:15:43 오후 | C:\Lost Files\A0022518.LNK |
| A0022451.LNK | F:\Plan\Quadron Documents\Uw-Bsd - 1st.doc | . | 01/10/2007 05:12:40 오후 | C:\Lost Files\A0022451.LNK |
| A0025687.lnk | F:\Plan\Lab 1-Dev Roadmap 2006_03_15_V2.vsd | . | 12/05/2006 12:34:35 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025687.lnk |
| A0019088.LNK | F:\Plan\Lawyer Office | . | 12/07/2006 01:34:58 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0019088.LNK |
| A0019086.lnk | F:\Plan\Lawyer Office | . | 12/07/2006 01:34:57 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0019086.lnk |
| A0022513.lnk | F:\Plan\Lawyer Office | . | 12/07/2006 01:34:57 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0022513.lnk |
| A0023694.LNK | F:\Plan\Logo | . | 02/10/2007 04:17:57 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023694.LNK |
| A0025688.lnk | F:\Plan\Logo | . | 02/10/2007 04:17:55 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025688.lnk |
| A0023206.lnk | F:\Plan\Logo Comparison.ppt | . | 07/25/2006 11:06:28 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0023206.lnk |
| A0023207.LNK | F:\Plan\Logo Comparison.ppt | . | 07/25/2006 11:06:28 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0023207.LNK |
| A0025662.lnk | F:\Plan\Logo\Quadron.jpg | . | 02/10/2007 04:19:06 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025662.lnk |
| A0023672.LNK | F:\Plan\Logo\Logo Comparison.ppt | . | 07/25/2006 11:06:28 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023672.LNK |
| A0025668.lnk | F:\Plan\Logo\Logo Comparison.ppt | . | 07/25/2006 11:06:28 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025668.lnk |
| A0025691.lnk | F:\Plan\Logo\Logo_Final.ppt | . | 07/25/2006 11:06:45 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025691.lnk |
| A0025692.lnk | F:\Plan\Logo\Logo_Final.ppt | . | 07/25/2006 11:07:00 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025692.lnk |
| A0023422.LNK | F:\Plan\Logo\Logo_Final.ppt | . | 07/25/2006 11:07:01 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP264\A0023422.LNK |
| A0025697.lnk | F:\Plan\Logo.ppt | . | 07/25/2006 11:07:01 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025697.lnk |
| A0022673.LNK | F:\Plan\MMO_Hojun | . | 12/16/2006 06:44:29 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0022673.LNK |
| A0022512.LNK | F:\Plan\MMO_Hojun | . | 02/03/2007 03:35:26 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0022512.LNK |
| A0023668.LNK | F:\Plan\New Folder | . | 11/07/2006 04:13:59 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0023668.LNK |
| A0025701.lnk | F:\Plan\MMO_Hojun | . | 07/25/2006 11:07:25 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025701.lnk |
| A0022487.lnk | F:\Plan\MMO_Hojun\MMO Design_rev11A.doc | . | 02/03/2007 11:11:55 오전 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP264\A0023422.LNK |
| A0022498.LNK | F:\Plan\MMO_Hojun\MMO Design_rev11A.doc | . | 02/03/2007 11:11:55 오전 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0022498.LNK |
| A0025262.lnk | F:\Plan\Mobile WIMAX Market Estimate[1].ppt | . | 02/03/2007 11:12:33 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP260\A0025262.lnk |
| A0022364.lnk | F:\Plan\Resume | . | 10/29/2006 01:13:19 오후 | C:\Lost Files\A0022364.lnk |
| A0022364.LNK | F:\Plan\Resume | . | 01/10/2007 08:03:49 오후 | C:\Lost Files\A0022364.LNK |
| A0025732.lnk | F:\Plan\Resume | . | 12/06/2006 12:05:28 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP272\A0025732.lnk |
| A0022796.lnk | F:\Plan\Resume | . | 01/25/2006 10:34:46 오전 | C:\Lost Files\A0022796.lnk |
| A0023308.LNK | F:\Plan\Resume\Jinyoung Park.doc | . | 01/03/2007 03:03:37 오후 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP280\A0023308.LNK |
| A0025677.lnk | F:\Plan\Resume\Jinyoung Park.doc | . | 02/09/2007 12:51:22 오전 | C:\System Volume Information\_restore{DAADB284-5896-4B40-A753-8454BDC2E5A5}\RP292\A0025677.lnk |
| A0022854.lnk | F:\Plan\Resume\resume_jefferho_Jan2007.doc | . | 01/10/2007 08:03:49 오후 | C:\Lost Files\A0022854.lnk |

