BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>                    Defendants. | Case No. C 07 2504 RMW<br><br>**DECLARATION OF SONG AE PARK IN SUPPORT OF POSDATA'S *EX PARTE* APPLICATION FOR**<br><br>**(1)  TEMPORARY RESTRAINING ORDER;**<br><br>**(2)  ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND**<br><br>**(3)  ORDER PERMITTING EXPEDITED DISCOVERY.** |

I, Song Ae Park, declare:

1.      I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.      I am currently a Court Interpreter and Translator fluent in both the Korean and English languages.  I graduated from Sacred Heart College in Korea in 1974 with a Bachelor of Arts Degree in Social Service.  In 1993, I was awarded a Certificate in Paralegal studies from Skyline College in San Bruno, California.

3.      Since 1993, I have worked as a Korean interpreter and translator in over 2000

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1

C 07 2504 RMW
PARK DECLARATION ISO
POSDATA'S EX PARTE APPLICATION

litigation cases throughout Northern California. I have been retained by private attorneys, insurance companies, Korean community centers, and medical communities. I have also served as a court appointed/approved interpreter in U.S. Immigration Courts, U.S. Federal Courts and California State Superior Courts. I am currently employed as a Korean Interpreter on an on-call basis for the following California Superior Courts: Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, Santa Clara, and Sonoma. Since 1996, I have been a member of both the Northern California Translator Association and Bay Area Court Interpreters Association.

4.    I am fluent in both the Korean and English languages and I have prepared the English translation of the documents originally written in Korean, and have been attached to the Declarations of Brendan Dolan, Ho Tae Han and Renee Yoon.

5.    Attached as Exhibit 1 to my declaration is a true and correct copy of Seyoung Kim's April 12, 2006 email to Brian Kim. Also attached to Exhibit 1 is an English translation of this document. The English translation which I prepared of this document is also attached as Exhibit 1 to the Declaration of Ho Tae Han ("Han Declaration") and Exhibit 1 of the Declaration of Renee Yoon ("Yoon Declaration").

6.    Attached as Exhibit 2 to my declaration is a true and correct copy of Seyoung Kim's May 7, 2006 email to Michael Schy. Also attached to Exhibit 2 is an English translation of this document. The English translation which I prepared of this document is also attached as Exhibit 2 to the Han Declaration and Exhibit 2 to the Yoon Declaration.

7.    Attached as Exhibit 4 to my declaration is a true and correct copy of Seyoung Kim's July 28, 2006 email to Michael Schy. Also attached to Exhibit 4 is an English translation of this document. The English translation which I prepared of this document is also attached as Exhibit 4 to the Han Declaration and Exhibit 4 to the Yoon Declaration.

8.    Attached as Exhibit 5 to my declaration is a true and correct copy of Seyoung Kim's June 29, 2006 email to several Posdata employees. Also attached to Exhibit 5 is an English translation of this document. The English translation which I prepared of this document is also attached as Exhibit 5 to the Han Declaration and Exhibit 5 to the Yoon Declaration.

9.    Attached as Exhibit 6 to my declaration is a true and correct copy of the October

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1                                    2                              C 07 2504 RMW
                                                                        PARK DECLARATION ISO
                                                                  POSDATA'S EX PARTE APPLICATION

1    27, 2006 Agreement between Posdata and Seyoung Kim. Also attached to Exhibit 6 is an English

2    translation of this document. The English translation which I prepared of this document is also

3    attached as Exhibit 6 to the Han Declaration.

4         10.    Attached as Exhibit 9 to my declaration is a true and correct copy of Jeffrey Choi's

5    December 11, 2006 email to Seyoung Kim and Seyoung Kim's response to that email. Also

6    attached to Exhibit 9 is an English translation of this document. The English translation which I

7    prepared of this document is also attached as Exhibit 9 to the Han Declaration and Exhibit 9 to

8    the Yoon Declaration.

9         11.    Attached as Exhibit 10 to my declaration is a true and correct copy of Jinyoung

10   Park's December 11, 2006 email to Jeffrey Choi. Also attached as Exhibit 10 is an English

11   translation of this document. The English translation which I prepared of this document is also

12   attached as Exhibit 10 to the Han Declaration and Exhibit 10 to the Yoon Declaration.

13        12.    Attached as Exhibit 11 to my declaration is a true and correct copy of Seyoung

14   Kim's February 18, 2007 email to Choon Shin, attaching the Mobile 3 Plugfest Interim Report.

15   Also attached as Exhibit 11 to my declaration is a true and correct copy of Choon Shin's February

16   20 and March 2, 2007 emails to Seyoung Kim. Attached to Exhibit 11 is an English translation of

17   these documents prepared. The English translation which I prepared of these documents is also

18   attached as Exhibit 11 to the Han Declaration and Exhibit 11 to the Yoon Declaration.

19        13.    Attached as Exhibit 15 to my declaration is a true and correct copy of Seyoung

20   Kim's February 9, 2007 email to Jinyoung Park. Also attached as Exhibit 15 is an English

21   translation of this document. The English translation which I prepared of this document is also

22   attached as Exhibit 15 to the Han Declaration and Exhibit 15 to the Yoon Declaration.

23        14.    Attached as Exhibit 17 to my declaration is a true and correct copy of YongKeun

24   Pang's February 27, 2007 email to Kim. Also attached to Exhibit 17 is an English translation of

25   this document. The English translation which I prepared of this document is also attached as

26   Exhibit 17 to the Han Declaration and Exhibit 17 to the Yoon Declaration.

27        15.    Attached as Exhibit 22 to my declaration is a true and correct copy of emails to

28   various companies ranging from February 21 through March 14, 2007. Also attached to Exhibit

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1               3                         C 07 2504 RMW
PARK DECLARATION ISO
POSDATA'S EX PARTE APPLICATION

1    22 is an English translation of these documents. The English translation which I prepared of

2    these documents is also attached as Exhibit 22 to the Han Declaration and Exhibit 22 to the Yoon

3    Declaration.

4        16.    Attached as Exhibit 23 to my declaration is a true and correct copy of email dated

5    February 26, 2007 between Hwayong Joung and Seyoung Kim. Also attached to Exhibit 23 is an

6    English translation of this document. The English translation which I prepared of this document

7    is also attached as Exhibit 23 to the Han Declaration and Exhibit 23 to the Yoon Declaration.

8        17.    Attached as Exhibit 24 to my declaration is a true and correct copy of the March

9    21, 2007 letter sent to Kim notifying him of his termination. Also attached to Exhibit 24 is an

10   English translation of this document. The English translation which I prepared of this document

11   is also attached as Exhibit 24 to the Han Declaration.

12       18.    Attached as Exhibit 25 to my declaration is a true and correct copy of the

13   Technology Evaluation Report produced by David Elkins on May 14, 2007. Also attached to

14   Exhibit 25 is an English translation of this document. The English translation which I prepared of

15   this document is also attached as Exhibit 25 to the Han Declaration.

