EXHIBIT 15

식별정보    M5_LOG_20070209_000000/{DC41A92D-19D2-4261-B2E0-294287490CE0}

프로토콜    SMTP

크기    4KB

파일개수    파일없음

보낸 IP    203.238.200.27

받는 IP    141.223.1.1

저장시각    2007-02-09 12:07:13

보낸사람    Jinyoung Park <susia@postech.ac.kr>

받는사람    Seyoung Kim <mountainrun@gmail.com>

참조인    jyounggo@gmail.com

실수취인    mountainrun@gmail.com,jyounggo@gmail.com

제목    Re: 사업 _시작_신호탄!!!

안녕하세요 ,


잘 지내셨는지요 ?
잘 진행되고 있다는 소식을 들으니 기분이 좋네요.
성동씨랑은 종종 만나서 소식은 듣고 있습니다.
저는 앞으로 2 주 동안 plugfest 관계로 spain 에 가 있을것 같습니다.


윌리엄과도 잘되어서 정말 !!! 같이 했으면 좋겠습니다.
아시다시피 윌리엄같은 좋은 enginneer 가 PSS SW 쪽을
lead 해 주는 것이 필요하다고 생각됩니다.


윌리엄만 같이 일한다면 여러가지 제가 두려워 하고 걱정했던 일들이
사라질것 같네요, 그리고 다른 사람들이 마음을 굳히는 데도 결정적인
역할을 할것 같구요.


그 외 다른 사업적인것들은 , 김박사님이나 정박사님께서 잘 해주실거라
믿습니다.


다음주에 만나실때 꼬옥,, 윌리엄을 잘 설득시켜주셔서 같이 일하게 해주십
요.!
항상 건강하시구요 , 한국에 오시면 한번 뵈었으면 합니다.

그럼.

- 진영 올림


PS. 제 email 을 앞으로 jyounggo@gmail.com 으로 연락주셨으면 합니다.


On Thu, 2007-02-08 at 08:18 -0800, Seyoung Kim wrote:
> 박진영씨,
>
> 안녕하셨지요?
> 그 동안 자세한 소식을 제대로 듣지 못해서 많이 궁금하셨으리라 생각합니
> 다. 마침내 개발을 시작할 수 있는 fund 가 마련되어 이제는 본격적으로
> 시작할 꿈에 부풀어 있습니다.
> 앞으로 Join하는 팀원들은 대부분이 Founding Member 와 다름없기 때문에
> Stock Option 이라던가 차후 Benefit Sharing 에 대해 가능한 한 최대의 혜
> 택을 줄 것입니다. 회사의 종업원이 아닌 우리 팀원 소유의 회사이기 때
> 문에 가능하겠지요.
>
> 아울러 현재 중요한 Customer 가 될 유명 회사와도 은밀히 협상을 진행중
> 인데 좋은 소식이 있을 것으로 기대합니다.
> 제가 한국에 가서 박진영씨를 직접 만나보고 자세한 이야기도 해주면 좋겠
> 는데 아마도 3월 8일 이후에나 가능하기 때문에 일단 한국에서는 박성등씨
> 와 정화용씨 두분을 통해 접촉을 할 예정입니다.
>
> 박진영씨께 곧 연락이 갈 것이며 Stock Option등 처우에 대해서도 이야기가
> 있을 것입니다. 이제는 시간이 급하기 때문에 신속히 결정하고 움직이도록
> 해야 할 것입니다.
>
> 아울러 이곳에서는 제가 William 을 만날 예정입니다. 전부터 저하고
> 같이 일하고 싶어는 했는데 지난 9월에 만났을 때 현재 회사에 약속한 것
> 이 있는지 당장 움직이기 어렵다고 했지만 이제는 사정이 달라지는 듯한 느
> 낌을 받아 돌아오는 월요일에 만나기로 했습니다.
>
> 혹시 궁금한 사항이 있으시면 박진영씨께서 편하신 시간에 Skype 로 직접
> 통화를 하는 것도 좋겠습니다. 미리 제게 메일을 주시면 그 시간에 접
> 선(?) 을 하지요.

> 한국과는 달리 미국에서는 WiMAX 에 대한 시장과 관심이 점점 커지고 있습
> 니다. 미국을 기점으로 사업을 시작하려는 우리 팀에게 좋은 소식이라고
> 믿습니다.
>
> 그럼 곧 만나뵙기를 기대하며 아무때나 제게 Skype 나 408-489-2987 로 연
> 락해 주시기 바랍니다. 감사합니다.
>
> 김세영
>

Regards

-Jinyoung Park( susia@postech.ac.kr )

PGP Key ID : 8C8D20AD

**ENGLISH
Translation**

| Identifiable Information | M5_LOG_20070209_000000/{DC41A92D-19D2-4261-B2E0-294287490CE0} |
|---|---|
| Protocol | SMTP |
| Size | 4KB |
| File Count | None |
| Sender's IP | 203.238.200.27 |
| Recipient's IP | 141.223.1.1 |
| Date | 2007-02-09 12:07:13 |
| Sender | Jinyoung Park <susia@postech.ac.kr> |
| Recipient | Seyoung Kim <mountainrun@gmail.com> |
| Cc | jyounggo@gmail.com |
| Actual Recipient | mountainrun@gmail.com,jyounggo@gmail.com |
| Subject | Re: Business _Start_Signal !!! |

Hi,

How have you been?

It's good to hear that things are going well.

I see Seongdong from time to time and hear about the news.

I will be in Spain for 2 weeks for plugfest related business.

I wish things would go well between William and.., so !!! wish to work together.

As you know, it's essential that a good engineer like William should lead the PSS SW side.

If I can get William to work with me, I feel like all that I've been afraid and worried about will banish, and it will definitely be the factor for others' to make up their mind.

For all the other business aspects, I believe Dr.Kim or Dr.Joung will do it fine.

When seeing next week, for sure,, convince William so that he will work with me.!

Wish you well, and I would like to meet you If you come to Korea

Bye now.

--from Jinyoung

PS. Please email me to jyounggo@gmail.com from now on.

On Thu, 2007-02-08 at 08:18 -0800, Seyoung Kim wrote:
>Dear Jinyoung Park,
>
>Have you been alight?
>I just figured that you might be so curious about things since you have not heard about detailed news for a while.
>finally, fund has been raised to start the development, and now I am inflated with hopes of   actual startup.
>Because most team members joining now, are almost the Founding Members, We will give the most stock option or future benefit Sharing as we can if possible.   It is made possible because it is our team members' company and, we are not just employees.
>
>In addition, currently we are making negotiations with a noble company, which might be our important customer, and I am expecting good news.
>I want to visit Korea and see Jinyoung Park in person, and tell you the detailed stories, but it will maybe be possible after March 8th, so for now, in Korea, My plan is that I will make contacts through Seongdong Park and Hwayong Joung, two of them.
>
>There will be soon a contact made to Jinyoung Park, How to treat stock Option will be discussed.   It's urgent time now, so you will make decisions fast, and move rapidly.
>
>Furthermore, from here, I made plans to meet with William.    From the past, he wished to work with me.   When we met in last September, he seemed to have commitments to his company at the time, and he told me he could not make a move right away.   Now, I had a feeling that the situation has changed, so in this coming Monday, we promised to see each other.
>
>If you have a question, why don't Jinyoung at your convenient time, use Skype so you can talk directly.   If you give me a prior notice, I will be online at the same time.

EXHIBIT 17

,"Feb 27",["김세영 ¥u003cmountainrun@gmail.com¥>"]

,["방용근 \u003cgenius0722@naver.com\>"]

,"Feb 27, 2007 9:19 AM","안녕하세요. 방용근입니다.","안녕하세요. 방용근입니다. 일전에 주신 메일은 잘 받았습니다. 요청에 응해 주신 점 감사드립니다. 다름이 아니라, 몇가지 더 궁금한 점이 ...",[]

,0,,,"Tue Feb 27 2007_9:19 AM","On 2/27/07, 방용근 ¥u003cgenius0722@naver.com¥> wrote:"

--------------------------------------------------------------------------------

,"Feb 27, 2007 10:48 AM","Re: 안녕하세요. 방용근입니다.","",[]

,1,,,"Tue Feb 27 2007_10:48 AM","On 2/27/07, Seyoung Kim ¥u003cmountainrun@gmail.com¥> wrote:","On 2/27/07, ¥u003cb class¥u003dgmail_sendername¥>Seyoung Kim¥u003c/b¥> &lt;mountainrun@gmail.com; wrote:","gmail.com",,,"","","",0,,"¥u003c9d68294f0702270948k63314db6xa8a7d1bd5f97617b@mail.gmail.com¥>",1172598523000,,0,"In reply to ¥"안녕하세요. 방용근입니다.¥","",0]

,["mb","¥u003c 방용근씨,¥u003c ¥u003c¥u003c ¥u003c 메일 감사합니다.¥u003c ¥u003c ¥u003c ¥u003c 현재로서의 계획은 미국내 SV 와 분당 수내역근처의 사무실을 얻어 두 팀으로 운영을 할 예정입니다. 그래· 한국에서 합류하는 인원은 일단 한국에서 근무하는 것으로 하나 형편에 ·라 일시적으로 미국에서도 당분간 체류를 해야 할 경우도 있을 것입니다. 혹은 본인이 전적으로 미국에서 생활하는 것을 원할 경우는 따로 신중하게 이야기를 해야 할 것입니다. 미국정부에서 발행하는 H1 Visa 쿼터가 한정이 되어있어 장래에 영주권을 받을 생각을 하면 오히려 한국에서 1 년· 지내고 주재원 자격으로 미국으로 오는 것이 더 빠릅니다. 한국에서 1 년 지내는 동안 물론 미국으로 출장와서 일할 수는 있습니다. 그러나 H1 Visa 를 받을 경우 제일 빨라야 이번 10 월이나 내년이고 H1 Visa 를 신청한 상황에· 미국 여행은 H1 Visa 를 받기 전까지는 미국 출장에 상당한 통제를 받는 것·로 알고 있습니다. ¥u003c ¥u003c¥u003c ¥u003c 제 계획으로· 본인들이 원하는 곳에서 일하는 것을 원칙으로 하고 싶습니다마는 우리의 예산과 사업의 전개에 따라 탄력적으로 움직여야 할 것으로 생각됩니다.¥u003c ¥u003c¥u003c ¥u003c 우리의 예산이 충분하면 모두에게 좋· 연봉을 드리고 싶으나 신생 벤처 기업으로서의 한계가 있음을 잘 아시리· 믿습니다. 그래서 이번에 합류하는 팀원들에게 최소한 현재 연봉을 유지하거나 경우에 따라서는 어느정도의 Plus-Alpha 를 제공하며 좋은 @@ATL@@·@&·^·.

