BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>Defendants. | Case No. C 07 2504 RMW<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7566225.1

Case No. 06-CV-05669 RMW

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Wheels of Justice, 657 Mission Street, Suite 502, San Francisco, California 94105. On June 21, 2007 I caused the following documents:. On June 21, 2007 I caused the following documents:

NOTICE OF ADMINISTRATIVE MOTION AND MOTION OF PLAINTIFF POSDATA CO., LTD. TO FILE CERTAIN DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF ITS MOTION

DECLARATION OF BRENDAN DOLAN IN SUPPORT OF POSTDATA'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS & AUTHORITIES

[PROPOSED] ORDER RE POSDATA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL

EXHIBIT 12 TO DECLARATION OF SEOKH WAN CHOI SUBMITTED UNDER SEAL RE POSDATA CO., LTD'S EX PARTE APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 3) ORDER PERMITTING EXPEDITED DISCOVERY

EXHIBIT 12 TO DECLARATION OF HO TAE HAN SUBMITTED UNDER SEAL RE POSDATA CO., LTD'S EX PARTE APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 3) ORDER PERMITTING EXPEDITED DISCOVERY

EXHIBIT 25 TO DECLARATION OF SONG AE PARK SUBMITTED UNDER SEAL RE POSDATA CO., LTD'S EX PARTE APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 3) ORDER PERMITTING EXPEDITED DISCOVERY

EXHIBIT 25 TO DECLARATION OF HO TAE HAN SUBMITTED UNDER SEAL RE POSDATA CO., LTD'S EX PARTE APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 3) ORDER PERMITTING EXPEDITED DISCOVERY

EXHIBIT 26 TO DECLARATION OF HO TAE HAN SUBMITTED UNDER SEAL RE POSDATA CO., LTD'S EX PARTE APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) ORDER TO SHOW CAUSE

WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 3) ORDER PERMITTING EXPEDITED DISCOVERY

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

David S. Elkins
Squire, Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, California 94304
DElkins@ssd.com

Executed on June 21, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*Ronald Marin* (signature)