1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  delkins@ssd.com
   Allison E. Pitigoi (State Bar # 242211)
3  apitigoi@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:    +1.650.856.6500
5  Facsimile:    +1.650.843.8777

6  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Nathan Lane III (State Bar # 50961)
7  nlane@ssd.com
   One Maritime Plaza, Third Floor
8  San Francisco, CA  94111
   Telephone:    +1.415.954.0200
9  Facsimile:    +1.415.393.9887

10 Attorneys for Defendants
   SEYOUNG KIM and INQUADRON, INC.

11

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE DIVISION

16 | POSDATA CO., LTD., a South Korean corporation, | Case No. C 07 2504 RMW (PVT)
17 |  | **DECLARATION OF DAVID S. ELKINS IN SUPPORT OF DEFENDANTS SEYOUNG KIM AND INQUADRON, INC.'S OPPOSITION TO PLAINTIFF POSDATA CO. LTD'S *EX PARTE* APPLICATION FOR:**
18 | Plaintiff, |
19 | vs. |
20 | SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation, |
21 |  | **(1)  TEMPORARY RESTRAINING ORDER;**
22 | Defendants. |
23 |  | **(2)  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND**
24 |  | **(3)  ORDER PERMITTING EXPEDITED DISCOVERY**
25
26 |  | Judge: The Honorable Ronald M. Whyte
   |  | Date:  June 26, 2007
27 |  | Time:  9:00 a.m.
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

DECLARATION OF DAVID S. ELKINS IN OPPOSITION TO TRO, OSC AND EXPEDITED
DISCOVERY -- Case No. C 07 2504 RMW (PVT)

I, DAVID S. ELKINS, hereby declare and state as follows:

1. I am an attorney-at-law licensed to practice before the courts of the State of California and this Court, and am a partner at the law firm of Squire, Sanders & Dempsey, L.L.P., attorneys of record for defendants Seyoung Kim and InQuadron, Inc.  I am personally familiar with the facts and circumstances surrounding the instant litigation and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an on-line article posted on May 21, 2007 by Digital Times at http://www.dt.co.kr/contents.html?article_no=2007052102010151686002 and a certified English translation thereof.

3. Attached hereto as Exhibit B is a true and correct copy of an on-line article posted on May 21, 2007 by Seoul Economics at http://economy.hankooki.com/lpage/industry/200705/e2007052017172670260.htm and a certified English translation thereof.

4. Attached hereto as Exhibit C is a true and correct copy of a disc containing an .asf file containing a news broadcast from Korean station YTN that I personally downloaded from the Internet at http://kr.news.yahoo.com/service/news/shellview3.htm?linkid=197&articleid=2007052010320211117&newssetid=1352#.

5. Attached hereto as Exhibit D is a true and correct copy of a certified English translation of the news broadcast from Korean station YTN attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 22, 2007.

By: /s/ David S. Elkins
David S. Elkins

PALOALTO/105512.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
600 Hansen Way
Palo Alto, CA 94304-1043

DECLARATION OF DAVID S. ELKINS IN OPPOSITION TO TRO, OSC AND EXPEDITED DISCOVERY
Case No. C 07 2504 RMW (PVT)