2007. 6. 21 (목) ·디따물 ·디따북 ·잡디티

# 디지털 타임스

LOGIN 회원가입 구독신청 뉴스레터신청

최신뉴스 | 통신·방송 | 컴퓨터 | 경제 | 증권 | 산업 | 문화콘텐츠 | 국제 | 피플&칼럼 | 기획특집

통신서비스 | 통신기기 | 방송

## 와이브로 해외유출 일당 검거

### 15조원대 핵심기술 미국 통신사에 판매시도
### 검찰, 포스데이타 전·현직 연구원 4명 구속



우리나라가 세계 최초로 개발한 차세대 휴대인터넷 와이브로(WiBro)의 핵심기술을 해외로 유출하려던 일당이 붙잡혔다.

서울중앙지검 첨단범죄수사부(부장검사 이제영)는 와이브로 핵심기술 유출혐의로 포스데이타 전·현직 연구원인 정모씨 등 4명을 구속기소하고 미국에 체류중인 공범 3명도 조만간 국내 소환할 방침이라고 18일 밝혔다.

검찰에 따르면 이들은 포스데이타의 인사 발령에 불만을 품고 미국 캘리포니아 산호세에 인쿼드론(InQuadron)이라는 회사를 설립한 뒤 국내 연락사무소를 열고 포스데이타 연구원 30여명을 포섭한 다음 이 회사가 개발한 와이브로 핵심기술을 불법 유출해 미국 통신회사에 판매하려한 혐의를 받고 있다.

이 회사 전직 연구원인 정씨는 지난해 10월 회사의 와이브로 기술메모(TM)와 디자인 문서(DD), 성능평가자료(PD) 등을 외장 하드디스크에 담아 회사 밖으로 유출했다. 공모자 박씨와 이씨도 각각 이 회사의 기지국 채널카드 MAC 소스프로그램을 외장 하드디스크에 담아 인쿼드론의 국내 연락사무소에 제공하거나 와이브로 장비 세부기술 디자인 설계문서 등을 개인 이메일로 유출한 혐의를 받고 있다. 이들이 빼돌리려던 문서는 와이브로 인프라인 기지국(RAS)와 기지국 제어기(ACR), 단말장치(PSS), 망관리장치(EMS) 등 와이브로 핵심 기술 전반에 걸쳐 있다.

이들은 인쿼드론을 설립한 뒤 포스데이타 직원 28명을 스카웃해 관련 기술을 미국 통신업체에 인수합병(M&A) 방식으로 1800억원 가량에 매각할 계획을 세웠던 것으로 검찰과 국정원 수사결과 드러났다. 이를 위해 연봉표와 스톡옵션 배분 현황표까지 작성해 고액

⊗ 통신·방송
• 결합서비스
• KT, 유무선
• `벤츠폰`공략
• 네트워크징
• WDM-PO
• 주한 외국
• `구글·아
• [마니아 &

[AD] Prem
• 차세대 IT
• 6시그마 TI
• 나문회도 등
• Microsoft E

⊗ 디따몰

Dittamall


헤리 홈인
2종세트
46,400원


여행용가방
20/24인치
29,500원

• LG,삼성,우
ONE+ONE
• 프린터,복사
• 대일밴드 2
• LG브랜드 &
• 온가족과 1

⊗ 디따북



연봉을 제시하며 포스데이타 직원들을 조직적으로 포섭해온 것으로 전해졌다. 이들은 앞서 기술유출이 적발될 경우를 대비해 치밀한 법률검토까지 했으며, 포섭 연구원들을 순차 퇴직시켜 포스데이타의 와이브로 사업을 와해시키려 했던 것으로 알려졌다.

포스데이타는 2004년 2월부터 현재까지 개발비 900억원과 170여명의 연구인력을 투입해 와이브로 기술을 개발했으며 올해도 800억원 상당을 투자할 계획이다. 와이브로 핵심기술 유출시 피해액은 무려 15조원에 달할 것으로 업계는 추산하고 있다.

