알짜 경제정보 - 서울경제 Page 1 of 5

홈 · 한국일보 · 스포츠한국 · 서울경제 · 소년한국일보 · 코리아타임스 · 미주한국일보

hankooki.com 서울경제

지면보기 헤드라인

Home 부동산 재테크 증권 경제·금융 산업 국제 뉴스종합 오피니언

SEARCH 검색

한국아이닷컴 > 서울경제 > 산업

크게 작게 프린트 기사메일

산업

- 최신기사
- 기업
- 벤처·중기
- 생활산업
- IT과학
- 에너지
- 자동차
- 취업·창업

# 연구원 '도덕적 해이' 극에 달해

**■ 15兆대 와이브로 기술 유출될뻔**

**인사불만이 발단…순차 퇴직등 수법도 치밀**

**열람제한·통제등 초보적 보안관리도 안해**

**올 車·조선·이통등 전방위 확산 "대책 시급"**

김홍길기자 what@se
김규남기자 kyu@se
최광기자 chk0112@se

검찰이 이번에 적발한 포스데이타의 휴대인터넷(와이브로) 기술유출 사건은 핵심 기술과 기술인력에 대한 보안관리가 얼마나 허술하게 이뤄지고 있는지를 적나라하게 보여준다. 포스데이타는 900억원을 들여 와이브로 기술을 개발해놓고도 누구나 열람할 수 있도록 방치하는 등 보안관리를 허술하게 해 15조원에 달하는 천문학적인 손실을 입을 뻔했다.

여론조사

대운하 변조 보고서를 만든 곳이 청와대ㄹ이 전 시장 측의 주장을 어떻게 보십니까

- 맞는 주장이다 70.0
- 터무니 없는 주장이다 27.4
- 잘 모르겠다 2.6

투표/의견쓰기 총투표자수 : 2,85

주가 용어사전

특히 연구원들이 거리낌없이 기술자료를 유출, 연구원들의 '모럴해저드(도덕불감증)'가 극에 달했다는 점에서도 충격을 주고 있다. 이에 따라 핵술인력에 대한 체계적인 관리와 보안시스템 강화, 연구원들의 주인의식 회복과 모럴해저드 극위한 교육 등이 절실하다는 지적이다.

[포토] 2007 미스코리아..

◇인사불만 등 발단…수법 치밀=검찰과 국가정보원에 따르면 지난해 4월 포스데이타 미국연구실장 김모씨는 인사에 불만을 품고 당시 단말기모뎀 개발그룹장이었던 J씨와 공모, 와이브로을 빼돌리기 위한 네트워크 구축에 나섰다. 이들은 고액 연봉과 스톡옵션 등을 미끼로 포스데이핵심 연구인력을 끌어들여 컴퓨터 외장 하드디스크나 e메일을 통해 기술자료를 빼내는 한편 12월 미 캘리포니아에 동종업체인 I사를 설립했다. 이어 올해 3월 경기 분당에 한국사무소를 포스데이타의 와이브로 연구원 170여명 중 30여명을 영입하는 방안을 추진했다.

http://economy.hankooki.com/lpage/industry/200705/e2007052017172670260.htm 6/21/2007

이들이 일시에 퇴직할 경우 문제가 발생할 것으로 판단, 순차적으로 퇴직해 합류시키는가 하믿
에 서버를 둔 e메일과 인터넷폰을 이용해 자료를 교환하고 연락하는 등 지능적인 수법도 동원
기술유출에 대한 불법행위가 문제될 경우에 대비한 법률검토를 거쳐 중요 자료를 회사 서버가
개인이 보관하는 치밀함도 보여줬다. 김모씨는 I사를 미국 통신업체에 인수합병(M&A)시키는
로 핵심기술과 연구원들을 1,800억원에 팔아넘길 계획이었던 것으로 밝혀졌다.

