# EXHIBIT C – HAND FILED