1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  delkins@ssd.com
   Allison E. Pitigoi (State Bar # 242211)
3  apitigoi@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:    +1.650.856.6500
5  Facsimile:    +1.650.843.8777

6  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Nathan Lane III (State Bar # 50961)
7  nlane@ssd.com
   One Maritime Plaza, Third Floor
8  San Francisco, CA  94111
   Telephone:    +1.415.954.0200
9  Facsimile:    +1.415.393.9887

10 Attorneys for Defendants
   SEYOUNG KIM and INQUADRON, INC.
11

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

| 16 | POSDATA CO., LTD., a South Korean corporation, | Case No. C 07 2504 RMW (PVT) |
|----|---|---|
| 17 |  | **PROOF OF SERVICE** |
| 18 | Plaintiff, | Judge: The Honorable Ronald M. Whyte |
| 19 | vs. | Date:  June 26, 2007 |
| 20 | SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation, | Time:  9:00 a.m. |
| 21 |  |  |
| 22 | Defendants. |  |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

PROOF OF SERVICE
Case No. C 07 2504 RMW (PVT)

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043. On June 22, 2007, a copy of the following document:

**EXHIBIT C TO THE DECLARATION OF
DAVID S. ELKINS**

was served on:

**VIA HAND DELIVERY**

Brendan Dolan, Esq.
L. Julius M. Turman, Esq.
Steven J. Garrett, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Service was accomplished as follows:

☒   **By Hand Delivery.** On the above date, I caused delivery of the above document by a courier service by leaving the documents with a receptionist or person in charge of the above attorney's office, in an envelope or package addressed to the above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 22, 2007, at Palo Alto, California.

_____
Karen S. Beck