1  BRENDAN DOLAN, State Bar No. 126732
   L. JULIUS M. TURMAN, State Bar No. 226126
2  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  E-mail: bdolan@morganlewis.com

6  Attorneys for Plaintiff
   POSDATA CO., LTD.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  POSDATA CO., LTD., a South Korean          Case No. C 07 2504 RMW
    corporation,
12                                             **DECLARATION OF JOON IL SHIN IN
                                               SUPPORT OF POSDATA'S *EX PARTE*
13                      Plaintiff,             APPLICATION FOR**

14            vs.                              **(1)  TEMPORARY RESTRAINING
                                               ORDER;**
15  SEYOUNG KIM, an individual and
    INQUADRON, INC., a California              **(2)  ORDER TO SHOW CAUSE WHY A
16  corporation,                               PRELIMINARY INJUNCTION SHOULD
                                               NOT ISSUE; AND**
17                      Defendants.
                                               **(3)  ORDER PERMITTING EXPEDITED
18                                             DISCOVERY.**

19

20        I, Joon Il Shin, declare:

21        1.      I have personal knowledge of the facts set forth in this declaration, and if called as

22  a witness, I could and would competently testify to them.

23        2.      I am currently the Senior Vice President for Posdata Co., Ltd. ("Posdata" or

24  "Plaintiff"), a corporation with its principal place of business in the Republic of Korea.  In my

25  position as Senior Vice President, I am responsible for managing all aspects of Posdata's mobile

26  WiMAX (Worldwide Interoperability for Microwave Access) technology business.

27        3.      I have reviewed the file of the news broadcast from Korean station YTN attached

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

26/06 2007 13:55 FAX 031 779 2323    POSDTDA    @003

1  as Exhibit C to the declaration of David S. Elkins in Opposition to Posdata's *ex parte* applications.

2  The file contains only an excerpt of my interview with the news station and does not contain all

3  of my comments regarding the situation. At the time I made this statement, I could not have

4  conceivably known the full extent of the activities of Dr. Seyoung Kim, InQuadron, Inc. and their

5  associates, or what they had taken from Posdata.

6      4.    My statement was not a statement that Posdata had not been harmed by the

7  activities of Dr. Kim, InQuadron, Inc. or their associates. To the contrary, Posdata filed a lawsuit

8  in the United States District Court Northern Division of California on May 10, 2007 because

9  Posdata was harmed by the activities of Dr. Kim and InQuadron.

10     I declare under penalty of perjury of the laws of the United States and the State of

11  California that the foregoing is true and correct.

12  Executed on June 26, 2007.

13

14                                      JOON IL SHIN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMW
SHIN DECLARATION ISO POSDATA'S
EX PARTE APPLICATION