BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. C 07 2504 RMW<br><br>**SUPPLEMENTAL DECLARATION OF SONG AE PARK IN SUPPORT OF POSDATA'S *EX PARTE* APPLICATION FOR**<br><br>**(1)　TEMPORARY RESTRAINING ORDER;**<br><br>**(2)　ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND**<br><br>**(3)　ORDER PERMITTING EXPEDITED DISCOVERY.** |

I, Song Ae Park, declare:

1.　　I make this declaration to supplement both my previous declaration that I executed on June 13, 2007 and to supplement the Supplemental Declaration of Ho Tae Han, executed on June 25, 2007. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.　　Attached hereto as **Exhibit 1** to my declaration is a true and correct copy of the Seoul Central District Prosecutor's Office news release dated May 18, 2007. Also attached to **Exhibit 1** is an English translation of this document. The English translation which I prepared of

1-SF/7567938.1

C 07 2504 RMW
PARK DECLARATION ISO
POSDATA'S EX PARTE APPLICATION

1  this document is also attached as **Exhibit 1** to the Supplemental Han Declaration and as **Exhibit**
2  **F** to Brendan Dolan's previous Declaration, executed on June 21, 2007.
3     3.   Attached hereto as **Exhibit 2** is a true and correct copy of a September 24, 2006, e-
4  mail between Hwayong Joung, Seong Dong Park and Seyoung Kim. Also attached to **Exhibit 2**
5  is an English translation of this document. The English translation which I prepared of this
6  document is also attached as **Exhibit 2** to the Supplemental Han Declaration.
7     4.   Attached hereto as **Exhibit 3**, is an October 6, 2006 e-mail between Kihong Bang
8  and Seyoung Kim. Also attached to **Exhibit 3** is an English translation of this document. The
9  English translation which I prepared of this document is also attached as **Exhibit 3** to the
10 Supplemental Han Declaration.
11    5.   Attached as **Exhibit 4** is a February 27, 2007 e-mail between Hwayong Joung and
12 Seyoung Kim. Also attached to **Exhibit 4** is an English translation of this document. The
13 English translation which I prepared of this document is also attached as **Exhibit 4** to the
14 Supplemental Han Declaration.
15    6.   Attached as **Exhibit 5** is a February 28, 2007 e-mail between Joonsug Chung and
16 Seyoung Kim. Also attached to **Exhibit 5** is an English translation of this document. The
17 English translation which I prepared of this document is as **Exhibit 5** to the Supplemental Han
18 Declaration.
19    I declare under penalty of perjury of the laws of the United States and the State of
20 California that the foregoing is true and correct.
21 Executed on June 26, 2007.
22                                                                   _____
23                                                                              SONG AE PARK
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7567938.1                           2                    C 07 2504 RMW
                                                              PARK DECLARATION ISO
                                                              POSDATA'S EX PARTE APPLICATION