# EXHIBIT 2

From: Seyoung Kim mountainrun@gmail.com
Sent: Sep 24 2006
To: Seongdong Park seongdong.park@gmail.com
    Hwayong Joung jounghwayong@paran.com

간단하게 소식 드립니다.

며칠 전 신춘씨와 상의한 후 ...드 제작은 예정대로 진행하기로 했습니다. 경비 때문에 이를 어..게 진행시키는가 고민을 많이 했습니다다마는 제가 개인적으로 비밀리에 부..하기로 했습니다. 방 사장님의 경비를 사용하게 되면 아무래도 일이 복잡해 질 우려가 있어 그렇게 결정했습니다. 이번 WiMAX 미..에 집사람하고 운전해서 같이 가는 길에 이런 저런 이야기를 나눈 후 그..게 결정했습니다.

일정대로라면 10월 2째 중 경에 우리 보드가 나오게 되.. 그 후 조용히 테스트를 진행할 것입니다. 경..부담건에 대해서는 본당에서는 두 분만 알고 계시기를 부탁드립니다.

아무래도 최대한 빠르고 간결하게 진행할수록 우리에게 유리할 것이라.. 생각해서 결정했습니다.
김세영

From: Seyoung Kim mountainrun@gmail.com
Sent: Sep 24 2006
To: Seongdong Park seongdong.park@gmail.com
    Hwayong Joung jounghwayong@paran.com

I would like to give you a brief report.

After discussing with Choon Shin, a few days ago, I decided to proceed with assembling of the board as planned.   I was much concerned about how(**1) to deal with its expenses, but I have decided to pay the expenses secretly out of my pocket.   I thought things might get complicated if I used Mr.Bang's money for the expenses.   While I was driving to WiMax meeting(**2) with my wife, we had conversations about this and that, I have decided this(**3).

If things go according to the schedule, the board will be ready in the second week of October..After that, it will be tested quietly.   Please keep things about pay just between two of you.

Well, the decision was made because it will be beneficial if things progress as fast as it can be and as simple as possible.
Seyoung Kim




Translator's note:
**1:   spelling is missing, but by context clue, it has to be 'how'.
**2:   spelling is missing, translator's guess is 'meeting'.
**3:   spelling is missing, translator's guess is 'this'