# EXHIBIT 3

Case 5:07-cv-02504-RMW    Document 27-4    Filed 06/26/2007    Page 1 of 4

보낸 사람: Seyoung Kim [mountainrun@gmail.com]
보낸 날짜: 2006년 10월 6일 금요일 오전 3:05
받는 사람: 방기홍; 신춘
참조:    younghwayong@paran.com; seongdong.park@gmail.com
제목:    Transceiver

방기홍 사장님,

내일이면 추석이군요. 고향으로 귀성을 하셨는지 아니면 서울에서 지내시는지요?

신춘씨로 부터 현재 방사장님께서 갖고 계신 RF sub-system 들이 2.3GHz, 8.75MHz로 들었습니다.
위의 규격은 국내시장에 꼭 필요합니다마는 곧 있을지도 모르는 북미에서의 기회를 찾기 위해서는 2.5GHz, 10MHz 개발이 시급하다는 생각이 듭니다.

오늘 아침 hotjobs.com 에서 미국의 Nextwave 가 기지국 채널카드 개발 관련 엔지니어를 한꺼번에 많이 채용한다는 광고를 보았는데 제 생각 같아서는 Nextwave 가 지금부터 사방의 엔지니어들을 모아 기지국 채널카드를 만든다는 것은 2007년 말이 되어도 힘들 것으로 보여 우리에게 중요한 기회가 될 수도 있다고 생각됩니다.
따라서 지금부터라도 국외 시장에 대비해 2.5GHz, 10MHz 에 대비한 RF sub-system 들을 시급히 개발해야 할 것으로 생각됩니다. 10MHz 채널카드에 대한 준비는 제가 따로 우리팀에게 부탁해 놓았습니다. 10 MHz 용 단일 Modem 기능에 대한 것도 며칠 전 담당자와 이야기를 잠깐하고 귀띔을 주었는데 며칠내로 다시 연락해 보겠습니다.

단일은 지금 이미 제작해 놓으신 0dBm 기지국을 사용하면 될 것으로 보입니다. 채널카드 안에 DSP 도 있고해서 앞으로 MIMO 그리고 10MHz Design Overhead 에 대한 우려를 덜 수 있을 것으로 생각됩니다.

신춘씨께서 이번 주말까지 Channel Card PCB Gerber File을 보내드린다고 합니다. 그 후 약 3주 뒤에 부품까지 조립된 채널카드가 나오면 테스트를 시작할 수 있다고 합니다.
많은 기대가 됩니다.

한편, 어제 Mike 하고도 이야기를 했고 다양한 방향의 비지니스 전략이나 회사설립 process 그리고 marketing 에 관한 자료등 많은 도움을 받기로 했습니다. 머리도 아주 bright 하고 발도 무진장 넓은 인재라 많은 기대가 됩니다.

추석 잘 지내세요..

김세영

| | |
|---|---|
| Sender: | Seyoung Kim [mountainrun@gmail.com] |
| Date: | 10.06.2006 Friday 3:05AM |
| Recipient: | Kihong Bang; Choon Shin |
| Cc: | jounghwayong@paran.com; seongdong.park@gmail.com |
| Subject: | Transceiver |

Dear president Kihong Bang,

Tomorrow is thanksgiving.   Have you returned to hometown, or are you staying in Seoul?
I've heard from Choon Shin that the RF sub-systems, you, the president Bang, have is 2.3GHz and 8.75MHz. Above standards are quite necessary in domestic market, but to seek opportunity in North-America which might or might not happen soon, developing 2.5GHz, 10MHz is urgent, in my opinion.

This morning on hotjobs.com, I have looked at an advertisement that America's Nextwave is hiring many of Base-station channel card developing related engineers, all at once.   I was thinking, even if Nextwave starts gathering all kinds of engineers from now, it appears to me that making Base Station Channel Card will be difficult even by the end of 2007.   So, in my opinion, this might be an important opportunity for us.
Therefore, in my opinion, we should prepare for overseas market from now on and hurry up to develop RF sub-systems for 2.5GHz, 10MHz. I have asked to our team specifically for the preparation of 10MHz Channel Card. I've spoken to a person in charge briefly and have mentioned about the function of Terminal Modem for using 10MHz. I will contact him again in a couple of days about this.

For the terminal, using 0dBm Base Station seems okay to use, now since you have already produced it.   Channel Card already has DSP inside, therefore, in the future, I would think that it will lesson your worries about MIMO and 10MHx Design Overhead.

Choon Shin said he would send you Channel Card PCB Gerber file by this weekend.   After that in about 3 weeks, Channel Card with all parts assembled will come out, and then testing can begin.   I look forward to it.

By the way, I have talked to Mike yesterday, that I will be receiving a lot of helps and materials related to business strategies in various directions, company establishment process, and data related to marketing.   He is very bright and he is a talented person who knows the way around, so I expect a lot from him.

Hope you have a good thanksgiving.

Seyoung Kim