BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>　　　　　　　Defendants. | Case No. C 07 2504 RMW<br><br>**SUPPLEMENTAL DECLARATION OF HO TAE HAN IN SUPPORT OF POSDATA'S *EX PARTE* APPLICATION FOR**<br><br>**(1)　TEMPORARY RESTRAINING ORDER;**<br><br>**(2)　ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND**<br><br>**(3)　ORDER PERMITTING EXPEDITED DISCOVERY.** |

I, Ho Tae Han, declare:

1.　I make this declaration to supplement the declaration that I executed on June 20, 2007. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify with respect thereto.

2.　Throughout their Memorandum of Points and Authorities in Support of Defendants Seyoung Kim and InQuadron, Inc.'s Opposition to Plaintiff Posdata's *Ex Parte* Application, the Defendants state that the Turtle Card (or Turtle Board) was created for Posdata – not InQuadron. At page 3 of their memorandum, the Defendants state that the Turtle Card was

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7567927.1                                  1                          C 07 2504 RMW
                                                                          HAN SUPPLEMENTAL DECLARATION ISO
                                                                          POSDATA'S EX PARTE APPLICATION

1  created when Sang Geun Hwang requested the assistance of Defendant Kim and his associate
2  Choon Shin. Mr. Hwang did not and was not ever authorized by Posdata to create the Turtle
3  Card. The Turtle Card, which Hwang, Kim and Shin developed, was not for Posdata; it was for
4  Defendants Kim and InQuadron. Hwang was not acting for Posdata – he was acting for
5  InQuadron and Kim. Hwang is one of the people who has been arrested in Korea for trade secret
6  misappropriation in connection with the activities of Kim and InQuadron. This is reflected in the
7  Seoul Central District Prosecutor's Office news release dated May 18, 2007, which is attached
8  hereto as **Exhibit 1**. Also attached to Exhibit 1 is an English translation of the news release.
9  Hwang was not ever working in Posdata's interests by developing the Turtle Card. He was
10 working for Kim and InQuadron in an effort to misappropriate Posdata's technology and trade
11 secrets.

12        3.    Attached as **Exhibit 2** is a September 24, 2006 e-mail between Dr. Kim, Mr.
13 Seong Dong Park and Hwayong Joung, all Posdata employees. Also attached to Exhibit 2 is an
14 English translation of the e-mail. In this e-mail, Dr. Kim informs Mr. Park and Mr. Joung that he
15 does not wish to use Mr. Bang's (President of Axstone) money to assemble the Turtle Card. Dr.
16 Kim further informed them that he will pay the assembly expenses out of his own pocket. If Dr.
17 Kim had been assembling the Turtle Card for Posdata, he would have used Posdata's funds, not
18 Mr. Bang's or his own. It is obvious to me that he does not wish use Mr. Bang's money to
19 develop his product, because it would affect who controls the product. Since Dr. Kim, Mr. Joung
20 and Mr. Park are all still employed by Posdata in September 2006, there would be no need for
21 them to decide upon who should pay the development expenses, if the Turtle Card had been
22 meant for Posdata. Dr. Kim also has no reason to request that the development expenses be kept
23 secret, unless he was trying to hide it from Posdata, so that the Turtle Card could be assembled
24 and "quietly" tested for InQuadron and Dr. Kim. .

25        4.    The Defendants also state at page 5 of their memorandum that Axstone fabricated
26 the Turtle Card for Posdata. This is simply not true. Posdata never engaged Axstone to fabricate
27 the Turtle Card. The system that resulted from the collaboration of Kim, Shin and Hwang, which
28 included the Turtle Card, was fabricated for InQuadron by Axstone. Attached hereto as **Exhibit 3**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7567927.1                          2                          C 07 2504 RMW
                                                         HAN DECLARATION ISO
                                                      POSDATA'S EX PARTE APPLICATION

1  is a true and correct copy of an October 6, 2006 e-mail between Mr. Bang and Dr. Kim regarding
2  the fabrication of the base station with the Turtle Card. Also attached to Exhibit 3 is an English
3  translation of the email. Attached as **Exhibit 4** is a February 27, 2007 e-mail between Hwayong
4  Joung and Dr. Kim regarding the development and work on the base station which included the
5  Turtle Card. Also attached to Exhibit 4 is an English translation of the email. As Dr. Kim
6  considered himself terminated by Posdata, this work cannot have been for Posdata's benefit – it
7  was for Kim and InQuadron.

8       5.     Attached as **Exhibit 5** is a true and correct copy of a February 28, 2007 email from
9  Dr. Kim to Joonsug Chung. Also attached to Exhibit 5 is an English translation of the email.
10 Chung is a member of the InQuadron Board of Directors as is shown in the articles of
11 incorporation attached to my original Declaration as Exhibit 8. This email clearly shows that
12 Axstone fabricated a PCB for InQuadron – not Posdata. It states:

> "There was some friction between us and Axstone
> which helped us to make PCB and other subsystems
> . . .

15      6.     Attached as **Exhibit 6** are true and correct copies of the text of e-mails between
16 Kenneth Lee, one of the officers of InQuadron, and Dr. Kim, regarding the fabrication of the
17 prototype by Axstone using the Turtle Card. Among other things, the e-mail correspondence
18 states:

> The channel card we sent to KR [Korea] is the first
> prototype with a couple of problems that needed to
> be fixed through new PCB. The new version is
> already in the fabrication stage in KR [Korea] by
> the help of a [Axstone] company.

22 This obviously concerns fabrication in InQuadron, not Posdata.

23      7.     Exhibits 2, 3, 4, 5 and 6 were obtained from the Kroll Investigation described in
24 my previous declaration and that of Renee Yoon.

25      8.     Sang Geun Hwang, who is referred to in paragraph 2, was terminated from
26 employment with Posdata on June 12, 2007, after his involvement with Kim and InQuadron was
27 discovered.

28      9.     The Posdata base station which incorporates the DCCU is still in development. It

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7567927.1                    3                    C 07 2504 RMW
HAN DECLARATION ISO
POSDATA'S EX PARTE APPLICATION

1  is not commercially available. Neither it nor any component has been shared by Posdata with any
2  person or entity without a non-disclosure obligation being in place.
3      I declare under penalty of perjury of the laws of the United States and the State of
4  California that the foregoing is true and correct.
5  Executed on June 27, 2007

_____
HO TAE HAN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7567927.1           4              C 07 2504 RMW
                                        HAN DECLARATION ISO
                                        POSDATA'S EX PARTE APPLICATION