# EXHIBIT 1



## 서울중앙지방검찰청
### 첨단범죄수사부
전화 530-4977,8/ 팩스 530-4889

**보 도 자 료**

2007. 5. 18.(금)

자료문의 : 530-4977
부장검사  이제영

| 제 목 | 세계 최초 개발 휴대인터넷(WiBro) 핵심기술 해외유출 기도사건 중간수사결과 |

## 1. 개 요

○ 서울중앙지방검찰청 첨단범죄수사부(부장검사 이제영, 주임검사 김후곤, 김윤희)는, 국가정보원 산업기밀보호센터로부터 P사 소속 전·현직 연구원들이 미국에 동종업체인 I사를 설립하여 P사 소유의 WiBro(wireless broadband) 기술의 해외유출을 시도하고 있다는 첩보를 입수하고, 신속히 수사에 착수하였음

○ 수사결과, P사 와이브로 사업본부내 전·현직 연구원들이 P사의 내부 인사발령에 불만을 품고 <u>미국 캘리포니아주에 동종업체인 I사를, 국내에 연락사무소를 설립한 후 P사 연구원 30여명을 포섭한 다음, 와이브로 기술 전반에 대한 핵심기술을 불법 유출하여 미국 통신회사에 판매하려고 계획하고 있는 사실을 적발</u>하여, <u>세계 최초 개발한 WiBro 원천기술의 해외유출을 조기에 차단하였으며</u>,

○ 본건 범행의 주요가담자인 위 P사의 전·현직 연구원 7명을 적발하여, 그 중 <u>전직 연구원 정○○, 박○○, 이○○, 현직 연구원 황○○ 등 4명을 금일 구속기소</u>하고, 미국에 체류 중인 나머지 공범 3명에 대하여는 국내 소환을 위한 절차를 개시하여 계속 수사 진행 중임

- 1 -

## 2. 범죄사실의 요지

☐ 인적사항

○ 정○○ (39세, P사 연구소 前 하드웨어 개발실 그룹장, 구속)

○ 박○○ (33세, P사 연구소 前 소프트웨어 개발실 그룹장, 구속)

○ 이○○ (38세, P사 연구소 前 소프트웨어 개발실 팀원, 구속)

○ 황○○ (45세, P사 연구소 現 종합시험팀장, 구속)

 ※ 전직 연구원 ○○○ 등 3명은 미국 시민권 또는 영주권자들로 현재 미국내 체류중에 있어 국내 소환을 위한 절차 진행중

☐ 범죄사실 요지

피고인들은 P사에서 2004. 2.경부터 현재까지 개발비 약 900억원과 170여명의 연구 인력을 투입하여 세계 최초로 개발한 와이브로 관련 원천기술을 위 회사의 핵심연구 인력과 함께 몰래 빼낸 다음, 미국 내에 동종업체를 창업하고 위 기술을 이용하여 상용화 가능한 단계에 이른 후, 미국통신업체와의 M&A를 통해 수천억원 상당의 부당이익을 취득하기로 결의하고 공소외 ○○○, ○○○, ○○○ 등과 순차로 공모하여,

- 피고인 정○○은

2006. 10. 초순경 피해회사의 테크니컬 메모(TM : technical memo), 디자인 다큐먼트(DD:Design Document), 성능평가자료(PD:Performance Document) 등을 외장하드에 저장하여 유출

- 2 -

※ 테크니컬 메모는 와이브로 각 개발과정의 전문기술에 대한 분석, 해법 및 방향을 제시한 문서, 디자인 다큐먼트는 하드웨어와 소프트웨어 구현 아키텍처를 제시하는 문서, 성능평가자료는 개발과정에 있는 와이브로의 성능을 평가한 자료로서 와이브로 핵심기술 자료임

- 피고인 박○○은

2006. 9.경부터 2006. 10.경까지 피해회사의 기지국 채널카드 MAC 소스 프로그램(2006. 9. 버전) 등을 외장하드에 저장하여 유출, I사 국내 연락사무소에서 와이브로 기술 개발을 위해 위 소스코드 사용

※ 기지국 채널카드 MAC 소스프로그램은 기지국의 성능을 좌우하는 기술로서 채널카드의 핵심기술이고 와이브로 원천기술 중 하나임

- 피고인 이○○는

2007. 3.경 피해회사의 기지국 채널코드 MAC 소스 프로그램(2007. 3.버전), 와이브로 장비 세부기술 디자인 설계문서 등을 개인 이메일로 송부하여 유출

