# EXHIBIT 4

- Correspondence on Feb 27, 2007

From: Seyoung Kim

To: Hwayong Joung

Reference: Re: FW: 사업 추진 관련

Recovered Contents:

정화용 박사님,

방기흥 사장님과의 일이 원만하게 진전되어서 마음이 놓이고 두분께 감사드립니다. 현실적으로 우리 팀은 WiMAX 표준에 대한 디자인만 할 뿐이지 실질적인 상용화 시스템에 대한 여력이나 능력이 없고 상용화는 그 나름 대로의 Know-How 가 많은 분야이기 때문에 Axstone 과의 협조가 아주 중요합니다.

현재 Axstone 에서 담당하는 RF Sub-System, GPS/Clock, Cabinet 등은 형체를 만들기 위한 초기 작업이지 Axstone 의 강점이라고 하기에는 너무 초라합니다. Axstone 이 앞으로 함께 할 일은 위의 간단한 Sub-System 제작이 아니라 Cell DM, Terminal DM, Core Network Interface, OA&M, 제반 Base Station Control 등 WiMAX Standard 를 넘어서는 모든 분야에 대한 일이 주요 업무가 되지 않으리라 생각됩니다. 현실적으로 Operator 들은 기지국을 구매할 때 WiMAX 의 기대 성능에 대해서는 너무나 당연하기 때문에 이에 대한 문제조차 삼지 않으며 오히려 그들 입장에서 보는 시스템 운용의 편의성, Operator 의 요구 사항등 WiMAX 와는 직접적인 관계는 없지만 아주 중요한 사항들에 대한 철저한 요구 사항들이 있는데 이는 우리팀으로서는 불가능한 영역이며 이를 Axstone 이 매꿀수 있을 것으로 믿습니다.

그리고 상호 협력에 대한 Profit Sharing 은 당연한 것임에도 아직 정확하게 정의하지 못하는 이유는 아직도 우리가 그 수준까지 개발을 진행하지 못했기 때문입니다. 일이 진행되어감에 따라 여러한 기술 협력에 대한 Profit Sharing 은 자연적으로 이루어질 수 밖에 없으며 항상 Goodwill 을 바탕으로 서로 상의해 나가면 된다고 확신합니다. 그동안 여러 이유로 양쪽의 어쩔수 없는 시점 및 견해 차이를 모두 내놓고 이야기 하기 어려운 가운데 신뢰를 확인하자는 의미에서 그간 약간의 이견이 있었다고 생각됩니다. 이제 원만하게 해결되어가는 만큼 서로 협력하자는 초심으로 돌아가서 반갑습니다. 조만간 (P 사에서 하도 민감하다고 해서 언제일지는 모릅니다마는) 한국으로 가서 모두 모여 대포 한잔하기를 기다립니다. 방사장께도 안부 전해 주시기 바랍니다. 두분 그리고 황팀장님께 고맙다는 말은 나중에 대포할 때 무겠습니다. 김세영

Case 5:07-cv-02504-RMW    Document 28-5    Filed 06/26/2007    Page 3 of 4

- Correspondence on Feb 27, 2007-06-25

    From: Seyoung Kim

    To: Hwayong Joung

    Reference: Re: FW: Regarding business proposition

    Recovered Contents:


    Dear Dr. Hwayong Joung,

    I am relieved that your business with president Kihong Bang has progressed well, and I thank both of you.

    In reality, our team designs just according to the standards of WiMAX, and we do not have a capacity or ability for the actual commercial system. Commercialization is in the area where it needs a lot of their own Know-How; therefore, cooperating with Axstone is very important.

    Currently, the RF Sub-System, GPS/Clock, and Cabinet are in Axstone's charge, which are in initial operation to build a shape and are too weak to regard it as Axstone's strong point. What we should do together with Axstone in the future, is not the above mentioned simple Sub-System productions, but I would assume that our main job should be involved in all areas such as Cell DM, Teminal DM, Core Network Interface, OA&M, and all sorts of Base Station Controls that should go beyond the WiMAX Standards. In reality, when operators purchase Base Stations, because they think WiMAX's expected performance is so obvious, they don't even think to regard expected performance as any matter. However, there are thoroughly detailed requests that are not directly related to WiMAX, such as convenience in system operation from their point of view and operator's detailed requests. These are the areas impossible for our team to handle, but I believe Axstone might be able to cover.

    In addition, although Profit Sharing should be obvious in mutual cooperation, the reason we can't still completely define what it is because we haven't progressed to that level of development. As the work progresses, Profit Sharing from such technical cooperation has to come true naturally, and I have a conviction that we can discuss it mutually based on Goodwill. Until now, due to many reasons, it's been difficult to have conversation heart to heart about both party's situations and in the context of assuring on trust, we had some differences in opinions.

    Now it is resolving well, I am grateful that we are back at beginner's enthusiasm. In no time, (P Company says it is so sensitive, so I cannot promise when, but…) I will be in Korea, and I look forward to have drinks with everyone. Please send my regards to president Bang. To both of you and to team leader, Mr. Hwang, I am saving my gratitude until later. I will buy you guys drinks later. Seyoung Kim.