# EXHIBIT 5

- Correspondence on Feb 28, 2007

From: Seyoung Kim

To: Joonsug Chung

Recovered Contents:

정춘석씨,
아주 오래전 부터 친한 친구로 부터 소액이지만 ($200k) 투자를 하고 싶다는 연락을 받았습니다.
시간이 나시는 대로 연락하시고 관련된 서류 process 를 시작하시면 될 것입니다.
연락처는 다음과 같습니다.
김훈 시장님  hoonkim@wecorporation.co.kr  010-5771-1003

그리고 정화용박사께서 오늘 KTD 전이사님으로 부터 들었다는데 3 월 2 일이나 5 일 정도에 사인을 받을 수 있다고 합니다. 뚜껑을 열어보아야 하겠지만 그분들의 의지가 변치않고 있다고 하니 며칠만 더 기다려 보지요. 김용춘사장님과 만난 분과는 어떻게 이야기가 되었는지요?  그리고 KMW 김덕용 사장님과는 이번 금요일 만나신다고 했는데 좋은 결과가 있기를 기다려 보지요.

그동안 PCB 및 다른 Sub-System 제작으로 우리를 도와주던 Axstone 과 약간의 마찰이 있었으나 어젯밤 전적으로 해결이 잘되어 이제 바로 첫번째 PCB 및 IQI 시스템을 문제없이 만들게 되었습니다. 모두 수고해 주셔서 감사드리고 이제는 무조건 시작합니다. 김세영

Case 5:07-cv-02504-RMW     Document 28-6     Filed 06/26/2007     Page 3 of 4

- Correspondence on Feb 28, 2007-06-25

    From: Seyoung Kim

    To: Joonsug Chung

    Recovered Contents:

    Dear Joonsug Chung,

    I've got a call from a very close friend for long time, that he wishes to invest what might be a small amount ($200,000). Call him when you find some time, and you may start processing related documents.
    His contact information is as follows.
    President Hoon Kim, hoonkim@wecorporation.co.kr 010-5771-1003

    Dr. Hwayong Joung said he heard from director Chun of KTD today that they can sign on around Mar 2nd, or 5th. We'll have to see once we open the lid, but it's said their decision's unwavering. Let's wait for couple of more days. How did the conversation go with the person you met with president Yongchoon Kim? And you've mentioned you are seeing KMW's president Dukyong Kim this Friday. Let's wait for a good results.

    We had some conflict with Axstone who's been helping us with PCB and other Sub-System productions until now, but it has fully resolved well just last night. Now, we can make the first PCB and IQI system right away without problems. Thanks everyone for all your efforts, and now, let's begin unconditionally. Seyoung Kim.