# EXHIBIT 6

- Correspondence on March 18, 2007

    From: Kenneth D. Lee

    To: Seyoung Kim

    Recovered Contents:

    **How are things going with the test board that I sent to Korea? Are we on track for the first milestone; the proof of concept?** It would be helpful if we can show a working demo board to provide more assurance that we know what we are doing and that we can deliver as promised. Also, we money being now very tight, we have no margin of error with respect to hitting our milestone targets. I will call you tomorrow to arrange a time for getting together. Were the phone lines connected? Also, the laptops should be delivered sometime tomorrow  Ken

- Correspondence on March 19, 2007

    From: Seyoung Kim

    To: Kenneth D. Lee

    Recovered Contents:

    **The channel card we sent to KR is a first prototype with a couple of problems that needed to be fixed through new PCB. The new version is already in the fabrication stage in KR <u>by the help of A Company</u>.** The new Channel Card PCB is known to be ready on March 20. Then the next step is to assemble all the parts on the PCB and ship to SV so that we can start a sanity test followed by integration tests which is expected to start from early April. If there is no serious problem and with a bless, we will be able to give life to the channel card by the end of April as planned. There are always unexpected hiccups that cause the schedule slip. But the chance is not high <u>since we have practiced enough during the past years</u>. The biggest and most serious hiccup in engineering is a design with ignored and unforeseen loopholes found in later stages. Fortunately, we never had such design flaws and this is the most precious value of this team with confidence and experience.