UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: June 26, 2007

Case No. C-07-02504-RMW       JUDGE: Ronald M. Whyte

POSDATA, CO.                                          -V- SEYOUNG KIM, et al.
Title

Appeared                                               Appeared
Attorneys Present                                Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and took this matter under submission. The Court to send out a final ruling to the parties. The matter is deemed submitted.