**E-FILED on** 7/3/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO. LTD., | No. C-07-02504 RMW |
| Plaintiff, | |
| v. | ORDER |
| SEYOUNG KIM AND INQUADRON, INC., | |
| Defendants. | |

In an order dated June 27, 2007, the court granted plaintiff Posdata Co. Ltd.'s application for a temporary restraining order, ordering Posdata to post a bond in the amount of $25,000 to secure payment of any damages sustained by defendants if they are later found to have been wrongfully enjoined. Because Posdata is a foreign company, it has requested, in lieu of a bond, to be permitted to deposit the required funds directly into the court's registry. As requested, the court will permit plaintiff to either post a bond in the amount of $25,000 or to deposit such funds directly into the court's registry as a condition of the temporary restraining order.

DATED: 7/3/07                    *Ronald M. Whyte*
                                  RONALD M. WHYTE
                                  United States District Judge

ORDER—No. C-07-02504 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Brendan Dolan | bdolan@morganlewis.com |
| Steven John Garrett | steven.garrett@morganlewis.com |
| L. Julius M. Turman | jturman@morganlewis.com |

**Counsel for Defendants:**

| | |
|---|---|
| David S. Elkins | delkins@ssd.com |
| Nathan Lane , III | nlane@ssd.com |
| Allison Elizabeth Pitigoi | apitigoi@ssd.com,krose@ssd.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     7/3/07                              /s/ MAG
                                          **Chambers of Judge Whyte**

United States District Court
For the Northern District of California