UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 8/3/07

COURT REPORTER: FTR             Clerk: Corinne Lew

Case No:C 07-02504 RMW          Case Title: Postdata   vs.   Kim

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Steven Garrett<br>Brendan Dolan | David Elkins<br>Allison Pitigoi |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status      [ ] Discovery

                        [X] Settlement     [ ] Final       [] Motion

                        [ ] Other          [ ] Further Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted            [X] Settled

[ ] Denied               [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part               [ ] Off Calendar

Briefing Schedule:   Opening                Answer
                     Reply

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant        [ ] Court            [ ] Court w/opinion