1  BRENDAN DOLAN, State Bar No. 126732
   L. JULIUS M. TURMAN, State Bar No. 226126
2  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  bdolan@morganlewis.com

6  Attorneys for Plaintiff
   POSDATA CO., LTD.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 POSDATA CO., LTD., a South Korean          Case No. C 07 2504 RMW
   corporation,
12                                            **STIPULATION AND [PROPOSED]**
                        Plaintiff,            **ORDER CONTINUING HEARING FOR**
13                                            **PLAINTIFF'S PRELIMINARY**
              vs.                             **INJUNCTION**
14
   SEYOUNG KIM, an individual and
15 INQUADRON, INC., a California
   corporation,
16
                        Defendants.
17

18        Plaintiff Posdata Co., LTD, ("Posdata"), Defendant Seyoung Kim ("Kim"), and Defendant

19 InQuadron, Inc. ("InQuadron") (collectively, the "Stipulating Parties"), through their respective

20 counsel, hereby agree and stipulate to the following:

21        WHEREAS, a hearing in this matter regarding Plaintiff's motion for a preliminary

22 injunction was scheduled for September 28, 2007; and

23        WHEREAS the deadline for Plaintiff to file supplemental moving papers was August 17,

24 2007, the deadline for Defendants to file an opposition to Plaintiff's motion was September 7,

25 2007, and the deadline for Plaintiff to file its reply was September 14, 2007; and

26        WHEREAS, the parties wish to continue the hearing to a date in the future because they

27 are continuing to work out the terms of the settlement and are in the process of finalizing the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMW                                              STIPULATION AND
1-SF/7585235.1                                            [PROPOSED] ORDER

1    settlement documents; and

2         WHEREAS, the parties seek a continuance of the hearing until at least January, 2008.

3    **IT IS HEREBY STIPULATED,** based on the foregoing by and between the Parties to

4    this action, through their respective counsel, as follows:

5         1.    The hearing regarding Plaintiff's motion for a preliminary injunction shall be

6    continued and not be heard before January 1, 2008.

7         2.    The deadline for Plaintiff to file supplemental moving papers shall be no sooner

8    than December 1, 2007.

9         3.    The Court shall set the new hearing and briefing deadlines pursuant to terms of

10   this stipulation.

11        4.    The current temporary restraining order signed by Judge Whyte on June 27, 2007

12   shall remain in effect until the date of the preliminary injunction hearing.

13

14        **IT IS SO STIPULATED.**

15   Dated:    August 7, 2007              MORGAN, LEWIS & BOCKIUS LLP

16

17                                         By _____

18                                         Brendan Dolan
                                           **Attorneys for Plaintiff POSDATA CO.,
19                                         LTD.**

20   Dated:    August 7, 2007              SQUIRE, SANDERS & DEMPSEY LLP

21

22                                         By _____

23                                         David S. Elkins
                                           Attorneys for Defendants SEYOUNG KIM
24                                         and INQUADRON, INC.

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP        C 07 2504 RMS                    -2-                    STIPULATION AND
ATTORNEYS AT LAW                              1-SF/7585235.1               [PROPOSED] ORDER.
SAN FRANCISCO

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The court shall hear Plaintiff's

2    motion for a preliminary injunction on _____, 2008.  Plaintiff shall file any supplemental

3    moving papers by _____.  Defendants shall file an opposition to Plaintiff's

4    motion by _____.  Plaintiff shall file its reply by _____.  The

5    current temporary restraining order issued by this Court on June 27, 2007 shall remain in effect

6    until the date of the preliminary injunction hearing.

7

8    Dated:_____                    _____

9                                                  Hon. RONALD M. WHYTE
                                                   United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMW                    -3-                    STIPULATION AND
                          1-SF/7585235.1                [PROPOSED] ORDER