BRENDAN DOLAN, State Bar No. 126732
L. JULIUS M. TURMAN, State Bar No. 226126
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Plaintiff
POSDATA CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 8/15/07*

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>Defendants. | Case No. C 07 2504 RMW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FOR PLAINTIFF'S PRELIMINARY INJUNCTION |

Plaintiff Posdata Co., LTD, ("Posdata"), Defendant Seyoung Kim ("Kim"), and Defendant InQuadron, Inc. ("InQuadron") (collectively, the "Stipulating Parties"), through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, a hearing in this matter regarding Plaintiff's motion for a preliminary injunction was scheduled for September 28, 2007; and

WHEREAS the deadline for Plaintiff to file supplemental moving papers was August 17, 2007, the deadline for Defendants to file an opposition to Plaintiff's motion was September 7, 2007, and the deadline for Plaintiff to file its reply was September 14, 2007; and

WHEREAS, the parties wish to continue the hearing to a date in the future because they are continuing to work out the terms of the settlement and are in the process of finalizing the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMW
1-SF/7585235.1

STIPULATION AND [PROPOSED] ORDER

1  settlement documents; and

2      WHEREAS, the parties seek a continuance of the hearing until at least January, 2008.

3      **IT IS HEREBY STIPULATED**, based on the foregoing by and between the Parties to
4  this action, through their respective counsel, as follows:

5      1.    The hearing regarding Plaintiff's motion for a preliminary injunction shall be
6  continued and not be heard before January 1, 2008.

7      2.    The deadline for Plaintiff to file supplemental moving papers shall be no sooner
8  than December 1, 2007.

9      3.    The Court shall set the new hearing and briefing deadlines pursuant to terms of
10 this stipulation.

11     4.    The current temporary restraining order signed by Judge Whyte on June 27, 2007
12 shall remain in effect until the date of the preliminary injunction hearing.

14     **IT IS SO STIPULATED.**

15 Dated:    August 7, 2007    MORGAN, LEWIS & BOCKIUS LLP

17 By _____
    Brendan Dolan
18     Attorneys for Plaintiff POSDATA CO., LTD.

20 Dated:    August 7, 2007    SQUIRE, SANDERS & DEMPSEY LLP

22 By _____
    David S. Elkins
23     Attorneys for Defendants SEYOUNG KIM and INQUADRON, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMS      -2-      STIPULATION AND
1-SF/7585235.1      [PROPOSED] ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The court shall hear Plaintiff's motion for a preliminary injunction on __2/15__, 2008. Plaintiff shall file any supplemental moving papers by __1/11/08__. Defendants shall file an opposition to Plaintiff's motion by __1/25/08__. Plaintiff shall file its reply by __2/1/08__. The current temporary restraining order issued by this Court on June 27, 2007 shall remain in effect until the date of the preliminary injunction hearing. The Case Management Conference is continued from August 17, 2007 to February 29, 2008. (rmw)

Dated: __8/15/07__

*Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 07 2504 RMW
-3-
1-SF/7585235.1
STIPULATION AND [PROPOSED] ORDER