UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POSDATA, CO, LTD.,

        Plaintiff(s),

    v.

KIM, ET AL.,

        Defendant(s).
_____/

No. C 07-02504 RMW (PVT)

**FURTHER NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a **Further Settlement Conference** has been scheduled before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on **Friday, November 30, 2007 at 2:00 p.m.**, or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated:  11/20/07                /s/ Corinne Lew

                                            Corinne Lew, Courtroom Deputy to
                                            Magistrate Judge Patricia V. Trumbull