UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 12/14/07

COURT REPORTER:           Clerk:

Case No:C 07-02504 RMW           Case Title: Postdata   vs.   Kim

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Steven Garrett | David Elkins |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status       [ ] Discovery

[X] Settlement t/c from Kona -still need a little time

[ ] Final       [] Motion

[ ] Other       [ ] Further Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar

Briefing Schedule:    Opening                   Answer
                      Reply

[x ]Telephone Conference on 12/21/07 at 2:00 p.m. to confirm Settlement.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant       [ ] Court       [ ] Court w/opinion