UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 12/21/07

Court Reporter:    Clerk:

Case No:C 07-2504 RMW    Case Title: Posdata vs. Kim

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Brandon Dolan (by telephone) | David Elkin (by telephone) <br> Allison Pitigoi (by telephone) |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery

[X] Settment    [ ] Final
    By telephone
[ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted    [ ] Submitted    [ ] Settled

[ ] Denied    [ ] Briefs to be filed    [X] Not Settled yet

[ ] Granted in part, denied in part    [ ] Off Calendar

[X] Continued to 1/3/08 at 2:00 p.m. for Continued Settlement Conference by telephone.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 10 MIN.