UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 1/7/08

COURT REPORTER:          Clerk:

Case No:C 07-2504 RMW          Case Title: Posdata vs. Kim

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Brendan Dolan | David Elkins |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

[ ] Settlement      [ ] Final      [ ] Motion

**[X] Other - Status of Settlement - via letters**       [ ] Case Management Conference

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed     [X] Not Settled

[ ] Granted in part, denied in part        [ ] Off Calendar

Briefing Schedule:   Opening                    Answer
                     Reply

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [ ] Court      [ ] Court w/opinion

NOTES: Post conference correspondence indicates a breakdown in settlement process.