# EXHIBIT A

Case 5:07-cv-02504-RMW     Document 46-2     Filed 01/09/2008     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSDATA CO., <br><br> Plaintiff, <br><br> v. <br><br> SEYOUNG KIM, et al., <br><br> Defendant. | *E-FILED - 7/5/07* <br><br> CASE NO.: C-07-02504-RMW <br><br> **CLERK'S NOTICE REFERRING CASE TO AN EARLY SETTLEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Court is referring the above-entitled case to Magistrate Judge Trumbull for an early settlement conference on **August 3, 2007 @ 10:00 a.m.** The parties are ordered to lodge with Magistrate Judge Trumbull's chambers a settlement conference statement by July 27, 2007.

Any inquiries regarding the settlement conference may be made by contacting the Courtroom Deputy for Magistrate Judge Trumbull at (408) 535-5378.

DATED: July 5, 2007

BY: /s/ Jackie Lynn Garcia
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3     Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28