# EXHIBIT C

Case 5:07-cv-02504-RMW    Document 46-4    Filed 01/09/2008    Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 8/3/07

COURT REPORTER: FTR

Clerk: Corinne Lew

Case No: C 07-02504 RMW

Case Title: Postdata vs. Kim

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Steven Garrett<br>Brendan Dolan | David Elkins<br>Allison Pitigoi |

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial    [ ] Status    [ ] Discovery

[X] Settlement    [ ] Final    [ ] Motion

[ ] Other    [ ] Further Case Management Conference

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [X] Settled

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

Briefing Schedule:   Opening                  Answer
                     Reply

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion