# EXHIBIT D

Case 5:07-cv-02504-RMW     Document 46-5     Filed 01/09/2008     Page 1 of 3

### Elkins, David S.

**From:** Elkins, David S.
**Sent:** Wednesday, September 26, 2007 9:53 PM
**To:** 'jturman@morganlewis.com'
**Cc:** Pitigoi, Allison E.; bdolan@morganlewis.com; steven.garrett@morganlewis.com
**Subject:** RE: Posdata v. Kim

Julius:

We still await the other documents.

In the meantime, it would speed our work here if you could have your assistant send us the deposition upon written questions in Word format so the questions need not be retyped.

Thanks and regards,

David

---

**From:** jturman@morganlewis.com [mailto:jturman@morganlewis.com]
**Sent:** Friday, September 21, 2007 5:34 PM
**To:** Elkins, David S.
**Cc:** Pitigoi, Allison E.; bdolan@morganlewis.com; steven.garrett@morganlewis.com
**Subject:** RE: Posdata v. Kim

Hi David,

Brendan and I are still reviewing and revising the stipulations for consent decree and judgment and the settlement agreement. We will get them to you as soon as possible, but in the meantime we will be sending you by email and us mail, the deposition upon written questions.

Thanks for your courtesies and patience.

Regards,

Julius

**L. Julius M. Turman | Morgan Lewis & Bockius LLP**
One Market Spear Tower | Suite 2800 | San Francisco, CA 94105
Direct: 415.442.1361 | Cell: 415.846.3763
Main: 415.442.1000 | Fax: 415.442.1001
mailto:jturman@morganlewis.com | www.morganlewis.com

09/14/2007 11:15 AM

"Pitigoi, Allison E." <APitigoi@ssd.com>

Subject RE: Posdata v. Kim

Gentlemen:

Following up on my message below, we would appreciate your estimate for our receipt of the draft.

Thanks

David

---

**From:** Elkins, David S.
**Sent:** Thursday, September 06, 2007 12:31 PM
**To:** bdolan@morganlewis.com; jturman@morganlewis.com
**Cc:** Pitigoi, Allison E.
**Subject:** Posdata v. Kim

Brendan and Julius:

Do you have an ETA on a draft permanent injunction? I am happy to draft the accompanying settlement agreement and release. Please let me know at your earliest convenience.

Thanks

David

---

**David S. Elkins** | Squire, Sanders & Dempsey LLP | 600 Hansen Way | Palo Alto, California 94304 | USA | Tel +1.650.843.3378 | Fax +1.650.843.8777 | DElkins@ssd.com

www.ssd.com

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

11/3/2007