# EXHIBIT F

## Pitigoi, Allison E.

| | |
|---|---|
| **From:** | Elkins, David S. |
| **Sent:** | Saturday, November 03, 2007 1:50 PM |
| **To:** | 'bdolan@morganlewis.com'; 'jturman@morganlewis.com' |
| **Cc:** | 'steven.garrett@morganlewis.com'; Pitigoi, Allison E. |
| **Subject:** | PosData v. Kim, et al. - letter |
| **Attachments:** | 110307 letter to Dolan and Turman.pdf |

Counsel:

Please see the attached letter.

Regards,

---

**David S. Elkins** | Squire, Sanders & Dempsey LLP | 600 Hansen Way | Palo Alto, California 94304 | USA | Tel +1.650.843.3378 | Fax +1.650.843.8777 | DElkins@ssd.com

www.ssd.com

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.



SQUIRE, SANDERS & DEMPSEY L.L.P.

600 Hansen Way
Palo Alto, CA 94304-1043

Office:       +1.650.856.6500
Fax:          +1.650.843.8777
Direct Dial:  +1.650.843.3378
DElkins@ssd.com

November 3, 2007

**VIA E-MAIL**
(bdolan@morganlewis.com; jturman@morganlewis.com)

Brendan Dolan, Esq.
L. Julius M. Turman, Esq.
Morgan Lewis & Bockius LLP
One Market Street
Spear Tower
San Francisco, California 94105

Re:    **PosData, Co., Ltd. v. Kim, et al.**

Counsel:

    As you will recall, we agreed at the August 3, 2007 settlement conference with Magistrate Judge Trumbull that both sides would use their best efforts to document the settlement and dismiss the action by the end of September. Now another month has passed, and, despite your repeated assurances that we would receive drafts of the permanent injunction and settlement agreement, we have received nothing. More than ten days have passed since we served InQuadron's responses to written deposition questions, and you have declined to respond to my written and phone message inquiries about when we can expect to see the documents.

    We cannot wait any longer, and I should not have to nag you to get us what you promised multiple times (see the attached). If we do not received completed drafts from you by the close of business on Tuesday, November 6, we will contact Magistrate Judge Trumbull to reconvene the settlement conference for the purpose of enforcing the settlement we made August 3.

Sincerely,

David S. Elkins

DSE/kb
Enclosures
Copies:    Kennth D. Lee, Esq.
           Allison E. Pitigoi, Esq.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO