# EXHIBIT I

## Pitigoi, Allison E.

| | |
|---|---|
| **From:** | Pitigoi, Allison E. |
| **Sent:** | Friday, November 30, 2007 5:17 PM |
| **To:** | 'bdolan@morganlewis.com'; 'steven.garrett@morganlewis.com' |
| **Cc:** | Elkins, David S. |
| **Subject:** | Posdata v. Kim/InQuadron: draft financial statement forms for Seyoung Kim and InQuadron, Inc. |
| **Attachments:** | Draft Financial Statement Forms for Seyoung Kim and InQuadron, Inc.pdf |

Brendan and Steven,

As discussed, attached are draft forms for the financial statements of Seyoung Kim and InQuadron, Inc. for your review.

As soon as possible, please confirm in writing that the attached forms are acceptable. Once we receive your confirmation, we will work as quickly as possible to complete the forms.

Best regards,

Allison Pitigoi

**Allison E. Pitigoi**
Attorney at Law
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Direct: +1.650.843.8796
Network: +1.650.531.8796
Fax: +1.650.843.8777
apitigoi@ssd.com
www.ssd.com

Beijing | Bratislava | Brussels | Budapest | Caracas | Cincinnati | Cleveland | Columbus | Frankfurt | Hong Kong | Houston | London | Los Angeles | Miami | Moscow | New York | **Palo Alto** | Phoenix | Prague | Rio de Janeiro | San Francisco | Santo Domingo | Shanghai | Tallahassee | Tampa | Tokyo | Tysons Corner | Warsaw | Washington DC | West Palm Beach | Associated Offices: Bucharest, Buenos Aires, Dublin, Kyiv, Milan & Santiago

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

1/8/2008

# BALANCE SHEET FOR INQUADRON, INC.
## AS OF _____

| ASSETS | CLAIMED VALUE ($) |
|---|---|
| **CURRENT ASSETS** | |
| Cash | |
| Accounts receivable | |
| (less doubtful accounts) | |
| Inventory | |
| Temporary investment | |
| Prepaid expenses | |
| *Total Current Assets* | |
| | |
| **FIXED ASSETS** | |
| Long-term investments | |
| Land | |
| Buildings | |
| (less accumulated depreciation) | |
| Plant and equipment | |
| (less accumulated depreciation) | |
| Furniture and fixtures | |
| (less accumulated depreciation) | |
| *Total Net Fixed Assets* | |
| | |
| **TOTAL ASSETS** | |

| LIABILITIES | CLAIMED VALUE ($) |
|---|---|
| **CURRENT LIABILITIES** | |
| Accounts payable | |
| Short-term notes | |
| Current portion of long-term notes | |
| Interest payable | |
| Taxes payable | |
| Accrued payroll | |
| *Total Current Liabilities* | |
| | |
| **LONG-TERM LIABILITIES** | |
| Mortgage | |
| Other long-term liabilities | |
| *Total Long-Term Liabilities* | |
| | |
| **SHAREHOLDERS' EQUITY** | |
| Capital stock | |
| Retained earnings | |
| *Total Shareholders' Equity* | |
| | |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | |

–2–

    InQuadron, Inc. has not transferred any assets in excess of $10,000 since August 1, 2007.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>Date:</u>

KENNETH D. LEE  
Chief Financial Officer  
For InQuadron, Inc.

_____  
(SIGNATURE OF DECLARANT)

## STATEMENT OF PERSONAL ASSETS AND LIABILITIES
## FOR SEYOUNG KIM

| ASSETS | CLAIMED VALUE ($) | LIABILITIES | CLAIMED VALUE ($) |
|---|---|---|---|
| **REAL PROPERTY** (INCLUDE ADDRESS): | | **STUDENT LOANS:** | |
| **VEHICLES:** | | **MORTGAGES:** | |
| **HOUSEHOLD FURNISHINGS AND APPLIANCES:** | | **CREDIT CARD BALANCES:** | |
| **OTHER SUBSTANTIAL PERSONAL PROPERTY:** | | **OTHER LOANS:** | |
| **BANK ACCOUNTS** (LIST ALL ACCOUNTS INCLUDING CHECKING ACCOUNTS, SAVINGS ACCOUNTS, CDS (CERTIFICATES OF DEPOSIT), MONEY MARKETS, ETC.): | | **TAXES:** | |
| **CASH ON HAND:** | | **SUPPORT ARREARAGES:** | |
| **PENSIONS AND INVESTMENTS** (401KS, IRAS, RETIREMENT/PENSION ACCOUNTS, STOCKS, BONDS, MUTUAL FUNDS, ETC.): | | **OTHER DEBTS:** | |
| **BUSINESS INTERESTS** (CO-OWNERSHIPS, PARTNERSHIPS, LLCS, SOLE PROPRIETORSHIPS, ETC.): | | | |
| **INSURANCE POLICIES WITH CASH SURRENDER OR LOAN VALUE:** | | | |
| **OTHER ACCOUNTS OR ASSETS:** | | | |
| **TOTAL ASSETS:** | | **TOTAL LIABILITIES:** | |

I have not transferred any assets in excess of $10,000 since August 1, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:

SEYOUNG KIM

_____
(SIGNATURE OF DECLARANT)