# EXHIBIT J

## Pitigoi, Allison E.

| | |
|---|---|
| **From:** | Pitigoi, Allison E. |
| **Sent:** | Monday, December 10, 2007 11:17 AM |
| **To:** | 'bdolan@morganlewis.com' |
| **Cc:** | Elkins, David S.; 'steven.garrett@morganlewis.com' |
| **Subject:** | Posdata v. Kim, et al: financial statements of Seyoung Kim and InQuadron, Inc. |
| **Attachments:** | Posdata v. Kim et al. - Letter to Brendan Dolan regarding financial statements with enclosures.PDF |

Brendan:

Please see the attached cover letter regarding the financial statements of Seyoung Kim and InQuadron, Inc. with enclosures. Another copy will be sent via mail.

Best regards,

Allison Pitigoi

**Allison E. Pitigoi**
Attorney at Law
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Direct: +1.650.843.8796
Network: +1.650.531.8796
Fax: +1.650.843.8777
apitigoi@ssd.com
www.ssd.com
Beijing | Bratislava | Brussels | Budapest | Caracas | Cincinnati | Cleveland | Columbus | Frankfurt | Hong Kong | Houston | London | Los Angeles | Miami | Moscow | New York | **Palo Alto** | Phoenix | Prague | Rio de Janeiro | San Francisco | Santo Domingo | Shanghai | Tallahassee | Tampa | Tokyo | Tysons Corner | Warsaw | Washington DC | West Palm Beach | Associated Offices:
Bucharest, Buenos Aires, Dublin, Kyiv, Milan & Santiago

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.



SQUIRE, SANDERS & DEMPSEY L.L.P.

600 Hansen Way
Palo Alto, California 94304-1043

Office: +1.650.856.6500
Fax: +1.650.843.8777

Direct: +1.650.843.8796
apitigoi@ssd.com

### *VIA ELECTRONIC MAIL AND MAIL*

December 10, 2007

Brendan Dolan, Esq.
Morgan, Lewis & Bockius L.L.P.
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Re:   *Posdata Co., Ltd. v. InQuadron, Inc. et al.*

Dear Brendan:

As we have agreed, enclosed are the Statement of Personal Assets and Liabilities for Seyoung Kim and the Balance Sheet for InQuadron, Inc. as of December 1, 2007, each of which is designated as CONFIDENTIAL under the stipulated protective order entered by the Court. Access to the enclosed information is limited to and restricted by the parties' agreement as provided below.

Pursuant to our agreement, no other Posdata employee than Hotae Han, Jin-Wook Kim, Joonil Shin and Byungchang Yoo may obtain or otherwise access information contained in the Balance Sheet for InQuadron, Inc. as of December 1, 2007.

Also pursuant to our agreement, no other Posdata employee than Jin-Wook Kim and Hotae Han may obtain or otherwise access information contained in the Statement of Personal Assets and Liabilities for Seyoung Kim. Joonil Shin and Byungchang Yoo, however, may be informed of the total amount of assets and liabilities for Seyoung Kim.

Please contact me if you have any questions.

Very truly yours,

SQUIRE, SANDERS & DEMPSEY L.L.P.

*Allison Pitigoi*

Allison E. Pitigoi

Enclosures

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • MILAN • SANTIAGO

www.ssd.com