# EXHIBIT K

**From:** Elkins, David S.
**Sent:** Tuesday, December 11, 2007 10:01 AM
**To:** 'bdolan@morganlewis.com'; 'steven.garrett@morganlewis.com'
**Cc:** Pitigoi, Allison E.
**Subject:** Posdata v. Kim and InQuadron

### PRIVILEGED AND CONFIDENTIAL
### SETTLEMENT COMMUNICATION - FRE 408

Brendan and Steven:

We are disappointed not to have received any comments back from you on the draft settlement agreement and consent judgment. We sent them to you eight days ago, and you and I discussed them by phone last Tuesday. You said that you would send suggested revisions. We have not received them.

We realize that like us, you have other client work and that, unlike us, you must communicate with Posdata in a substantially different time zone. Before Judge Trumbull on November 30, however, we each pledged to turn these documents around quickly -- I recall we mentioned two-day turnarounds. We have lived up to that agreement. We sent you the proposed financial statement forms that evening and sent the revised draft agreements as promised on December 3. We sent you the verified financial statements within hours of receiving your last tweak to the verification language.

We agreed to speak with Judge Trumbull again this Friday, December 14, if either side is dissatisfied with the progress toward settlement. We hope that the call is unnecessary, but we need an immediate commitment from you that we will receive your comments on the settlement documents today, and a renewal of Posdata's commitment to do what is necessary to complete the parties' settlement before the close of business this Friday.

Thanks and regards,

David

---

David S. Elkins | Squire, Sanders & Dempsey LLP | 600 Hansen Way | Palo Alto, California 94304 | USA | Tel +1.650.843.3378 | Fax +1.650.843.8777 | DElkins@ssd.com

www.ssd.com

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.