# EXHIBIT L



LEGAL
COUNSEL
WORLDWIDE

SQUIRE, SANDERS & DEMPSEY L.L.P.

600 Hansen Way
Palo Alto, California 94304-1043

Office: +1.650.856.6500
Fax: +1.650.843.8777

Direct: +1.650.843.3378
DElkins@ssd.com

December 13, 2007

**VIA E-MAIL**

**CONFIDENTIAL SETTLEMENT COMMUNICATION**

The Honorable Patricia V. Trumbull
United States Magistrate Judge
United States District Court
280 South First Street, Courtroom 5, 4th Floor
San Jose, CA 95113

Re:    *Posdata Co., Ltd. v. Seyoung Kim, et al.,*
       <u>N.D. Cal. Case No. C 07 2504 RMW (PVT)</u>

Dear Judge Trumbull:

        We regret to report that we have had to schedule a further continued settlement conference on Friday, December 14, 2007, at 2:00 p.m. because the parties have failed to make adequate progress towards resolving this case.

        On November 30, 2007, the parties agreed to turn settlement documents around quickly to promptly resolve this matter. Defendants submitted proposed financial statement forms to Posdata that evening, sent a revised draft of the settlement agreement and proposed consent judgment on Friday, December 3, 2007, and promptly submitted the completed financial statement forms within 24 hours of Posdata's final revisions to the forms. Since receiving our revisions to the two settlement documents, however, Posdata has not provided any revisions, despite its promise to do so last Tuesday, December 4. Attached is the most recent of our attempts to speed resolution of this matter, to which we have received no response.

        We appreciate the Court's time and assistance in helping resolve this matter.

Sincerely,

David S. Elkins

DSE/kb
Enclosure
cc:    Brendan Dolan, Esq. (by fax)

PALOALTO/98563.3

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • MILAN • SANTIAGO

www.ssd.com

| From: | Elkins, David S. |
|---|---|
| Sent: | Tuesday, December 11, 2007 10:01 AM |
| To: | 'bdolan@morganlewis.com'; 'steven.garrett@morganlewis.com' |
| Cc: | Pitigoi, Allison E. |
| Subject: | Posdata v. Kim and InQuadron |

**PRIVILEGED AND CONFIDENTIAL
SETTLEMENT COMMUNICATION - FRE 408**

Brendan and Steven:

We are disappointed not to have received any comments back from you on the draft settlement agreement and consent judgment. We sent them to you eight days ago, and you and I discussed them by phone last Tuesday. You said that you would send suggested revisions. We have not received them.

We realize that like us, you have other client work and that, unlike us, you must communicate with Posdata in a substantially different time zone. Before Judge Trumbull on November 30, however, we each pledged to turn these documents around quickly -- I recall we mentioned two-day turnarounds. We have lived up to that agreement. We sent you the proposed financial statement forms that evening and sent the revised draft agreements as promised on December 3. We sent you the verified financial statements within hours of receiving your last tweak to the verification language.

We agreed to speak with Judge Trumbull again this Friday, December 14, if either side is dissatisfied with the progress toward settlement. We hope that the call is unnecessary, but we need an immediate commitment from you that we will receive your comments on the settlement documents today, and a renewal of Posdata's commitment to do what is necessary to complete the parties' settlement before the close of business this Friday.

Thanks and regards,

David

---

David S. Elkins | Squire, Sanders & Dempsey LLP | 600 Hansen Way | Palo Alto, California 94304 | USA | Tel +1.650.843.3378 | Fax +1.650.843.8777 | DElkins@ssd.com

www.ssd.com

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.