# EXHIBIT M

**Pitigoi, Allison E.**

| | |
|---|---|
| **From:** | Pitigoi, Allison E. |
| **Sent:** | Friday, December 14, 2007 5:29 PM |
| **To:** | 'steven.garrett@morganlewis.com' |
| **Cc:** | 'bdolan@morganlewis.com'; Elkins, David S. |
| **Subject:** | Posdata v. Kim et al.: letter regarding continued settlement conference on 12.14.07 |
| **Attachments:** | Ltr. to Steven Garrett regarding continued settlement conference on 12.14.07.pdf |

Steven:

Please see the attached letter regarding the continued settlement conference held earlier today.

Regards,

Allison

**Allison E. Pitigoi**
Attorney at Law
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Direct: +1.650.843.8796
Network: +1.650.531.8796
Fax: +1.650.843.8777
apitigoi@ssd.com
www.ssd.com
Beijing | Bratislava | Brussels | Budapest | Caracas | Cincinnati | Cleveland | Columbus | Frankfurt | Hong Kong | Houston | London | Los Angeles | Miami | Moscow | New York | **Palo Alto** | Phoenix | Prague | Rio de Janeiro | San Francisco | Santo Domingo | Shanghai | Tallahassee | Tampa | Tokyo | Tysons Corner | Warsaw | Washington DC | West Palm Beach | Associated Offices: Bucharest, Buenos Aires, Dublin, Kyiv, Milan & Santiago

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.



SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

Office: +1.650.856.6500
Fax: +1.650.843.8777

Direct: +1.650.843.8796
apitigoi@ssd.com

*VIA ELECTRONIC MAIL*

December 14, 2007

Steven Garrett, Esq.
Morgan, Lewis & Bockius L.L.P.
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Re:   Posdata Co., Ltd. v. Kim et al.

Dear Steven:

This letter confirms your representations at the continued settlement conference that was held earlier today.

You stated that you will submit to us Posdata's return comments on the Settlement Agreement and General Release and the Stipulated Consent Decree and Judgment by the close of business today or at the latest on Monday, December 17, 2007. You further stated that the settlement should be concluded within a week from today. We look forward to doing so.

We also confirm the continued settlement conference with Judge Trumbull on Friday, December 21, 2007 at 2:00 p.m.

Sincerely,

Allison E. Pitigoi

cc: Brendan Dolan (via electronic mail)

PA/1086111.1

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • MILAN • SANTIAGO

www.ssd.com