# EXHIBIT N

Posdata v. InQuadron

Telephone Call from Brendan Dolan (12/19/07)

"Hi David this is Brendan Dolan and I was just getting back to you, returning your call and I wanted to tell you I've been going back and forth with our folks and they have decided that they want to-- in view of the financial statements --I actually had a couple of questions and then when they saw by how much his -- Kim's assets exceeded his liabilities they are feeling like they want to get paid something and their initial demand is for the one-hundred fifty thousand, that's reflected as the value of his mutual funds. So, I just wanted to pass that on to you. I have a revised version of the agreement that reflects that, which I -- frankly, I've got to leave the office shortly and I'm not going to be able to get it to you tonight. I'll get it to you in the morning, and obviously this adds a wrinkle but if we could talk about it I would appreciate it. (415) 442-1667, thanks, bye".

PALOALTO/108717.1