# EXHIBIT O

Telephone message from Brendan Dolan to David S. Elkins
Received at 3:30 p.m. 12/20/07

"Hi David, this is Brendan Dolan, I got your message, if you get a chance if you could give me a ring (415) 442-1667.  I am – what I'm going to do is I am going to – I'm actually going to forward your message to these guys so that they understand you know kind of what's at stake in terms of what they're doing, alright and I'm going to talk to them hopefully right around 5:00-6:00 p.m.  I don't know if I'll be able to get back to you tonight with something from them but if not tonight, I will be able to talk to you – should be first thing in the morning.  But if you want to give me a call, I'd like to just talk to you live for a minute (415) 442-1667.  I've got a conference call at 3:30 p.m. and it's probably going to last about an hour.  Okay, thanks bye".

PALOALTO/108740.1