# EXHIBIT P

**From:** bdolan@morganlewis.com [mailto:bdolan@morganlewis.com]
**Sent:** Friday, December 28, 2007 12:49 PM
**To:** Elkins, David S.
**Subject:** Re: Posdata v. Kim, InQuadron

Not yet. I will be in touch as soon as I have some. I am hoping for Monday.

Brendan Dolan
Morgan Lewis & Bockius LLP
One Market Street
Spear Tower
San Francisco, California 94105
Telephone (415) 442-1667
Fax (415) 442-1001
Email bdolan@morganlewis.com

IRS Circular 230 Disclosure

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. For information about why we are required to include this legend in emails, please see http://www.morganlewis.com/circular230.

"Elkins, David S." <DElkins@SSD.com>

12/28/2007 11:54 AM

To bdolan@morganlewis.com
cc
Subject Posdata v. Kim, InQuadron

Brendan:

1/8/2008

Any news?

Thanks.

David

---

David S. Elkins | Squire, Sanders & Dempsey LLP | 600 Hansen Way | Palo Alto, California 94304 | USA | Tel +1.650.843.3378 | Fax +1.650.843.8777 | DElkins@ssd.com

www.ssd.com

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your computer. Thank you.

```
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
```

1/8/2008