1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  delkins@ssd.com
   Allison E. Pitigoi (State Bar # 242211)
3  apitigoi@ssd.com
   Xavier M. Brandwajn (State Bar # 246218)
4  xbrandwajn@ssd.com
   600 Hansen Way
5  Palo Alto, CA  94304-1043
   Telephone:    +1.650.856.6500
6  Facsimile:    +1.650.843.8777

7  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Nathan Lane III (State Bar # 50961)
8  nlane@ssd.com
   One Maritime Plaza, Third Floor
9  San Francisco, CA  94111
   Telephone:    +1.415.954.0200
10 Facsimile:    +1.415.393.9887

11 Attorneys for Defendants
   SEYOUNG KIM and INQUADRON, INC.
12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>             Defendants. | Case No. C 07 2504 RMW (PVT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SEYOUNG KIM'S AND INQUADRON, INC.'S MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS' MOTION TO ENFORCE SETTLEMENT [Civil L. R. 6-3]** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304-1043

[PROPOSED] ORDER GRANTING DEFENDANTS SEYOUNG KIM'S AND INQUADRON, INC.'S MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO ENFORCE SETTLEMENT
CASE NO. C 07 2504 RMW (PVT)

1  Pursuant to Civil Local Rule 6-3, Defendants Seyoung Kim and Inquadron, Inc.
2  (collectively "Defendants") submitted a Motion for Order Shortening Time for Hearing on
3  Defendants' Motion to Enforce Settlement.
4  Good cause having been shown based upon the Motion and the Declaration of David S.
5  Elkins in support thereof, the Court hereby GRANTS Defendants' Motion and hereby ORDERS
6  time shortened for the hearing on Defendant's Motion to Enforce Settlement, to be heard on
7  January 14, 2008.
8  IT IS SO ORDERED.
9  Dated: _____, 2008
10                                                              THE HON. RONALD M. WHYTE
                                                                UNITED STATES DISTRICT JUDGE

12  PALOALTO/108916.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
600 Hansen Way
Palo Alto, California 94304-1043

[PROPOSED] ORDER GRANTING DEFENDANTS SEYOUNG KIM'S AND INQUADRON, INC.'S
MOTION FOR ORDER SHORTENING TIME FOR HEARING
ON MOTION TO ENFORCE SETTLEMENT
CASE NO. C 07 2504 RMW (PVT)

- 1 -