**E-FILED on**   1/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEYOUNG KIM AND INQUADRON, INC., <br><br> Defendants. | No. C-07-02504 RMW <br><br> ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION TO ENFORCE SETTLEMENT <br><br> **[Re Docket No. 47]** |

On August 3, 2007, plaintiff Posdata Co. Ltd. ("Posdata") and defendants Dr. Seyoung Kim ("Kim") and InQuadron, Inc. ("InQuadron") allegedly reached a settlement of the instant case in which Posdata has alleged, among other things, theft of its trade secrets, conversion, and unfair competition. The settlement conference took place before Magistrate Judge Patricia Trumbull, whose clerk entered a form minute order on August 6, 2007 indicating that the case had settled. *See* Docket No. 33. However, according to defendants, the parties were unable to expeditiously finalize the settlement papers, so additional settlement conferences were scheduled in November and December 2007 and January 2008. Prior to the settlement conference set for January 7, 2008, Posdata submitted a letter to Judge Trumbull stating that it was unwilling to finalize the settlement with the defendants because post-settlement discovery indicated inconsistencies with defendants'

representation at the settlement conference that Posdata considered to be material. *See* Elkins Decl. Supp Mot. Enf. Settlement ("Elkins Decl."), Ex. R at 5 (January 7, 2008 letter to Judge Trumbull summarizing reasons for plaintiff's unwillingness to finalize the settlement). Judge Trumbull entered a minute order on January 7, 2008 stating that the case was not settled and that "[p]ost conference correspondence indicates a breakdown in settlement process." *See* Docket No. 43.

Defendants assert that the August 3, 2007 settlement was final and that Posdata, which agreed to draft the permanent injunction and settlement agreement, Elkins Decl. ¶ 7, has dragged its feet in doing so because of "buyers remorse." Posdata, on the other hand, characterizes the settlement as "tentative" in the January 7, 2008 letter to Judge Trumbull in which it indicated that it could not finalize the settlement, *id.*, Ex. R at 1. On Wednesday, January 9, 2008, defendants filed a motion to enforce the August 3, 2007 settlement.

Defendants seek leave to proceed with their motion to enforce the settlement on shortened time, asking for the matter to be heard on Monday, January 14, 2008.[1] Defendants set forth three reasons that their motion to shorten time is supported by good cause: (1) three individuals who are former employees of InQuadron will be appearing at a hearing on Wednesday, January 16, 2008 in Korea to appeal their sentences in criminal cases involving similar allegations and a settlement in this case may be relevant to the appeal; (2) Posdata's delay in finalizing the settlement is impacting defendants' continued business; and (3) Posdata previously moved for and was granted a TRO on similarly shortened time.

Of these three reasons, defendants' first reason demonstrates good cause to shorten time. Three of InQuadron's former employees have been sentenced on criminal charges of misappropriating Posdata's trade secrets. Two of these individuals were sentenced to probation, one was sentenced to two years in prison. Decl. Kenneth Lee Supp. Mot. Enf. Settlement ("Lee Decl.") ¶ 7. All are appealing their sentences and the hearing is scheduled for January 16, 2008 in Korea,

---

[1] The court contacted Posdata's counsel as soon as it retrieved the e-filed motion. Posdata's counsel was unavailable, but the court left a message indicating that it would consider the motion to shorten time first thing Thursday morning and that Posdata's counsel should either oppose the motion to shorten time or at call to let the court know whether such an opposition was forthcoming. As of Thursday morning at 9:30 a.m., the court has not heard from Posdata's counsel.

ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION TO ENFORCE SETTLEMENT—No. C-07-02504 RMW
MAG                                                 2

1  which is the afternoon of Tuesday, January 15, 2008 in California.  Defendants believe that
2  revealing the fact that the instant case has settled may positively impact the appeal for these
3  individuals.[2]  The court finds that these circumstances provide good cause for defendants' motion to
4  enforce the settlement to proceed on shortened time.

## ORDER

6  For the foregoing reasons, defendants' motion to shorten time to hear their motion to enforce
7  the settlement is granted.  Posdata shall file an opposition by 2 p.m. on Friday, January 11, 2008.
8  Because of the shortened time, defendants have agreed that no reply shall be filed.  The parties shall
9  appear for a hearing on defendants' motion to enforce the settlement at 3 p.m. on Monday, January
10  14, 2008.

DATED:     1/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[2]  Defendants also believed that the revelation of the settlement would have convinced the Korean prosecutor to drop the charges or to at least ensure that all three individuals would have received only probation, but were unable to reveal the existence of the settlement because it had not been finalized.

ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION TO ENFORCE SETTLEMENT—No. C-07-02504 RMW
MAG                                                                 3

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Brendan Dolan | bdolan@morganlewis.com |
| Steven John Garrett | steven.garrett@morganlewis.com |
| L. Julius M. Turman | jturman@morganlewis.com |

**Counsel for Defendants:**

| | |
|---|---|
| David S. Elkins | delkins@ssd.com |
| Nathan Lane, III | nlane@ssd.com |
| Allison Elizabeth Pitigoi | apitigoi@ssd.com,krose@ssd.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/10/08                                             TSF
                                                          **Chambers of Judge Whyte**

ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION TO ENFORCE SETTLEMENT—No. C-07-02504 RMW
MAG                                                            4