UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 14, 2008

Case No. C-07-02504-RMW          JUDGE: Ronald M. Whyte

POSADATA, CO..                                    -v- SEYOUNG KIM, et al.
Title

Appeared                                          Appeared
Attorneys Present                                 Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO ENFORCE THE SETTLEMENT

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from both sides.  The Court denies the motion to enforce the settlement.  The Court finds that there was no binding settlement to enforce.  The Court to issue a a final ruling to the parties.  The matter is deemed submitted.