UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 15, 2008

Case No. C-07-02504-RMW    JUDGE: Ronald M. Whyte

POSDATA, CO.    -V- SEYOUNG KIM, et al.
Title

B. Dolan    A. Pitigoi
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. The plaintiff to take a couple of depositions. Defendant advised the Court that due to their client's financial constraints defendant may file for bankruptcy. The Court orders limited discovery and set a Further Case Management Conference for 4/18/08 @ 10:30 AM.