SQUIRE, SANDERS & DEMPSEY L.L.P.
David S. Elkins (State Bar # 148077)
delkins@ssd.com
Allison E. Pitigoi (State Bar # 242211)
apitigoi@ssd.com
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone:    +1.650.856.6500
Facsimile:    +1.650.843.8777

SQUIRE, SANDERS & DEMPSEY L.L.P.
Nathan Lane III (State Bar # 50961)
nlane@ssd.com
One Maritime Plaza, Third Floor
San Francisco, CA  94111
Telephone:    +1.415.954.0200
Facsimile:    +1.415.393.9887

Attorneys for Defendants
SEYOUNG KIM and INQUADRON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>                    Defendants. | Case No. C 07 2504 RMW (PVT)<br><br>**SUGGESTION OF BANKRUPTCY**<br><br>Judge:    The Honorable Ronald M. Whyte |

1  InQuadron, Inc. ("Debtor"), filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") on April 15, 2008, commencing a bankruptcy case in the United States Bankruptcy Court for the Northern District of California, and docketed as Case No. 08-51883. A copy of Debtor's bankruptcy petition is attached as Exhibit A and is incorporated by reference herein.

Pursuant to Section 362 of the Bankruptcy Code, Debtor's filing of its bankruptcy petition stays, among other things, the continuation of judicial, administrative, or other actions or proceedings against Debtor that were, or could have been, commenced before the filing of the petition. Also stayed is any act to obtain possession of, or exercise control over, property of the estate of Debtor.

Dated: April 18, 2008                              SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ David S. Elkins
David S. Elkins
Allison E. Pitigoi

Attorneys for Defendants
INQUADRON, INC. and
DR. SEYOUNG KIM

PALOALTO/110731.1