```
 1  MICHAEL W. MALTER, #96533
    JULIE H. ROME-BANKS, #142364
 2  DAVID B. RAO, #103147
    Binder & Malter, LLP
 3  2775 Park Avenue
    Santa Clara, CA 95050
 4  Telephone: (408)295-1700
    Facsimile: (408) 295-1531
 5
    Attorney for Debtor,
 6  INQUADRON, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| POSDATA, CO., LTD, a South Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California Corporation,<br><br>Defendants. | Case Number: C 07 2504 RMW<br><br>NOTICE OF FILING OF CHAPTER 7 PROCEEDING AND NOTICE OF AUTOMATIC STAY OF ACTIONS |

NOTICE IS HEREBY GIVEN to Plaintiff that the Debtor, INQUADRON, INC., has filed a Petition under Chapter 7 of the United States Bankruptcy Code on April 15, 2008, Case No. 08-51883-MM.  Plaintiff is further given notice that Section 362 of said Code provides for an automatic stay of this action.

Dated: April 15, 2008                                    BINDER & MALTER, LLP

                                                           By:/s/ Michael W. Malter
                                                               MICHAEL W. MALTER
                                                                Attorney for Debtor

# CERTIFICATE OF SERVICE

I, Catherine Kealiinohomoku, declare under penalty of perjury:

1. I am a citizen of the United States of America, employed in the County of Santa Clara, California. My business address is 2775 Park Avenue, Santa Clara, California 95050. I am over the age of 18 years and not a party to the above-entitled action. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

2. I am familiar with Binder & Malter's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the closed--of the business day.

3. On this date I served the following:

**NOTICE OF FILING OF CHAPTER 7 PROCEEDING AND
OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR**

filed herein, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the designated area for outgoing mail at Santa Clara, California, which envelopes were addressed to those entities indicated below:

Brendan Dolan
Steven J. Garrett
Morgan, Lewis & Bockius, LLP
One Market Street, Spear Street Tower
San Francisco, CA   94105-1126

I declare that the foregoing is within my personal knowledge and that, if called upon as a witness, I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief and that this declaration was executed at Santa Clara, California on April 15, 2008.

/s/ Catherine Kealiinohomoku
Catherine Kealiinohomoku

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/15/2008 at 3:09 PM and filed on 04/15/2008.

**InQuadron, Inc.**
1871 The Alameda, Suite 331
San Jose, CA 95126
Tax id: 20-8035596



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Michael W. Malter**<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050<br>(408) 295-1700 | **Suzanne Decker**<br>1271 Washington Ave. #318<br>San Leandro, CA 94577<br>(510) 483-4334 |

The case was assigned case number 08-51883 to Judge Marilyn Morgan.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gloria L. Franklin
Clerk, U.S. Bankruptcy Court