**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***

**CIVIL MINUTES**

**DATE: April 18, 2008**

**Case No. C-07-02504-RMW**     **JUDGE: Ronald M. Whyte**

**POSDATA, CO.**     -v- **SEYOUNG KIM, et al.**
**Title**

**B. Dolan**     No Appearance
**Attorneys Present**     **Attorneys Present**

**COURT CLERK: Jackie Garcia**     **COURT REPORTER: Not Reported**

**PROCEEDINGS**

**FURTHER CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

Hearing Held. No appearance by defendants. Counsel advised that the corporate defendant has filed for bankruptcy. As to Kim, deposition is noticed and will be taken before the next CMC. The Court set a Further Case Management Conference for 5/23/08 @ 10:30 am.