SQUIRE, SANDERS & DEMPSEY L.L.P.
David S. Elkins (State Bar # 148077)
delkins@ssd.com
Allison E. Pitigoi (State Bar # 242211)
apitigoi@ssd.com
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: +1.650.856.6500
Facsimile: +1.650.843.8777

SQUIRE, SANDERS & DEMPSEY L.L.P.
Nathan Lane III (State Bar # 50961)
nlane@ssd.com
One Maritime Plaza, Third Floor
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
SEYOUNG KIM and INQUADRON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>Defendants. | Case No. C 07 2504 RMW (PVT)<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge:  The Honorable Ronald M. Whyte |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants INQUADRON, INC. and SEYOUNG KIM (collectively, "Defendants") hereby substitute their attorney of record in this matter.

1.  Defendants are substituting Squire, Sanders & Dempsey L.L.P., their current counsel of record in this matter, with the Law Offices of Lee & Kim.

2. Defendants' new counsel and attorneys of record on whom all notices and papers may be served are the following:

> Kenneth D. Lee
> Law Offices of Lee & Kim
> 1871 The Alameda #331
> San Jose, CA 95126
> Tel: (408) 248-4488
> Fax: (408) 248-8181
> kdlee@leekimlaw.com

3. The undersigned consent to the substitution, certify that this substitution will not delay the proceedings in this matter, and confirm the withdrawal of Squire, Sanders & Dempsey L.L.P. from representation of each defendant in this action.

Dated: May 16, 2008                     SQUIRE, SANDERS & DEMPSEY L.L.P.


                                        By: /s/ David S. Elkins
                                            David S. Elkins

                                        Former Attorneys for Defendants
                                        INQUADRON, INC. and
                                        SEYOUNG KIM

Dated: May 16, 2008                     LAW OFFICES OF LEE & KIM


                                        By: /s/ Kenneth D. Lee
                                            Kenneth D. Lee

                                        Attorneys for Defendants
                                        INQUADRON, INC. and
                                        SEYOUNG KIM

Defendant INQUADRON, INC. consents to the above substitution.

Dated: May 16, 2008                     By: /s/ Seyoung Kim
                                            Seyoung Kim

                                        President
                                        INQUADRON, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

- 2 -
SUBSTITUTION OF COUNSEL
Case No. C 07 2504 RMW (PVT)

1     Defendant SEYOUNG KIM consents to the above substitution.

2     Dated: May 16, 2008                  /s/ Seyoung Kim
Seyoung Kim

3

4

### ATTESTATION PURSUANT TO GENERAL ORDER 45

6     Pursuant to General Order No. 45, I declare under penalty of perjury that concurrence in the filing of the Substitution of Counsel has been obtained from each of the other signatories.

8     Dated: May 16, 2008                  /s/ David S. Elkins
David S. Elkins

11     IT IS SO ORDERED.

12     Dated: May ____, 2008

                                                   UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043. On May 16, 2008, a true and correct copy of the within document:

**SUBSTITUTION OF COUNSEL**

was served on:

**VIA E-MAIL AND U.S. MAIL**

Kenneth D. Lee, Esq.
kdlee@leekimlaw.com
Law Offices of Lee & Kim
1871 The Alameda, # 331
San Jose, CA 95126

ATTORNEYS FOR DEFENDANTS
INQUADRON, INC. AND SEYOUNG KIM

Service was accomplished as follows:

☒   By U.S. Mail, According to Normal Business Practices. On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

☒   By Electronic Mail: On the above date, I electronically mailed the above document(s) addressed to the above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2008, at Palo Alto, California.

/s/ Karen S. Beck
Karen S. Beck

PALOALTO/106100.1