UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 23, 2008

Case No. C-07-02504-RMW        JUDGE: Ronald M. Whyte

POSDATA, CO.                   -V- SEYOUNG KIM, et al.
Title

Appeared                                Appeared
Attorneys Present (Plaintiff)           Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. Plaintiff's counsel notified the Court that they have the deposition of defendant Seyoung Kim scheduled for May 28, 2008, and counsel for Kim advised that defendant will be filing for bankruptcy within the next few weeks and will not appear for the deposition. The Court continued this matter to 7/18/08 @ 10:30 AM for a Further Case Management Conference.