UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-07-02504-RMW    JUDGE: Ronald M. Whyte

POSDATA, CO.                              -V- SEYOUNG KIM, et al.
Title

S. Garrett                                         K. Lee
Attorneys Present (Plaintiff)           Attorneys Present  (Defendant)

COURT CLERK: Jackie Garcia         COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. Defendant has not filed a notice for bankruptcy. The Court orders the deposition of Dr. Kim to go forward on 8/14/08 @ 10:00 AM at the Morgan, Lewis Law Office in San Francisco, CA. The Court set a Further Case Management Conference for 8/22/08 @ 10:30 AM.