UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: September 5, 2008

Case No. C-07-02504-RMW    JUDGE: Ronald M. Whyte

POSDATA, CO.                                   -V- SEYOUNG KIM, et al.
Title

S. Garrett via Phone                              No Appearance
Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. No appearance was made by the defendant. Counsel advised the Court that defendant filed for bankruptcy on 8/6/2008. The case is stayed. The Court will issue an order administratively closing case.