IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSDATA, CO.,<br><br>Plaintiff,<br><br>v.<br><br>SEYOUNG KIM, et al.,<br><br>Defendant. | ***E-FILED - 9/11/08***<br><br>CASE NO.: C-07-02504-RMW<br><br>**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY** |

This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The clerk will close the file.

DATED: September 11, 2008

*Ronald M Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2
3    Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28