MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN, State Bar No. 063502
JENNIFER SVANFELDT, State Bar No. 233248
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

Attorneys for Plaintiff
POSCO ICT Co., Ltd. (formerly known as
POSDATA CO., Ltd.)

*E-FILED - 2/10/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POSDATA CO., LTD., a South Korean corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>SEYOUNG KIM, an individual and INQUADRON, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. C 07 2504 RMW<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [] ORDER** |

It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs.

Dated: February 9, 2010

MORGAN, LEWIS & BOCKIUS LLP

By _____
Cecily Waterman
Jennifer Svanfeldt
Attorneys for Plaintiff POSCO ICT Co., Ltd. (formerly known as POSDATA CO., Ltd.)

Dated: February 09, 2010

By _____
SEYOUNG KIM

### [PROPOSED] ORDER

The matter of *Posdata Co., Ltd. v. Seyoung Kim, et al.*, Case No. 07-2504 RMW, is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: 2/9/10

_____
Hon. RONALD M. WHYTE
United States District Court Judge

DB2/21541174.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. TO DISMISSAL WITH PREJUDICE
AND XXXXXXXXX ORDER
(C 07 2504 RMW)