4

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0022795.lnk | F:\Plan\Resume\resume_jinyoung.doc | • | 01/03/2007 01:53:20 오후 | C:\Lost Files\A0022795.lnk |
| A0022861.lnk | F:\Plan\Resume\resume_seongdong_park.doc | • | 12/11/2006 03:46:43 오전 | C:\Lost Files\A0022861.lnk |
| A0022863.lnk | F:\Plan\Resume\resume-woody-12102006-en.pdf | • | 12/11/2006 03:47:14 오전 | C:\Lost Files\A0022863.lnk |
| A0022489.lnk | F:\Plan\Resume\Seongdong Park.doc | | 01/13/2007 07:13:02 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\F\lveoA0022489.LNK |
| A0022866.lnk | F:\Plan\Resume\Seongdong Park.doc | | 01/13/2007 07:13:02 오후 | C:\Lost Files\A0022866.lnk |
| A0022797.lnk | F:\Plan\Resume\Woody Jeon-12102006-en.pdf | | 01/13/2007 03:55:19 오후 | C:\Lost Files\A0022797.lnk |
| A0025757.lnk | F:\Plan\Resume\Youn-ki Hong.doc | | 12/12/2006 10:36:39 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP232\A0025757.lnk |
| A0022561.lnk | F:\Plan\T&C, Incorporation | | 12/09/2006 10:19:34 오후 | C:\Lost Files\A0022561.lnk |
| A0023158.LNK | F:\Plan\Tool Purchase Plan | • | 07/30/2006 02:54:43 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\F\lveoA0023158.LNK |
| A0023157.lnk | F:\Plan\Tool Purchase Plan | | 01/25/2007 11:23:47 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\F\lveoA0023157.lnk |
| A0023595.LNK | F:\Plan\Tool Purchase Plan | | 07/30/2006 02:54:43 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP269\A0023595.LNK |
| A0025747.lnk | F:\Plan\Tool Purchase Plan | | 01/25/2007 11:23:47 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP232\A0025747.lnk |
| A0024086.LNK | F:\IQ | | 02/18/2007 12:47:41 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP284\A0024086.LNK |
| A0024084.lnk | F:\IQ | | 02/18/2007 12:47:41 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP284\A0024084.lnk |
| IQ.LNK | F:\IQ | | 02/18/2007 12:47:41 오후 | C:\Documents and Settings\Saeyoung Kim\Application Data\Microsoft\Office\Recent\IQ.LNK |
| A0024241.lnk | F:\IQ\¼1½□ Structure | | 02/27/2007 04:59:02 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0024241.lnk |
| A0025684.lnk | F:\IQ\¼1½□ Structure | | 02/18/2007 12:47:37 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP282\A0025684.lnk |
| A0023804.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ V2.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP275\A0023804.LNK |
| A0023802.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ V2.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP275\A0023802.lnk |
| A0023819.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP276\A0023819.LNK |
| A0023817.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP276\A0023817.lnk |
| A0023848.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP277\A0023848.LNK |
| A0023846.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP277\A0023846.lnk |
| A0023879.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP279\A0023879.LNK |
| A0023877.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP279\A0023877.lnk |
| A0023959.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023959.LNK |
| A0023957.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023957.lnk |
| A0023991.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023991.LNK |
| A0023989.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023989.lnk |
| A0024061.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:25 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0024061.LNK |
| A0024059.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0024059.lnk |
| ¼1, 1½□ Structure.LIF | F:\IQ\¼1½□ Structure | | 03/01/2007 08:37:20 오후 | C:\Documents and Settings\Saeyoung Kim\Application Data\Microsoft\Office\Recent\¼1, 1½□ Structure.LNK |
| A0025762.lnk | F:\IQ\¼1½□ Structure | | 03/01/2007 08:37:20 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP232\A0025762.lnk |
| A0024090.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 03/05/2007 06:56:49 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP285\A0024090.LNK |
| A0025766.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/04/2007 10:50:32 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP232\A0025766.lnk |
| A0023803.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ V2.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP275\A0023803.LNK |
| A0023801.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ V2.xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP275\A0023801.lnk |
| A0023818.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP276\A0023818.LNK |
| A0023816.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP276\A0023816.lnk |
| A0023847.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP277\A0023847.LNK |
| A0023845.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP277\A0023845.lnk |
| A0023878.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP279\A0023878.LNK |
| A0023958.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023958.LNK |
| A0023956.lnk | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023956.lnk |
| A0023990.LNK | F:\IQ\¼1½□ Structure\¼1, 1½□ Â¼â, ײ.xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP280\A0023990.LNK |