16       19.    Attached as Exhibit F to my declaration is a true and correct copy of a news

17   release issued by the Computer Investigation Department of the Seoul Central Prosecutor's Office

18   on May 18, 2007. Also attached to Exhibit F is an English translation of this document. The

19   English translation which I prepared of this document is also attached as Exhibit F to the

20   Declaration of Brendan Dolan.

21       I declare under penalty of perjury of the laws of the United States and the State of

22   California that the foregoing is true and correct.

23   Executed on June 20, 2007.

24

25                                                    SONG AE PARK

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1                        4                    C 07 2504 RMW
                                                    PARK DECLARATION ISO
                                                POSDATA'S EX PARTE APPLICATION

1  BRENDAN DOLAN, State Bar No. 126732
   L. JULIUS M. TURMAN, State Bar No. 226126
2  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  bdolan@morganlewis.com

6  Attorneys for Plaintiff
   POSDATA CO., LTD.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  POSDATA CO., LTD., a South Korean          Case No. C 07 2504 RMW
    corporation,
12                                             **DECLARATION OF SONG AE PARK IN
                  Plaintiff,                   SUPPORT OF POSDATA'S *EX PARTE*
13                                             APPLICATION FOR**
           vs.
14                                             **(1)   TEMPORARY RESTRAINING
    SEYOUNG KIM, an individual and             ORDER;**
15  INQUADRON, INC., a California
    corporation,                               **(2)   ORDER TO SHOW CAUSE WHY A
16                                             PRELIMINARY INJUNCTION SHOULD
                  Defendants.                  NOT ISSUE; AND**
17
                                               **(3)   ORDER PERMITTING EXPEDITED
18                                             DISCOVERY.**

19

20      I, Song Ae Park, declare:

21      1.      I have personal knowledge of the facts set forth in this declaration, and if called as

22  a witness, I could and would competently testify to them.

23      2.      I am currently a Court Interpreter and Translator fluent in both the Korean and

24  English languages.  I graduated from Sacred Heart College in Korea in 1974 with a Bachelor of

25  Arts Degree in Social Service.  In 1993, I was awarded a Certificate in Paralegal studies from

26  Skyline College in San Bruno, California.

27      3.      Since 1993, I have worked as a Korean interpreter and translator in over 2000

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1   litigation cases throughout Northern California. I have been retained by private attorneys,

2   insurance companies, Korean community centers, and medical communities. I have also served

3   as a court appointed/approved interpreter in U.S. Immigration Courts, U.S. Federal Courts and

4   California State Superior Courts. I am currently employed as a Korean Interpreter on an on-call

5   basis for the following California Superior Courts: Alameda, Contra Costa, Marin, Napa, San

6   Francisco, San Mateo, Santa Clara, and Sonoma. Since 1996, I have been a member of both the

7   Northern California Translator Association and Bay Area Court Interpreters Association.

8       4.      I am fluent in both the Korean and English languages and I have prepared the

9   English translation of the documents originally written in Korean, and have been attached to the

10  Declarations of Brendan Dolan, Ho Tae Han and Renee Yoon.

11      5.      Attached as Exhibit 1 to my declaration is a true and correct copy of Seyoung

12  Kim's April 12, 2006 email to Brian Kim. Also attached to Exhibit 1 is an English translation of

13  this document. The English translation which I prepared of this document is also attached as

14  Exhibit 1 to the Declaration of Ho Tae Han ("Han Declaration") and Exhibit 1 of the Declaration

15  of Renee Yoon ("Yoon Declaration").

16      6.      Attached as Exhibit 2 to my declaration is a true and correct copy of Seyoung

17  Kim's May 7, 2006 email to Michael Schy. Also attached to Exhibit 2 is an English translation of

18  this document. The English translation which I prepared of this document is also attached as

19  Exhibit 2 to the Han Declaration and Exhibit 2 to the Yoon Declaration.

20      7.      Attached as Exhibit 4 to my declaration is a true and correct copy of Seyoung

21  Kim's July 28, 2006 email to Michael Schy. Also attached to Exhibit 4 is an English translation

22  of this document. The English translation which I prepared of this document is also attached as

23  Exhibit 4 to the Han Declaration and Exhibit 4 to the Yoon Declaration.

24      8.      Attached as Exhibit 5 to my declaration is a true and correct copy of Seyoung

25  Kim's June 29, 2006 email to several Posdata employees. Also attached to Exhibit 5 is an

26  English translation of this document. The English translation which I prepared of this document

27  is also attached as Exhibit 5 to the Han Declaration and Exhibit 5 to the Yoon Declaration.

28      9.      Attached as Exhibit 6 to my declaration is a true and correct copy of the October

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1                                      2                          (C 07 2504 RMW)
                                                                        PARK DECLARATION ISO
                                                                 POSDATA'S EX PARTE APPLICATION

1   27, 2006 Agreement between Posdata and Seyoung Kim. Also attached to Exhibit 6 is an English

2   translation of this document. The English translation which I prepared of this document is also

3   attached as Exhibit 6 to the Han Declaration.

4        10.    Attached as Exhibit 9 to my declaration is a true and correct copy of Jeffrey Choi's

5   December 11, 2006 email to Seyoung Kim and Seyoung Kim's response to that email. Also

6   attached to Exhibit 9 is an English translation of this document. The English translation which I

7   prepared of this document is also attached as Exhibit 9 to the Han Declaration and Exhibit 9 to

8   the Yoon Declaration.

9        11.    Attached as Exhibit 10 to my declaration is a true and correct copy of Jinyoung

10   Park's December 11, 2006 email to Jeffrey Choi. Also attached to Exhibit 10 is an English

11   translation of this document. The English translation which I prepared of this document is also

12   attached as Exhibit 10 to the Han Declaration and Exhibit 10 to the Yoon Declaration.

13        12.    Attached as Exhibit 11 to my declaration is a true and correct copy of Seyoung

14   Kim's February 18, 2007 email to Choon Shin, attaching the Mobile 3 Plugfest Interim Report.

15   Also attached as Exhibit 11 to my declaration is a true and correct copy of Choon Shin's February

16   20 and March 1, 2007 emails to Seyoung Kim. Attached to Exhibit 11 is an English translation of

17   these documents prepared. The English translation which I prepared of these documents is also

18   attached as Exhibit 11 to the Han Declaration and Exhibit 11 to the Yoon Declaration.

19        13.    Attached as Exhibit 15 to my declaration is a true and correct copy of Seyoung

20   Kim's February 9, 2007 email to Jinyoung Park. Also attached to Exhibit 15 is an English

21   translation of this document. The English translation which I prepared of this document is also

22   attached as Exhibit 15 to the Han Declaration and Exhibit 15 to the Yoon Declaration.

23        14.    Attached as Exhibit 17 to my declaration is a true and correct copy of YongKeun

24   Pang's February 27, 2007 email to Kim. Also attached to Exhibit 17 is an English translation of

25   this document. The English translation which I prepared of this document is also attached as

26   Exhibit 17 to the Han Declaration and Exhibit 17 to the Yoon Declaration.

27        15.    Attached as Exhibit 22 to my declaration is a true and correct copy of emails to

28   various companies ranging from February 21 through March 14, 2007. Also attached to Exhibit

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1

3

(C 07 2504 RMW)
PARK DECLARATION ISO
POSDATA'S EX PARTE APPLICATION

1   20 is an English translation of these documents.  The English translation which I prepared of

2   these documents is also attached as Exhibit 22 to the Han Declaration and Exhibit 22 to the Yoon

3   Declaration.

4          16.    Attached as Exhibit 23 to my declaration is a true and correct copy of email dated

5   February 26, 2007 between Hwayong Joung and Seyoung Kim.  Also attached to Exhibit 21 is an

6   English translation of this document.  The English translation which I prepared of this document

7   is also attached as Exhibit 23 to the Han Declaration and Exhibit 23 to the Yoon Declaration.

8          17.    Attached as Exhibit 24 to my declaration is a true and correct copy of the March

9   21, 2007 letter sent to Kim notifying him of his termination.  Also attached to Exhibit 24 is an

10  English translation of this document.  The English translation which I prepared of this document

11  is also attached as Exhibit 24 to the Han Declaration.

12         18.    Attached as Exhibit 25 to my declaration is a true and correct copy of the

13  Technology Evaluation Report produced by David Elkins on May 14, 2007.   Also attached to

14  Exhibit 23 is an English translation of this document.  The English translation which I prepared of

15  this document is also attached as Exhibit 25 to the Han Declaration.