**ENGLISH
Translation**

,"Feb 27",["Seyoung Kim ¥u003cmountainrun@gmail.com¥>"]
,["Yongkeun_Bang \u003cgenius0722@naver.com\>"]
,"Feb 27, 2007 9:19 AM","Hi,.  This is Yongkeun Bang.","  I. This is Yongkeun Bang.  I have received your email while ago.  Thank you for accepting my request.  Well, I had few more questions...", []
,0,,,"Tue    Feb    27    2007_9:19    AM","On    2/27/07,    Yongkeun    Bang ¥u003cgenius0722@naver.com¥> wrote:"

------------------------------------------------------------------------------------------------------

,"Feb 27, 2007 10:48 AM","Re: Hi, this is Yongkeun Bang.","",[]
,1,,,"Tue    Feb    27    2007_10:48    AM","On    2/27/07,    Seyoung    Kim ¥u003cmountainrun@gmail.com¥>    wrote:","On    2/27/07,    ¥u003cb class¥u003dgmail_sendername¥>Seyoung    Kim¥u003c/b¥>    &lt;mountainrun@gmail.com; wrote:","gmail.com",,,"","",0,,"¥u003c9d68294f0702270948k63314db6xa8a7d1bd5f97617b@mail.gmail.com¥>",1172598523000,,0,"In reply to ¥" Hi, this is Yongkeun Bang.¥"",0]
,["mb","¥u003c  Dear  Youngkeun Bang,¥u003c  ¥u003c  ¥u003c  ¥u003cThank you for your email.¥u003c ¥u003c ¥u003c ¥u003c Currently, the plan is to divide the team in two and run in two offices located in, SV in America and nearby Soonae Station in Bundang, Korea.  So, members joining in Korea will be working in Korea for now, but depending on situations, some might need to stay in America.   Or, if the individual really wishes to live in America, then we might have to talk independently in serious terms.   H1 Visa that the United States government issues, have limited quota.   So, if the individual wants to get green card in the future, rather stay in Korea for a year, then later come to America as a resident member.   Of course, during the time one who works in Korea, one can make a business trip to America and work.   But, if you get the H1 visa, the earliest time will be this October or in the next year.   If you already applied for H1 visa, there will be considerable restrictions when visiting America until the one gets the H1 Visa.   ¥u003c ¥u003c ¥u003c ¥u003c I wish to set principles to let each individual choose their working place, however, we should move with flexibility to situations in our budget and our business development. ¥u003c ¥u003c ¥u003c ¥u003c I wish to compensate well to all of you if our budget allows, but you might already know that, as a startup venture company, that there' is a limit.   Therefore, we will be matching at least to the current salary for the newly joining members this time.   Depending on situations, we will provide certain Plus-Alpha and good @@ATL@@·@&·^··

EXHIBIT 22

•

,["mi",10,1,"110e713ebfb3f284",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["정화용","jounghwayong@gmail.com","110e713ebfb3f284"]

,"Feb 21",["정화용  jounghwayong@gmail.com>"]

,"Feb 21, 2007  6:32 PM","Compensation","정박사님, 안녕하세요. 어제  말씀하셨던 해당 팀원들의 연봉및 Stock Option 에 대한  의견입니다.  이강민 : $68,000, 150...",[]
From:   /b\>  font face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:10pt;font-family:Tahoma\"\>        Seyoung   Kim   [mailto:   a href\u003d\"mailto:mountainrun@gmail.com\"   target\u003d\"_blank\"   onclick\u003d\"return top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com   /a\>]   br\>  b\>  span style\u003d\"font-weight:bold\"\>Sent:  /b\>  Thursday, February 22, 2007 10:32 AM  br\>  b\> span   style\u003d\"font-weight:bold\"\>To:    /b\>   /font\>  font  size\u003d\"2\"\>  span style\u003d\"font-size:10pt;\"\> 정화용    /font\> font face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\"   style\u003d\"font-size:10pt;font-family:Tahoma\"\>      br\>  b\>  span style\u003d\"font-weight:bold\"\>Subject:  /b\> Compensation  /font\>  /p\>      ",1]
,["mb"," ",1]
,["mb"," span class\u003dq\>     p\> font face\u003d\"굴림\"  size\u003d\"3\"\>     span lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>        /font\>  /p\>         p\>  font face\u003d\"굴림\"  size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>정박사님    ,   /font\>   /p\>        p\>  font face\u003d\"굴림\"  size\u003d\"3\"\>  span lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>       /font\>  /p\>      p\> font face\u003d\"굴림\"  size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>안녕하세요 .  /font\>  /p\>       p\> font face\u003d\"굴림\"  size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>어제  말씀하셨던 해당  팀원들의 연봉및 Stock  Option  에  대한  의견입니다 .    /font\>    p\> font face\u003d\"굴림\"  size\u003d\"3\"\>  span  lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>       /font\>      p\>  font  face\u003d\"굴림\"   size\u003d\"3\"\>  span    style\u003d\"font-size:12pt\"\>이 /font\>·민    :    $68,000,   150,000 Shares     /p\>          p\>  font  face\u003d\"굴림\" size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>박진영   /font\>   :   $55,000,   150,000 Shares   /p\>        p\>  font face\u003d\"굴·\" size\u003d\"3\"\>  span style\u003d\"font-size:12pt\"\>곽기영    /font\>     :    $40,000,  120,000 Shares   /p\>      font face\u003d\"굴림\"  size\u003d\"3\"\>     span    style\u003d\"font-size:12pt\"\>이종욱 /font\>   :   $65,000, 150,000 Shares  /p\>         p\>  font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>       /font\>         p\>  font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>회사의 운영이 제대로 돌아가기 시작하면  Market Value 를 넘어가는 충분한      보수를 지급해 주고  싶지만 당분간은  현  직장  연봉  기준해서       평행이동에  약간의  알파를   ·하는 것으로 정했습니다 .     개인에 ·라서는     흡족하지     않을 수도  있으나 현재  회사 사정상 최대의 가능한 배려를  해 ··리려는 노력을  하고 있고     앞으로 크게 성장할 수 있는 가능성에 기대하     거는  것에 촛점이 맞추어져  있으면 하는  바램입니다 .     /font\>  /p\>       p\> font  face\u003d\"굴림\"   size\u003d\"3\"\>   span  lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>       /font\>",1]

,["mb"," /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>위의 Stock Option 은 1 차에 해당되는 것이며 남겨놓은 Share 도 올해 안에 나누어저 개인당 평균 80,000 주의 Stock Option 을 추가로 지급할 계획입니·. 모든 것이 뜻대로만 되면 위의 숫자들의 차이는 큰 의미는 없겠지요. 아울러 의의 금액은 편의상 미화로 나타나져 있는데 정식 Job Offer 에는 한국화로 표시·려고 합니다 . 본인들로 부터 다른 생각·· 있으시면 알려주시기 바랍니다 . 그리·· Stock Option Price 는 여러가지 변수가 있·고 하는데 주당 15-20 센트 정도가 적당하다는 말을 지난 번에 들었던 것 같습니다 . 이 차액은 차후 개인별로 충분히 보상 ··능한 것으로 알고 있습니다 . /font> /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font> /p> ",1]

,["mb"," p> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>현재로서 약간 중지상태에 있는 Funding 이 잘 풀렸으면 좋겠습니다 . 저는 오늘 밤 뉴저지에 갔다가 3 월 7 일 돌아·니다 . /font> /p> ",1]

,["mb"," span class\u003dq\>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>오늘 오후 제가 잠시 산책나간 사이 N 사의 General Manager 겸 CTO 인 Mark Kelly 라는 분이 Salmasi 회장의 부탁을 ··아 통화를 하고 싶다는 메세지를 남겨 놓았더군요. Return Call 을 했으나 연결이 되지 않아 기다리고 있습니다 . 아니면 오늘 밤에 떠나니까 New Jersey 에 가서 통화· 해도 되겠지요 . /font> /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font> /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>조금씩 이야기가 풀려가는 것 같은데 모든 일이 잘되어 갈 것으로 믿어집니다 . 최근에 P 사가 N 사로 부터 당황스런 답을 받았다는 것과 연결이 되는 것 같습니다 . 힘내시지요 ... 우선 저도 힘좀 내·겠습니다 , /font> /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\> /font> /p>        p> font face\u003d\"굴림\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>김세영

---------------------------------------------------------------------------------

,["mi",10,4,"11109d559b9f6ba2",0,"0","Kenneth D. Lee","Kenneth","kdlee@leekimlaw.com",[[]
,[["me","mountainrun@gmail.com","11109d559b9f6ba2"]
]
,0]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,0]
,0]
,0]
,"Feb 28, 2007 11:31 AM","Re: 투자 건","We should avoid any mention of Nextwave, especially to anyone in Korea, for t...",[]
,1,,,"Wed Feb 28 2007_11:31 AM","On 2/28/07, Kenneth D. Lee \u003ckdlee@leekimlaw.com\>

wrote:"

--------------------------------------------------------------------------------

,["mi",10,1,"1114dc41d2fac0c9",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","1114dc41d2fac0c9"]
,["Kenneth","kdlee@leekimlaw.com","1114dc41d2fac0c9"]
,["Hwayong","jounghwayong@gmail.com","1114dc41d2fac0c9"]
,["박성동","seongdong.park@gmail.com","1114dc41d2fac0c9"]
,["박성동","seongdong.park@inquadron.com","1114dc41d2fac0c9"]
]
,0
]
,"Mar    13",["Seyoung    Kim    mountainrun@gmail.com\>","\"Kenneth    D.    Lee\"
kdlee@leekimlaw.com\>","Hwayong    Joung    jounghwayong@gmail.com\>","박성동
seongdong.park@gmail.com\>","박성동  seongdong.park@inquadron.com\>"]
,0
,0
,0
,"Mar 13, 2007 5:06 PM","NextWave material","Dear all, One ex-Nokia person, now with the
NextWave    Broadband,    visited    Seoul...",[["0.1","NW_Overview_Feb
07.pdf","application/pdf",659801,-1,"f_ez90injd"]
]
,1,,,"Tue Mar 13 2007_5:06 PM","On 3/13/07, Joonsug Chung    joonsug@gmail.com\>
wrote:","On    3/13/07,    b    class\u003dgmail_sendername\>Joonsug    Chung    /b\>
&lt;joonsug@gmail.com; wrote:","gmail.com",,,"","",0,,"