검찰은 "와이브로 기술을 조직적으로 유출하려다 적발된 첫 사례로 직접적인 피해업체인 포스데이타를 포함해 원천기술 보유사인 삼성전자와 사업자인 KT, SK텔레콤 등은 물론 국가경제에까지 파급효과를 미쳤을 사건"이라고 설명했다.

포스데이타는 "금년 초부터 퇴직 직원들의 기술유출 시도를 포착해 전문업체를 고용해 증거를 확보했으며, 해당업체인 인쿼드론을 상대로 미국 캘리포니아 주법원에 민사소송을 제기하는 한편 형사고소도 추가할 예정"이라고 밝혔다. 포스데이타는 또 이번 기술유출 시도로 인한 회사측의 피해는 미미하며 진행중인 연구개발에도 큰 차질이 없을 것이라고 덧붙였다.

하지만 당국에 따르면 포스데이타측이 중요 기술에 대한 열람제한이나 통제 등 초보적인 보안관리가 허술해 사건 연루자들이 핵심기술 자료를 손쉽게 공유하는 등 사건의 빌미를 제공했다는 지적이다.

조성훈기자 hoon21@

□ 모바일로 보는 뉴스 서비스 〈 3553+ NATE magic ⑪ 24 〉

<조성훈기자 hoon21@>                                       >조성훈기자의 다른기사 보기

› 2007/05/21                          프린트    지금기사 메일 보내기

[저작권자(c) 디지털타임스 무단 전재-재배포 금지]

**[AD]** 알테라의 **Stratix II GX FPGA**, 신호무결성 제공

당신을 디지털타임스 디따몰 기획 상품전에 초대합니다. ~~ 아래 배너를 콕!





관련분야 기사 보기

주한 외국인 "한국 인터넷, 굿!"                          2007.06.22

- 네트워크장비업계 "고알다 IDC"                           2007.06.22
- WDM-PON기술 미국 수출                                2007.06.22
- KTF, 올해의 이통시상 수상                             2007.06.22
- [2007 지배구조 우수기업 시상식] SKT '최우수 기업상'      2007.06.22
- 결합서비스 "7월이여 오라"                              2007.06.22
- '전파체원 확제' 한번 가볼까?                           2007.06.22
- [2007 지배구조 우수기업 시상식] KT '명예의 기업'        2007.06.22
- 벤츠폰' 화려한 컴백                                   2007.06.22
- 한-싱가포르 방송위원장 회의 개최 '방송프로 공동제작 협정..  2007.06.22
- IT멘토협의회 발족                                     2007.06.22
- 어바이어, 사모펀드와 최종 합병 계약 체결                2007.06.22
- '위피 온 브루'폰 이달말 국내 출시                       2007.06.22
- tvN 머니 심리게임쇼 '신동엽의 예스 오어 노'             2007.06.22
- [금요와이드] 국내 최초 구축 시스코 UC센터               2007.06.22

Q. 시작페이지가 자꾸 바뀌나요 ?
Q. 인터넷이 늦게 뜹니까 ?
Q. 갑자기 성인 사이트가 뜨는 통에 민망하지 않으셨나요 ?    무료 검진 받아 보기

PC체크 무료검진 서비스

 

 디지털카메라 122,000원    잉크젯복합기 70,360원    리모컨선풍기 21,800원    모근제거기 65,480원   

회원가입 | 세미나 | 자료실 | 독자투고 | 기사제보 | 구독신청 | 뉴스레터신청       D

[ CEO인사말 | DT 파트너스 | 사업제휴 | 인터넷서비스 제휴 | 구독신청 | 온라인광고 | 지면광고 ]
copyright ©2004 by Digital Times. All right Reserved Please forward any comment to Webmaster

# ENGLISH

# TRANSLATION

Digital Times
http://www.dt.co.kr/contents.html?article_no=2007052102010151686002

**Round-up of Wibro Overseas Smuggling Gang**

Prosecution for Attempt to Leak Core Technology Worth 15 Trillion Won to U.S.
Communications Company
Four Former and Current Researchers for Posdata Charged

A gang has been caught trying to leak overseas WiBro's core technology for the next
generation of the portable Internet, which Korea was the first in the world to develop.