◇연구원은 도덕적 해이, 회사는 보안관리 허술=이번 사건의 경우 연구원들의 도적적 불감증
달했고 포스데이타는 보안관리에 허점을 드러냈다. 기술유출에 연계된 핵심 연구원들은 각기
회사에서 포스데이타로 영입됐다. 이 때문에 평소 같은 출신끼리 연구자료를 공유, 사내 서버
관하지 않고 사적으로 소지하며 거리낌없이 유출하는 등 도덕불감증이 극에 달했던 것으로 밝
다.

포스데이타는 사운을 걸고 와이브로 기술 개발에 약 900억원을 투입해 상용화에 성공해놓고도
기술자료에 대한 열람제한·통제 등 보안관리를 소홀히 했다. 다행히 올해 초 내부정보 보호시
국정원 등과의 공조를 통해 기술유출 시도를 사전에 차단했지만 초기 유출을 막는 데는 실패혔
검찰의 한 관계자는 "세계최초로 개발한 국내 기술에 대한 보안관리 수준이 초보적이라는 사실
악했다"고 토로했다.

◇올 들어 첨단기술 유출 벌써 9번째=검찰과 국정원에 적발된 기술유출 사례는 4월 말 현재 9
다. 이는 2003년 한 해(6건)보다 많다. 이 가운데 피해액이 수십조원에 달하는 것만도 3건이니

특히 최근에는 휴대폰·반도체 등 IT 분야에서 자동차·조선·이동통신 등 유출 분야가 전방우
대되고 있다. 실제 최근 국정원의 요청으로 검찰은 현대·기아차의 제조 핵심기술을 중국에 팔
기려던 일당을 적발했다. 자동차 관련 기술유출은 이번이 처음이며 핵심기술이 모두 유출됐을
예상 피해액이 22조원에 달한다.

이밖에 지난달 위성 인터넷 접속용 초고주파 통신부품 및 군사용 통신부품 제조기술을 빼돌려
에 판매하려던 일당이 검찰과 국정원의 공조로 적발되기도 했다.

국정원 자료에 따르면 기술유출자는 전·현직 직원에 의한 전직·기술판매 등 생계형 기술유
대부분이었으나 최근에는 협력업체에 의한 유출사례도 빈번해지고 있다. 유출규모도 기업형으
형화되는 추세다. 유출동기도 금전유혹·개인영리(창업)에 의한 것이 70%로 대부분을 차지하
지만 처우·인사불만도 20%에 달해 핵심 기술인력에 대한 체계적인 관리가 필요하다는 지적



● 유출시도 '소스코드'는…

**국내서 세계 첫 개발 와이브로 핵심기술**

**전문가 "유출땐 와이브로 선도주자 지위 위협"**

이번에 기술유출이 시도된 '기지국 채널카드 소스코드'는 단말기와 기지국의 통신신호를 처리 채널카드 설계에 필수적인 소프트웨어. 특히 이 소스카드는 채널카드뿐만 아니라 단말기에도 되는 와이브로의 핵심기술 중 하나로 꼽힌다.

현재 업계에서 평가하는 국내 업체와 해외 경쟁사의 와이브로 관련 기술격차는 6개월 정도. 때 이번에 기술이 유출됐다면 그 격차가 크게 줄어 선도주자의 지위를 위협받는 상황이 발생했을 있다는 게 전문가들의 분석이다. 게다가 최근 국내 상용서비스에 이어 미국 등 세계 각국의 통 업자들이 서비스 도입을 추진하는 등 시장이 급속히 확대되는 추세이기 때문에 업체간 경쟁이 치열하게 전개된다는 점을 감안하면 한국 IT업계가 위기를 넘긴 것으로 평가된다.

이번 기술유출을 막는 데는 검찰의 힘도 컸지만 포스데이터 측의 기민한 대응도 한몫했다. 포 터는 내부 정보 보호시스템으로 사전에 기술유출 시도를 파악, 올 초부터 별도로 전문 조사컨 업체를 통해 관련 증거 확보에 나서는 등 대비 방어태세를 갖췄다. 또 국가정보기관이 수사에 하자 이들과 협력체계를 형성하는 등 기술의 해외 유출을 막기 위해 적극적으로 나섰다.