※ 와이브로 장비 세부기술 디자인 설계문서는 본 문서를 기반으로 와이브로 장비를 그대로 개발할 수 있을 정도의 세부 기술 및 개발 설명이 상세히 되어 있는 핵심기술자료

- 피고인 황○○은

2006. 10. 중순경부터 2007. 1.경까지 피해회사와 G사, N사, K사와의 장비 연동시험 결과데이터 등을 공범인 ○○○, 정○○ 등에게 이메일로 송부하여 유출

※ 장비연동시험 결과데이터는 피해회사에서 개발중인 와이브로 관련 기지국, 제어기, 단말, 망관리 장치 전반에 대한 종합시험결과데이터가 포함된 핵심 영업비밀 자료임

## 3. 본건 수사의 특징

○ 세계 최초로 개발한 와이브로 원천기술의 해외유출 기도 사건

- WiBro(wireless broadband) 기술은 언제 어디서나 이동하면서 초고속 인터넷 이용이 가능한 인터넷 기반의 차세대(4G) 핵심통신 기술이며,

    ※ 와이브로망의 구성

    이용자 기지국 단말기(PSS, Portable Subscriber Station), 이 단말기에 무선으로 정보를 전달하기 위한 기지국(RAS, Radio Access Station) 장비, 그리고 이동성 관리와 과금 관리 등을 담당하는 제어국(ACR, Access Control Router), 그리고 인증 및 각종 부가 서비스 제공을 위한 서버 등 네가지 요소로 구분

- 정보통신부·한국전자통신연구원(ETRI), 한국정보통신기술협회(TTA)와 통신업체들이 2004.경부터 개발을 추진하여 온 'IT839정책'의 핵심과제로 국내 S사와 P사가 각각 5천억, 9백억 상당을 투자하여 개발한 세계 최초의 원천기술임

    ※ IT839정책 : WiBro, DMB 등 8대 신규 서비스를 발굴하여 광대역 통합망 등 3대 인프라를 구축하고 이를 기반으로 차세대 이동통신, 홈네트워크 등 9대 신성장 동력을 육성하자는 정부의 IT 산업 육성책

- 와이브로는 외국 기술을 국내에 도입하여 활성화된 CDMA 이동전화와 달리 국내에서 자체 개발한 기술이며, 2002년부터 정부 및 관련기관간의 논의를 통하여 국내 표준규격을 확정하고, 세계 표준화 노력을 통해 2005. 12. 국제표준으로 인정받았으며, 2006. 6.경 세계최초로 상용화 성공

※ CDMA 원천기술을 보유한 퀄컴사는 2006년 한해동안 27.8억불(27조원 상당)의 로열티수입을 얻었으며, 한국도 1조5천억원 상당의 로열티를 지불하였음. 와이브로는 CDMA와는 달리, 기술종속에서 탈피하여 우리의 기술로 만든 핵심 칩 및 장비를 해외에 판매하여 퀄컴사의 로열티 수입규모 이상을 벌어들일 수 있는 길이 열리게 된 통신시장의 블루오션임

○ IT업계 최대 규모의 기술 유출 사건

- P사에 따르면, 지금까지 900억 상당을 와이브로 사업에 투자하였고, 금년에도 800억 상당을 투자할 계획을 수립하고 있으며, 본건으로 인하여 와이브로 핵심기술이 미국으로 유출되었을 경우 기지국 등 관련 장비 수출 기회 상실로 인한 손실액은 15조원 상당에 이를 것으로 전망하고 있음

- 정보통신부에 의하면 2006년부터 2010년까지 와이브로 산업의 국내 서비스 시장규모는 총 8조 1천억 상당, 장비 시장규모는 총 5조 8천억 상당에 이를 것으로 추정하고 있으며, 세계 와이브로 시장의 시스템 및 단말기 시장 규모는 동 기간 동안 총 24조원 상당에 이를 것으로 추정

※ 주요 국가별 와이브로/와이맥스 도입현황(자료 : 정보통신부)