5

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0023988.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x².xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0023988.lnk |
| A0024060.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x².xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024060.LNK |
| A0024058.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x².xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024058.lnk |
| A0024164.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x².xls | | 02/28/2007 11:41:21 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024164.lnk |
| A0025767.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x².xls | | 02/08/2007 10:37:24 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0025767.lnk |
| A0024148.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x²_Anonymous.xls | | 03/05/2007 11:09:48 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024148.LNK |
| A0025768.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x²_A.xls | | 07/25/2006 11:09:22 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0025768.lnk |
| A0024137.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x²_Anonymous.xls | | 03/05/2007 08:57:55 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024137.LNK |
| A0024149.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x²_B.xls | | 03/05/2007 08:59:24 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0024149.LNK |
| A0025770.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã,µ±,'x²_B.xls | | 07/25/2006 11:09:49 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP283\A0025770.lnk |
| A0023634.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢.doc | | 03/05/2007 08:55:59 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP289\A0023634.LNK |
| A0025771.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢.doc | | 03/05/2007 08:56:57 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025771.lnk |
| A0023993.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ J¬*,£ª,£ Í.xls | | 02/28/2007 11:40:59 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP280\A0023993.LNK |
| A0024088.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ J¬*,£ª,£ Í.xls | | 02/08/2007 10:36:15 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP285\A0024088.lnk |
| A0024034.LNK | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã¶ª+µ.xls | | 03/05/2007 08:56:59 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP280\A0024034.LNK |
| A0025764.lnk | F:\QU¬*1,1¾¢ Structure\*1, 1¾¢ Ã¶ª+µ.xls | | 02/08/2007 10:36:21 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025764.lnk |
| SV Office.ppt.LNK | F:\QU¬*1,1¾¢ Structure\SV Office.ppt | | 03/05/2007 08:58:16 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287 Office.ppt.LNK |
| A0025744.lnk | F:\QU¬*1,1¾¢ Structure\SV Office.ppt | | 03/05/2007 08:58:14 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025744.lnk |
| A0024145.LNK | F:\QU¬*1,1¾¢ Structure\Team.xls | | 03/05/2007 08:58:02 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287\A0024145.LNK |
| A0025746.lnk | F:\QU¬*1,1¾¢ Structure\Team.xls | | 07/25/2006 11:08:24 오전 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025746.lnk |
| A0023888.LNK | F:\QU2007 Business Roadmap.vsd | | 02/27/2007 05:11:22 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP278\A0023888.LNK |
| A0025608.lnk | F:\QU2007 Business Roadmap.vsd | | 02/12/2007 01:47:08 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025608.lnk |
| A0024082.LNK | F:\QU Business Proposal Presentation\MiskVision Material.ppt | | 02/27/2007 04:35:37 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP284\A0024082.LNK |