16         19.    Attached as Exhibit F to my declaration is a true and correct copy of a news

17  release issued by the Computer Investigation Department of the Seoul Central Prosecutor's Office

18  on May 18, 2007.  Also attached to Exhibit F is an English translation of this document.  The

19  English translation which I prepared of this document is also attached as Exhibit F to the

20  Declaration of Brendan Dolan.

21         I declare under penalty of perjury of the laws of the United States and the State of

22  California that the foregoing is true and correct.

23  Executed on June 13, 2007.

24  _____

25                          SONG AE PARK

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7559105.1                                    4                        (C 07 2504 RMW)
                                                                    PARK DECLARATION ISO
                                                              POSDATA'S EX PARTE APPLICATION

# EXHIBIT 1

| | |
|---|---|
| 식별정보 | M5_LOG_20060412_000000/{4AEC5431-706F-4918-AD77-D5D36336A319} |
| 프로토콜 | SMTP |
| 크기 | 8KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.203.206 |
| 받는 IP | 203.246.184.101 |
| 저장시각 | 2006-04-12 01:15:48 |
| 보낸사람 | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| 받는사람 | "'Brian Kim'" <briankim@posdata-usa.com> |
| 참조인 | "'Hwayong Joung'" <hyjoung@posdata.co.kr> |
| 실수취인 | briankim@posdata-usa.com,hyjoung@posdata.co.kr |
| 제목 | RE: Test vector with interference |

김병철 박사님,

몇 시간 전에 메일을 보내드렸습니다마는 한 가지 더 부탁드리려고 합니다.
김병철 박사께서 개발 하시는 사실과 중간결과에 대해서는 당분간 팀
내에서만 국한되었으면 합니다. SV 내에서 Arraycomm과 접촉하는
엔지니어들이 우연치 않게 Arraycomm에게 그들의 test vector나 다른 개발
정보를 이용해 자체 개발 하고 있다는 사실을 알게 될 경우 곤란할 경우가
생기지 않을까 하는 우려가 있습니다.

그리고 사업부내 아무에게도 김박사님의 자체 개발 중간 과정에 대해서는
언급하지 않는 것이 좋겠습니다. 기술적인 내용 및 개발 process를 잘
모르는 사업부 사람들이 호들갑을 떨어 우리 기술로 Smart Antenna 제품
개발을 추진한다는 등의 어리석은 소동을 피하기 위함입니다. 불행하게도
사업부내에 이런 일을 제대로 계획하고 용의주도하게 추진할 인물이
없습니다. 우리 자체 기술에 대한 확신 및 본격적 개발 계획이 서기
전까지는 조용히 우리 내부적으로만 국한시켜 쓸데없고 소모적인 잡음을
피해야 하겠습니다.
감사합니다.

김세영

**ENGLISH
Translation**

| | |
|---|---|
| Identifiable Information | M5_LOG_20060412_000000/{4AEC5431-706F-4918-AD77-D5D36336A319} |
| Protocol | SMTP |
| Size | 8KB |
| File Count | None |
| Sender's IP | 203.238.203.206 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-04-12 01:15:48 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | "'Brian Kim'" <briankim@posdata-usa.com> |
| Cc | "'Hwayong Joung'" <hyjoung@posdata.co.kr> |
| Actual Recipient | briankim@posdata-usa.com,hyjoung@posdata.co.kr |
| Subject | RE: Test vector with interference |

Dear Dr. Byungchul Kim,

I have sent you an email few hours ago already, but let me ask you for just one more favor. I wish you, Dr. Byungchul Kim, to confine the facts and interim results of your development just to the team. I am afraid that it might cause troubles if the engineers who handles Arraycomm in the SV find out about the fact that we are developing it by ourselves using their test vector and other development information.

Moreover, it is better not to tell anyone in the business department about Dr. Kim's own interim of development stage. It is to avoid absurd agitation by the business department people who do not know the technical content and developmental process; they might shoot crap that we are promoting Smart Antenna product development with our own technical expertise. Unfortunately, there is no one inside the business department careful enough to plan out and promote such project. We should avoid unnecessary, self-defeating interferences by keeping it to ourselves until we have the conviction of our own technical side and until we are into the development process in full scale.

Thank you.

Seyoung Kim

EXHIBIT 2

식별정보   M5_LOG_20060507_000000/{C9C3A22C-932D-464F-90F5-EE91DE03ABFF}

프로토콜   SMTP

크기       35KB

파일개수   파일없음

보낸 IP    203.238.195.88

받는 IP    203.246.184.101

저장시각   2006-05-07 14:20:13

보낸사람   "Seyoung Kim" <seyoungkim@posdata-usa.com>

받는사람   <mschy@posdata-usa.com>

실수취인   mschy@posdata-usa.com

제목       RE: NextWave MoU

Hi Mike,


This guy is nuts. Joonil is surrounded by handpicked no-brainers and he
once yelled in his Business Team staff meeting that there is no one who
can help him to achieve what he wants or even the ones who can
persistently insist what is wrong with him. Poor souls..
Let's see what CEO would do for this case. I told him that I have to
consider leaving Posdata if this deal is intentionally aborted without
any reasonable consensus. My team is ready as always.


Regards,


Seyoung


-----Original Message-----
From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Saturday, May 06, 2006 10:48 AM
To: 'Seyoung Kim'
Subject: FW: NextWave MoU


FYI - more stupid stuff from DJ...

Mike

-----Original Message-----

From: Michael Schy [mailto:mschy@posdata-usa.com]

Sent: Saturday, May 06, 2006 7:06 AM

To: dna@posdata.co.kr

Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'

Subject: RE: NextWave MoU

Dear DJ,

There is no difference from my response to your proposal back in March,
which I said during a weekly status meeting with the CEO -

1. It makes no sense and is completely ridiculous to have the
customer's evaluation system in Bundang, when they're based in another
country

2. No real Service Provider (KT, Sprint, etc.) pays for trials,
including equipment and support personnel - if you don't believe me, ask
your employee Inkyu Paek if Hanaro ever paid for trial equipment and
support

1. You may debate whether or not NextWave is a real Service
Provider, but there aren't too many Service Providers to choose from at
this point

2. The idea of leasing the equipment makes no sense

What other opportunities do we have that have a better Return on
Investment than this potential opportunity? If we fail during the
trial, we get all of our equipment back. The time and resources spent
are the cost of doing business.

I am just clarifying the situation as it was explained to me by the CEO.
I handle all interaction with NextWave but you are responsible for the
business. I want it very clear that I won't be following up with the
various teams in Bundang (Legal, Engineering, etc.) to get the MoU
signed. As you recall, the Nokia RFI was handled very poorly. The
Business Team took over responsibility and at the last minute wanted to
know what progress I made. I don't want any confusion in this case. I

don't think anything is changing with Account Management. If this
business is too tough for you now, what happens when we actually have
complicated business deals?

Best,

Mike
-----Original Message-----
From: DJNA [mailto:dna@posdata.co.kr]
Sent: Saturday, May 06, 2006 5:27 AM
To: mschy@posdata-usa.com
Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'
Subject: RE: NextWave MoU
Dear Mike,

I appreciate your efforts to follow up NextWave.
But the MOU seems to be far from our inputs or conditions suggested
by the related teams in business department in Mar.
Have you ever discussed with NextWave about the conditions to negotiate?

What will be Return On investment from NextWave while Supply Agreement
is separated from the MOU/Term sheet ?
I wish the supply agreement is not at NextWave's disposal after all the
investment
(8 BTS, 2 ACR, 100~150 CPE, 8 Full-time engineers etc.).

It is not reasonable for anyone to change the account management in
one's own way.
Give-up, Take-over, and hand-off ?
I have had a hard time enough because of the troubles.

Best Regards,
D.J. Na

From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Friday, May 05, 2006 12:32 PM
To: Byung-Chang Yoo; Joon-Il Shin; Dong-Ju Na
Subject: NextWave MoU

Gentlemen,

I received this Binding MoU draft from NextWave today, which has been approved by Allen Salmasi. It is a fair representation of the items I discussed with them many weeks ago and shared with all of you. The only issues I see with the MoU are the first set of dates (June 1 may be too soon for the co-development of schedules).