--------------------------------------------------------------------------------

,["mi",10,2,"1114def812b2d48e",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1114def812b2d48e"]
,["Kenneth","kdlee@leekimlaw.com","1114def812b2d48e"]
,["Hwayong","jounghwayong@gmail.com","1114def812b2d48e"]
,["박성동","seongdong.park@gmail.com","1114def812b2d48e"]
,["박성동","seongdong.park@inquadron.com","1114def812b2d48e"]
]
,0
]
,"Mar 13",["Joonsug Chung   joonsug@gmail.com\>"]
,["\"Kenneth    D.    Lee\"    kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>","·성동    seongdong.park@gmail.com\>","박성동
seongdong.park@inquadron.com\>"]
,0
,0
,"Mar 13, 2007 5:53 PM","Re: NextWave material","That is very a challenging plan with such a
newly organized team. I wonder wh...",[]
,1,,,"Tue Mar 13 2007_5:53 PM","On 3/13/07, Seyoung Kim   mountainrun@gmail.com\>
wrote:"

"gmail_sendername\"\>Seyoung Kim /b\> &lt; a href\u003d\"mailto:mountainrun@gmail.com\"
target\u003d\"_blank\"    onclick\u003d\"return
top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com /a\>; wrote:    blockquote
class\u003d\"gmail_quote\"    style\u003d\"padding-left:1ex;margin:0px  0px  0px  0.8ex;border-
left:#ccc 1px solid\"\>   That is very a challenging plan with such a newly organized team.    I
wonder who the audiences were for the presentation.  Is it for fund raising or introduction of

their future products to Korean WiMAX operators or manufacturers?  Thanks.       Seyoung

---

,["mi",8,3,"11152a33759bee72",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11152a33759bee72"]
,["Kenneth","kdlee@leekimlaw.com","11152a33759bee72"]
,["Hwayong","jounghwayong@gmail.com","11152a33759bee72"]
,["박성동","seongdong.park@gmail.com","11152a33759bee72"]
,["박성동","seongdong.park@inquadron.com","11152a33759bee72"]
]
,[]
]
,"3:48 pm",["Seyoung Kim   mountainrun@gmail.com\>"]
,["\"Kenneth        D.       Lee\"         kdlee@leekimlaw.com\>","Hwayong         Joung
jounghwayong@gmail.com\>","·성동                        seongdong.park@gmail.com\>","박성동
seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 14, 2007 3:48 PM","Re: NextWave material","",[]
,1,,,"Wed Mar 14 2007_3:48 PM","On 3/14/07, Joonsug Chung   joonsug@gmail.com\>
wrote:","On    3/14/07,    b    class\u003dgmail_sendername\>Joonsug    Chung    /b\>
&lt;joonsug@gmail.com;                              wrote:","gmail.com",,,"","",0,,"
824bee920703141548l5fb4e5deme7cbf76c2ff4475c@mail.gmail.com\>",1173912500000,,0,"In
reply to \"NextWave material\"",0]
,["mb"," Dear Dr. Kim,       I did not ask them specifics since there were other people together
where I was cautious about showing too much interest in the presence of other people at my
current work.       I will try to find some information about what they have been up to in Korea last
February.     BR br\>",1]
,["mb"," span class\u003dsg\>Joonsug br\> br\>    ",1]

---

,["mi",9,19,"110f4731c834d444",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["정화용","jounghwayong@gmail.com","110f4731c834d444"]
,["me","mountainrun@gmail.com","110f4731c834d444"]
,["Kenneth","kdlee@leekimlaw.com","110f4731c834d444"]
]
,[]
]
,"Feb        24",["정화용         \u003cjounghwayong@gmail.com\>","Seyoung       Kim
\u003cmountainrun@gmail.com\>","\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,[]
,[]
,[]
,"Feb 24, 2007 8:51 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment","Dear
gents, I talked with Duk-Yong Kim, President of KMW and my very close co...",[]
,1,,,"Sat Feb 24 2007_8:51 AM","On 2/24/07, Joonsug Chung  \u003cjoonsug@gmail.com\>
wrote:"

---

,["mi",10,24,"110fd6fa1dcae783",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Kenneth","kdlee@leekimlaw.com","110fd6fa1dcae783"]
,["정화용","jounghwayong@gmail.com","110fd6fa1dcae783"]
,["me","mountainrun@gmail.com","110fd6fa1dcae783"]
]

,[]
]
,"Feb 26",["\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,["정화용          \u003cjounghwayong@gmail.com\>","Seyoung          Kim
\u003cmountainrun@gmail.com\>"]
,[]
,[]
,"Feb 26, 2007 2:44 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment","Dear
Dr. Kim, Ken, KMW meeting will happen only on 3/2 Fri due to no other av...",[]
,1,,,"Mon Feb 26 2007_2:44 AM","On 2/26/07, Joonsung Chung \u003cjoonsug@gmail.com\>
wrote:"
--------------------------------------------------------------------------------

,["mi",10,7,"1112c4b13540fa8a",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1112c4b13540fa8a"]
]
,[]
]
,"Mar 7",["Joonsug Chung \u003cjoonsug@gmail.com\>"]
,[]
,[]
,[]
,"Mar 7, 2007 4:06 AM","Re: 투자 건","정준석씨, 김덕용사장께서 관심을 가지시면 KMW 의
장래 새로운 사업분야를 개척하는 데 응용할 수 있을텐데 좋은 결과가 있기를 기대합니다.
김세영",[]
,1,,,"Wed Mar 7 2007_4:06 AM","On 3/7/07, Seyoung Kim \u003cmountainrun@gmail.com\>
wrote:"
--------------------------------------------------------------------------------

,["110fbd8aa55e8922",0,0,"Feb                                        25","<span
id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                     <span
id\u003d\"_upro_YC.Kim@nsc.com\">YC</span>        (3)","<b>&raquo;</b> ","김세영
입니다.","김용,씨, 소식 감사합니다. 한국시간으로 화요일 아침 10 시에 전화
,"","110fbc8a2449197a",0,"Sun Feb 25 2007_6:02 PM",0,"",0,0,1]

,["1110318e11ceed28",0,0,"Feb                                        26","<span
id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                     <span
id\u003d\"_upro_joonsug@gmail.com\">Joonsug</span>   (3)","<b>&raquo;</b> ","김용춘
NS 지사장","방금 연락이 되었고요, 내일 점심때 DNT 라는 회사의 김광선사장 이라는
,"","11101a678369ee2b",0,"Mon Feb 26 2007_9:22 PM",0,"",0,0,1]
--------------------------------------------------------------------------------

,["mi",10,2,"11108ab02dbe0e88",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11108ab02dbe0e88"]
,["kdlee","kdlee@leekimlaw.com","11108ab02dbe0e88"]
,["정화용","jounghwayong@gmail.com","11108ab02dbe0e88"]
,["seongdong.park","seongdong.park@gmail.com","11108ab02dbe0e88"]
]
,[]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]

,["kdlee@leekimlaw.com","정화용
\u003cjounghwayong@gmail.com\>","seongdong.park@gmail.com"]
,[]
,[]
,"Feb 28, 2007 6:04 AM","Re: 투자 건","김박사님, 김훈선배는 내일이라도 바로 연·드리고
최대한 빨리 찾아뵙겠습니다. 말씀하신대로 김용춘사장님을 여의· 사무실로 오늘 점심때
찾아뵈...",[]
,1,,,"Wed Feb 28 2007_6:04 AM","On 2/28/07, Joonsug Chung \u003cjoonsug@gmail.com\>
wrote:"

**ENGLISH
Translation**

,["mi",10,1,"110e713ebfb3f284",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["Hwayong Joung","jounghwayong@gmail.com","110e713ebfb3f284"]
,"Feb 21",["Hwayong Joung  jounghwayong@gmail.com\>"]
,"Feb 21, 2007 6:32 PM","Compensation","Dear Dr. Joung, how are you.  Here's an opinion about aforementioned members' yearly salary and Stock Option you've told me yesterday. Kangmin Lee : $68,000, 150...",[]
From:   /font\> /b\> font face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:10pt;font-family:Tahoma\"\>         Seyoung     Kim    [mailto:    a href\u003d\"mailto:mountainrun@gmail.com\"  target\u003d\"_blank\"  onclick\u003d\"return top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com  /a\>]    br\>   b\>  span style\u003d\"font-weight:bold\"\>Sent:   /b\> Thursday, February 22, 2007 10:32 AM  br\> b\> span style\u003d\"font-weight:bold\"\>To:    /b\>   /font\> font size\u003d\"2\"\> span style\u003d\"font-size:10pt\"\>Hwayong   Joung    /font\>   font   face\u003d\"Tahoma\" size\u003d\"2\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:10pt;font-family:Tahoma\"\> br\>  b\> span style\u003d\"font-weight:bold\"\>Subject:   /b\> Compensation /font\>   /p\> ",1]

,["mb"," ",1]
,["mb","  span class\u003dq\>    p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>      /font\> /p\>        p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Dr.Joung ,   /font\> /p\>       p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>   /font\> /p\>     p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Hi  .    /font\> /p\>         p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\> Here's an opinion about aforementioned members' salary and Stock Option you told me yesterday.   /font\> /p\>     p\> font face\u003d\"Gulim\" size\u003d\"3\"\>      span    lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>     /font\> /p\>       p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Lee  /font\> Min  :  $68,000,  150,000 Shares  /p\>     font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Jinyoung Park /font\> :  $55,000,  150,000 Shares  /p\>       p\> font face\u003d\"Gu·l\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Kiyoung Kwak  /font\> :  $40,000,  120,000 Shares  /p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Jongok  Lee /font\> :  $65,000,  150,000 Shares  /p\>     font face\u003d\"Gulim\" size\u003d\"3\"\> span   lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>      /font\> /p\>         p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>.   If the company starts to run smoothly, we want to compensate well above the Market Value, but for now, we have determined to pay the same based on current company's yearly salary, and pay the same when you move plus some Alpha in parallel translation.  Depending on individuals, this might not be sufficient, but we're trying to do best according to company's situations.  I wish you would  focus on  our company  future  growth  potential.  /font\> /p\>         p\> font face\u003d\"Gulim\"    size\u003d\"3\"\>    span    lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>   /font\>",1]
,["mb","  /p\>        p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\> above mentioned Stock Option applies to the first one.  Residual Shares will be distributed within this year, and there will be an average of additional 80,000 shares of Stock Option per person.  If everything follows according to plan, differences and above figures won't have much meaning.  Furthermore, above currency is in $ for the convenience, but in actual (proper) Job Offer, we will use □.  If you have different opinions, please let me know.  And.. Stock Option Price has many variables.  I heard last time that it's proper at 15-20 cents per share.  I believe, in my knowledge, that this difference in price possibly can be repaid individually to you later...</font\> /p\>       p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>   /font\> /p\>       ",1]
,["mb","    p\>   font   face\u003d\"Gulim\"  size\u003d\"3\"\>  span   style\u003d\"font-size:12pt\"\>hope a little problem with stopped Funding situation as of now gets resolved well. I will be leaving to New Jersey tonight and I will be back in March 7.    /font\> /p\> ",1]