The High Technology Crime Investigation Division (Superintendent Public Prosecutor
Lee Jae Yeong) of the Seoul Central Prosecutors' Office announced on the 18th [of May]
that it was issuing warrants for the arrest of four persons, including one with the surname
Jeong, all former or current researchers for Posdata on suspicion of leaking the core
technology of WiBro, and that it was also planning at some point to summon the three
conspirators who are currently in the United States back to Korea.

According to the Prosecutors' Office, these persons harbored dissatisfaction against
Posdata's personnel appointments and, after they set up a company called InQuadron in
San Jose, California in the US and then opened a liaison office in Korea, they are
suspected of having won over some 30 Posdata researchers, illegally leaked out WiBro
core technology developed by the company [Posdata] and attempted to sell it to a US
communications company.

In October of last year a former researcher of the company with the surname Jeong
entered the company's WiBro technical memos (TM), along with design documents (DD)
performance evaluation documents (PD) and the like into an external hard drive and
leaked them outside the company. Conspirators with the surnames Pak and Lee are
suspected of loading the company's base station channel card MAC source program into
an external hard drive and providing it to InQuadron's liaison office in Korea or of
leaking out detailed technical design documents and the like for WiBro equipment by
personal e-mail. The documents that these persons were trying to hide away extended to
the entire core technology of WiBro, including the base station (RAS) and base station
controller (ACR) which involve the WiBro infrastructure, terminal installations (PSS)
and net management installations (EMS).

The results of investigations by prosecutors and the National Intelligence Service have
revealed that these persons had devised a plan to recruit 28 members of the Posdata staff
after establishing InQuadron, and to sell the relevant technology for around 180 Billion
Won by the method of merger and acquisition (M&A). To this end they resorted to a
systematic inducement of Posdata staff members by offering high annual salaries,
preparing annual salary tables and stock option distribution tables. They went to the
trouble of conducting a detailed legal study to prepare against the eventuality that the

leaking of the technology would be discovered, and it was disclosed that they were attempting to bring down Posdata's WiBro business by orchestrating a serial resignation of the researchers on their side.

Posdata has been developing WiBro technology from February 2004 up to the present by injecting development costs of 90 Billion Won and a research force 170 strong, and it plans to invest the equivalent of 80 Billion Won more this year. Business circles have calculated that if WiBro core technology were leaked out the losses would have added up to a staggering 15 Trillion Won.

"As a first example of an attempt to systematically leak WiBro technology, it is an incident that would have had an effect with ramifications not only for Samsung Electronics, an owner of source technology like Posdata, itself the enterprise that would be suffering direct losses, and for industrial enterprises such as KT and SK Telecom, but also for the national economy as well," explained the Prosecutors' Office.

Posdata has announced: "We learned of an attempt to leak technology by retired staff members from the beginning of this year and have confirmed the evidence through expert organizations, and in addition to lodging a civil suit in the State Court of California against InQuadron, the organization concerned, we also intend to press criminal charges. Posdata added that the losses for the company owing to the attempt to leak technology on this occasion are insignificant, and there will be no great snag in the research and development that is under way.

However, according to the authorities, the rudimentary protective measures on the Posdata side such as the restrictions and controls on reading are feeble and the fact that the conspirators in the case easily got their hands on the core technology documents is an indication of the warning that it has provided.


Reporter Jo Seong Hoon hoon21@


< Reporter Jo Seong Hoon hoon21@  hoon21@>  See other stories by Reporter Jo Seong Hoon


› 2007/05/21

TRANSLATIONS LLC

## CERTIFICATION

The following documents were translated by ION Translations, LLC from Korean into English:

        Digital_times_eng.doc
        Dong_A_News_eng.doc
        Seoul_Economics_eng.doc
        Seoul_News_eng.doc

They represent accurate and complete English translations of the original Korean-language documents to the best of our ability and belief.

David Gamon
June 22, 2007

ION ref. no.: 1929