한편 포스데이타는 이번 사건을 명백한 범법행위라고 강조하면서 강력 대응에 나설 것임을 천 다. 실제로 지난 10일에는 기술절취를 시도한 I사를 상대로 미국 법원에 민사소송을 제기했고 간 형사소송도 낼 방침이다. 또 기술유출을 시도했던 직원들에 대해서도 민사소송을 제기하는 을 검토 중이다.

포스데이타의 한 관계자는 "이번에 유출이 시도된 것은 모두 2006년형 구버전이며 핵심기술은 되지 않았다"며 "하지만 기술이 해외로 나갔다면 포스데이타뿐만 아니라 한국의 와이브로 수출

를 상실할 수도 있었다"며 가슴을 쓸어내렸다.

[AD] LJ 성인유머
- 여자가 먹으면 안되는 정력제…
- 사랑에 빠진 여자가 하는 행동…
- 남자를 유혹하는 여자의 동공

입력시간 : 2007/05/20

크게 | 작게 | 프린트 | 기사메일

우리금융그룹

사설 · 칼럼

- [사설] OECD 충고 정책에 적극 반영해야
- [사설] 고립 자초하는 현대차 노조 지도부
- [사설] 교육부의 치졸한 '으름장' 정책
- [사설] 세수 추계 오차 지나치다

블로그 · 디지털특파원

- [기영노] 아베는 이승엽의 짝퉁?
- [강인모] 총체적 난국에 빠진 이종범과 기아
- [김선태] 연예인 광고 출연 신중해야
- [신미경] 아~ 뜨거운 여름 ; Anti -summer

스포츠 · 연예

- 이병규 다시 1군 올라온다
- K리그 이사회 "아시안컵 선전 위해 양보"
- 8개구단 '불타는 순위경쟁' 장마에 희비
- 세미 소사, 600호 광!... ML역대 5번째 대기록
- 배용준 전 연인 이사강, 영화감독 데뷔

PHOTO 스타 | 포

'분노의 물세례'

ÇöÀç ÀÌ ±â»ç¿¡ ´ëÇÑ ÀÇ°ßÀÌ ÃÑ 0°Ç ÀÖ½À´Ï´Ù

시간순 | 찬성순 | 반대순 | 전체의

이름 비밀번호

의견쓰기

등록하

상업광고, 인신공격, 비방, 욕설, 음담패설 등 코멘트의 성격에 맞지 않는 글은 예고없이 삭제될 수 있습니다.
독자 의견쓰기는 500자 까지 등록 가능합니다.

Sponsor ▸       

Copyright © 2007 Hankooki.com All rights reserved. E-mail to webmaster

# ENGLISH

# TRANSLATION

**Seoul Economics**
http://economy.hankooki.com/lpage/industry/200705/e2007052017172670260.htm

'Moral Laxity' by Researchers Reaches New Height

**■ 15 Trillion Worth of WiBro Technology Nearly Leaked out**

Dissatisfaction with Personnel the Origin... Elaborately Planned Techniques included Serial Resignation

Even Rudimentary Security Measures such as Restrictions and Control on Reading not Implemented

"Urgent Countermeasures" This Year against Spread in All Directions, including Motor Vehicles, Shipbuilding, Mobile Communications

Reporter Kim Hol Gil what@sed.co.kr
Reporter Kim Gyu Nam kyu@sed.co.kr
Reporter Choi Gwang chk0112@sed.co.kr

The Prosecutors' Office has made plain in the recently revealed case of the leaking of Posdata's portable Internet (WiBro) technology just how negligent the handling of security management regarding core technology and technical personnel has been. Even though Posdata spent 90 Billion Won in developing WiBro technology, it barely escaped astronomical losses of up to 15 Trillion Won from negligent handling of security management that, among other things, left anyone free to peruse it.