· 서비스 중인 국가(5개국) : 한국, 미국, 덴마크, 호주, 네덜란드

· 서비스 예정(11개국) : 크로아티아, 이탈리아, 브라질, 베네주엘라, 중국, 일본, 싱가폴, 필리핀, 캐나다, 영국, 아일랜드,

· 검토중(8개국) : 대만, 스페인, 말레이시아, 멕시코, 프랑스, 인도, 독일, 스웨덴

- 와이브로 상용화후 국내 6년간 생산 유발효과는 24조 7천억원, 부가가치 창출효과는 12조원, 고용창출효과는 27만명에 이를 것으로 추정되어, 본건 기술유출시 한국은 10년 이상 먹거리를 잃게 되는 결과를 초래하는 등 국가경제 전체에 미치는 파급효과는 상상을 초월

○ 해외에 관련회사를 설립하여 P사 핵심 연구원 및 핵심기술 유출을 시도한 조직적 범죄

- 전직 연구원 ○○○이 만든 I사 조직도, 이메일 송·수신내역에 의하면 미국에 I사를 설립한 후 미국연구소 11명, 한국연구소 17명, 재무관리자 1명, 경영관리자 1명, 대표이사 1명 등으로 회사를 구성하고, P사에 근무하는 직원 총28명을 스카웃하여 I사에 합류시킨 다음, 관련기술을 미국 통신업체에 M&A를 통하여 1,800억 상당에 매각하여 거액을 취득할 계획을 수립한 것으로 확인

- 위 계획이 실행되어 P사 핵심연구인력 30여명이 퇴사할 경우, P사는 와이브로 사업을 추진하는데 있어 상당한 어려움에 봉착할 뻔하였음(현재까지 6명 합류)

  ※ 전직 연구원 ○○○은 연봉표, 스톡옵션 배분 현황표까지 작성한 후 이를 토대로 P사 직원들에게 이메일을 통하여 고액 연봉을 제시하며 퇴사 유도

○ 해외유출 시도한 영업비밀자료는 와이브로 기술의 핵심

- 피고인들 및 해외 거주 공범들이 해외유출을 시도한 자료는 P사의 와이브로 인프라 시스템인 기지국(RAS) 및 기지국 제어기 장비(ACR), 단말장치(PSS), 망관리장치(EMS) 등 와이브로 기술전반에 이르고 있으며,

- 6 -

- 특히 와이브로 기술의 핵심인 기지국 채널카드 관련 소스코드를 비롯하여, 위 각 장비간 연동성 시험데이터 등 관련 자료가 해외 동종업체에 유출되었을 경우, 2년 이상의 기간과 170여명의 연구인력이 투입되어 개발한 자료를 토대로, 단기간 내에 동종제품의 개발이 가능하고, 이로 인해 피해회사뿐 아니라 국내의 S사, K사 등 관련회사에 미치는 파급효과가 매우 심각한 상황이었음

## 4. 본건 수사의 의의

○ 국·내외적으로 와이브로 핵심기술유출행위를 적발한 최초의 사례

 - 본건은 세계최초로 대한민국에서 개발된 와이브로 기술에 대한 조직적이고, 대담한 해외유출 기도 행위를 적발한 최초의 사례로,
 - 피해회사를 포함한 원천기술 보유사인 S사, 와이브로 사업자인 K사, S사 등의 와이브로 사업, 나아가 국가경제전반에 미칠 악영향을 사전 차단

○ 신속한 공조수사로 국가핵심기술의 해외유출 사전 차단

 - 중앙지검 첨단범죄수사부와 국가정보원 산업기밀보호센터가 초기 첩보수집단계에서부터 수사진행에 이르기까지 긴밀한 정보공유 및 협조체제를 구축하고 신속히 수사를 진행하여,
 - 피고인들이 몰래 취득하여 국내에서 수정 중에 있는 채널카드 소스코드 등 핵심기술자료를 대부분 압수함으로써, M&A를 통한 미국 내 유출기도 사전 차단

○ 기술유출범죄의 감청필요성 확인

- 피고인들은 범행을 은폐하기 위하여 회사 이메일, 국내업체 이메일이나 휴대폰 등을 사용하지 않고, 국내에 서버를 두지 않은 해외업체의 이메일, 인터넷폰 등을 이용하여 자료교환 및 의사연락을 하는 등 지능적인 수법을 사용

- 그럼에도 현행법상 기술유출 범죄는 감청대상에서 빠져 있어 범죄의 예방 및 적발이 매우 어려운 실정임

- 기술유출범죄가 야기할 국부유출의 규모나, 그 범죄가 적발되기 쉽지 아니한 점 등을 감안할 때, 기술유출범죄야말로 다른 어떤 범죄보다도 감청의 필요성이 매우 크다 할 것임