| A0025624.lnk | F:\QU Business Proposal Presentation.ppt | | 02/27/2007 04:35:35 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025624.lnk |
| BP_Sum_16Nov06_ | F:\QU Business Proposal Presentation\BP_Sum_16Nov06_MV.ppt | | 02/27/2007 04:35:37 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\BP_Sum_16Nov06_MV.ppt.LNK |
| BP_Sum_31Oct06_ | F:\QU Business Proposal Presentation\BP_Sum_31Oct06_Korf.ppt | | 02/27/2007 05:03:50 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\BP_Sum_31Oct06_Korf[1].ppt.LNK |
| A0023860.LNK | F:\QU Business Proposal Presentation\FS_10Oct06.xls | | 02/27/2007 05:04:14 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP277\A0023860.LNK |
| MiskVision Material. | F:\QU Business Proposal Presentation\MiskVision Material.ppt | | 02/27/2007 05:02:20 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\MiskVision Material_10302006.ppt |
| A0024235.LNK | F:\QU Business Proposal Presentation\Presentation_10292006.ppt | | 02/27/2007 05:06:45 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP289\A0024235.LNK |
| A0024232.LNK | F:\QU Business Proposal Presentation\Presentation.ppt | | 02/27/2007 05:03:07 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\Presentation_10292006.ppt.LNK |
| A0024146.LNK | F:\QU Business Proposal Presentation\Presentation1.ppt | | 02/27/2007 05:03:07 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP289\A0024232.LNK |
| A0025646.lnk | F:\QU\Expense Plan.ppt | | 02/27/2007 05:02:12 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287\A0024146.LNK |
| A0023884.LNK | F:\QU\Expense Plan.ppt | | 02/27/2007 04:43:31 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP292\A0025646.lnk |
| A0024143.lnk | F:\QU\Expense Plan\expense-plan-120406.xls | | 02/27/2007 04:43:38 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP277\A0023884.LNK |
| A0024157.LNK | F:\QU\Expense Plan\expense-plan-120406.xls | | 02/26/2007 01:49:04 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287\A0024143.lnk |
| A0024155.lnk | F:\QU\IQI Business Proposal Presentation | | 03/13/2007 07:52:23 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287\A0024157.LNK |
| IQI Business Propos | F:\QU\IQI Business Proposal Presentation | | 03/13/2007 07:52:22 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP287\A0024155.lnk |
| A0025608.lnk | F:\QU\IQI Business Proposal Presentation\Presentation_10292006.ppt | | 03/13/2007 07:52:23 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\IQI Business Proposal Presentation_10292006.ppt.LNK |
| Presentation_10292 | F:\QU\IQI Business Proposal Presentation\Presentation_10292006_HyperSnap.doc | | 03/17/2007 09:14:01 오후 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\Presentation_10292006_HyperSnap |
| A0023751.LNK | F:\QU\IQI Business Proposal Presentation\Presentation_10292006_HyperSnap.doc | | 02/28/2007 01:49:02 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP273\A0023751.LNK |
| A0023749.lnk | F:\QU\IQI Capital Structure | | 02/28/2007 01:49:02 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP273\A0023749.lnk |
| A0023765.LNK | F:\QU\IQI Capital Structure | | 02/26/2007 01:49:04 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP274\A0023765.LNK |
| A0023763.lnk | F:\QU\IQI Capital Structure | | 02/28/2007 01:49:02 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP274\A0023763.lnk |
| A0023800.LNK | F:\QU\IQI Capital Structure | | 02/28/2007 01:49:04 오후 | C:\System Volume Information\_restore{DA4D8284-5898-48d0-A753-8454BDC2E5A5}\RP275\A0023800.LNK |