My biggest concerns about the NextWave trial are the same unanswered ones that I personally asked the Business Team in Bundang and have listed in every status report since March 28:
* Need realistic dates for NextWave's Evaluation System and 10 MHz BW Technical Trial
* Need impact assessment on FCC's change to NextWave's frequency allocation
These issues will materially impact the dates of the Technical and Market trials; thereby, affecting the dates in the MoU.

I'm sure you will also pick up on the fact that there is no mention of purchasing the equipment. That is because this MoU only addresses the Evaluation and Technical trial phases. Purchasing of the Market Trial system is to be negotiated as part of the Supply Agreement. Again, none of this is new information to any of you because I personally spoke to each of you about this.

It is my understanding that I am to hand off all these business issues to DJ Na. Unless I hear differently, I will wait for the Business Team's response and only get involved when asked by the Business Team. If you have any questions, please let me know.

Best Regards,
Mike

# ENGLISH
# Translation

| | |
|---|---|
| Identifiable Information | M5_LOG_20060507_000000/{C9C3A22C-932D-464F-90F5-EE91DE03ABFF} |
| Protocol | SMTP |
| Size | 35KB |
| File Count | File None |
| Sender's IP | 203.238.195.88 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-05-07 14:20:13 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | <mschy@posdata-usa.com> |
| Actual Recipient | mschy@posdata-usa.com |
| Subject | RE: NextWave MoU |

Hi, Mike,

This person is nuts. Joonil is surrounded by handpicked no-brainers and he once yelled in his Business Team staff meeting that there is no one who can help him to achieve what he wants or even the ones who can persistently insist what is wrong with him. Poor souls...
Let us see what CEO would do for this case. I told him that I have to consider leaving Posdata if this deal is intentionally aborted without any reasonable consensus. My team is ready as always.


Regards,


Seyoung


-----Original Message-----
From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Saturday, May 06, 2006 10:48 AM
To: 'Seyoung Kim'
Subject: FW: NextWave MoU


FYI - more stupid stuff from DJ...

Mike

-----Original Message-----

From: Michael Schy [mailto:mschy@posdata-usa.com]

Sent: Saturday, May 06, 2006 7:06 AM

To: dna@posdata.co.kr

Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';

hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'

Subject: RE: NextWave MoU

Dear DJ,

There is no difference from my response to your proposal back in March,

which I said during a weekly status meeting with the CEO -

1. It makes no sense and is completely ridiculous to have the

customer's evaluation system in Bundang, when they are based in another

country

2. No real Service Provider (KT, Sprint, etc.) pays for trials,

including equipment and support personnel - if you do not believe me, ask

your employee Inkyu Paek if Hanaro ever paid for trial equipment and

support

1. You may debate whether or not NextWave is a real Service

Provider, but there are not too many Service Providers to choose from at

this point

2. The idea of leasing the equipment makes no sense

What other opportunities do we have that have a better Return on

Investment than this potential opportunity? If we fail during the

trial, we get all of our equipment back. The time and resources spent

are the cost of doing business.

I am just clarifying the situation as it was explained to me by the CEO.

I handle all interaction with NextWave but you are responsible for the

business. I want it very clear that I will not be following up with the

various teams in Bundang (Legal, Engineering, etc.) to get the MoU

signed. As you recall, the Nokia RFI was handled very poorly. The

Business Team took over responsibility and at the last minute wanted to

know what progress I made. I don't want any confusion in this case. I

don't think anything is changing with Account Management. If this
business is too tough for you now, what happens when we actually have
complicated business deals?

Best,

Mike

-----Original Message-----
From: DJNA [mailto:dna@posdata.co.kr]
Sent: Saturday, May 06, 2006 5:27 AM
To: mschy@posdata-usa.com
Cc: 'Byung-Chang Yoo'; 'Joon-Il Shin'; 'Hyunchul Yoo';
hyunjin@posdata.co.kr; kevin.lee@posdata.co.kr; 'KwangSeob Yoo'
Subject: RE: NextWave MoU
Dear Mike,

I appreciate your efforts to follow up NextWave.
But, the MOU seems to be far from our inputs or conditions suggested
by the related teams in business department in Mar.
Have you ever discussed with NextWave about the conditions to negotiate?

What will be Return On investment from NextWave while Supply Agreement
is separated from the MOU/Term sheet ?
I wish the supply agreement is not at NextWave's disposal after all the
investment
(8 BTS, 2 ACR, 100~150 CPE, 8 Full-time engineers etc.).

It is not reasonable for anyone to change the account management in
one's own way.
Give-up, Take-over, and hand-off ?
I have had a hard time enough because of the troubles.

Best Regards,
D.J. Na

From: Michael Schy [mailto:mschy@posdata-usa.com]
Sent: Friday, May 05, 2006 12:32 PM
To: Byung-Chang Yoo; Joon-Il Shin; Dong-Ju Na
Subject: NextWave MoU

Gentlemen,

I received this Binding MoU draft from NextWave today, which has been
approved by Allen Salmasi. It is a fair representation of the items I
discussed with them many weeks ago and shared with all of you. The only
issues I see with the MoU are the first set of dates (June 1 may be too
soon for the co-development of schedules).

My biggest concerns about the NextWave trial are the same unanswered
ones that I personally asked the Business Team in Bundang and have
listed in every status report since March 28:
* Need realistic dates for NextWave's Evaluation System and 10 MHz
BW Technical Trial
* Need impact assessment on FCC's change to NextWave's frequency allocation
These issues will materially impact the dates of the Technical and
Market trials; thereby, affecting the dates in the MoU.

I'm sure you will also pick up on the fact that there is no mention of
purchasing the equipment. That is because this MoU only addresses the
Evaluation and Technical trial phases. Purchasing of the Market Trial
system is to be negotiated as part of the Supply Agreement. Again, none
of this is new information to any of you because I personally spoke to
each of you about this.

It is my understanding that I am to hand off all these business issues
to DJ Na. Unless I hear differently, I will wait for the Business
Team's response and only get involved when asked by the Business Team.
If you have any questions, please let me know.

Best Regards,
Mike

EXHIBIT 4

식별정보    M5_LOG_20060728_000000/{8B1224F6-DFD4-4BAD-891A-FBDA5BAF64B4}

프로토콜    SMTP

크기        15KB

파일개수    파일없음

보낸 IP     203.238.203.206

받는 IP     203.246.184.101

저장시각    2006-07-28 07:06:01

보낸사람    "Seyoung Kim" <seyoungkim@posdata-usa.com>

받는사람    <m.schy@comcast.net>,<bhkim@posdata-usa.com>

실수취인    bhkim@posdata-usa.com,m.schy@comcast.net

제목        RE: Malaysia

Hi Mike,

Anyway, DJ and Joonil will start to write another story.
I was hinted that Joonil disintegrated Lab 1 because he was afraid of
Lab 1 becoming too strong for him to handle and the only group which
would be chosen for Posdata after all leaving business team evaporated.
He also thinks that Lab 1 has been so arrogant to other teams,
especially for his business team. He, as being appointed as FLYVO
leader, be just behaved as a head of the business team.

I asked Mr. Yoo that the only way to survive for Posdata is to look for
EUM and other niche market in North America and build a team in SV
dedicated to US market under his direct management. If not (most
likely), then people including myself have to find another job for our
own life. I asked him to give me an answer within one or at most two
months which I don't think probable. Then, I am out!!

Cheers,

Seyoung

-----Original Message-----

From: m.schy@comcast.net [mailto:m.schy@comcast.net]
Sent: Thursday, July 27, 2006 2:29 PM
To: seyoungkim@posdata-usa.com; bhkim@posdata-usa.com
Subject: Malaysia

Gentlemen,

Sorry to hear the Malaysia recalled the 2.3 GHz spectrum that was allocated for WiMAX. I know the guys in BD have been working with DiGi for quite a while.