,["mb",",span class\u003dq\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\" style\u003d\"font-size:12pt\"\>     /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>  When I was out for a brief walk this afternoon, N company's General Manager and CTO, Mark Kelly left a message at the President, Salami's request, that he wants to have a talk with us.  I did give him a return call, but couldn't get hold of him, and still waiting for his call.  anyway, since I leave tonight, I'll call from New Jersey.     /font\> /p\>     p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span lang\u003d\"EN-US\"  style\u003d\"font-size:12pt\"\>     /font\> /p\>     p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Little by little, things are making sense, and I believe everything will be all right.  In my guess, these might have some connections to recent happening that P company received an upsetting answer from N company.   Cheers.   First of all, let me cheer up first,     /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\>  span   lang\u003d\"EN-US\"   style\u003d\"font-size:12pt\"\>     /font\> /p\>          p\> font face\u003d\"Gulim\" size\u003d\"3\"\> span style\u003d\"font-size:12pt\"\>Seyoung Kim

---------------------------------------------------------------------------------------------------

,["mi",10,4,"11109d559b9f6ba2",0,"0","Kenneth D. Lee","Kenneth","kdlee@leekimlaw.com",[[]
,[["me","mountainrun@gmail.com","11109d559b9f6ba2"]




]
,[]
]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,[]
,[]
,[]
,"Feb 28, 2007 11:31 AM","Re: Investment Case", "We should avoid any mention of Nextwave, especially to anyone in Korea, for t...",[]
,1,,,"Wed Feb 28 2007_11:31 AM","On 2/28/07, Kenneth D. Lee \u003ckdlee@leekimlaw.com\> wrote:"

---------------------------------------------------------------------------------------------------

,["mi",10,1,"1114dc41d2fac0c9",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","1114dc41d2fac0c9"]
,["Kenneth","kdlee@leekimlaw.com","1114dc41d2fac0c9"]
,["Hwayong","jounghwayong@gmail.com","1114dc41d2fac0c9"]
,["Seongdong Park","seongdong.park@gmail.com","1114dc41d2fac0c9"]
,["Seongdong Park","seongdong.park@inquadron.com","1114dc41d2fac0c9"]
]
,[]
]
,"Mar    13",["Seyoung    Kim    mountainrun@gmail.com\>","\"Kenneth    D.    Lee\" kdlee@leekimlaw.com\>","Hwayong Joung  jounghwayong@gmail.com\>"," Seongdong Park  seongdong.park@gmail.com\>"," Seongdong Park   seongdong.park@inquadron.com\>"]
,[]
,[]
,[]
,"Mar 13, 2007 5:06 PM","NextWave material","Dear all, One ex-Nokia person, now with the NextWave       Broadband,        visited        Seoul...",[["0.1","NW_Overview_Feb 07.pdf","application/pdf",659801,-1,"f_ez90injd"]

]
,1,,,"Tue Mar 13 2007_5:06 PM","On 3/13/07, Joonsug Chung  joonsug@gmail.com\>
wrote:","On    3/13/07,    b    class\u003dgmail_sendername\>Joonsug    Chung    /b\>
&lt;joonsug@gmail.com; wrote:","gmail.com",,,"","",0,,"
-------------------------------------------------------------------------------

,["mi",10,2,"1114def812b2d48e",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1114def812b2d48e"]
,["Kenneth","kdlee@leekimlaw.com","1114def812b2d48e"]
,["Hwayong","jounghwayong@gmail.com","1114def812b2d48e"]
,[" Seongdong Park ","seongdong.park@gmail.com","1114def812b2d48e"]
,[" Seongdong Park ","seongdong.park@inquadron.com","1114def812b2d48e"]
]
,[]
]
,"Mar 13",["Joonsug Chung  joonsug@gmail.com\>"]
,["\"Kenneth    D.    Lee\"    kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>"," Seongdong  seongdong.park@gmail.com\>"," Seongdong
Park  seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 13, 2007 5:53 PM","Re: NextWave material","That is very a challenging plan with such a
newly organized team. I wonder wh...",[]
,1,,,"Tue Mar 13 2007_5:53 PM","On 3/13/07, Seyoung Kim  mountainrun@gmail.com\>
wrote:"

"gmail_sendername\"\>Seyoung Kim /b\> &lt; a href\u003d\"mailto:mountainrun@gmail.com\"
target\u003d\"_blank\"    onclick\u003d\"return
top.js.OpenExtLink(window,event,this)\"\>mountainrun@gmail.com /a\>; wrote:    blockquote
class\u003d\"gmail_quote"    style\u003d\"padding-left:1ex;margin:0px  0px  0px  0.8ex;border-
left:#ccc 1px solid\"\>  That is very a challenging plan with such a newly organized team.    I
wonder who the audiences were for the presentation.  Is it for fund raising or introduction of
their future products to Korean WiMAX operators or manufacturers?  Thanks.        Seyoung
-------------------------------------------------------------------------------

,["mi",8,3,"11152a33759bee72",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11152a33759bee72"]
,["Kenneth","kdlee@leekimlaw.com","11152a33759bee72"]
,["Hwayong","jounghwayong@gmail.com","11152a33759bee72"]
,[" Seongdong Park ","seongdong.park@gmail.com","11152a33759bee72"]
,[" Seongdong Park ","seongdong.park@inquadron.com","11152a33759bee72"]
]
,[]
]
,"3:48 pm",["Seyoung Kim  mountainrun@gmail.com\>"]
,["\"Kenneth    D.    Lee\"    kdlee@leekimlaw.com\>","Hwayong    Joung
jounghwayong@gmail.com\>"," Seongdong  seongdong.park@gmail.com\>"," Seongdong
Park  seongdong.park@inquadron.com\>"]
,[]
,[]
,"Mar 14, 2007 3:48 PM","Re: NextWave material","",[]
,1,,,"Wed Mar 14 2007_3:48 PM","On 3/14/07, Joonsug Chung  joonsug@gmail.com\>
wrote:","On    3/14/07,    b    class\u003dgmail_sendername\>Joonsug    Chung    /b\>
&lt;joonsug@gmail.com;    wrote:","gmail.com",,,"","",0,,"
824bee92070314154815fb4e5deme7cbf76c2ff4475c@mail.gmail.com\>",1173912500000,,0,"In
reply to \"NextWave material\"",0]
,["mb"," Dear Dr. Kim,        I did not ask them specifics since there were other people together

where I was cautious about showing too much interest in the presence of other people at my current work.    I will try to find some information about what they have been up to in Korea last February.      BR br\>",1]
,["mb"," span class\u003dsg\>Joonsug br\> br\>   ",1]

-----------------------------------------------------------------------------------------------

,["mi",9,19,"110f4731c834d444",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Hwayong Joung","jounghwayong@gmail.com","110f4731c834d444"]
,["me","mountainrun@gmail.com","110f4731c834d444"]
,["Kenneth","kdlee@leekimlaw.com","110f4731c834d444"]
]
,[]
]
,"Feb        24",["Hwayong        Joung\u003cjounghwayong@gmail.com\>","Seyoung        Kim
\u003cmountainrun@gmail.com\>","\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,[]
,[]
,[]
,"Feb 24, 2007 8:51 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment", "Dear gents, I talked with Duk-Yong Kim, President of KMW and my very close co...",[]
,1,,,"Sat Feb 24 2007_8:51 AM","On 2/24/07, Joonsug Chung \u003cjoonsug@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------

,["mi",10,24,"110fd6fa1dcae783",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["Kenneth","kdlee@leekimlaw.com","110fd6fa1dcae783"]
,[" Hwayong Joung ","jounghwayong@gmail.com","110fd6fa1dcae783"]
,["me","mountainrun@gmail.com","110fd6fa1dcae783"]
]
,[]
]
,"Feb 26",["\"Kenneth D. Lee\" \u003ckdlee@leekimlaw.com\>"]
,[["Hwayong        Joung        \u003cjounghwayong@gmail.com\>","Seyoung        Kim
\u003cmountainrun@gmail.com\>"]
,[]
,[]
,"Feb 26, 2007 2:44 AM","Re: Meeting Mr. Yongmin Kim on Thu for potential investment", "Dear Dr. Kim, Ken, KMW meeting will happen only on 3/2 Fri due to no other av...",[]
,1,,,"Mon Feb 26 2007_2:44 AM","On 2/26/07, Joonsug Chung \u003cjoonsug@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------

,["mi",10,7,"1112c4b13540fa8a",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Joonsug","joonsug@gmail.com","1112c4b13540fa8a"]
,[]]
,"Mar 7",["Joonsug Chung \u003cjoonsug@gmail.com\>"]
,[]
,[]
,[]
,"Mar 7, 2007 4:06 AM","Re: Investment Case", "Dear Joonsug Chung, if president Deukyong Kim becomes interested, it will open the door for us to develop the future business dealings with KMW.    Hope you get a good result.    Seyoung Kim ",[]
,1,,,"Wed Mar 7 2007_4:06 AM","On 3/7/07, Seyoung Kim \u003cmountainrun@gmail.com\> wrote:"
-----------------------------------------------------------------------------------------------

,["110fbd8aa55e8922",0,0,"Feb                                                    25","<span id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span id\u003d\"_upro_YC.Kim@nsc.com\">YC</span>         (3)","<b>&raquo;</b> ","This     is Seyoung Kim.","Yong.. Kim, thank you for your message.   Tuesday at 10 AM in Korean time, phone
,"","110fbc8a2449197a7a",0,"Sun Feb 25 2007_6:02 PM",0,"",0,0,1]
-------------------------------------------------------------------------------------------------

,["1110318e11ceed28",0,0,"Feb                                                    26","<span id\u003d\"_upro_mountainrun@gmail.com\">me</span>,                              <span id\u003d\"_upro_joonsug@gmail.com\">Joonsug</span>
(3)","<b>&raquo;</b> ","Yongchoon Kim, NS Resident Chief"," I just had reached him, tomorrow at lunch, the president, Kwangsun Kim for a company named DNT
,"","11101a678369ee2b",0,"Mon Feb 26 2007_9:22 PM",0,"",0,0,1]
-------------------------------------------------------------------------------------------------