Particularly shocking was the point that the "moral hazard" (moral callousness) of the researchers had reached a point where they did not give their leaking of technical data a second thought. It is thus an indication of the urgent need for measures such as the strengthening of a systematic management and security system for technical personnel, and education aimed at overcoming their moral callousness and at restoring an awareness of concern for their employer's interests.

◇ Origin traced to factors such as dissatisfaction with personnel ... precision in technique = According to the Prosecutors' Office and the National Intelligence Service, in April of last year an individual with the surname Kim, the head of the research office at Posdata's research institute in the United States, harboring personnel grievances, launched into the construction of a network for secretly hoarding WiBro technology in collusion with a certain Mr. J, who was the head of the Terminal Modem Development Group at the time. Having recruited core research manpower at Posdata with high annual salaries, stock options and the like as bait, they not only stole technical documents

through external computer hard drives or e-mail, but also set up "I" Company, a company of the same type [as Posdata] in California in the United States in December of the same year. Following that, in March of this year they opened a Korea office in Bundang, Kyonggi Province, and proceeded with a plan to entice some 30 of Posdata's 170 WiBro researchers.

Judging that problems would arise if they all resigned at the same time, they put into effect a sophisticated technique of coordinating a series of resignations whereby they could keep in contact and exchange information by means of Internet phones and e-mail that were based on servers overseas. Having undertaken an examination of the law in preparation against the eventuality that the illegal activity regarding the leaking of the technology became a problem, they exercised great care to keep major documents personally rather than on a company server. It has been established that there was a plan by an individual with the surname Kim to sell the core technology and researchers for 180 Billion Won to an American communications enterprise via the merger and acquisition (M&A) of I Company.

◇ Moral laxity of research personnel, negligence in the company security management = In the circumstances of this case, the moral callousness of the research personnel reached a zenith and Posdata showed evidence of blind spots in its security management. Each of the core research personnel linked to the technology leaks had been recruited by Posdata from another company. Because of this, it has become clear that their moral callousness had reached a peak, with colleagues with former affiliations sharing research documents, keeping them personally without storing them in the company server, and leaking them out without a second thought.

Although Posdata invested some 90 Billion Won in the development of WiBro technology at its own risk and succeeded in its commercialization, it proved to be negligent in the handling of its security management such as in its restrictions and controls on the reading of core technology documents. Fortunately, at the beginning of this year an internal information protection system intercepted the attempted leaking of the technology in advance through cooperation with parties such as the National Intelligence Service, but failed to stop the initial leak. One person involved in the Prosecutors' Office offered the view: "There was astonishment at the fact that the level of security management for domestic technology that we were the first in the world to develop was so rudimentary."

◇ Already the ninth case of leaking of cutting edge technology on entering this year = Cases of leaking technology announced by the Prosecutors' Office and the National Intelligence Service numbered 9 as of the end of April. This is more than the total for the entire year of 2003 (6). Among these there are 3 cases where the losses run into billions of Won.

In particular the range of hijacking has been expanding recently in all directions, from IT fields, such as hand-held phones and semiconductors, to others, including motor vehicles, shipbuilding and mobile communications. In fact, at the request of the National Intelligence Service, the Prosecutors' Office recently exposed a gang that was attempting to sell China core manufacturing technology that belonged to Hyundai and Kia. This was the first instance of a technology leak involving motor vehicles, and if all the core technology had been leaked, the estimated losses would have run to 22 Trillion Won.

In addition, last month a gang that was squirreling away technology for the production of superhigh frequency communication components used in satellite Internet connections and for the production of communication components for military use and attempting to sell it overseas was exposed by the joint efforts of the Prosecutors' Office and the National Intelligence Service.