- 따라서 국회에서 기술유출범죄를 감청대상에 포함시키기 위하여 통신비밀보호법 개정을 추진하고 있는데, 이는 매우 시의적절하다고 판단되며, 조속히 통과될 것을 기대함

○ 디지털 증거분석 등을 통한 인권중심의 과학수사 관행 정착

- 중앙지검 첨단범죄수사부 디지털수사팀은 압수된 50여개의 하드디스크(약 5000기가 GB 분량)의 복구·분석 및 방대한 양의 이메일 자료에 대한 분석을 통해,

- I사 설립계획 및 P사의 연구원 스카웃 계획, 연봉 및 스톡옵션 배분 현황표, P사의 영업비밀자료의 취득 및 사용내역 등을 밝혀내어 증거자료로 활용하는 등, 진술에 의존하는 수사가 아닌 철저히 물증에 입각한 수사를 지향함으로써 인권중심의 과학수사관행 정착

- 8 -

|  | **Seoul Central District Prosecutors' Office**<br>High-tech Crime Investigation<br>Phone 530-4977,8/ Fax 530-4889 | **News Data**<br>2007.5.18.(Fri)<br>Data Inquiry: 530-4977<br>Superintendent Public Prosecutor, Jaeyoung Lee |
|---|---|---|
| **Subject** | Interim Investigation Result for The Case of The Attempted Overseas Leak of The world's First Developed WiBro Core Technology | |

## 1. Overview

O  Seoul Central District Prosecutors' Office (the Superintendent Prosecutor, Jaeyoung Lee, the Chief Prosecutor, Hugon Kim, and Yoonhee Kim), obtained an intelligence report from the National Intelligence Service's National Industrial Security Center, indicating that P Company's former and current researchers founded the same type of enterprise as P Company, I Company in the US, and they were trying to leak P Company's existing WiBro (Wireless Broadband) technology to overseas. The Office began investigations immediately upon receipt of the intelligence report.

O  As a result of this investigation, it was found that previous and current researchers inside of P Company's WiBro business headquarters were dissatisfied with its internal personnel decisions. These researchers had <u>established I Company, the same type of company as P Company, in California in the U.S. and its liaison office inside of the country, and had plans to lure 30 researchers away from the P Company and illegally leak and sell WiBro-related core technology to a U.S. communications company. This espionage plan was discovered at an early stage, preventing the leakage of the world's first WiBro technology to overseas.</u>

O  Seven main accomplices have been found from the above P Company's former/current researchers. <u>Four people among them were arrested and indicted today; they are former researchers Joung o o, Park o o, Lee o o, and current researcher Hwang o o</u>. The remaining three accomplices are residing in the U.S. A proceeding began to issue a subpoena to bring them inside of the country and these investigations are ongoing.

## 2.  Criminal Fact sheet

☐ Biographical Data

○ Joung o o (39 years old, P Company's former chief of the hardware development office, arrested)

○ Park o o (33 years old, P Company's previous chief of the software development office, arrested)

○ Lee o o (38 years old, P Company's previous team member in the software development office, arrested)

○ Hwang o o (45 years old, P Company's present team leader of the integration test team, arrested)

* Because 3 people including former researcher o o o, are either U.S. citizens or permanent residents of the U.S., and currently residing in the U.S., a procedure to issue a subpoena to bring them to the inside of the country is in process.

☐ Criminal Fact Sheet

Defendants have secretly taken away WiBro related source technology developed by P Company for the first time in the world along with core research workforce of the company. Since on or about February 2004, P Company has invested about 90 billion won and 170 research workforce to develop this technology. They have established a similar business in the U.S. By using the above technology, they planned to reach the point of commercializing it; then, through M&A with a U.S. communications company, decided to obtain illegal profits, the equivalent of approximately hundreds of billions won. They conspired with accused o o o, o o o, o o o, successively.

- Defendant Joung o o,

Around the beginning of October 2006, stored technical memo (TM: Technical Memo), design document (DD: Design Document), and performance document (PD: Performance Document) of the victimized company in external hard disk to take it outside of company.

2

*Technical memo is a document suggesting analysis, solution and direction of special technology in each of WiBro's developmental processes. Design document is a document that suggests hardware and software's implementation architecture. Performance document is a document that evaluates the performance of WiBro in developmental process, and it is the core technology data.