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0023708.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP275\A0023708.lnk |
| A0023815.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP276\A0023815.LNK |
| A0023813.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP276\A0023813.lnk |
| A0023837.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023837.LNK |
| A0023855.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023855.lnk |
| A0023883.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP279\A0023883.LNK |
| A0023881.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP279\A0023881.lnk |
| A0024035.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP282\A0024035.LNK |
| A0024033.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP282\A0024033.lnk |
| A0024052.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP283\A0024052.LNK |
| A0024050.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP283\A0024050.lnk |
| A0024073.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP284\A0024073.LNK |
| A0024071.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP284\A0024071.lnk |
| A0024095.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP285\A0024095.LNK |
| A0024093.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP285\A0024093.lnk |
| A0024142.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP287\A0024142.LNK |
| A0024140.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP287\A0024140.lnk |
| A0024294.LNK | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:04 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024294.LNK |
| A0024292.lnk | F:\Q\Q\ Capital Structure | | 02/28/2007 01:49:02 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024292.lnk |
| A0024186.LNK | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:37 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP288\A0024186.LNK |
| A0024184.lnk | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:36 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP288\A0024184.lnk |
| A0024199.LNK | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:39 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024199.LNK |
| A0024197.lnk | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:39 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024197.lnk |
| A0024298.LNK | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:37 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024298.LNK |
| A0024296.lnk | F:\Q\Q\ Expense Plan | | 03/17/2007 12:15:36 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024296.lnk |
| A0026935.LNK | F:\Q\Q\ Expense Plan\expense-plan-120408.xls | | 03/17/2007 12:15:37 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0026935.LNK |
| A0024198.lnk | F:\Q\Q\ Expense Plan\Q Expense.xls | | 03/18/2007 01:06:03 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024198.lnk |
| A0024297.LNK | F:\Q\Q\ Expense Plan\Q 2007 Expense.xls | | 03/18/2007 01:06:03 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024297.LNK |
| A0024201.LNK | F:\Q\Q\ Expense Plan\Q Expense_Sim.xls | | 03/18/2007 12:34:43 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024201.LNK |
| A0024302.LNK | F:\Q\Q\ Expense Plan\Q 2007 Expense_Sim.xls | | 03/18/2007 12:34:43 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP291\A0024302.LNK |
| A0023841.LNK | F:\Q\Q\ R&D Roadmap | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023841.LNK |
| A0023839.lnk | F:\Q\Q\ R&D Roadmap | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023839.lnk |
| A0024236.LNK | F:\Q\Q\ R&D Roadmap | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024236.LNK |
| A0025671.lnk | F:\Q\Q\ R&D Roadmap | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP292\A0025671.lnk |
| A0023840.LNK | F:\Q\Q\ R&D Roadmap\2007 R&D Roadmap.vsd | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023840.LNK |
| A0023871.LNK | F:\Q\Q\ R&D Roadmap\2007 R&D Roadmap.vsd | | 02/27/2007 05:21:13 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP278\A0023871.LNK |
| A0023827.LNK | F:\Q\Q\ Resume | | 02/28/2007 09:56:59 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP277\A0023827.LNK |
| A0023825.lnk | F:\Q\Q\ Resume | | 02/28/2007 09:56:59 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP276\A0023825.lnk |
| A0024219.LNK | F:\Q\Q\ Resume | | 02/28/2007 09:56:59 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP289\A0024219.LNK |
| A0024078.lnk | F:\Q\Q\ Resume | | 02/28/2007 09:56:55 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP284\A0024078.lnk |
| A0025672.lnk | F:\Q\Q\ Resume | | 02/28/2007 09:56:55 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP292\A0025672.lnk |
| A0025297.LNK | F:\Q\Q\ Resume\Hun-Seung Oh.doc | | 03/04/2007 01:32:20 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP292\A0025297.LNK |
| A0025658.lnk | F:\Q\Q\ Resume\Hun-Seung Oh.doc | | 03/04/2007 01:32:17 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP292\A0025658.lnk |
| A0024079.LNK | F:\Q\Q\ Resume\Jeff Choi.doc | | 02/28/2007 09:56:59 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP284\A0024079.LNK |
| A0025674.lnk | F:\Q\Q\ Resume\Jeff Choi.doc | | 02/28/2007 09:56:55 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP292\A0025674.lnk |
| A0026632.LNK | F:\Q\Q\ Resume\Jong-Wook Lee Feb 2007.doc | | 03/04/2007 01:33:16 오전 | C:\System Volume Information\_restore{DAAD8284-5896-48x0-A753-8454BDC2E5A5}\RP299\A0026632.LNK |