Good Luck!

Mike

http://biz.thestar.com.my/news/story.asp?file=/2006/7/21/business/149075
32
532&sec=business> &sec=business

PS I hope Dr. Lim is working quickly on the SoC - Sequans just received $24 M

**ENGLISH
Translation**

| Identifiable Information | M5_LOG_20060728_000000/{8B1224F6-DFD4-4BAD-891A-FBDA5BAF64B4} |
|---|---|
| Protocol | SMTP |
| Size | 15KB |
| File Count | None |
| Sender's IP | 203.238.203.206 |
| Recipient's IP | 203.246.184.101 |
| Date | 2006-07-28 07:06:01 |
| Sender | "Seyoung Kim" <seyoungkim@posdata-usa.com> |
| Recipient | <m.schy@comcast.net>,<bhkim@posdata-usa.com> |
| Actual Recipient | bhkim@posdata-usa.com,m.schy@comcast.net |
| Subject | RE: Malaysia |

Hi Mike,

Anyway, DJ and Joonil will start to write another story.
I was hinted that Joonil disintegrated Lab 1 because he was afraid of
Lab 1 becoming too strong for him to handle and the only group, which
would be chosen for Posdata after all leaving business team evaporated.
He also thinks that Lab 1 has been so arrogant to other teams,
especially for his business team. He, as being appointed as FLYVO
leader, is just behaved as a head of the business team.

I asked Mr. Yoo that the only way to survive for Posdata is to look for
EUM and other niche market in North America and build a team in SV
dedicated to US market under his direct management. If not (most
likely), then people including myself have to find another job for our
own life. I asked him to give me an answer within one or at most two
months, which I don't think probable. Then, I am out!!

Cheers,

Seyoung
-----Original Message-----

From: m.schy@comcast.net [mailto:m.schy@comcast.net]

Sent: Thursday, July 27, 2006 2:29 PM

To: seyoungkim@posdata-usa.com; bhkim@posdata-usa.com

Subject: Malaysia

Gentlemen,

Sorry to hear the Malaysia recalled the 2.3 GHz spectrum that was allocated for WiMAX. I know the guys in BD have been working with DiGi for quite a while.

Good Luck!

Mike

http://biz.thestar.com.my/news/story.asp?file=/2006/7/21/business/149075

32

532&sec=business> &sec=business

PS I hope Dr. Lim is working quickly on the SoC - Sequans just received $24 M

EXHIBIT 5

| 식별정보 | M5_LOG_20060630_000000/{91BD7101-B30E-426E-92D2-2752A3D839F9} |
|---|---|
| 프로토콜 | SMTP |
| 크기 | 10KB |
| 파일개수 | 파일없음 |
| 보낸 IP | 203.238.200.27 |
| 받는 IP | 141.223.1.1 |
| 저장시각 | 2006-06-30 10:15:57 |
| 보낸사람 | Jinyoung Park <susia@postech.ac.kr> |
| 받는사람 | Seyoung Kim <mountainrun@gmail.com> |
| 참조인 | susia@postech.ac.kr |
| 실수취인 | mountainrun@gmail.com,susia@postech.ac.kr |
| 제목 | Re: 김세영 |

안녕하세요 , 김세영 실장님.


요 며칠 너무 황당한 기분,, 저도 난생 처음인것 같습니다.
Posdata 에서 좋은 동료,상사분들과 열심히 일하고 배울수 있어서 개인적으로
너무 좋았습니다.
그런분들이 있었기에 다들 미친듯이 열심히 일할 수 있었다고 생각되구요.


그런데 회사가 상식을 저버리고 행한 행동에 대해서 너무 어이가 없고 화가
나네요.



암튼 , 여기서 힘내고 ,,, 그리고 기다리겠습니다.
항상 건강 하세요..
또 연락드리겠습니다.



- 진영 올림




On Thu, 2006-06-29 at 08:27 -0400, Seyoung Kim wrote:
> 이석찬, 박진영 그리고 김광석씨,

>

> 졸지에 인사이동 소식을 들어 많이 당황하실 것으로 알고 있습니다. 저도
> 여태까지 오랜 동안 직장생활 하다가 이렇게 황당무계한 경우는 처음 들어
> 보았습니다.

> 이렇게 유치하고 속이 뻔히 들여다 보이는 플랜들이 성공하기에는 불가능하
> 리라는 것은 머지 않아 알게 될 것입니다.

> 저는 우리팀이 다시 함께 모여서 일 할 수 있는 기회를 찾으려고 합니다.
> 시간이 걸리기는 하겠지만 그다지 어렵지만은 않을 것입니다. 이러한 팀
> 구성과 그동안 해온 일들 보면 누구나 탐낼 개발 조직이 될 것입니다. 최
> 대한 노력을 해서 우리가 만들고 이끌어 가는 회사를 만들도록 하겠습니다.

>

> 그동안 인내심을 가지고 기다려 주시기 바랍니다. 그리고 신인철, 신준
> 일, 임용제, 김재형씨등 앞으로 Posdata 를 이끌어 갈 분들의 성공을 위해
> 서(?) 우리가 어떻게 하는 것이 최선인가 잘 아시리라 믿습니다.

> 이제부터는 소식을 전할 경우 절대적으로 개인 메일을 사용하여야 겠습니
> 다. 제 개인메일은 mountainrun@gmail.com 입니다. 그리고 개인 전화 번
> 호는 408-489-2987 입니다.

> 앞으로 계속 기회를 적극적으로 알아볼 터이니 그동안 개발은 계속해야 겠
> 습니다. 그런데 하나는 Posdata 의 장래를 위한 것, 다른 하나는 우리의 장
> 래를 위한 것 이렇게 두 branch 로 영특하게 진행하시리라 믿습니다. 힘을
> 내십시다. 위기는 항상 또다른 좋은 기회를 불러오게 됩니다.

>

> 김세영

Regards
-Jinyoung ( susia@postech.ac.kr )
PGP Key ID : 8C8D20AD

**ENGLISH
Translation**

| | |
|---|---|
| Identifiable Information | M5_LOG_20060630_000000/{91BD7101-B30E-426E-92D2-2752A3D839F9} |
| Protocol | SMTP |
| Size | 10KB |
| File Count | File None |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 141.223.1.1 |
| Date | 2006-06-30 10:15:57 |
| Sender | Jinyoung Park <susia@postech.ac.kr> |
| Recipient | Seyoung Kim <mountainrun@gmail.com> |
| Cc | susia@postech.ac.kr |
| Actual Recipient | mountainrun@gmail.com,susia@postech.ac.kr |
| Subject | Re: Seyoung Kim |

Hi, Chief , Seyoung Kim,

I've been feeling so absurdly for these couple of days,, It's like the first time for me, too. Personally, I had great time working with, and learning from good fellow members, and bosses at Posdata.   And because of those people, I believe everyone was working so insanely hard.   I am so angry and dumbfounded by company's action, discarding principles.

Anyways, cheers ,,, and I will wait.
Stay well..
I will contact you again.

-from Jinyoung

On Thu, 2006-06-29 at 08:27 -0400, Seyoung Kim wrote:
> Dear Sukchan Lee, Jinyoung Park, and Gwangseok Kim,
>

>I understand that you must be frustrated after hearing about personnel change.   I

>, also, never heard of such a case so absurd, and it is my first time hearing such during

>my long years of working at companies.

>They shall find out in no time that all these childish and plainly visible plans are

>impossible to succeed.

>I will be searching for opportunities for our team to gather up and work again.

>It will take time, but it won't be too difficult.   Looking at this team makeup and the

accomplishments made, we would make a development team that anyone would admire.

>I will put my best effort to make a company that we, ourselves make and lead.