,["mi",10,2,"11108ab02dbe0e88",0,"0","Joonsug Chung","Joonsug","joonsug@gmail.com",[[]
,[["me","mountainrun@gmail.com","11108ab02dbe0e88"]
,["kdlee","kdlee@leekimlaw.com","11108ab02dbe0e88"]
,["Hwayong Joung","jounghwayong@gmail.com","11108ab02dbe0e88"]
,["seongdong.park","seongdong.park@gmail.com","11108ab02dbe0e88"]
,]
,[]


]
,"Feb 28",["Seyoung Kim \u003cmountainrun@gmail.com\>"]
,["kdlee@leekimlaw.com","HwayongJoung
\u003cjounghwayong@gmail.com\>","seongdong.park@gmail.com"]
,[]
,[]
,"Feb 28, 2007 6:04 AM","Re: Investment case","Dear Dr.Kim, I will contact the elder, Hoon Kim right away fast as tomorrow and visit him as soon as I can.   As you have told me, going to visit the president, YongChoon Kim, at Yeoui office today at lunch time...",[]
,1,,"Wed Feb 28 2007_6:04 AM","On 2/28/07, Joonsug Chung ¥u003cjoonsug@gmail.com¥> wrote:"

EXHIBIT 23

,["mi",10,1,"110fe1197996b84c",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]

,[["정화용","jounghwayong@gmail.com","110fe1197996b84c"]

,["신춘","choonshin72@sbcglobal.net","110fe1197996b84c"]

,"Feb 26",["정화용  jounghwayong@gmail.com\>"]

,["신춘  choonshin72@sbcglobal.net\>"]

,"Feb 26, 2007 5:41 AM","PCB 제작","안녕하세요. 지난 토요일 A 사 방 사장님과 만난다고 들었는데 어떻게 되었는지요? PCB Gerber File 이 준비되어 이제는 시간이 급...",[]
,1,,,"Mon Feb 26 2007_5:41 AM","On 2/26/07, Seyoung Kim  mountainrun@gmail.com\> wrote:"

Subject:        PCB              font-size:10pt\ >제작  \      >    >  \  \  \  > face\ "굴림\"         "  font-size:12pt\ >         \    >  face\ "·림\"         font-size:12pt\ >안녕하세요\     >.         >  \   \   >  face\ "굴림\"         font-size:12pt\ >지난 토요일\         > A   사  방  사장님과  만난다고  들었는데  어떻게 되었는지요\     >?        >  \   \   >  face\ "굴림\"         "  font-size:12pt\ >PCB Gerber File   이 준비되어 이제는 시간이 급합니다\         >.  Update   부탁합니다\     >.  >  \   \  >  face\ "굴림\"         font-size:12pt\ >··  세영\      >    >       ",1]
,["mb",        br\ ",0]
,["ce"]],"0"]·······························

-----------------------------------------------------------------------------

["mi",10,2,"1110079bdc3cbaf3",0,"0","정화용","정화용","jounghwayong@gmail.com",[[]
,[["me","mountainrun@gmail.com","1110079bdc3cbaf3"]
,"Feb 26",["Seyoung Kim  mountainrun@gmail.com\>"]

,"Feb 26, 2007 4:54 PM","RE: PCB 제작","안녕하세요? 지난 토요일 방사장님과 만나 ·· 2 시간 정도 이야기를 나누었습니다. 지금부터는 이전의 관계를 좀더 clear··게 가져가는 방향...",[]

,1,,,"Mon Feb 26 2007_4:54 PM","On 2/26/07, 정화용  jounghwayong@gmail.com\> wrote:"
,["mb",         class\u003dq\          class\  "gmail_quote\        >On   2/26/07,       b  class\  "gmail_sendername\  >정화용      &lt;  a  href\ "mailto:jounghwayong@gmail.com\"  target\         "_blank\"        onclick\        "return top.js.OpenExtLink(window,event,this)\ >jounghwayong@gmail.com a\>&gt; wrote:  ",1]
,["mb", blockquote class\ "gmail_quote\       1px  solid\      vlink\ "purple\" link\ "blue\     \>",1]
,["mb",     class\u003dq\        >
안녕하세요?  지난  토요·  방사장님과  만나  약 2    시간  정도  이야가  나누었습니다. 지금부터는  이전의  관계를  좀더  clear   하게  가져가는  방향으로  이야기  되었고  다음과  같은 사항을  계··관계로서  진행하자는데  합의를  하였습니다
4  가지  조건은  Axstone   에서  요구하는  사항이라  우리  쪽에서  수락하는지의  여부는알려 주면  될  것  같습니다.  방사장의  말씀은  이  4    가지  조건을  계약서  작성하기  이전에 구두로라도  즉  이메일을  통해서라도  알려주면  거북선은  바로  진행  하겠다는  것입니다. 그리고  거··선에  대한  비용도  산출하여  알려  주겠다고  합니다.  계약서상에  명시되어야  하는

4 가지 큰 틀은 다음과 같습니다.

확실한 개발 범위

즉 Axstone 은 system 개발 업체로서 system 을 개발하고 IQI 는 baseband modem 개발 업체로서 Modem color 만을 개 하고 서로의 개발 범위를 넘지 않는다.

Business Model

예를 들면 Nextwave 같은 회사에 system 을 공급할 때 IQI (modem) 와 Axstone(system) 이 같이 개발하여 공급한다

Profit Sharing

IQI 가 타 system 업체에 modem chip 을 공급할 때, reference board, RF module 등을 여러 부분을 제공하게 되면 이때 Axstone 의 제품이나 know-how 가 들어 갔을 경우 Profit 을 share 한다.

IQI M&A

만약 추후에 IQI 가 타회사와 M&A 가 진행 될 경 Axstone 과의 관계를 어떻게 정리 할 것인·에 대한 고민이 필요 하고 이런 내용도 계약관계에 포함 시켰으면 함. 따라서 방사장은 아직도 염려하고 있는 것이 IQI 가 초··에 같이 개발을 진행하다 추후 system 개발 자체도 IQI 가 직접 개발을 하지 않을까에 대한 의문을 많이 가지고 있는 것 같··니다. 즉 자기들을 나중에 왕따시키지 ·겠나는 것이지요.

그 외 현재 Axstone 이 진행하고 ·는 일들에 대해 이야기를 나누었습니다. 방사장이 회사를 유지 진행 시키기 위해 열심히 뛰어 다니는 것 같습니다. 이·· 저곳 많은 곳을 다니고 있고 system business 뿐만 아니라 PCMCIA, USB Type 의 단말 형태 제공을 위해 ODM 형태의 회사도 알아 놓고 있는 듯 합니다. 그리고 Sequance 와의 관계도 현행대로 유지 시키고 있으면 6 월~8 월 사이 In-Building solution 을 가지고 KT BMT 에 ··도시 참여 할 것이라고 합니다.

다른 이야기도 있지만 메일에 다 쓰기가 그래서 전화로 연락 드리겠습니다. 그·· 오늘도 좋은 하루 되세요 정화용

--------------------------------------------------------------------------------

,["mi",8,3,"11101240df24b486",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[]
,[["정화용","jounghwayong@gmail.com","11101240df24b486"]

,"Feb 26",["정화용  jounghwayong@gmail.com¥>"]

,"Feb 26, 2007 8:00 PM","Re: PCB 제작","",[]
,1,,,"Mon Feb 26 2007_8:00 PM","On 2/26/07, Seyoung Kim mountainrun@gmail.com¥> wrote:","On 2/26/07, b class¥u003dgmail_sendername¥>Seyoung Kim &lt;mountainrun@gmail.com&gt; wrote:","gmail.com",,,"","",0,, 9d68294f0702261900m666cf4bfwb244a4b71ff2a45f@mail.gmail.com¥>",1172545211000,,0,"In reply to ¥"PCB 제작¥"",0]

,["mb", ¥> 정화용 박사님, 방사장님과 많은 이야기 하시느라 수고 하셨고 조금 전 전화
통화한 대로 원만하· 합의되어 거북선 PCB 조립이 시급히 진행되기를 기대합니다. 4-5 월 사이 N 사 혹은 다른 Potential Customer 에게 우리의 가능성을 보여주는 것이 아주 중·합니다 (물론 제한된 장소에서 보여주는 것이지만). 이를 성공시키면 A 사·게도 아주 좋은 기회가 될 것입니다. 현재로서는 방사장께서 우리를 이해하고 믿으시는데 쉽지는

알겠지만 시간이 해결해 주리라 믿습니다. 그리고 KTD 로 부터도 좋은 소식이 있기를
·대합니다. 소식 나오는대로 연락 부탁드립니다. 김세영

# ENGLISH
# Translation

,["mi",10,1,"110fe1197996b84c",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[["Hwayong Joung","jounghwayong@gmail.com","110fe1197996b84c"]
,["choonshin" choonshin72@sbcglobal.net","110fe1197996b84c"]
"Feb 26", [ Hwayong Joung   jounghwyong@@gmail.com>"]
"Choonshin" choonshin 72@sbcglobal.net>"],
"Feb 26",[" 7 5:41 AM","PCB development","Hi. I thought I heard you're meeting A company's
president Mr. Bang.   How did it go?   PCB Gerber File is ready so now time's running out...",[]
,1,,,"Mon Feb 26 2007_5:41 AM","On 2/26/07, Seyoung Kim   mountainrun@gmail.com\>
wrote:"
Subject:      PCB               font-size:10pt\ >Development   \    >    >  \   \   \  >
face\ "Gulim\"            "  font-size:12pt\ >      \     >    face\ "·lim\"        font-
size:12pt\ >Hi\       >.        >   \   \   >   face\ "Gulim\"        font-size:12pt\ >last
Saturday\       > I heard you were meeting with A company president Mr. Band.   How did it
go?\      >?       >   \   \   >   face\ "Gulim\"        font-size:12pt\ >PCB Gerber File
is ready.  And now we're in a hurry       >. Update       please\      >.       >  \   \   >
face\ "Gulim\"        font-size:12pt\ >··   Seyoung\      >      >      ",1]
,["mb",      br\ ",0]
,["ce"]],"0"] ·································

----------------------------------------------------------------------

["mi",10,2,"1110079bdc3cbaf3",0,"0","      Hwayong      Joung      ","      Hwayong
Joung",jounghwayong@gmail.com",[[]
,[["me","mountainrun@gmail.com","1110079bdc3cbaf3"]
,"Feb 26",["Seyoung Kim   mountainrun@gmail.com¥>"]
,"Feb 26, 2007 4:54 PM","RE: PCB Development","Hi? I met President Bang last Saturday ..
we talked for about 2 hours.   Now on, past relationship need more clear ...",[]
,1,,,"Mon Feb 26 2007_4:54 PM","On 2/26/07, Hwayong Joung   jounghwayong@gmail.com¥>
wrote:"
,["mb",      class\u003dq\      class\ "gmail_quote\ >On 2/26/07,   b class\" gmail_sendername\ >
Hwayong    Joung    &lt;   a href\ "mailto:jounghwayong@gmail.com\" target\ "_blank\"
onclick\  return  top.js.OpenExtLink(window,event,this)\  >jounghwayong@gmail.com  a\>&gt;
wrote:  ",1]
,["mb",   blockquote class\ "gmail_quote\"                    1px solid\              vlink\ "purple\"
link\ "blue\      \>",1]
,["mb",      class\u003dq\                        >
Hi? I met President Bang last Saturday ..  we talked for about 2 hours.   Now on, past
relationship need more clear direction, and we agree on following terms
4 conditions are Axstone's request.   We just need to give them answer whether or not we
would accept.   President Bang's saying, before we proceed with the contract with these 4
terms, by words, that is emailing, he will immediately start processing Geobuksun (Turtle Ship).
And he told me he would figure out the cost involved with Geobuksun.   4 big main points that
should be specified in the contract is as follows.
Specified Development Area
That is, Axstone is system development company and develops system.   IQI is baseband
modem development company and only does Modem color..   and they wouldn't go beyond
their own development area and would not invade another's developing area
Business Model
For instance, when providing system to a company like Nextwave, IQI (modem) and
Axstone(system) will develop and provide together.