According to National Intelligence Service documents, the majority of technology leaks involve job changing or technology sales by current or former employees to improve their individual livelihood, but recently cases of leaking by cooperative efforts have become more frequent. In terms of the scale of the leaks as well, the trend is one toward increasing size in terms of the type of enterprise. Also, with regard to the motives for the leaks, those based on monetary inducements or individual profit (founding a business) have accounted for a majority of 70%, but grievances over treatment or personnel have reached 20%, which is an indication that systematic management of the core technology work force is required.

Organization Sketch for Technology Leak Case related to WiBro

| | P Company<br>Core Researchers<br>Jeong O O (Resigned)<br>Pak O O (Resigned)<br>Lee O O (Resigned) | Set up Mar. 2007<br>Join Korean subsidiary of I Co. | US Research Institution of P Company<br><br>Research Section Chief<br>A certain Kim (resigned)<br>Core researchers<br>O O O, O O O (resigned) | US citizen / Person with residency right<br><br>Pressing for repatriation (3 persons) |
|---|---|---|---|---|
| Sept. 2006 – Mar. 2007<br>Leaks by core research personnel using external hard drives and e-mail | Hwang O O<br>(Plan to Link up) | I Co. set up(Dec. 1 2006)<br>Representative:<br>A certain Kim (US) | | |

| Leaks by core research personnel | |
|---|---|
| | Promoting sale of company to US communications enterprise |
| Indictment (4 persons) | |

**• Leak Attempt on 'The Source Code"…**
**Korea First Place in World to Develop WiBro Technology**
**Expert: "With Leak, Position as WiBro Frontrunner in Danger"**

The "Base Station Channel Station Source Card" on which this recent attempt to leak technology was made is software that is essential for the design of the channel card that processes the communication signals between terminals and the base stations. This source card in particular, which is applicable not only to channel cards but also to terminals, counts as one item of WiBro's core technology.

As currently assessed by the industry, the technology gap with WiBro between domestic enterprises and foreign competitors is around 6 months. Therefore, experts predict that if the technology had been leaked on this occasion that gap would have been greatly reduced and a situation could have arisen in which [Korea's] position as frontrunner could have been jeopardized. Moreover, since there is a rapidly expanding trend in the market for Korean services, with communications enterprises in the United States and various other countries throughout the world importing the services, and taking account of the point that competition between enterprises is further intensifying, the assessment is that Korean IT enterprises have survived a crisis.

This time the efforts of the Prosecutors' Office and the National Intelligence Service were key in thwarting the technology leaks, but the prompt response on the Posdata side also played a role. Posdata became aware of the attempt to leak technology before the fact through its internal information protection system, and from the beginning of this year it has set about adopting a protective posture on its own, such as the confirmation of

relevant proof through a professional investigation consulting enterprise. Also, when the state intelligence agency embarked on its investigation, it took part in a positive manner in order to block the leaking of the technology overseas by, among other things, shaping a system of cooperation.

Moreover, Posdata stresses that the current incident constitutes clear criminal activity and has made clear that it retaliate with a strong response. In fact, in the past 10 days it has lodged a civil suit in a United States court against I Company, which attempted the theft of the technology, and it plans to proceed with a criminal action in due course. Moreover, it is studying plans for lodging civil suits as well against staff members who had attempted to hijack technology.

One source related to Posdata stated: “This leaking attempt was targeted entirely against the 2006-style old version, so that core technology was not leaked,” observing, “but if the technology had gone abroad it is not only Posdata, but also Korea’s WiBro export opportunities that would have been in danger.”

Input Time : 2007/05/20 17:18



CERTIFICATION

The following documents were translated by ION Translations, LLC from Korean into English:

Digital_times_eng.doc
Dong_A_News_eng.doc
Seoul_Economics_eng.doc
Seoul_News_eng.doc

They represent accurate and complete English translations of the original Korean-language documents to the best of our ability and belief.

David Gamon
June 22, 2007

ION ref. no.: 1929