- Defendant Park o o,

From September 2006 to October 2006, saved the base station channel card's Media Access Control (MAC) source program (Sep 2006 version) of victimized company to an external hard disk. Has used the above source code to develop WiBro technology at the liaison office of I Company inside of the country.

*Base station channel card of MAC source program is a technology that controls the performance of base station. It is the channel card's core technology, and one of WiBro's source technologies.

- Defendant Lee o o,

Around March 2007, leaked out base station channel code MAC source program (March 2007 version) and WiBro equipment detail technology design layout document from the victimized company by sending out via personal email.

*WiBro equipment detail technology design layout document is detailed enough to develop WiBro equipment as it is, based on this document. It has fine details of technology and development explanations in detail. It is the core technology information.

-Defendant Hwang o o,

From mid Oct. 2006 to Jan. 2007, forwarded and leaked out the result of the data of Equipment Interlocking Test between the victimized company, and the companies, G, N, and K by emails to accomplices, o o o, and Joung o o.

*Equipment Interlocking Test result data contains the comprehensive test result data of all WiBro related base station, controller, terminal, and net management device that the victimized company is developing. It is core classified business operation data.

### 3. Characteristics of this Investigation

o This is an attempted case to leak out secrets of the world's first developed WiBro source technology to overseas.

- WiBro (Wireless Broadband) technology is a core telecommunications technology which is the foundation of the next generation (4G) and it allows users to access high-speed internet at any time and anywhere.

    *Framework of WiBro network

    Framework of WiBro network is divided into 4 elements: User Base Station Terminal, PSS (Portable Subscriber Station), RAS (Radio Access Station) equipment to transfer information wirelessly to PSS, Control station, ACR (Access Control Router) to take care of the management of the mobility and the access fee, and the Server to provide certification and other additional services.

- It is the core assignment that Ministry of Information and Communication, Korea Electronics and Telecommunication Research Institute (ETRI), Telecommunications Technology Association (TTA), and telecommunication companies have been propelling development as a 'IT839 Policy' since 2004. Domestically, S Company and P Company had invested 500 billion and 90 billion, respectively. It is the first source technology developed in the world.

    *IT 839 Policy : Government's IT industry support-growth policy; It refers to discovering 8 new services such as WiBro and DMB and building 3 Infra internet broadcast technologies such as broad Integrated Network. Based on these, it is to support growth of 9 new growing engines such as next generation mobile communication and home network.

- Unlike CDMA mobile phones, which was introduced from overseas and have been widely used, WiBro is a technology that has been developed on our own inside of the country. WiBro has become a domestic standard after discussions between this government and related parties since 2002. By striving for the world's standard, it was acknowledged as the international standard in December 2005. For the first time in the world, it successfully commercialized in June 2006.

*Quircom, Inc., which holds CDMA source technology, had earned royalty revenue of $27.8 billion (worth of approximately 27 trillion in Korean won) during one year in 2006. Korea also paid approximately 1.5 trillion won as a royalty. WiBro, unlike CDMA, escaped from dependent technology, and sold core chips and equipment made with our technology to overseas. Therefore, it has opened up a way to earn over the amount of royalty revenue scale of Quircom, Inc. Therefore, it is like a blue ocean or like a newly opened road in communications market.

o The biggest scale of technology-leaked case in IT industry
  - According to P Company, about 90 billion have been invested in WiBro business. This year, they plan to invest approximately 80 billion. Because of this case, it is forecasted that, in case the WiBro core technology had been leaked to US, the estimation of the damages due to loss of opportunity to export base station and its related equipment will amount to 15 trillion won.
  - According to the Ministry of Information and Communication, WiBro industry's domestic market size is in total approximately 8.1 trillion won and equipment market size is estimated to be at approximately 5.8 trillion won. The system and terminal market size of the world WiBro market is estimated to be in total of approximately 24 trillion won during the same period.
    *WiBro/WiMax import current status per major countries (data: Department of Telecommunication)
      - Countries that are in service (5 countries): Korea, United States, Denmark, Australia, and Netherlands
      - Service anticipated (11 countries): Croatia, Italy, Brazil, Venezuela, China, Japan, Singapore, Philippines, Canada, England, and Ireland
      - In review (8 countries): Taiwan, Spain, Malaysia, Mexico, France, India, Germany, and Sweden

- After commercializing WiBro, it is anticipated that 6 years' domestic production creation effect will be 24.7 trillion won. Additional value creation effect: 12 trillion won. Effect for employment creation will be 270,000 people. If such technology leak occurs, the expected result will be the loss of more than 10 years' food on table. The ripple effect on the entire national economy is beyond imagination.