7

| Name | Symbolic Link | Is Deleted | File Created | Full Path |
|---|---|---|---|---|
| A0025756.lnk | F:\ICI\QI Resume\Woody Jeon.pdf | • | 03/13/2007 10:50:32 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP292\A0025756.lnk |
| ICI Salary & SO_2.rtf | F:\ICI\QI Salary & SO_2.doc | • | 03/13/2007 11:57:50 | C:\Documents and Settings\Seyoung Kim\Application Data\Microsoft\Office\Recent\ICI Salary & SO_2.doc.LNK |
| A0025873.lnk | F:\ICI\QI Salary & SO_2.doc | • | 03/13/2007 11:57:49 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP292\A0025873.lnk |
| A0022659.lnk | F:\Pictures\Home Pictures\2005_05_31 Home | • | 11/28/2006 10:42:55 | C:\Lost Files\A0022659.lnk |
| A0022654.lnk | F:\Pictures\Home Pictures\2005_09_05 Sohee Vist | • | 12/10/2006 01:24:45 | C:\Lost Files\A0022654.lnk |
| A0023068.lnk | F:\Pictures\Home Pictures\2005_12 Home | • | 12/10/2006 01:25:36 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\F\love0\A0023068.lnk |
| A0022820.lnk | F:\Pictures\Home Pictures\2004_05 Visit to Korea | • | 01/22/2007 09:21:53 | C:\Lost Files\A0022820.lnk |
| A0022834.lnk | F:\Pictures\Home Pictures\2004_07 Visit to Canada | • | 01/04/2007 07:08:02 | C:\Lost Files\A0022834.lnk |
| A0025604.lnk | F:\Pictures\Home Pictures\2005_07 Vancouver | • | 01/06/2007 12:52:13 | C:\Lost Files\A0022834.lnk |
| A0022835.lnk | F:\Pictures\Home Pictures\2005_10 Las Vegas | • | 02/10/2007 04:58:54 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP292\A0025604.lnk |
| A0022818.lnk | F:\Pictures\Home Pictures\2005_11 Beijing | • | 01/05/2007 12:53:14 | C:\Lost Files\A0022835.lnk |
| A0022823.lnk | F:\Pictures\Home Pictures\2005_12 Bundang | • | 01/04/2007 04:27:50 | C:\Lost Files\A0022818.lnk |
| A0022825.lnk | F:\Pictures\Home Pictures\2006_07_San Diego | • | 01/04/2007 07:08:49 | C:\Lost Files\A0022823.lnk |
| A0022802.lnk | F:\Pictures\Home Pictures\2006_08_Vancouver | • | 01/04/2007 07:10:15 | C:\Lost Files\A0022825.lnk |
| A0022810.lnk | F:\Pictures\Home Pictures\2006_09 Mont Tremblant | • | 01/04/2007 04:24:03 | C:\Lost Files\A0022802.lnk |
| | F:\Pictures\Home Pictures\2006_10_30_Bundang | • | 11/02/2006 01:19:45 | C:\Lost Files\A0022810.lnk |
| A0025616.lnk | F:\Pictures\Home Pictures\2007_03_06 Rutgers | | 03/18/2007 02:55:00 | C:\System Volume Information\_restore{DAA0B284-5898-4B40-A753-8454BDC2E5A5}\RP292\A0025616.lnk |

EXHIBIT 36



SCCleaningLog.txt

```
Drive: C
Operation: Quick Clean
Date and time operation was started: 03/30/07 5:35 PM
Date and time operation was completed: 03/30/07 5:43 PM
Total elapsed time (HH:MM:SS): 00:08:01
--------------------------------------------------
Drive: E
Operation: Deep Clean
Date and time operation was started: 03/30/07 2:32 PM
Date and time operation was completed: 03/30/07 4:20 PM
Total elapsed time (HH:MM:SS): 01:48:18
--------------------------------------------------
Drive: C
Operation: Deep Clean
Date and time operation was started: 03/30/07 2:04 PM
Date and time operation was completed: 03/30/07 2:32 PM
Total elapsed time (HH:MM:SS): 00:27:47
--------------------------------------------------
```

EXHIBIT 37

This exhibit shows where the log file named "SCCleaningLog.txt" is located in Choi's hard drive. (Path: C:\Program Files\WhiteCanyon\SecureClean 4\)

Folders:

- NetSarang
- NetWaiting
- Online Services
- Outlook Express
- PacketVideo
- PandoraTV
- PCDR5
- Picasa2
- POSDATA
- QuickTime
- Real
- RewardNet
- ShopGuide
- Sierra Wireless
- SMI2
- Symantec
- Symantec Client Security
- Synaptics
- Synplicity
- ThinkPad
- ThinkVantage
- ThinkVantage Fingerprint Software
- TortoiseSVN
- TVAnts
- TVT SNBus
- Unified Codec Pack
- Uninstall Information
- Verizon Wireless
- Vim
- WhiteCanyon
  - SecureClean 4
    - sctemp