>

>In the mean time, please wait with patience.   And I believe you all know what we should

>do it for (?) the success of, Inchul Shin, Joonil Shin, Yongje Imm, Jaehyung Kim and others who will lead

> Posdata in the ahead.

> From now on, when in making contacts, Absolutely, we must use personal email accounts.

>My personal email is mountainrun@gmail.com.   And my personal phone number is

>408-489-2987.

>I will actively look for opportunities continuously, meanwhile, we should keep doing development.   But, one thing is for the future of Posdata, and the other is for our future,

>in two different branches, I believe you will make a smart movement .

>cheers.   Crisis always calls for another good chance.

>

>Seyoung Kim


Regards

-Jinyoung ( susia@postech.ac.kr )

PGP Key ID : 8C8D20AD

# EXHIBIT 6

## 합    의    서

포스데이타주식회사(이하 '갑'이라 한다)와 김세영(이하 '을' 이라 한다)은 '을'의 고용과 관련하여 아래와 같이 합의한다.

1. '갑'은 '을'의 중도 퇴사 요구가 있는 경우를 제외 하고는 2007. 6.17까지 '을'을 고용하기로 한다.

2. '갑'은 '을'의 고용기간 동안 '을'에게 아래와 같은 대우를 하기로 한다.
   가. 급여 : '을'이 현재 받고 있는 급여를 지급한다.
   나. 의료(치과, 안과 포함)지원 : 현재와 동일한 조건으로 지원한다.

3. '을'의 2006년도 성과급은 2006.1월1일부터 2006.6월30일까지 근무기간에 한해 지급한다.단,지급율은 '갑'의 미국연구소 직원의 2006년 성과급 평균 지급율로하고 이에 해당하는 금액의 50%를 2007년 1월 중에 지급한다.

4. '갑'은 '을'의 요청이 있는 경우 '을'에게 제공하고 있는 차량 및 주택(지원금 포함)을 '을'의 전적 시까지 제공한다. 단, 회사의 제공기간은 2007. 6.17을 초과하지 않는 것으로 한다.

5. '갑'은 '을'의 고용기간 중 '을'의 미국 연구소 출입을 제한할 수 있다.

6. '을'은 '갑'과의 고용관계가 종료된 이후라도 '갑'의 고용기간중 지득한 '갑'의 업무 및 영업상의 비밀을 제3자에게 제공하거나 공개할 수 없다

7. 본 합의서에서 정한 내용이 본 합의서 체결 이전에 '갑' 과 '을'간에 합의된 내용과 상충될 경우에는 본 합의서가 우선적 효력을 갖는다.

8. '갑'과 '을'간에 분쟁이 발생될 경우 수원지방법원 성남지원을 관할 법원으로 한다.

2006.10.27.

'갑'
경기도 성남시 분당구 서현동 276-2
포스데이타주식회사
경영지원본부장
상무이사 조 재구

'을'
주소

주민등록번호 SSN 173647542
성 명 SEYOUNG KIM

**ENGLISH
Translation**

# Agreement

Posdata, (hereinafter referred to as "A"), and Seyoung Kim (hereinafter referred to as "B") are entering into an agreement regarding the employment as follows.

1. 'A' agrees to hire "B", except when "B" submits a notice of resignation during his employment, and it shall continue until June 17, 2007.

2. 'A' agrees, during the employment of 'B', to compensate 'B' as follows
   a. Pay Compensation: same pay at current salary
   b. Medical (dental and eye care, included) support: same as present.

3. 'B''s 2006 incentive pay is applies to worked hours to the period from January 1, 2006 to June 30, 2006.  Excepting, pay rate is "A''s America Lab employees' 2006 average incentive pay rate.  50% of the applicable amount is paid in January of 2007.

4. 'A' agrees to, when and if 'B' requests, continue to provide automobile and housing (including subsidies) up to the date of moving to a subsequent employment.  Excepting, company's providing period will not go beyond June 17, 2007.

5. 'A' can limit or restrict "B"'s access to America Lab during his employment.

6. Even after 'B' ends employment relationship with A, 'A' cannot release nor present  "B"'s business record and  affairs which may have obtained  during employment   to a 3rd party.

7. If any terms in this agreement have conflict with agreements made in-between 'A' and 'B', before this agreement is entered, this agreement has the priority validity.

8. In case, If and any conflicts arise between 'A' and 'B', the court in district who has jurisdiction over the matter will be at the Sung Nam Municipal Court, in Soo Won District Court.

2006.10.27.

'A'
#276-2Gyungi-do, Sungnam-si, Bundang-gu, Seohyun-dong,
Posdata, Inc.
Chief in Headquarter of Operation Support
Managing Director, Jae Gu Cho

'B'
Address

Resident ID Number:  SSN 173647542
Name Seyoung Kim

EXHIBIT 9

제목:[RE]Fwd: GCT mobile Station chip IOT reports

보낸사람:ekangmin

김세영 박사님, 안녕하세요?

이강민 입니다.

정수석 통해서 김박사님께서 많이 애쓰고 계신다는 말씀 전해듣고 있습니다.

이력서를 보내드려야 하는데 집에 있는 PC가 뻗어서 조금 지연되고 있습니다.

PC를 복구하는대로 이력서를 보내드리도록 하겠습니다.

(사실 지금도 지금도 실험실에서 회사 네트웍을 피해 메일을 쓰고 있는 중입니다)

그럼, 건강하십시오!!!

이강민 드림


--------[ 받은 메일 내용 ]--------

제목 : Fwd: GCT mobile Station chip IOT reports

날짜 : Mon, 11 Dec 2006 10:19:18 -0800

보낸이 : "Seyoung Kim" <mountainrun@gmail.com>

받는이 : mountainrun@gmail.com

FYI.

Please keep strictly confidential!!


--------- Forwarded message ---------

From: Jeffrey J.K. Choi

Date: Dec 11, 2006 7:39 AM

Subject: GCT mobile Station chip IOT reports

To: SeYoung Kim


안녕하십니까,

일단 GCT IOT 가 전체적으로 끝난 것은 아니지만, 많은 부분이 끝난 것 같습니다. 제가 분당 pss software 그룹에서 부터 얻은 부분을 보내드립니다.


두 엑셀파일에 각 각 담긴 GCT 측정 자료와 POSDATA 측정 자료를 각각 비교해야 되는 데, Throught 부터 나머지 부분까지 해당하는 부분을 같이 열고 비교를 하게 되어서 조금 불편하실 지 모르겠습니다. 비교를 쉽게 할 수 있는 통합 자료가 없는 것 같습니다.


덧붙여 이야기를 드리면, 그쪽 개발 담당자들이 우리의 RAS의 성능에 대해서 허를 내둘 럿다고 합니다. GCT 단말과 붙여서 전체 핸드로버 딜레이가 50ms 좀 넘게 나온 것도 우

리 RAS가 최적의 성능을 보였기 때문이라고 .... 그것 외에도 RAS가 상당히 안정적으로 동작하면서 높은 성능을 보인 것에 대해서 상당히 놀랐다는 말과 함께 많은 부러움을 표시하였다고 합니다.

생각보다는 그쪽(GCT)에서 개발하는 환경이 좋지 않을 것으로 이야기를 했답니다. 그리고 우리쪽 PSS(TM1)을 ASIC화 하지 않은 것에 대해서 참으로 의아해 한다고 합니다. 그리고 그것을 제껴두고 왜 전혀다른 기반에 단말 SOC를 하고 있는 지 이해하기 힘들다고요. 대부분 면에서 자기네 것보다 훨씬 낫다고 평가 하면서.... 그 부분은 개발을 같이 하는 저희들도 물론 의아해 하는 부분이지만요.