Profit Sharing
When IQI provides modem chips to different system company, if they provide reference board,
RF module and many parts, if Axstone's product or know-how is included, share the profit.
IQI M&A
If in later day, IQI and other company proceeds M&A, how to end relationship with Axstone..
needs to be considered, and these matters to be included in the terms of agreement.   Hence, I
am guessing president Bang's concern is IQI's starting project together at the beginning and
later decides to develop system independently.   That is, he is wondering if they would later

make them loners.
Other than that, we've talked about Axstone's current projects.   President Bang seemed to be busy to keep company under control and going.   He's visiting many places.   Not only system business, but to provide PCMCIA, USB Types of terminal, he's making connections with ODM related businesses. And if he can maintain the relationship with Sequance as it is, he will surely participate in KT BMT by June to August with In-Building solution
I have other stories to tell, but little too much to write all in email.   So, I'll call you.   Well, have a nice day   Hwayong Joung

-----------------------------------------------------------------------------------------------------

,["mi",8,3,"11101240df24b486",0,"0","Seyoung Kim","Seyoung","mountainrun@gmail.com",[[]
,[[" Hwayong Joung ","jounghwayong@gmail.com","11101240df24b486"]
,"Feb 26",[" Hwayong Joung   jounghwayong@gmail.com¥>"]
,"Feb 26, 2007 8:00 PM","Re: PCB Development","",[]
,1,,,"Mon Feb 26 2007_8:00 PM","On 2/26/07, Seyoung Kim   mountainrun@gmail.com¥> wrote:","On    2/26/07,    b    class¥u003dgmail_sendername¥>Seyoung    Kim &lt;mountainrun@gmail.com&gt;    wrote:","gmail.com",,,"","",0,, 9d68294f0702261900m666cf4bfwb244a4b71ff2a45f@mail.gmail.com¥>",1172545211000,,0,"In reply to ¥"PCB Development¥"",0]
,["mb",   ¥> Dear Dr.Hwayong Joung, good job discussing many things with Mr..Bang.   As we have discussed over the phone about the agreements, I hope it goes well with contract, and I expect to see the immediate processing in assembly of Geobuksun PCB soon.   It is very important to show our potential to N company or other potential Customers between April and May.   (of course, the presentation will be conducted at a specified place).   If we make a success, it will be a good opportunity for A company, too.   For now, the president, Mr. Bang seems to understand and believe us, I believe it is not an easy job but, time will solve it all. And I also hope to hear good news from KTD.   Please do me a favor by giving contact as soon as you get the news.
Seyoung Kim

EXHIBIT 24

# POS DATA

276-2, Seohyeon-dong, Bundang-gu
Seongnam, Kyeonggi-do 463-775, KOREA
(Tel) +82.31.779.2114, (Fax) +82.31.779.2300

김 세영 님께:

포스데이타㈜는 귀하와 유지하고 있던 고용계약 관계를 2007년 3월 22 일부로 종료합니다. 아울러 귀하와 2006년10월 27일 채결한 합의서도 같은 일자로 해지함을 통보합니다.

포스데이타㈜는 2007년 3월 22일 18:00까지 귀하가 보유한 컴퓨터, 자동차 등 회사 재산을 미국연구소 사무실에 반납하고, 사용중인 회사 명의의 임대 아파트에서 퇴거할 것을 요청합니다.

2007년 3월 21일

포스데이타㈜ 경영지원본부장

상무이사 조 재 구

**ENGLISH
Translation**



**POSDATA**

276-2, Seohyeon-dong, Bundang-gu
Seongnam, Kyeonggi-do 463-775, KOREA
(Tel) +82.31.779.2114, (Fax) +82.31.779.2300

Dear, Mr. Seyoung Kim,

Posdata (Inc) terminates employment relationship with you as of March 22, 2007. Furthermore, this is to notify you that the agreement made with you on October 27, 2006 is also nullified on the same date.

Posdata (Inc) is hereby requesting you to return the company's properties, such as computers, automobiles, and etc., in your possession to the office of American laboratory by March 22, 2007, at 18:00 and to vacate from company owned rental apartment.

March 21, 2007

Posdata (Inc) Headquarter of operation Support

Managing Director, Jae Gu Cho

EXHIBIT 25

# EXHIBIT 25

# DOCUMENT SUBMITTED UNDER SEAL

EXHIBIT F



**검찰**
PROSECUTORS' OFFICE

## 서울중앙지방검찰청
첨단범죄수사부
전화 530-4977,8/ 팩스 530-4889

## 보 도 자 료

**2007. 5. 18.(금)**

자료문의 : 530-4977
부장검사  이제영

| 제 목 | 세계 최초 개발 휴대인터넷(WiBro) 핵심기술 해외유출 기도사건 중간수사결과 |
|---|---|

## 1. 개 요

○ 서울중앙지방검찰청 첨단범죄수사부(부장검사 이제영, 주임검사 김후곤, 김윤희)는, 국가정보원 산업기밀보호센터로부터 P사 소속 전·현직 연구원들이 미국에 동종업체인 I사를 설립하여 P사 소유의 WiBro(wireless broadband) 기술의 해외유출을 시도하고 있다는 첩보를 입수하고, 신속히 수사에 착수하였음

○ 수사결과, P사 와이브로 사업본부내 전·현직 연구원들이 P사의 내부 인사발령에 불만을 품고 <u>미국 캘리포니아주에 동종업체인 I사를, 국내에 연락사무소를 설립한 후 P사 연구원 30여명을 포섭한 다음, 와이브로 기술 전반에 대한 핵심기술을 불법 유출하여 미국 통신회사에 판매하려고 계획하고 있는 사실을 적발하여, **세계 최초 개발한 WiBro 원천기술의 해외유출을 조기에 차단**</u>하였으며,

○ 본건 범행의 주요가담자인 위 P사의 전·현직 연구원 7명을 적발하여, 그 중 <u>전직 연구원 정○○, 박○○, 이○○, 현직 연구원 황○○ 등 4명을 금일 구속기소</u>하고, 미국에 체류 중인 나머지 공범 3명에 대하여는 국내 소환을 위한 절차를 개시하여 계속 수사 진행 중임

## 2. 범죄사실의 요지

### ☐ 인적사항

○ 정○○ (39세, P사 연구소 前 하드웨어 개발실 그룹장, 구속)

○ 박○○ (33세, P사 연구소 前 소프트웨어 개발실 그룹장, 구속)

○ 이○○ (38세, P사 연구소 前 소프트웨어 개발실 팀원, 구속)

○ 황○○ (45세, P사 연구소 現  종합시험팀장, 구속)

※ 전직 연구원 ○○○ 등 3명은 미국 시민권 또는 영주권자들로 현재 미국내

체류중에 있어 국내 소환을 위한 절차 진행중

### ☐ 범죄사실 요지

피고인들은 P사에서 2004. 2.경부터 현재까지 개발비 약 900억원과

170여명의 연구 인력을 투입하여 세계 최초로 개발한 와이브로

관련 원천기술을 위 회사의 핵심연구 인력과 함께 몰래 빼낸 다음,

미국 내에 동종업체를 창업하고 위 기술을 이용하여 상용화 가능한

단계에 이른 후, 미국통신업체와의 M&A를 통해 수천억원 상당의

부당이익을 취득하기로 결의하고 공소외 ○○○, ○○○, ○○○ 등과

순차로 공모하여,

- 피고인 정○○은

2006. 10. 초순경 피해회사의 테크니컬 메모(TM : technical

memo), 디자인 다큐먼트(DD:Design Document), 성능평가자료

(PD:Performance Document) 등을 외장하드에 저장하여 유출

- 2 -

※ 테크니컬 메모는 와이브로 각 개발과정의 전문기술에 대한 분석, 해법 및 방향을 제시한 문서, 디자인 다큐먼트는 하드웨어와 소프트웨어 구현 아키텍처를 제시하는 문서, 성능평가자료는 개발과정에 있는 와이브로의 성능을 평가한 자료로서 와이브로 핵심기술 자료임

- 피고인 박○○은

2006. 9.경부터 2006. 10.경까지 피해회사의 기지국 채널카드 MAC 소스 프로그램(2006. 9. 버전) 등을 외장하드에 저장하여 유출, I사 국내 연락사무소에서 와이브로 기술 개발을 위해 위 소스코드 사용

※ 기지국 채널카드 MAC 소스프로그램은 기지국의 성능을 좌우하는 기술로서 채널카드의 핵심기술이고 와이브로 원천기술 중 하나임

- 피고인 이○○는

2007. 3.경 피해회사의 기지국 채널코드 MAC 소스 프로그램(2007. 3.버전), 와이브로 장비 세부기술 디자인 설계문서 등을 개인 이메일로 송부하여 유출

※ 와이브로 장비 세부기술 디자인 설계문서는 본 문서를 기반으로 와이브로 장비를 그대로 개발할 수 있을 정도의 세부 기술 및 개발 설명이 상세히 되어 있는 핵심기술자료