O Systematic crime, attempting to take out P Company's core researchers and core technology by establishing a related company in overseas

- According to I Company's organization chart that former researcher o o o has made, and contents of sent and received e-mails, after establishing I Company in United States, defendant established the company with 11 people in American laboratory, 17 people in Korean laboratory, 1 administrative manager, 1 operation manager and 1 chief director. The company has scouted a total of 28 employees who were working at P Company and persuaded them to join I Company. Then, planned to make huge profit by selling the related technology to a telecommunications company in the US through M&A, in the amount of approximately 180 Billion,

- If the above plan were carried out, and if 30 core employees resigned from P Company, P Company would have faced a great deal of difficulty [Six (6) joined up to present].

    * Former researcher o o o, made statements of yearly salaries and stock option distribution reports. Based on these statements, (defendant) used emails to the P Company's employees to offer high salaries, and suggested they resign from their company.

O The business operation confidential data they had attempted to leak to overseas is the WiBro's core technology.

- The data that defendants and foreign residing co-defendants attempted to leak to overseas were P Company's WiBro Infra System, which is RAS(Radio Access Station), ACR (Access Control Router), PSS (Portable Subscriber Station), and EMS (Element Management System). This covers the whole range of WiBro's technology.

-Particularly, if WiBro technology's key points including RAS channel card's related source codes, each of above mentioned Equipment Interlocking Test data, and related materials were leaked to a same type of company in overseas, it may be possible to develop same type of products within a short period time based on data that has been developed in over 2 years' period and by 170 research workforce injected into research. For those reasons, it would have been very serious and these would have had ripple effects not only to victimized company but also to the related domestic companies, S Company, and K Company.

## 4. Significance of investigation.

O For the first time WiBro's core technology-leakage case was discovered both domestically and internationally

- This case is the first case ever in the world to prosecute an organized and bold attempt to leak world's first Korean-developed WiBro technology to overseas.

- Furthermore, adverse effects on the victimized company, source technology holder S Company, WiBro business K Company and S Company's WiBro business, as well as the national economy in whole has been prevented in advance.

o Leakage of a national core technology to overseas ahs been prevented by swift joint investigations.

- Central District Prosecutor's Office High-tech Crime Investigation and National Intelligence's Industrial Security Protection Center, jointly shared classified information and built a support system, and rapidly processed investigations from the early intelligence collection stage to the investigation process.

-Confiscated most of core technology data, channel card source code that dependents have secretly gained, and it is being corrected inside of the country; therefore, this preventive work avoided the leakage of this data to the U. S. by M & A (Merger and Acquisition.)

O Confirmed a need for monitoring technology-leaking crime

- Defendants did not use company email, domestic company's email or company cellular phones in order to conceal the criminal acts. Instead, they used intellectual tricks by using the foreign company's emails and internet phones, which do not have domestic server inside of the country to exchange data and communication.
- However, according to the law actually in force, technology-leak crimes are excluded in subjects of the monitoring. Therefore, the prevention and prosecution of crime are extremely difficult in the real circumstance.
- Considering the size of National loss, and the fact that prosecuting the crime is not easy, there is more need for monitoring technology-leak crimes than any other crimes.
- Therefore, in order to include tech-leaking crime as a monitorable subject, the congress is trying to enact a protective law of telecommunication secrets. This seems to be the right time for the occasion, and let us hope to expect the law to pass as early as possible.

O Scientific investigation will take root in the customary practice with the emphasis in human rights through digital evidence analysis

- Central District Prosecutor's Office High-tech Crime Investigation's digital investigation team confiscated about 50 hard disks (about 5000GB in size), and restored, and analyzed enormous amount of email data, These analyses revealed the plans.
- The aim of the investigation was based upon the complete physical evidence; statements alone should not be relied upon. The physical evidence was revealed by discovering: the plan of establishing I Company, the plan for scouting P Company's researchers, the present status statements of their yearly salaries, stock option distribution, and P Company's secret operations data and the history of the specifics of its use. Disclosed physical evidence through investigation will take root in the customary practice of the scientific investigation, which focuses on the center of human rights.

9

{Interoffice use only} Revised by translator, Song Ae Park on, 06/14/2007, at 05:18 p.m.