| Name | Size | Type | Date Created | Date Modified | Date Access... |
|---|---|---|---|---|---|
| sctemp | | File Folder | 03-31-2007 03:27 | 03-31-2007 03:27 | 03-31-200... |
| JSource21.dll | 732 KB | Application Extension | 03-31-2007 03:27 | 04-28-2002 06:33 | 03-31-200... |
| JSource21-bcb.lib | 24 KB | LIB File | 03-31-2007 03:27 | 04-28-2002 06:33 | 03-31-200... |
| CFSDLL32DWF.LIB | 196 KB | Application Extension | 03-31-2007 03:27 | 04-09-2002 07:24 | 03-31-200... |
| CFSDLL32DWF.LIB | 10 KB | LIB File | 03-31-2007 03:27 | 04-09-2002 06:54 | 03-31-200... |
| GFIView.dll | 283 KB | Application Extension | 03-31-2007 03:27 | 09-25-1999 23:55 | 03-31-200... |
| Insertbar_decrypt_formfill.dll | 180 KB | Application Extension | 03-31-2007 03:27 | 10-20-2005 04:38 | 03-31-200... |
| SCActionLog.txt | 2 KB | Text Document | 03-31-2007 03:29 | 03-31-2007 09:43 | 03-31-200... |
| SCCleaningLog.txt | 3,153 KB | Text Document | 03-31-2007 03:29 | 03-31-2007 09:43 | 03-31-200... |
| SCAgentM.exe | 3,269 KB | Application | 03-31-2007 06:32 | 11-16-2005 04:27 | 03-31-200... |
| SCBase4.exe | 1 KB | Text Document | 03-31-2007 06:32 | 11-24-2005 01:29 | 03-31-200... |
| SCDragDrop4.exe | 1,127 KB | Application | 03-31-2007 03:27 | 11-24-2005 04:43 | 03-31-200... |
| SCLauncher4.exe | 152 KB | Application | 03-31-2007 03:27 | 11-11-2005 03:52 | 03-31-200... |
| SCLiveUpdate.exe | 1,276 KB | Application | 03-31-2007 03:27 | 11-11-2005 03:13 | 03-31-200... |
| SCRegManage4.exe | 1,395 KB | Application | 03-31-2007 03:27 | 11-10-2005 05:58 | 03-31-200... |
| SCScanner4.exe | 4,496 KB | Application | 03-31-2007 03:27 | 11-10-2005 06:09 | 03-31-200... |
| SCTray4.exe | 1,085 KB | Application | 03-31-2007 03:27 | 11-14-2005 04:09 | 03-31-200... |
| SCSpace4.exe | 1,492 KB | Application | 03-31-2007 03:27 | 11-10-2005 06:56 | 03-31-200... |
| SCUninstall4.exe | 1,015 KB | Application | 03-31-2007 03:27 | 11-16-2005 08:57 | 03-31-200... |
| SCWatch4.exe | 368 KB | Application | 03-31-2007 03:27 | 11-24-2005 05:10 | 03-31-200... |
| scwatchlog.txt | 0 KB | Text Document | 03-31-2007 03:27 | 03-31-2007 08:59 | 03-31-200... |
| SCZap4.exe | 1,155 KB | Application | 03-31-2007 03:27 | 11-10-2005 08:55 | 03-31-200... |
| SCWelcome.exe | 1,743 KB | Application | 03-31-2007 03:27 | 11-10-2005 09:18 | 03-31-200... |
| SecureClean4.cnt | 3 KB | CNT File | 03-31-2007 03:27 | 01-16-2004 04:14 | 03-31-200... |
| SECURECLEAN4.HLP | 475 KB | Help File | 03-31-2007 03:27 | 05-08-2004 02:18 | 03-31-200... |
| start_button.bmp | 3 KB | 실제 BMP 파일 | 03-31-2007 03:27 | 07-24-2003 06:52 | 03-31-200... |
| Uninstall.sc | 1,083 KB | Application | 03-31-2007 03:27 | 11-10-2005 09:21 | 03-31-200... |
| Viewer.bmp | 1 KB | 실제 BMP 파일 | 03-31-2007 03:27 | 05-26-2004 02:10 | 03-31-200... |
| wcbg.bmp | 1 KB | Shortcut to MS-DOS Prog... | 03-31-2007 03:27 | 03-28-2003 07:10 | 03-31-200... |
| wccswp.bmp | 119 KB | Application | 03-31-2007 03:27 | 03-29-2005 09:20 | 03-31-200... |

The highlighted lines of this exhibit show that clean operations were performed on March 30, 2007.



SCCleaningLog.txt - Notepad

File  Edit  Format  View  Help

```
Drive: C
Operation: Quick Clean
Date and time operation was started: 03/30/07 5:35 PM
Date and time operation was completed: 03/30/07 5:43 PM
Total elapsed time (HH:MM:SS): 00:08:01

Drive: E
Operation: Deep Clean
Date and time operation was started: 03/30/07 2:32 PM
Date and time operation was completed: 03/30/07 4:20 PM
Total elapsed time (HH:MM:SS): 01:48:18

Drive: C
Operation: Deep Clean
Date and time operation was started: 03/30/07 2:04 PM
Date and time operation was completed: 03/30/07 2:32 PM
Total elapsed time (HH:MM:SS): 00:27:47
```