Word 문서에 나와있는 바와 같이 POSDATA TM1의 경우 16QAM 3/4 이상 부터 CTC를 켜면 단말이 불안정하다고 합니다. 이 부분은 프로세싱이 길어져서 UL-MAP을 원하는 제 시간에 UMAC 얻을 수 없어서 생기는 것 같습니다. 사실 지금도 부분적으로 LMAC의 MAP parser를 조금 수정을 하여 빨리 올려줄 수 있도록 해서 해결할 수도 있으나 다들 무관심 한것 같습니다.
그런 이유로 성능 측정 부분에서는 CTC부분을 모두 뺀것으로 보입니다.

추후에 실시된 시험에 대한 추가된 자료가 있으면 더 얻도록 하겠습니다.

기타 여러가지 이쪽에서 들은 이야기 들이 있는 데 통화가 되면 전해드리겠습니다. 자질 구레한  이야기들이 될 수가 있어서...

보낸 데이타를 김세영 박사님께서 필요하신 분들에게 배포하시길 부탁드립니다.

그럼,
Jeff

**ENGLISH
Translation**

Subject:[RE]Fwd: GCT mobile Station chip IOT reports

From:ekangmin

Hi, Dr.Seyoung Kim?

This is Kangmin Lee.

I heard from Suesuk Joung that Dr.Kim, you are putting a lot of efforts.

I should send you a resume, but PC at home crashed so it's taking a little while.

I will send you a resume soon as the PC is repaired.

(In fact, even now, even now, I am in the lab writing email to avoid company's network)

Well, stay good!!!

From Kangmin Lee

---------[ Received E-mail message]----------

Subject : Fwd: GCT mobile Station chip IOT reports

Date : Mon, 11 Dec 2006 10:19:18 -0800

From : "Seyoung Kim" <mountainrun@gmail.com>

To : mountainrun@gmail.com

FYI.

Please keep strictly confidential!!

---------- Forwarded message ----------

From: Jeffrey J.K. Choi

Date: Dec 11, 2006 7:39 AM

Subject: GCT mobile Station chip IOT reports

To: SeYoung Kim

Hi,

First of all, although GCT IOT isn't completed all the way, a big portion of it is done.  I am sending you the part I got from pss software group in Bundang.

GCT measure data and POSDATA measure data, each contained in two excel files, need to be compared each, it might be somewhat inconvenient for you having to open and compare the two from the part containing "Throught" to the rest of the part.  There seems to be no integrated data, which allows you to compare it easy.

Additionally speaking, developmental people who are in charge of their side (GCT) were struck with wonder at our RAS's performance.  They told us that because our RAS is presenting the

optimum performance, when connected with GCT terminal, overall handle-over delay was merely just over 50ms...   Moreover, they were amazed and expressed huge admiration for RAS's significantly stable operation and high performance.

They were saying that developing environment from their side(GCT) is not as good as they had envisioned.   And they wondered why our side PSS(TM1) is not following ASIC.   Furthermore, they could not comprehend why we are doing terminal SOC on a completely different platform. They were appraising ours superior to theirs in most areas,...   even us involved in the development are wondering about that part, too.

As mentioned in the Word document, in the case of POSDATA TM1, terminal becomes unstable when turning on CTC above 16QAM ¾.   I think, this comes from extended processing time so that UL-MAP cannot get UMAC on time.   In fact, it is possible to give solution by making a bit of correction to the LMAC's MAP parser giving it a faster processing, but everyone seems to be unconcerned.
For such reasons, CTC part is all omitted in the Performance measure part.

I will try to obtain more data if there's an updated material, which was tested later.

I have more stories that I heard from this sides but I will tell you on the phone later, for it can be petty details.   Let me ask Dr.., Seyoung Kim, would you please distribute enclosed data to people whom might need it.
Bye then,
Jeff

EXHIBIT 10

| | |
|---|---|
| 식별정보 | M5_LOG_20061211_000000/{3457E6EE-E04C-42A7-9BA8-08532C67D2EE} |
| 프로토콜 | SMTP |
| 크기 | 826KB |
| 파일개수 | 2 개 |
| 보낸 IP | 203.238.200.27 |
| 받는 IP | 203.246.184.99 |
| 저장시각 | 2006-12-11 12:49:19 |
| 보낸사람 | Jinyoung Park <susia@posdata.co.kr> |
| 받는사람 | 'Jeffrey Choi' <jchoi@posdata-usa.com> |
| 참조인 | susia@posdata.co.kr |
| 실수취인 | jchoi@posdata-usa.com,susia@posdata.co.kr |
| 제목 | [Fwd: GCT vs TM1] |
| 첨부이름 | PKG R1 0 Release Note_20061121_DCM.xls,SO-061201-GCT IOT-1.doc |

-------- Forwarded Message --------
From: Sukchan Lee <acetcom@posdata.co.kr>
Reply-To: acetcom@posdata.co.kr
To: Heyoung Kim <hykim@posdata.co.kr>, Gwang-seok Kim
<anoveth@posdata.co.kr>, Sangroc Hwang <srhwang@posdata.co.kr>, Jinyoung
Park <susia@posdata.co.kr>, Woody Jeon <woody@posdata.co.kr>, 'Kangmin
Lee' <kmlee@posdata.co.kr>
Cc: acetcom@posdata.co.kr
Subject: GCT vs TM1
Date: Mon, 04 Dec 2006 13:41:31 +0900

혹시 궁금한 사람들이 많을까봐,...ㅋㅋㅋ

시험팀에서 시험한 결과를 첨부합니다. 혹시 설명 필요하신 분은 저에게 물어 보세요.

그럼. 이석찬 드림.

Best Regards
-Jinyoung Park ( susia@posdata.co.kr )
PGP Key ID : 686DE4E3

**ENGLISH**
**Translation**

| Identifiable Information | M5_LOG_20061211_000000/{3457E6EE-E04C-42A7-9BA8-08532C67D2EE} |
|---|---|
| Protocol | SMTP |
| Size | 826KB |
| File Count | 2 개 |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 203.246.184.99 |
| Date | 2006-12-11 12:49:19 |
| Sender | Jinyoung Park <susia@posdata.co.kr> |
| Recipient | 'Jeffrey Choi' <jchoi@posdata-usa.com> |
| Cc | susia@posdata.co.kr |
| Actual Recipient | jchoi@posdata-usa.com,susia@posdata.co.kr |
| Subject | [Fwd: GCT vs TM1] |
| Attach | PKG R1 0 Release Note_20061121_DCM.xls,SO-061201-GCT IOT-1.doc |

-------- Forwarded Message --------
From: Sukchan Lee <acetcom@posdata.co.kr>
Reply-To: acetcom@posdata.co.kr
To: Heyoung Kim <hykim@posdata.co.kr>, Gwang-seok Kim
<anoveth@posdata.co.kr>, Sangroc Hwang <srhwang@posdata.co.kr>, Jinyoung
Park <susia@posdata.co.kr>, Woody Jeon <woody@posdata.co.kr>, 'Kangmin
Lee' <kmlee@posdata.co.kr>
Cc: acetcom@posdata.co.kr
Subject: GCT vs TM1
Date: Mon, 04 Dec 2006 13:41:31 +0900

Just in case that many people are wondering, .... hehehe

Attached is the result of test from the test team.  If anyone needs explanation, please ask me.