- 피고인 황○○은

2006. 10. 중순경부터 2007. 1.경까지 피해회사와 G사, N사, K사와의 장비 연동시험 결과데이터 등을 공범인 ○○○, 정○○ 등에게 이메일로 송부하여 유출

※ 장비연동시험 결과데이터는 피해회사에서 개발중인 와이브로 관련 기지국, 제어기, 단말, 망관리 장치 전반에 대한 종합시험결과데이터가 포함된 핵심 영업비밀 자료임

# 3. 본건 수사의 특징

○ 세계 최초로 개발한 와이브로 원천기술의 해외유출 기도 사건

- WiBro(wireless broadband) 기술은 언제 어디서나 이동하면서 초고속 인터넷 이용이 가능한 인터넷 기반의 차세대(4G) 핵심통신 기술이며,

  ※ 와이브로망의 구성

  이용자 기지국 단말기(PSS, Portable Subscriber Station), 이 단말기에 무선으로 정보를 전달하기 위한 기지국(RAS, Radio Access Station) 장비, 그리고 이동성 관리와 과금 관리 등을 담당하는 제어국(ACR, Access Control Router), 그리고 인증 및 각종 부가 서비스 제공을 위한 서버 등 네가지 요소로 구분

- 정보통신부·한국전자통신연구원(ETRI), 한국정보통신기술협회(TTA)와 통신업체들이 2004.경부터 개발을 추진하여 온 'IT839정책'의 핵심과제로 국내 S사와 P사가 각각 5천억, 9백억 상당을 투자하여 개발한 세계 최초의 원천기술임

  ※ IT839정책 : WiBro, DMB 등 8대 신규 서비스를 발굴하여 광대역 통합망 등 3대 인프라를 구축하고 이를 기반으로 차세대 이동통신, 홈네트워크 등 9대 신성장 동력을 육성하자는 정부의 IT 산업 육성책

- 와이브로는 외국 기술을 국내에 도입하여 활성화된 CDMA 이동 전화와 달리 국내에서 자체 개발한 기술이며, 2002년부터 정부 및 관련기관간의 논의를 통하여 국내 표준규격을 확정하고, 세계 표준화 노력을 통해 2005. 12. 국제표준으로 인정받았으며, 2006. 6.경 세계최초로 상용화 성공

※ CDMA 원천기술을 보유한 퀄컴사는 2006년 한해동안 27.8억불(27조원 상당)의 로열티수입을 얻었으며, 한국도 1조5천억원 상당의 로열티를 지불하였음. 와이브로는 CDMA와는 달리, 기술종속에서 탈피하여 우리의 기술로 만든 핵심 칩 및 장비를 해외에 판매하여 퀄컴사의 로열티 수입규모 이상을 벌어들일 수 있는 길이 열리게 된 통신시장의 블루오션임

○ **IT업계 최대 규모의 기술 유출 사건**

- P사에 따르면, 지금까지 900억 상당을 와이브로 사업에 투자하였고, 금년에도 800억 상당을 투자할 계획을 수립하고 있으며, 본건으로 인하여 와이브로 핵심기술이 미국으로 유출되었을 경우 기지국 등 관련 장비 수출 기회 상실로 인한 손실액은 15조원 상당에 이를 것으로 전망하고 있음

- 정보통신부에 의하면 2006년부터 2010년까지 와이브로 산업의 국내 서비스 시장규모는 총 8조 1천억 상당, 장비 시장규모는 총 5조 8천억 상당에 이를 것으로 추정하고 있으며, 세계 와이브로 시장의 시스템 및 단말기 시장 규모는 동 기간 동안 총 24조원 상당에 이를 것으로 추정

  ※ 주요 국가별 와이브로/와이맥스 도입현황(자료 : 정보통신부)

   · 서비스 중인 국가(5개국) : 한국, 미국, 덴마크, 호주, 네덜란드

   · 서비스 예정(11개국) : 크로아티아, 이탈리아, 브라질, 베네주엘라, 중국, 일본, 싱가폴, 필리핀, 카나다, 영국, 아일랜드,

   · 검토중(8개국) : 대만, 스페인, 말레이시아, 멕시코, 프랑스, 인도, 독일, 스웨덴

- 와이브로 상용화후 국내 6년간 생산 유발효과는 24조 7천억원, 부가가치 창출효과는 12조원, 고용창출효과는 27만명에 이를 것으로 추정되어, 본건 기술유출시 한국은 10년 이상 먹거리를 잃게 되는 결과를 초래하는 등 국가경제 전체에 미치는 파급효과는 상상을 초월

O **해외에 관련회사를 설립하여 P사 핵심 연구원 및 핵심기술 유출을 시도한 조직적 범죄**

- 전직 연구원 ○○○이 만든 I사 조직도, 이메일 송·수신내역에 의하면 미국에 I사를 설립한 후 미국연구소 11명, 한국연구소 17명, 재무관리자 1명, 경영관리자 1명, 대표이사 1명 등으로 회사를 구성하고, P사에 근무하는 직원 총28명을 스카웃하여 I사에 합류시킨 다음, 관련기술을 미국 통신업체에 M&A를 통하여 1,800억 상당에 매각하여 거액을 취득할 계획을 수립한 것으로 확인

- 위 계획이 실행되어 P사 핵심연구인력 30여명이 퇴사할 경우, P사는 와이브로 사업을 추진하는데 있어 상당한 어려움에 봉착할 뻔하였음(현재까지 6명 합류)

  ※ 전직 연구원 ○○○은 연봉표, 스록옵션 배분 현황표까지 작성한 후 이를 토대로 P사 직원들에게 이메일을 통하여 고액 연봉을 제시하며 퇴사 유도

O **해외유출 시도한 영업비밀자료는 와이브로 기술의 핵심**

- 피고인들 및 해외 거주 공범들이 해외유출을 시도한 자료는 P사의 와이브로 인프라 시스템인 기지국(RAS) 및 기지국 제어기 장비(ACR), 단말장치(PSS), 망관리장치(EMS) 등 와이브로 기술전반에 이르고 있으며,

- 특히 와이브로 기술의 핵심인 기지국 채널카드 관련 소스코드를 비롯하여, 위 각 장비간 연동성 시험데이터 등 관련 자료가 해외 동종업체에 유출되었을 경우, 2년 이상의 기간과 170여명의 연구 인력이 투입되어 개발한 자료를 토대로, 단기간 내에 동종제품의 개발이 가능하고, 이로 인해 피해회사뿐 아니라 국내의 S사, K사 등 관련회사에 미치는 파급효과가 매우 심각한 상황이었음

## 4. 본건 수사의 의의

○ 국·내외적으로 와이브로 핵심기술유출행위를 적발한 최초의 사례

- 본건은 세계최초로 대한민국에서 개발된 와이브로 기술에 대한 조직적이고, 대담한 해외유출 기도 행위를 적발한 최초의 사례로,

- 피해회사를 포함한 원천기술 보유사인 S사, 와이브로 사업자인 K사, S사 등의 와이브로 사업, 나아가 국가경제전반에 미칠 악영향을 사전 차단

○ 신속한 공조수사로 국가핵심기술의 해외유출 사전 차단

- 중앙지검 첨단범죄수사부와 국가정보원 산업기밀보호센터가 초기 첩보수집단계에서부터 수사진행에 이르기까지 긴밀한 정보공유 및 협조체제를 구축하고 신속히 수사를 진행하여,

- 피고인들이 몰래 취득하여 국내에서 수정 중에 있는 채널카드 소스코드 등 핵심기술자료를 대부분 압수함으로써, M&A를 통한 미국 내 유출기도 사전 차단

○ 기술유출범죄의 감청필요성 확인

- 피고인들은 범행을 은폐하기 위하여 회사 이메일, 국내업체 이메일 이나 휴대폰 등을 사용하지 않고, 국내에 서버를 두지 않은 해외 업체의 이메일, 인터넷폰 등을 이용하여 자료교환 및 의사연락을 하는 등 지능적인 수법을 사용

- 그럼에도 현행법상 기술유출 범죄는 감청대상에서 빠져 있어 범죄의 예방 및 적발이 매우 어려운 실정임

- 기술유출범죄가 야기할 국부유출의 규모나, 그 범죄가 적발되기 쉽지 아니한 점 등을 감안할 때, 기술유출범죄야말로 다른 어떤 범죄보다도 감청의 필요성이 매우 크다 할 것임

- 따라서 국회에서 기술유출범죄를 감청대상에 포함시키기 위하여 통신비밀보호법 개정을 추진하고 있는데, 이는 매우 시의적절 하다고 판단되며, 조속히 통과될 것을 기대함

○ 디지털 증거분석 등을 통한 인권중심의 과학수사 관행 정착

- 중앙지검 첨단범죄수사부 디지털수사팀은 압수된 50여개의 하드 디스크(약 5000기가 GB 분량)의 복구·분석 및 방대한 양의 이메일 자료에 대한 분석을 통해,

- I사 설립계획 및 P사의 연구원 스카웃 계획, 연봉 및 스톡옵션 배분 현황표, P사의 영업비밀자료의 취득 및 사용내역 등을 밝혀 내어 증거자료로 활용하는 등, 진술에 의존하는 수사가 아닌 철저히 물증에 입각한 수사를 지향함으로써 인권중심의 과학수사관행 정착

**ENGLISH
Translation**



**Seoul Central District Prosecutors' Office**

**High-tech Crime Investigation**

**Phone** 530-4977,8/ **Fax** 530-4889

**News Data**

**2007.5.18.(Fri)**

Data Inquiry: 530-4977
Superintendent Public
Prosecutor , Jaeyoung Lee

| Subject | Interim Investigation Result for The Case of The Attempted Overseas Leak of The world's First Developed WiBro Core Technology |
| --- | --- |

## 1. Overview

O  Seoul Central District Prosecutors' Office (the Superintendent Prosecutor, Jaeyoung Lee, the Chief Prosecutor, Hugon Kim, and Yoonhee Kim), obtained an intelligence report from the National Intelligence Service's National Industrial Security Center, indicating that P Company's former and current researchers founded the same type of enterprise as P Company, I Company in the US, and they were trying to leak P Company's existing WiBro (Wireless Broadband) technology to overseas.  The Office began investigations immediately upon receipt of the intelligence report.

O  As a result of this investigation, it was found that previous and current researchers inside of P Company's WiBro business headquarters were dissatisfied with its internal personnel decisions.  These researchers had <u>established I Company, the same type of company as P Company, in California in the U.S. and its liaison office inside of the country, and had plans to lure 30 researchers away from the P Company and illegally leak and sell WiBro-related core technology to a U.S. communications company.  This espionage plan was discovered at an early stage, preventing the leakage of the world's first WiBro technology to overseas.</u>

O   Seven main accomplices have been found from the above P Company's former/current researchers.  <u>Four people among them were arrested and indicted today; they are former researchers Joung o o, Park o o, Lee o o, and current researcher Hwang o o.</u>  The remaining three accomplices are residing in the U.S.  A proceeding began to issue a subpoena to bring them inside of the country and these investigations are ongoing.