Best Regards

-Jinyoung Park ( susia@posdata.co.kr )

PGP Key ID : 686DE4E3

EXHIBIT 11

,["110d7dded4eab47a",0,0,"Feb                                                                                                18","<span
id=\u003d\"_upro_choonshin72@sbcglobal.net\">Choon</span>,                                                    <span
id=\u003d\"_upro_mountainrun@gmail.com\">me</span> (2)","<b>&raquo;</b> ","Plugfest
2/17 last day","메일 감사합니다. 결국 다른 회사들은 HO 와 Security 가 제대로 구현되··
&hellip;",[]
,"Mobile 3 Plugfest Interim Report-Feb17-2007.doc,Mobile 3 Plugfest Interim Report-Feb17-
2007.doc"

--------------------------------------------------------------------------------------

,"Feb 20, 2007 10:25 PM","MCCA PCB fab. Gerber data ready.","",[]
,1,,,"Tue Feb 20 2007  10:25 PM","On 2/20/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On           2/20/07,            <b           class\u003dgmail_sendername>Choon           Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","","",0,,"<45DBE5C8.8010201@sbcglobal.net>",1172039112000,,0,"In
reply to \"MCCA PCB fab. Gerber data ready.\"",0]
,["mb","<div style\u003d\"direction:ltr\">안녕하세요,<br /><br />전화로 이야기 한 내용을 보내
드립니다.<br /><br />MCCA (Turtle Channel Card) PCB 제작용 Gerber Data 가 준비
되었습니다.<br /><br />지금까지 시험한 내용을 정리하여 적용 하였습니다. CPU, Flash,
SDRAM,<br />Ethernet Switch 등에 대하여 시험을 마쳤으며, 최종적으로 external
machine<br />(PC 등)와 CPU 가 ping 이 되는 것을 확인 하였습니다. 현재 제작되어
있는<br />board 에서 시험 할 수 있는 부분은 가능한 시험을 모두 마쳤습니다.<br /><br
/>또한, 현재 제작되어 있는 board 는 비록 FPGA 부분이 동작하지 않지만 CPU<br />및
network 이 동작 하므로 software 동작 및 검증용으로 어느 정도 사용 가<br />능합니다.<br
/><br />이제 FPGA 및 DSP code 등을 모두 올려서 시험 할 수 있는 board 를 만들려고<br
/>하오니, 제작 가능 여부를 알려 주시면 Gerber Data 및 Part List 를 보내 드<br
/>리겠습니다.<br /><br />회신 기다리겠습니다.<br /><br />감사합니다.<br />신춘

--------------------------------------------------------------------------------------

,["111110910fe49f9c",0,0,"Mar 1","<span id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon
Shin</span>","<b>&raquo;</b> ","mcca rev.c gerber data","안녕하세요, 첨부와 같이
MCCA REV.C GERBER DATA 를 보내 드리오니 업무에 참고 &hellip;",[]
,"MCCA-C-3-GBR-NOP.zip","111110910fe49f9c",0,"Thu Mar 1 2007  10:04 PM",0,"",0,0,1]

"Mar 2, 2007 12:03 AM","mcca rev.c gerber data","",[["0.1","MCCA-C-3-GBR-
NOP.zip","application/zip",5622678,-1,"0.1"]
,1,,,"Fri Mar 2 2007  12:03 AM","On 3/2/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On      3/2/07,        <b      class\u003dgmail_sendername>Choon      Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","","",0,,"<45E7B01C.5040306@sbcglobal.net>",1172811804000,,0,"In
reply to \"mcca rev.c gerber data\"",0]
,["mb","<div style\u003d\"direction:ltr\">안녕하세요, <br /><br />첨부와 같이 MCCA REV.C
GERBER DATA 를 보내 드리오니 업무에 참고 바라며,<br />PCB 제작 진행 부탁
드립니다.<br />질문이 있으시면 언제 든지 연락 바랍니다.<br /><br />감사합니다.<br
/>신춘,<br /><br /></div>",0]
,["ma",[1,"<table       class\u003datt       cellspacing\u003d0       cellpadding\u003d5

border\u003d0><tr><td><table    cellspacing\u003d0    cellpadding\u003d0><tr><td><img width\u003d16    height\u003d16    src\u003d\"/mail/images/zip.gif\"><td width\u003d7><td><b>MCCA-C-3-GBR-NOP.zip</b><br>5491K    Scanning    for viruses...</table></table>","111110910fe49f9c"]

**ENGLISH
Translation**

,["110d7dded4eab47a",0,0,"Feb                                                    18,""<span

id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon</span>,                         <span

id\u003d\"_upro_mountainrun@gmail.com\">me</span> (2)","<b>&raquo;</b> ","Plugfest

2/17 last day"," Thank you for your email.   In the end, other companies... properly implemented

HO and Security

&hellip;",[]

,"Mobile 3 Plugfest Interim Report-Feb17-2007.doc,Mobile 3 Plugfest Interim Report-Feb17-
2007.doc"

-----------------------------------------------------------------------------------------------------------

,"Feb 20, 2007 10:25 PM","MCCA PCB fab. Gerber data ready.","","",[]
,1,,,"Tue Feb 20 2007_10:25 PM","On 2/20/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On        2/20/07,        <b        class\u003dgmail_sendername>Choon        Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","","","",0,,"<45DBE5C8.8010201@sbcglobal.net>",1172039112000,,0,"In
reply to \"MCCA PCB fab. Gerber data ready.\"",0]
,["mb","<div style\u003d\"direction:ltr\">Hi,<br /><br />I am sending you the contents of our
phone conversation.<br /><br />Gerber Data for MCCA (Turtle Channel Card) for the production
of PCB, Gerber Data is prepared.<br /><br />We have summarized testing records that we have
conducted.   And We have applied these records..  CPU, Flash, SDRAM,<br />Ethernet Switch
has been done tested.   Lastly, external machine<br />(PC ...etc...)and CPU has been
confirmed ping.  All possible testing that could be done on currently developed<br />board has
been done.<br /><br />Furthermore, even though currently developing board's FPGA part does
not operate, CPU<br />and network is working fine.   Therefore, it is somewhat possible to use
it as a tester, and/or for software operation.<br /><br />Now, we are about to make a board that
can be tested with FPGA and DSP code on it.<br />So if you'd tell me about development
possibility, I will send you Gerber Data and Part List.<br /><br /><br />I will wait for your
reply.<br /><br />Thank you.<br />Choon Shin

-----------------------------------------------------------------------------------------------------------

,["111110910fe49f9c",0,0,"Mar 1","<span id\u003d\"_upro_choonshin72@sbcglobal.net\">Choon
Shin</span>","<b>&raquo;</b> ","mcca rev.c gerber data","Hi, I am attaching MCCA
REV.C GERBER DATA.   Please use it as a reference to your work. &hellip;",[]
,"MCCA-C-3-GBR-NOP.zip","111110910fe49f9c",0,"Thu Mar 1 2007_10:04 PM",0,"",0,0,1]

-----------------------------------------------------------------------------------------------------------

"Mar 2, 2007 12:03 AM","mcca rev.c gerber data","",[["0.1","MCCA-C-3-GBR-
NOP.zip","application/zip",5622678,-1,"0.1"]
,1,,,"Fri Mar 2 2007_12:03 AM","On 3/2/07, Choon Shin <choonshin72@sbcglobal.net>
wrote:","On        3/2/07,        <b        class\u003dgmail_sendername>Choon        Shin</b>
&lt;choonshin72@sbcglobal.net&gt;
wrote:",,"sbcglobal.net","","","",0,,"<45E7B01C.5040306@sbcglobal.net>",1172811804000,,0,"In
reply to \"mcca rev.c gerber data\"",0]
,["mb","<div style\u003d\"direction:ltr\">Hi,<br /><br />Attaching MCCA REV.C GERBER DATA,
please use it as a reference,<br />please proceed developing PCB.<br />Contact me any time if
you have questions.<br /><br />Thank you.<br />Choon Shin,<br /><br /></div>",0]
,["ma",[1,"<table        class\u003datt        cellspacing\u003d0        cellpadding\u003d5
border\u003d0><tr><td><table        cellspacing\u003d0        cellpadding\u003d0><tr><td><img
width\u003d16          height\u003d16         src\u003d\"/mail/images/zip.gif\"><td
width\u003d7><td><b>MCCA-C-3-GBR-NOP.zip</b><br>5491K          Scanning         for
viruses...</table></table>","111110910fe49f9c"]