## 2.    Criminal Fact sheet

☐    Biographical Data

O Joung o o (39 years old, P Company's former chief of the hardware development office, arrested)

O Park o o (33 years old, P Company's previous chief of the software development office, arrested)

O Lee o o (38 years old, P Company's previous team member in the software development office, arrested)

O Hwang o o (45 years old, P Company's present team leader of the integration test team, arrested)

* Because 3 people including former researcher o o o, are either U.S. citizens or permanent residents of the U.S., and currently residing in the U.S., a procedure to issue a subpoena to bring them to the inside of the country is in process.

☐ Criminal Fact Sheet

Defendants have secretly taken away WiBro related source technology developed by P Company for the first time in the world along with core research workforce of the company. Since on or about February 2004, P Company has invested about 90 billion won and 170 research workforce to develop this technology. They have established a similar business in the U.S.  By using the above technology, they planned to reach the point of commercializing it; then, through M&A with a U.S. communications company, decided to obtain illegal profits, the equivalent of approximately hundreds of billions won.  They conspired with accused o o o, o o o, o o o, successively.

- Defendant Joung o o,

Around the beginning of October 2006, stored technical memo (TM: Technical Memo), design document (DD: Design Document), and performance document (PD: Performance Document) of the victimized company in external hard disk to take it outside of company.

2

*Technical memo is a document suggesting analysis, solution and direction of special technology in each of WiBro's developmental processes.  Design document is a document that suggests hardware and software's implementation architecture.  Performance document is a document that evaluates the performance of WiBro in developmental process, and it is the core technology data.

- Defendant Park o o,

From September 2006 to October 2006, saved the base station channel card's Media Access Control (MAC) source program (Sep 2006 version) of victimized company to an external hard disk.  Has used the above source code to develop WiBro technology at the liaison office of I Company inside of the country.

*Base station channel card of MAC source program is a technology that controls the performance of base station.  It is the channel card's core technology, and one of WiBro's source technologies.

- Defendant Lee o o,

Around March 2007, leaked out base station channel code MAC source program (March 2007 version) and WiBro equipment detail technology design layout document from the victimized company by sending out via personal email.

*WiBro equipment detail technology design layout document is detailed enough to develop WiBro equipment as it is, based on this document.  It has fine details of technology and development explanations in detail.  It is the core technology information.

-Defendant Hwang o o,

From mid Oct. 2006 to Jan. 2007, forwarded and leaked out the result of the data of Equipment Interlocking Test between the victimized company, and the companies, G, N, and K by emails to accomplices, o o o, and Joung o o.

*Equipment Interlocking Test result data contains the comprehensive test result data of all WiBro related base station, controller, terminal, and net management device that the victimized company is developing.  It is core classified business operation data.

## 3.  Characteristics of this investigation

o This is an attempted case to leak out secrets of the world's first developed WiBro source technology to overseas.

- WiBro (Wireless Broadband) technology is a core telecommunications technology which is the foundation of the next generation (4G) and it allows users to access high-speed internet at any time and anywhere.

    *Framework of WiBro network

    Framework of WiBro network is divided into 4 elements: User Base Station Terminal, PSS (Portable Subscriber Station), RAS (Radio Access Station) equipment to transfer information wirelessly to PSS, Control station, ACR (Access Control Router) to take care of the management of the mobility and the access fee, and the Server to provide certification and other additional services.

- It is the core assignment that Ministry of Information and Communication, Korea Electronics and Telecommunication Research Institute (ETRI), Telecommunications Technology Association (TTA), and telecommunication companies have been propelling development as a 'IT839 Policy' since 2004.  Domestically, S Company and P Company had invested 500 billion and 90 billion, respectively. It is the first source technology developed in the world.

    *IT 839 Policy : Government's IT industry support-growth policy; It refers to discovering 8 new services such as WiBro and DMB and building 3 Infra internet broadcast technologies such as broad Integrated Network.  Based on these, it is to support growth of 9 new growing engines such as next generation mobile communication and home network.

- Unlike CDMA mobile phones, which was introduced from overseas and have been widely used, WiBro is a technology that has been developed on our own inside of the country.  WiBro has become a domestic standard after discussions between this government and related parties since 2002.  By striving for the world's standard, it was acknowledged as the international standard in December 2005.  For the first time in the world, it successfully commercialized in June 2006.

*Quircom, Inc., which holds CDMA source technology, had earned royalty revenue of $27.8 billion (worth of approximately 27 trillion in Korean won) during one year in 2006. Korea also paid approximately 1.5 trillion won as a royalty. WiBro, unlike CDMA, escaped from dependent technology, and sold core chips and equipment made with our technology to overseas. Therefore, it has opened up a way to earn over the amount of royalty revenue scale of Quircom, Inc. Therefore, it is like a blue ocean or like a newly opened road in communications market.

o The biggest scale of technology-leaked case in IT industry

- According to P Company, about 90 billion have been invested in WiBro business. This year, they plan to invest approximately 80 billion. Because of this case, it is forecasted that, in case the WiBro core technology had been leaked to US, the estimation of the damages due to loss of opportunity to export base station and its related equipment will amount to 15 trillion won.

- According to the Ministry of Information and Communication, WiBro industry's domestic market size is in total approximately 8.1 trillion won and equipment market size is estimated to be at approximately 5.8 trillion won. The system and terminal market size of the world WiBro market is estimated to be in total of approximately 24 trillion won during the same period.

  *WiBro/WiMax import current status per major countries (data: Department of Telecommunication)

  - Countries that are in service (5 countries): Korea, United States, Denmark, Australia, and Netherlands
  - Service anticipated (11 countries): Croatia, Italy, Brazil, Venezuela, China, Japan, Singapore, Philippines, Canada, England, and Ireland
  - In review (8 countries): Taiwan, Spain, Malaysia, Mexico, France, India, Germany, and Sweden

- After commercializing WiBro, it is anticipated that 6 years' domestic production creation effect will be 24.7 trillion won.  Additional value creation effect: 12 trillion won.  Effect for employment creation will be 270,000 people.  If such technology leak occurs, the expected result will be the loss of more than 10 years' food on table.  The ripple effect on the entire national economy is beyond imagination.

O Systematic crime, attempting to take out P Company's core researchers and core technology by establishing a related company in overseas

- According to I Company's organization chart that former researcher o o o has made, and contents of sent and received e-mails, after establishing I Company in United States, defendant established the company with 11 people in American laboratory, 17 people in Korean laboratory, 1 administrative manager, 1 operation manager and 1 chief director.  The company has scouted a total of 28 employees who were working at P Company and persuaded them to join I Company.  Then, planned to make huge profit by selling the related technology to a telecommunications company in the US through M&A, in the amount of approximately180 Billion,

- If the above plan were carried out, and if 30 core employees resigned from P Company, P Company would have faced a great deal of difficulty    [Six (6) joined up to present].

* Former researcher  o o o, made statements of yearly salaries and stock option distribution reports.  Based on these statements, (defendant) used emails to the P Company's employees to offer high salaries, and suggested they resign from their company.

O The business operation confidential data they had attempted to leak to overseas is the WiBro's core technology.

- The data that defendants and foreign residing co-defendants attempted to leak to overseas were P Company's WiBro Infra System, which is RAS(Radio Access Station), ACR (Access Control Router), PSS (Portable Subscriber Station), and EMS (Element Management System).   This covers the whole range of WiBro's technology.

-Particularly, if WiBro technology's key points including RAS channel card's related source codes, each of above mentioned Equipment Interlocking Test data, and related materials were leaked to a same type of company in overseas, it may be possible to develop same type of products within a short period time based on data that has been developed in over 2 years' period and by 170 research workforce injected into research. For those reasons, it would have been very serious and these would have had ripple effects not only to victimized company but also to the related domestic companies, S Company, and K Company.

## 4. Significance of investigation.

O For the first time WiBro' s core technology-leakage case was discovered both domestically and internationally

- This case is the first case ever in the world to prosecute an organized and bold attempt to leak world's first Korean-developed WiBro technology to overseas.

- Furthermore, adverse effects on the victimized company, source technology holder S Company, WiBro business K Company and S Company's WiBro business, as well as the national economy in whole has been prevented in advance.

o Leakage of a national core technology to overseas ahs been prevented by swift joint investigations.

- Central District Prosecutor's Office High-tech Crime Investigation and National Intelligence's Industrial Security Protection Center, jointly shared classified information and built a support system, and rapidly processed investigations from the early intelligence collection stage to the investigation process.

-Confiscated most of core technology data, channel card source code that dependents have secretly gained, and it is being corrected inside of the country; therefore, this preventive work avoided the leakage of this data to the U. S. by M & A (Merger and Acquisition.)

○ Confirmed a need for monitoring technology-leaking crime

- Defendants did not use company email, domestic company's email or company cellular phones in order to conceal the criminal acts. Instead, they used intellectual tricks by using the foreign company's emails and internet phones, which do not have domestic server inside of the country to exchange data and communication.

-However, according to the law actually in force, technology-leak crimes are excluded in subjects of the monitoring. Therefore, the prevention and prosecution of crime are extremely difficult in the real circumstance.

- Considering the size of National loss, and the fact that prosecuting the crime is not easy, there is more need for monitoring technology-leak crimes than any other crimes.

- Therefore, in order to include tech-leaking crime as a monitorable subject, the congress is trying to enact a protective law of telecommunication secrets. This seems to be the right time for the occasion, and let us hope to expect the law to pass as early as possible.

○ Scientific investigation will take root in the customary practice with the emphasis in human rights through digital evidence analysis

-Central District Prosecutor's Office High-tech Crime Investigation's digital investigation team confiscated about 50 hard disks (about 5000GB in size), and restored, and analyzed enormous amount of email data, These analyses revealed the plans.

- The aim of the investigation was based upon the complete physical evidence; statements alone should not be relied upon. The physical evidence was revealed by discovering: the plan of establishing I Company, the plan for scouting P Company's researchers, the present status statements of their yearly salaries, stock option distribution, and P Company's secret operations data and the history of the specifics of its use. Disclosed physical evidence through investigation will take root in the customary practice of the scientific investigation, which focuses on the center of human rights.

{Interoffice use only} Revised  by translator, Song Ae Park on, 06/14/2007, at 05:18 p.m.